'19CV1636 BEN AGS

# EXHIBIT B

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>CROSNER LEGAL, P.C.<br>Zachary M. Crosner (Bar No. 272295)<br>433 N. Camden Dr Suite 400<br>Beverly Hills, CA 90210<br>*Telephone No:* (310) 496-4818<br>*Attorney For:* Plaintiff<br><br>*Ref. No. or File No.:* | *For Court Use Only*<br><br>ELECTRONICALLY FILED<br>Superior Court of California,<br>County of San Diego<br><br>08/20/2019 at 08:57:00 AM<br><br>Clerk of the Superior Court<br>By E- Filing,Deputy Clerk |

*Insert name of Court, and Judicial District and Branch Court:*
SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SAN DIEGO

*Plaintiff:* MARIA HERNANDEZ, as an individual; et al.
*Defendant:* SOUTHWEST KEY PROGRAMS, INC., a Texas corporation; et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>37-2019-00036821-CU-OE-CTL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons, Class Action Complaint, Civil Case Cover Sheet, Notice of Case Assignment and Case Management Conference on Mandatory eFile Conference, Stipulation To Use Alternative Dispute Resolution (ADR)

3. a. Party served: SOUTHWEST KEY PROGRAMS, INC., a Texas corporation
   b. Person served: KAVITA SHARMA, Agent for Service of Process

4. Address where the party was served: 808 Grayson Rd, Pleasant Hill, CA 94523

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Tue, Jul 30 2019 (2) at *(time)*: 03:31 PM
   (1) [ ] (business)
   (2) [X] (home)
   (3) [ ] (other):

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [X] On behalf of *(specify)*: SOUTHWEST KEY PROGRAMS, INC., a Texas corporation
      under the following Code of Civil Procedure section:
      [X] 416.10 (corporation)              [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)            [ ] 415.46 (occupant)
      [ ] other:

FL FIRST LEGAL

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

3614273
(4069725)
Page 1 of 2

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>CROSNER LEGAL, P.C.<br>Zachary M. Crosner (Bar No. 272295)<br>433 N. Camden Dr Suite 400<br>Beverly Hills, CA 90210<br> *Telephone No:* (310) 496-4818<br><br> *Attorney For:* Plaintiff   *Ref. No. or File No.:* | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SAN DIEGO

 *Plaintiff:* MARIA HERNANDEZ, as an individual; et al.
 *Defendant:* SOUTHWEST KEY PROGRAMS, INC., a Texas corporation; et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>37-2019-00036821-CU-OE-CTL |
|---|---|---|---|---|

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
 a. Name:   Dennis Kittleson
 b. Address:   **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
 c. Telephone number:   (213) 250-1111
 d. **The fee** for service was:   $236.34
 e. I am:
  (1) [ ] not a registered California process server.
  (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
  (3) [X] a registered California process server:
   (i) [ ] owner   [ ] employee   [X] independent contractor
   (ii) Registration No: 130422
   (iii) County: Solano

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*



07/31/2019
(Date)            Dennis Kittleson



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

3614273
(4069725)
Page 2 of 2

| Attorney or Party without Attorney:<br>CROSNER LEGAL, P.C.<br>Zachary M. Crosner (Bar No. 272295)<br>433 N. Camden Dr Suite 400<br>Beverly Hills, CA 90210<br>Telephone No: (310) 496-4818<br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only<br>ELECTRONICALLY FILED<br>Superior Court of California,<br>County of San Diego<br>08/20/2019 at 08:57:00 AM<br>Clerk of the Superior Court<br>By E- Filing,Deputy Clerk |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF SAN DIEGO ||||
| Plaintiff: MARIA HERNANDEZ, as an individual; et al.<br>Defendant: SOUTHWEST KEY PROGRAMS, INC., a Texas corporation; et al. ||||
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>37-2019-00036821-CU-OE-CTL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons, Class Action Complaint, Civil Case Cover Sheet, Notice of Case Assignment and Case Management Conference on Mandatory eFile Conference, Stipulation To Use Alternative Dispute Resolution (ADR)

3. a. Party served: TALENTWISE, INC., a Delaware corporation
   b. Person served: Candice Bosch, Deputy Secretary of State

4. Address where the party was served: 1500 11th St, Wofford Heights, CA 93285

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Tue, Jul 30 2019 (2) at *(time)*: 04:13 PM
   (1) [X] (business)
   (2) [ ] (home)
   (3) [ ] (other):

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [X] On behalf of *(specify)*: TALENTWISE, INC., a Delaware corporation
      under the following Code of Civil Procedure section:
      [X] 416.10 (corporation)            [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)          [ ] 415.46 (occupant)
      [ ] other:



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE SUMMONS**

3614219
(4069834)
Page 1 of 2

| Attorney or Party without Attorney:<br>CROSNER LEGAL, P.C.<br>Zachary M. Crosner (Bar No. 272295)<br>433 N. Camden Dr Suite 400<br>Beverly Hills, CA 90210<br>  Telephone No: (310) 496-4818<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF SAN DIEGO | | |
| Plaintiff: MARIA HERNANDEZ, as an individual; et al.<br>Defendant: SOUTHWEST KEY PROGRAMS, INC., a Texas corporation; et al. | | |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>37-2019-00036821-CU-OE-CTL |
|---|---|---|---|---|

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name: Michael Morris
   b. Address: **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. Telephone number: (213) 250-1111
   d. **The fee** for service was:
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a registered California process server:
          (i) [ ] owner  [ ] employee  [X] independent contractor
          (ii) Registration No: 2102-33
          (iii) County: Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

08/01/2019                                   *(signature)*
(Date)                                       Michael Morris

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE SUMMONS | 3614219<br>(4069834)<br>Page 2 of 2 |
|---|---|---|