# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, as an individual; AZAEL SANCHEZ, as an individual, ROBERTO NAVA, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC., a Texas Corporation; TALENTWISE, INC., a Delaware Corporation; and DOES 1-50, inclusive<br><br>Defendants. | Case No. 3:19-cv-01636-AJB-AGS<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TALENTWISE, INC., ONLY**<br><br>**(Doc. No. 13)** |

1 | Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendant TalentWise, Inc. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i-ii), the Court grants the stipulation of dismissal as to Defendant TalentWise, Inc. It is hereby ordered that TalentWise, Inc. is dismissed, without prejudice, from this action.

IT IS SO ORDERED.

Dated: September 23, 2019

_____
Hon. Anthony J. Battaglia
United States District Judge

---

1
ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TALENTWISE, INC.