Lyne A. Richardson CA Bar No. 143566
lyne.richardson@ogletree.com
Glendy Lau, CA Bar No. 280174
glendy.lau@ogletree.com
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:   310-217-8191
Facsimile:    310-217-8184

Attorneys for Defendant
SOUTHWEST KEY PROGRAMS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, as an individual; AZAEL SANCHEZ, as an individual; and ROBERTO NAVA, as an individual, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHWEST KEY PROGRAMS, INC., a Texas corporation; TALENTWISE, INC., a Delaware corporation, and DOES 1-50, <br><br> Defendants. | Case No. 3:19-cv-01636-AJB-AHG <br><br> CLASS ACTION <br><br> **DECLARATION OF GLENDY LAU** <br><br><br><br> Complaint Filed: July 12, 2019 <br> Trial Date:         None |

I, Glendy Lau, declare:

1. I am an attorney at law duly licensed and admitted to the United States District Court for the Southern District of California. I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for Southwest Key Programs, Inc. I am familiar with the facts and circumstances reflected below and surrounding this litigation. If called as witness, I could and would competently testify to the following.

2. Pursuant to Rule 26(f) and this Court's July 10, 2019 Order: (1) Resetting Early Neutral Evaluation, and (2) Issuing Pre-Conference Procedures, ("July 10, 2019 Order"), Plaintiffs Maria Hernandez, Roberto Nava, and Azael Sanchez ("Plaintiffs") and Defendant Southwest Key Program, Inc. ("Defendant") (collectively, the "Parties") are to submit a Joint Case Management Statement ("Joint Statement") by October 20, 2019. Since October 20, 2019 is a Sunday, the Parties need to file their Joint Statement by October 18, 2019.

3. On October 9, 2019, I emailed Plaintiffs' counsel of record, Zachary Crosner (zach@crosnerlegal.com), Michael Crosner (mike@crosnerlegal.com), and Brent Marlis (brent@marlispark.com) to meet and confer pursuant to Rule 26(f). Attached hereto as **Exhibit A** is a true and correct copy of my October 9, 2019 email. I received no response.

4. To facilitate discussion, I prepared a draft Joint Statement, which I emailed to Plaintiffs' counsel of record on October 15, 2019. Attached hereto as **Exhibit B** is a true and correct copy of my October 15, 2019 email. I received no response.

5. On October 17, 2019, I followed up with Plaintiffs' counsel of record again, inquiring about the status and requesting that they inform me whether they will be incorporating Plaintiffs' positions to the draft Joint Statement. Attached as **Exhibit C** is a true and correct copy of my October 17, 2019 email. Again, I received no response.


6. Since Plaintiffs' counsel have failed to meet and confer, Defendant submits its Case Management Statement, attached hereto as **Exhibit D**.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 18th day of October, 2019 in Torrance, California.

*/s/ Glendy Lau*
Glendy Lau

# EXHIBIT A

| | |
|---|---|
| **From:** | Lau, Glendy C. |
| **Sent:** | Wednesday, October 9, 2019 3:10 PM |
| **To:** | zach@crosnerlegal.com; mike@crosnerlegal.com; 'Brent Marlis' |
| **Subject:** | Hernandez v. Southwest Key (Class Action) |

Dear Counsel,

Per Judge Goddard's orders, today is the last day to meet and confer pursuant to Rule 26(f).  The order also states that our joint case management statement is due on October 20 (which is a Sunday), so I assume we should file it by October 18.   Please let me know when are available to discuss.

Thank you,
Glendy


**Glendy C. Lau | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
19191 S. Vermont Avenue, Suite 950 | Torrance, CA 90502 | Telephone: 310-965-2074 | Fax: 310-217-8184
glendy.lau@ogletree.com | www.ogletree.com | Bio

# EXHIBIT B

| | |
|---|---|
| **From:** | Lau, Glendy C. |
| **Sent:** | Tuesday, October 15, 2019 3:03 PM |
| **To:** | zach@crosnerlegal.com; mike@crosnerlegal.com; 'Brent Marlis' |
| **Subject:** | RE: Hernandez v. Southwest Key (Class Action) |
| **Attachments:** | Joint Case Management Statement.DOCX |

Dear Counsel,

Attached is a draft joint statement.  Please incorporate Plaintiffs' positions and revisions in track changes.  The joint statement is due this Friday.

Thanks,
Glendy


**Glendy C. Lau | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
19191 S. Vermont Avenue, Suite 950 | Torrance, CA 90502 | Telephone: 310-965-2074 | Fax: 310-217-8184
glendy.lau@ogletree.com | www.ogletree.com | Bio


**From:** Lau, Glendy C.
**Sent:** Wednesday, October 9, 2019 3:10 PM
**To:** 'zach@crosnerlegal.com' <zach@crosnerlegal.com>; 'mike@crosnerlegal.com' <mike@crosnerlegal.com>; 'Brent Marlis' <brent@marlispark.com>
**Subject:** Hernandez v. Southwest Key (Class Action)

Dear Counsel,

Per Judge Goddard's orders, today is the last day to meet and confer pursuant to Rule 26(f).  The order also states that our joint case management statement is due on October 20 (which is a Sunday), so I assume we should file it by October 18.   Please let me know when are available to discuss.

Thank you,
Glendy


**Glendy C. Lau | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
19191 S. Vermont Avenue, Suite 950 | Torrance, CA 90502 | Telephone: 310-965-2074 | Fax: 310-217-8184
glendy.lau@ogletree.com | www.ogletree.com | Bio

# EXHIBIT C

**From:** Lau, Glendy C.
**Sent:** Thursday, October 17, 2019 11:56 AM
**To:** zach@crosnerlegal.com; mike@crosnerlegal.com; 'Brent Marlis'
**Subject:** RE: Hernandez v. Southwest Key (Class Action)

Dear Counsel,

I wanted to follow up on my previous emails.  Our joint statement is due tomorrow, and I haven't heard from your office.  Will you be incorporating Plaintiffs' positions to Defendant's draft joint statement?  Please let me know by the end of today.

Thanks,
Glendy

**Glendy C. Lau | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
19191 S. Vermont Avenue, Suite 950 | Torrance, CA 90502 | Telephone: 310-965-2074 | Fax: 310-217-8184
glendy.lau@ogletree.com | www.ogletree.com | Bio

---

**From:** Lau, Glendy C.
**Sent:** Tuesday, October 15, 2019 3:03 PM
**To:** 'zach@crosnerlegal.com' <zach@crosnerlegal.com>; 'mike@crosnerlegal.com' <mike@crosnerlegal.com>; 'Brent Marlis' <brent@marlispark.com>
**Subject:** RE: Hernandez v. Southwest Key (Class Action)

Dear Counsel,

Attached is a draft joint statement.  Please incorporate Plaintiffs' positions and revisions in track changes.  The joint statement is due this Friday.

Thanks,
Glendy

**Glendy C. Lau | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
19191 S. Vermont Avenue, Suite 950 | Torrance, CA 90502 | Telephone: 310-965-2074 | Fax: 310-217-8184
glendy.lau@ogletree.com | www.ogletree.com | Bio

---

**From:** Lau, Glendy C.
**Sent:** Wednesday, October 9, 2019 3:10 PM
**To:** 'zach@crosnerlegal.com' <zach@crosnerlegal.com>; 'mike@crosnerlegal.com' <mike@crosnerlegal.com>; 'Brent Marlis' <brent@marlispark.com>
**Subject:** Hernandez v. Southwest Key (Class Action)

Dear Counsel,

1

Per Judge Goddard's orders, today is the last day to meet and confer pursuant to Rule 26(f).  The order also states that our joint case management statement is due on October 20 (which is a Sunday), so I assume we should file it by October 18.   Please let me know when are available to discuss.

Thank you,
Glendy


**Glendy C. Lau | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
19191 S. Vermont Avenue, Suite 950 | Torrance, CA 90502 | Telephone: 310-965-2074 | Fax: 310-217-8184
glendy.lau@ogletree.com | www.ogletree.com | Bio

2

# EXHIBIT D

Lyne A. Richardson CA Bar No. 143566
lyne.richardson@ogletree.com
Glendy Lau, CA Bar No. 280174
glendy.lau@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:   310-217-8191
Facsimile:    310-217-8184

Attorneys for Defendant
SOUTHWEST KEY PROGRAMS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, as an individual; AZAEL SANCHEZ, as an individual; and ROBERTO NAVA, as an individual, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHWEST KEY PROGRAMS, INC., a Texas corporation; TALENTWISE, INC., a Delaware corporation, and DOES 1-50, <br><br> Defendants. | Case No. 3:19-cv-01636-AJB-AHG <br><br> CLASS ACTION <br><br> **DEFENDANT'S CASE MANAGEMENT STATEMENT** <br><br><br> Complaint Filed: July 12, 2019 <br> Trial Date:         None |

Pursuant to this Court's July 10, 2019 Order: (1) Resetting Early Neutral Evaluation, and (2) Issuing Pre-Conference Procedures, ("July 10, 2019 Order"), Defendant Southwest Key Program, Inc. ("Defendant") attempted to meet and confer with Plaintiffs Maria Hernandez, Azael Sanchez, and Roberto Nava's ("Plaintiffs") counsel of record to prepare a Joint Case Management Statement. However, Plaintiffs' counsel has been unresponsive. Therefore, Defendant submits its Case Management Statement ("Statement").

Defendant has not finished preparing for the October 30, 2019 Early Neutral Evaluation and Case Management Conference and reserves the right to supplement or amend this Statement and discovery plan.

1. <u>Jurisdiction and Service</u>

This Court has subject-matter jurisdiction over Plaintiffs' Federal Fair Credit Reporting Act ("FCRA") claims pursuant to 28 U.S.C. § 1331 because Plaintiffs' claims arise under the FCRA, 15 U.S.C. § 1681, *et seq*. This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367(a) because these claims arise from a common set of operative facts and are so related to the claims within this Court's original jurisdiction that they form a part of the same case or controversy. This Court also has jurisdiction pursuant to 28 U.S.C. § 1332 on the basis of complete diversity of citizenship among the Parties and the amount in controversy exceeds $75,000.

All parties have been served.

2. <u>Facts</u>

Plaintiffs allege that Defendant violated the Federal Fair Credit Reporting Act ("FCRA") and California Investigative Consumer Reporting Agencies Act ("ICRAA").

Defendant denies all of Plaintiffs' allegations, denies that it violated the FCRA and ICRAA, and denies that Plaintiffs' claims can be resolved on a class basis. Defendant contends that Plaintiffs have not and cannot state a basis to pursue this

matter as a class action.

### 3. Legal Issues

Defendant contends that it complied with all requirements under the FCRA and ICRAA. Defendant provided Plaintiffs: (1) a stand-alone authorization form for background checks pursuant to FCRA section 1681b(b)(2)(A); (2) a summary of rights pursuant to FCRA section 1681g(c); (3) disclosure that the background report may include investigation into "personal characteristics" and "mode of living" pursuant to FCRA section 1681d(a)(1) and California Civil Code section 1786.16; (4) information relating to Plaintiffs' right to inspect files pursuant to California Civil Code section 1786.22; (5) and the name, address, telephone number, and website of the investigative consumer reporting agency conducting the investigation pursuant to California Civil Code section 1786.20.

### 4. Motions

Defendant has not filed any motions yet. Defendant intends to file a motion for summary judgment. Defendant may also file a motion for protective order concerning the scope of discovery/proportionality, depending upon how Plaintiffs' address discovery given the breadth of the class definition and the alleged claims.

### 5. Amendment of Pleadings

Defendant does not currently anticipate amending its Answer but reserves the right to amend if the need arises.

### 6. Evidence Preservation

Defendant certifies that it has reviewed the Checklist for Rule 26(f) Meet and Confer Regarding Electronically Stored Information.

### 7. Disclosures

Pursuant to the Court's July 10, 2019 Order, Defendant plans to exchange Initial Disclosures in accordance with Rule 26(a)(1), on or before October 23, 2019.

### 8. Discovery

No discovery has been served to date. Pursuant to Rule 26(f)(3), Defendant

submits the following proposed discovery plan:

### a. *Rule 26(a) Disclosures*

The Parties are to exchange initial disclosures on or before October 23, 2019, pursuant to the July 10, 2019 Order.

### b. *Discovery Subjects, Timing, and Limitations*

Defendant anticipates seeking discovery on the following subjects, among others:

- Whether, as an initial matter, Plaintiffs have standing to assert the claims alleged on behalf of themselves or the putative class;
- Viability of this action as a class action;
- Plaintiffs' claims; and
- Damages allegedly suffered by Plaintiffs and the putative class.

Defendant contends that discovery should proceed in phases where pre-certification discovery is limited to matters relating to the certification of the class.

### c. *Electronically Stored Information ("ESI")*

It is not possible for Defendant to retain ESI that is not specifically identified by Plaintiffs (and Defendant should not be expected to) other than any documents that Defendant has that specifically refer to Plaintiffs. Defendant invites Plaintiffs to identify and confer regarding any specific repositories of ESI that Plaintiffs may consider relevant to this lawsuit.

### d. *Privilege Issues*

None at this time.

### e. *Discovery Limitations*

Defendant does not anticipate any changes to the rules on discovery limitations and adopts the default limitations on discovery imposed by the Federal Rules of Civil Procedure, local rules, and applicable case law. Defendant does, however, reserve the right to seek leave of Court to exceed these discovery limitations if necessary.

///

f.  *Other Orders*

Defendant does not request any other order relating to discovery, though it may seek additional orders as discovery proceeds and if the need arises.

9. Related Cases

Defendant contends that this case is related to *Maria Hernandez, Azael Sanchez, and Roberto Nava v. Southwest Key Programs, Inc., et al.,* Case No. 3:19-cv-01281-JLS (BLM), currently pending in the United States District Court, Southern District.

10. Relief

Defendant seeks an order that this matter is not certified to proceed on a class basis on any of the claims asserted, and to deny Plaintiffs any request for relief under any theory alleged in the Complaint.  Defendant also reserves its right to seek attorney fees and costs.

11. Settlement

The Parties have not had any formal or informal settlement discussions yet.

12. Consent to Magistrate Judge for All Purposes

Defendant has reviewed the Notice of Right to Consent to Trial Before a U.S. Magistrate Judge, and does not consent to Magistrate Judge Allison H. Goddard conducting all proceedings (including trial and entry of final judgment).

13. Other References

Defendant does not believe this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

14. Narrowing of Issues

Defendant, at this time, does not believe this case requires severance or bifurcation of the claims.

15. Scheduling

Defendant believes that it would be premature to schedule dates for trial or pretrial proceedings at this time because the class is not yet certified.  Defendant requests a further status conference be set 30 days after ruling on Plaintiff's motion

for class certification.

16. <u>Trial</u>

Defendant believes it is premature to determine trial length prior to class certification.  However, based solely on Plaintiffs' Complaint, Defendant estimates 15 days for trial.

17. <u>Disclosure of Non-Party Interested Entities or Persons</u>

Defendant filed its "Corporate Disclosure Statement" on August 29, 2019 (ECF No. 3).   Defendant certifies that Southwest Key Programs, Inc. has no parent corporation, is not a publicly traded company, and that no publicly held corporation owns 10% or more of its stock.

18. <u>Professional Conduct</u>

Defendant's Attorneys of Record have reviewed and agreed to abide by the Court's Code of Conduct.

19. <u>Class Actions</u>

Defendant proposes the following schedule:

Plaintiff's deadline to file a motion for class certification:  October 30, 2020.

Defendant's opposition deadline:  December 4, 2020.

Plaintiff's reply deadline:  December 18, 2020.

Hearing:  December 28, 2020.

20. <u>Patent Cases</u>

Not applicable.

21. <u>Other Matters</u>

Defendant is not presently aware of any other matters at this time conducive to the just, speedy, and inexpensive resolution of this matter.

1  DATED: October 18, 2019

2                                         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Glendy Lau*
     Lyne A. Richardson
     Glendy Lau
     Attorneys for Defendant
     SOUTHWEST KEY PROGRAMS, INC.

**CERTIFICATE OF SERVICE**
*Hernandez, et al. v. Southwest Key Programs, Inc.*
Case No. 3:19-cv-01636-AJB-AHG

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Los Angeles in the office of a member of the bar of this court at whose direction the service was made. My business address is 19191 S. Vermont Avenue, Suite 950, Torrance, CA 90502.

On October 18, 2019, I served the following document(s):

**DECLARATION OF GLENDY LAU**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 18, 2019, at Torrance, California.

_____
Carolina Martis

# SERVICE LIST

| | |
|---|---|
| Zachary Crosner, Esq.<br>Michael Crosner, Esq.<br>CROSNER LEGAL, P.C.<br>433 N. Camden Drive, Suite 400<br>Beverly Hills, CA  90210<br>Tel:         (310) 496-5818<br>Fax:        (310) 510-6429 | Attorneys for Plaintiffs<br>MARIA HERNANDEZ, AZAEL SANCHEZ and ROBERTO NAVA |
| Brent P. Marlis, Esq.<br>Young K. Park, Esq.<br>MARLIS LAW, P.C.<br>10940 Wilshire Blvd., Suite 600<br>Los Angeles, CA  90024<br>Tel:         (310) 431-9355<br>Fax:        (424) 293-0516<br>Email:    brent@marlislaw.com<br>              young@marlislaw.com | Attorneys for Plaintiffs<br>MARIA HERNANDEZ, AZAEL SANCHEZ and ROBERTO NAVA |

40404600.1