UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC., *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:19-cv-1636-AJB-AHG<br><br>**SCHEDULING ORDER:**<br><br>**(1) SETTING DISCOVERY DEADLINES AND CLASS CERTIFICATION MOTION DEADLINE; and**<br><br>**(2) SETTING DEADLINE TO FILE JOINT STATUS REPORT** |

Pursuant to Rule 16.1(d) of the Local Rules, the Court held a Case Management Conference in this matter on October 30, 2019. After consulting with counsel and being advised of the status of the case, the Court **ORDERS** as follows:

1. Any motion to join other parties, amend the pleadings, or file additional pleadings shall be filed by **December 2, 2019**.

2. Fact and class discovery are not bifurcated, but class discovery must be completed by **February 28, 2020**. "Completed" means that all discovery requests governed by Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be propounded sufficiently in advance of the discovery cut-off date **so that they may be completed** by that date, taking into

1

account the time permitted in the Rules for service, notice, and responses. If any discovery disputes arise, **counsel must meet and confer promptly and in good faith in compliance with Local Rule 26.1(a). A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the Court.** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet-and-confer process. If the parties reach an impasse on any discovery issue, the movant must email chambers at efile_goddard@casd.uscourts.gov no later than 45 days after the date of service of the written discovery response that is in dispute, seeking a telephonic conference with the Court to discuss the discovery dispute. The email must include: (1) at least three proposed times mutually agreed upon by the parties for the telephonic conference; (2) a *neutral* statement of the dispute; and (3) one sentence describing (not arguing) each parties' position. The movant must copy opposing counsel on the email. No discovery motion may be filed until the Court has conducted its pre-motion telephonic conference, unless the movant has obtained leave of Court. **All parties are ordered to read and to fully comply with the Chambers Rules of Magistrate Judge Allison H. Goddard**, which can be found at:

https://www.casd.uscourts.gov/judges/goddard/docs/Goddard%20Civil%20Pretrial%20Procedures.pdf.

3. Plaintiffs must file a motion for class certification by **March 30, 2020**. Defendants' Response is due by **April 27, 2020**. Plaintiffs' Reply is due by **May 11, 2020**.

4. The parties must lodge by email at efile_goddard@casd.uscourts.gov a Joint Status Report by **November 13, 2019** affirming that counsel for both sides have met and conferred in compliance with Judge Goddard's Checklist for Rule 26(f) Meet and Confer Regarding Electronically Stored Information ("ESI"), which

can be found at: https://www.casd.uscourts.gov/judges/goddard/docs/Goddard%20Electronically%20Stored%20Information%20Checklist.pdf. The purpose of requiring the parties to comply with the ESI Checklist is so that (1) Defendants understand what ESI they must maintain and preserve for this litigation, and (2) Plaintiffs understand where and how such information is stored, and whether it is readily accessible, in order to propound proportional and relevant discovery requests. The Court expects the parties to gear their Joint Status Report towards this dual purpose. To that end, the Joint Status Report must certify that Defendant has informed Plaintiff **where and how** Defendant retains electronically stored information regarding:

a. the identities of class members;
b. the general background check process at issue in this case; and
c. the specific background checks performed on the individual class members.

The parties may, but need not, file the Joint Status Report in addition to lodging it by email.

**IT IS SO ORDERED**.

Dated: October 31, 2019

_____
Honorable Allison H. Goddard
United States Magistrate Judge