UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC., *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:19-cv-1636-AJB-AHG<br><br>**ORDER:**<br><br>**(1) VACATING SCHEDULING ORDER DEADLINES; and**<br><br>**(2) SETTING DEADLINE FOR DEFENDANTS TO FILE MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Rule 16.1(c) of the Local Rules, the Court held an Early Neutral Evaluation Conference ("ENE") in this matter on February 6, 2020. During the ENE, the Court discussed the status of discovery and progress toward class certification with the parties. Defendants intend to file a motion for summary judgment that would impact the scope of the proposed classes if granted. Because it would be more efficient to address the motion for summary judgment before the motion for class certification, the Court **ORDERS** as follows:

　　　1. The class discovery deadline of February 28, 2020 set forth in the Court's

1. Scheduling Order (ECF No. 23) is hereby **VACATED**.[1]

2. The briefing schedule for Plaintiffs' class certification motion is **VACATED** and **RESET** as a briefing schedule for Defendants' motion for summary judgment. Therefore, Defendants must file the summary judgment motion by **March 30, 2020**. Plaintiffs' Response is due by **April 27, 2020**. Defendants' Reply is due by **May 11, 2020**.

3. Defendants must inform Plaintiffs of all the grounds for their intended summary judgment motion no later than **February 19, 2020**.

4. Counsel for the parties must contact Judge Goddard's chambers within three court days after the summary judgment motion is resolved. The Court will set a telephonic status conference to reset the Scheduling Order deadlines at that time.

The parties are directed to review and adhere to the Court's requirements governing discovery disputes, as set forth in the Scheduling Order and the Chambers Rules of Magistrate Judge Allison H. Goddard. *See* ECF No. 23 at 2.

**IT IS SO ORDERED**.

Dated: February 7, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge

---

[1] Although the Court set a deadline for class discovery only, the Court reminds the parties that fact and class discovery **are not bifurcated**. *See* ECF No. 23 at 1.