Zachary Crosner (SBN 272295)
zach@crosnerlegal.com
Michael Crosner (SBN 219705)
mike@crosnerlegal.com
Rex Phillips (SBN 237747)
rex@crosnerlegal.com
**CROSNER LEGAL, P.C.**
433 N. Camden Drive, Suite 40
Beverly Hills, California 90210
Telephone: (310) 496-5818
Facsimile: (310) 510-6429

Brent Marlis (SBN 284654)
**LAW OFFICE OF BRENT MARLIS**
10940 Wilshire Blvd., Suite 1600
Los Angeles, California 90024
Telephone: (310) 431-9355
Facsimile: (310) 473-1175

Attorneys for Plaintiffs
MARIA HERNANDEZ, AZAEL SANCHEZ, and ROBERTO NAVA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARIA HERNANDEZ, as an individual, AZAEL SANCHEZ, as an individual; and ROBERTO NAVA, as an individual, and on behalf of all others similarly situated,

Plaintiffs,

v.

SOUTHWEST KEY PROGRAMS, INC.; a Texas corporation; TALENTWISE, INC., a Delaware Corporation; and DOES 1-50

Defendants.

Case No. 3:19-cv-01636-AJB-AHG

Judge Anthony Battaglia

**DECLARATION OF REX PHILLIPS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

Date: July 16, 2020
Time: 2:00 p.m.
Dept.: Courtroom 4A

Complaint Filed: July 12, 2019
Trial Date: None

# DECLARATION OF REX PHILLIPS

I, REX PHILLIPS, declare:

1.      I am an attorney duly licensed to practice in California, and I am of counsel for Crosner Legal, P.C., counsel of record for plaintiffs Maria Hernandez, Roberto Nava, and Azael Sanchez (collectively "Plaintiffs") in this matter.  If called to testify to the within facts, I would and could competently do so.

2.      On July 12, 2019, Plaintiffs filed a Class Action lawsuit as Case No. 37-2019-00036821-CU-OE-CTL against Defendant in the California Superior Court, County of San Diego, alleging that Defendant's purported disclosures and authorizations obtained from Plaintiffs with regard to background checks do not meet the strict requirements of the FCRA and the ICRAA.

3.      Thereafter, Defendant removed the case to the United States Southern District Court on or about September 5, 2019 as Case No. 3:19-cv-01636-AJB-AHG.

4.      On or about January 16, 2020, Defendants produced documents in response to Plaintiffs' discovery. A review of the documents shows that each of the Plaintiffs' personnel files were produced in their entirety as kept in their records. The personnel file for Maria Hernandez is bates numbered SWK000001-000099. The personnel file for Azael Sanchez is bates numbered SWK000100-000220. The personnel file for Roberto Nava is bates numbered SWK000221-000345. As produced, neither the Disclosure for Background Check ("Disclosure") nor the Summary of Rights Under the Fair Credit Reporting Act ("Summary of Rights") are included within the pages of the personnel files produced.

5.      A true and correct copy of Plaintiff Maria Hernandez's personnel file produced by Defendant is attached hereto as **Exhibit 1**.

6.      A true and correct copy of Plaintiff Roberto Nava's personnel file produced by Defendant is attached hereto as **Exhibit 2.**

7.      A true and correct copy of Plaintiff Azael Sanchez's personnel file produced by Defendant is attached hereto as **Exhibit 3.**

8.      The Disclosure and Summary of Rights which Defendant claims were provided to Plaintiffs are found at the very end of the production and bates numbered SWK000346-362 but are not included in the earlier bates numbered personnel files produced. Also included at the end of the production within the bates range SWK000346-362 is a blank Authorization Form which is completely different than the Authorization Form signed by each Plaintiff and included in each personnel file. A true and correct copy of the documents bates numbered SWK000346-362 are attached as **Exhibit 4**.

9.      As part of the personnel file produced by Defendant for each of the Plaintiffs is a Background Inquiry Agreement which each Plaintiff was required to sign. Each of the Background Agreements signed by Plaintiffs fails to state that a consumer report or investigative consumer report may seek information as to Plaintiffs' personal characteristics or mode of living. Further, each of the Background Agreements signed by Plaintiffs includes a waiver of liability provision as to Defendant and/or any of its agents.

10.     A true and correct copy of the Background Inquiry Agreement signed by Maria Hernandez on March 6, 2018 is attached hereto as **Exhibit 5**.

11.     A true and correct copy of the Background Inquiry Agreement signed by Roberto Nava on March 19, 2018 is attached hereto as **Exhibit 6.**

12.     A true and correct copy of the Background Inquiry Agreement signed by Azael Sanchez on February 28, 2018 is attached hereto as **Exhibit 7.**

13.     Defendant filed its Motion for Summary Judgment on April 29, 2020.

14.     Plaintiffs have yet to file a motion for class certification and have only propounded first sets of Requests for Production of Documents and Special Interrogatories. Plaintiffs' counsel has continued to meet and confer with Defendant's counsel regarding the fact that no documents related to the putative class have been produced at this time.

//
//
//

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 13th day of May 2019, at Hacienda Heights, California.

REX PHILLIPS

4

DECLARATION OF REX PHILLIPS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MSJ

# EXHIBIT 1

**DOH:** 03/19/2018
**DOT:**

southwest key programs

**Employee Name: Ma. Dolores Hernandez**

# California Employee File Checklist

**Payroll Information**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | ✓ | New Hire Aloha |
| | | New Hire Email correspondence |
| | ✓ | W-4 |
| | ✓ | EDD Form (Employee Withholding Allowance Certificate) CA |
| | | Direct Deposit |
| | | Payroll Debit Card Enrollment |
| | | Business License Inspection Request Form |
| | | Personnel Input Sheet |

**Job Responsibilities/Performance**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | | Job Description |
| | | Evaluations |
| | | Evaluation supporting documents |
| | | Corrective Action Plans |
| | | Grievances |
| | | Performance memos |
| | | Reprimands (written/verbal) & documentation |
| | | Performance related emails/written correspondences |
| | | Introductory Period (90 day) Performance Evaluation Form |
| | | Supervision Forms Sub-Folder to include:<br>• Monthly Supervision Forms<br>• Quarterly Supervision Forms<br>• Annual Supervision Forms |

**Employee Changes/Attendance**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | | Update/change alohas |
| | | Change Memos |
| | | Time details |
| | | Leave requests |
| | | Leave documentation |
| | | Attendance documentation |
| | | Verification of Employment/V.O.E. Requests |

**Policies, Acknowledgements, and Agreements**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | ✓ | Employee Guidebook Acknowledgement |
| | ✓ | Conflict of Interest |
| | ✓ | Confidentiality Agreement for All Employees |
| N/A | | Confidentiality agreement for Personnel with Access to HR and/or Payroll Information |
| | ✓ | Equipment Responsibility (cell phone/pager/ keys) and Other Items Issued upon Termination |
| N/A | | Duty to Warn/Protect Policy |
| | ✓ | TB Test Requirements & Renewal |
| | ✓ | Client Confidentiality Agreement |
| | ✓ | Client Handbook Acknowledgement |
| | ✓ | Dress Code Policy Acknowledgement |
| | ✓ | Fingerprint Clearance Card or Equivalent Requirement and Renewal |
| | ✓ | ORR Policies and Procedures Acknowledgment |
| | ✓ | Acknowledgment of Vehicle Safety Manual |
| | ✓ | (Company)Vehicle Policy for All Employees |
| | ✓ | Consent form for Drug Testing |
| | ✓ | No Call No Show & Tardiness Policy |
| | ✓ | Participant Training Expectations Form |
| | ✓ | Cell phone/Recording Device form/Media Confidentiality Policy |
| | ✓ | Wellness Program Information and Waiver |
| | ✓ | Acknowledgement of Mutual Jury Trial Waiver |
| | ✓ | Acknowledgement of Mutual Class and Collective Action Waiver |
| | ✓ | Vaccine Preventable Disease Policy |
| | ✓ | Citizenship Agreement |
| | ✓ | Foreign Diploma Evaluation |
| | ✓ | Voluntary Use of Respirator |
| | ✓ | Tobacco-Free Workplace |
| | ✓ | Client Medical Information Privacy Manual Acknowledgement |
| | ✓ | Discrimination, Harassment, and Retaliation Prevention Policy Acknowledgement |
| | ✓ | Hepatitis B Acceptance/Declination Policy |
| | ✓ | Notice To Employee-Labor Code Section 2810.5 CA (Status Change Memo) |
| | ✓ | Criminal Background Clearance Transfer Request CA |
| | ✓ | Employee Rights Statement CA |
| | ✓ | Criminal Record Statement CA |
| | ✓ | Meal Waiver CA |
| N/A | | Medical Uniform Policy |
| | ✓ | Disclosure For Background Check CA |

| | | |
|---|---|---|
| | | Petty Cash Agreement |
| | ✓ | Insurance Information and Application Process |
| | | P-Card Holder Agreement |

**Talent Acquisition and Employment Status**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | | Employment Application |
| | ✓ | Emergency Contact Information |
| | ✓ | Résumé |
| | | Letter of interest |
| | ✓ | Offer Letter |
| | | Pre-Employment Reference Check Response |
| | | Personnel Position Form |
| | | Certifications/licensure *[includes verification & copies of education/certification/licensure (Ex. CPR, First Aid, Food Handlers, etc)]* |
| | ✓ | Background Inquiry Agreement |
| | | Reference Check Guidelines |
| N/A | | ORR Approval Letter |
| | ✓ | Employee Information Sheet CA |
| N/A | | Affidavit for Applicants for Employment with a Licensed Operation |
| | ✓ | Diplomas & Degrees |
| | | Relias transcripts |
| | | Training materials (internal and external) |
| | | Resignation letter |
| | | Certificates of Recognition/Merit |

**Corporate File / Confidential Documents**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | ✓ | I-9 |
| | ✓ | Photo ID (DL, passport, permanent resident card) |
| | ✓ | Social Security Card |
| | | EEO |
| | | Self-Identify |
| | ✓ | MVR Results |
| | | Copies of Registration and Insurance Policy |
| | ✓ | Background Check Results |
| | ✓ | TB Results |
| N/A | | Drug Test Results |
| | | Pre-designation of personal physician |
| | ✓ | PREA Questionnaires |
| | | Disability Benefit Form |

**Medical (Confidential)**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | | STD/LTD Benefits Information |
| | ✓ | UNUM Documentation |
| | | Doctors Notes/ Medical documents |
| | | Conversations with Program, Legal, Executive Leadership and Employee |
| | | Wellness Screenings & Supporting Documents |
| | | Accommodation Documentation |
| | | Employee Master Detail Level 3 |
| | | Medical Inquiry Form |
| | | Workers Compensation Time of Hire Pamphlet CA |
| | | Accommodation Analysis Form |
| | | HIPAA Authorization Form |
| | | Restraint Information |

**Memos/Correspondence**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | | Text messages correspondence not related to attendance, medical, or performance |
| | | Email correspondence not related to attendance, medical, or performance |

**Miscellaneous**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | | Per diem checks |
| | | Employee rewards |



Updated 1/25/18

**SWK Programs ALOHA Form** Date form completed: 7/27/2018

**Employee Personal Information**

Full Name: Hernandez (Last) Ma (First) D (M.I.) Birth Date: 10/24/1969 Sex: F

Employee ID: 106166 Last 4 SSN: 7564

Address: 13549 Elsworth St (Street Address) Moreno Valley (City) CA (State) 92553 (Zip Code)

Home Phone: 951-230-2275 Alternate Phone: ______ Personal Email: Mariahernan.2410@gmail.com

**Job Information**

| | From | To |
|---|---|---|
| Department Number: | 951 | TERMINATION |
| Job Title: | Youth Care Worker | |
| GL Account Number: | 62010 | |
| Pay Rate: | $17.99 | |
| Other: | | |

New Hire ☐ Re-Hired ☐ Recall ☐ Promotion ☐ Merit Increase ☐ Demotion ☐ Transfer ☐

Immediate Supervisor's Name: Martha Uribe, SS

**For UM ONLY - prior approval by an ORR Project Officer is required for UM Key Positions**

| Key Positions include: PD, APD, Lead Clinician, Clinician, Lead Case Mgr., PSA Compliance Mgr. | Name of ORR Project Officer who approved: ______ | Evidence of approval attached: Yes ☐ No ☐ |
|---|---|---|

**Classification of Employee**

| | | | |
|---|---|---|---|
| The employee is: | Full Time ☑ | Part Time ☐ | Relief ☐ |
| The employee is: | Regular ☑ | Temporary ☐ | Seasonal ☐ |
| The employee is: | Hourly ☑ | Salary Exempt ☐ | |

Effective Date of: Hire: ______ OR *Termination: 7/27/2018 OR Change: ______ I-9 completed: Yes ☑ No ☐

*** If terminated, please complete the box below**

| | | | |
|---|---|---|---|
| Type of Termination: | Resignation ☐ | Layoff ☐ | Discharged ☑ |
| Eligible to Rehire: | Yes ☑ | No ☐ | (if no, explain in comments) |

Comments: Administrative separation please see HR file.

**AP Requirements**

SWK Cell Phone ☐ P-card ☐ Long Distance Code ☐ Gas Access ☐

**IT Requirements**

Email ☐ Network Access ☐ VPN ☐ Telephone ☐

ETO ☐ Special Access: ______

**Emergency Contact Information**

Full Name: ______ (Last) (First) (M.I.) Relationship: ______

Address: ______ (Street Address (if different from the address above)) (City) (State) (Zip Code)

Primary Phone: ______ Alternate Phone: ______ Email/Other: ______



# Fwd: Administrative Separation - Maria Hernandez - Program #951

Ana Babudar

Fri 7/27/18 3:40 PM

To:Francisca Casas <FCasas@swkey.org>; Luis Vega <lvega@swkey.org>;

FYI- please process aloha.

Ana Babudar, Program Director
Southwest Key San Diego
619-548-5404

Begin forwarded message:

**From:** Kialiah Nelson-Binda <kialiah.nelson@swkey.org>
**Date:** July 27, 2018 at 3:38:17 PM PDT
**To:** Ana Babudar <ababudar@swkey.org>
**Cc:** "Silvia F. Mendoza" <SFMendoza@swkey.org>, Luz Curiel <luz.curiel@swkey.org>, Catia Boeta <cboeta@swkey.org>, Daniel Chiu <dchiu@swkey.org>, Hilda Ygueravide <hygueravide@swkey.org>, Cynthia Cisneros <ccisneros@swkey.org>, Yolanda Midobuche <ymidobuche@swkey.org>, Cristina Hernandez <cristina.hernandez@swkey.org>, Alexia Rodriguez <arodriguez@swkey.org>, Geraldo Rivera <GRivera@swkey.org>, Claudia Chahin <cchahin@swkey.org>, Jose Arroyo-Davila <jarroyo@swkey.org>, Claudia Wright <claudia.wright@swkey.org>, Heather Escobedo <hescobedo@swkey.org>, Lisa Rodriguez <lisa.rodriguez@swkey.org>
**Subject: Administrative Separation - Maria Hernandez - Program #951**

Good Afternoon:

Ms. Ana Babudar (PD), Mrs. Heather Escobedo (Human Resources) and I spoke with Ms. Maria Hernandez (#106166), on 7/27/18 at 4:03 pm CST and completed her Administrative Separation.

Ms. Hernandez did not qualify for FMLA, and due to Program Operations, we were unable to grant her accommodation request.

Ms. Hernandez's Benefits Letter After Separation will be mail on Friday, 7/27/18.

Please complete her termination Aloha as soon as possible and send it through your normal Aloha approval chain.

**Her effective date of termination should be Friday, 7/27/18,** and the reason should be termination. In the comments, please put "Administrative Separation", See HR File.

Please let me know if you have any questions or need any additional information.

Have a good weekend.

V/R

**Kialiah Nelson**
HR Accommodations Team
southwest key programs
Southwest Key Programs
6002 Jain Lane Austin, TX 78721
Main: (512) 462-2181 (Ext. 4741)
Direct: (512) 949-2741
Fax: (512) 532-0872
Email: kialiah.nelson@swkey.org

*"Whatever you do in life, always give 100%, unless you are donating blood"*

**WARNING**: The information contained in this message may contain privileged and confidential information. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please destroy all copies of the original message.



Updated 1/25/18

## SWK Programs ALOHA Form

**Date form completed:** 3/19/2018

**Employee Personal Information**

**Full Name:** Hernandez (Last) Ma (First) D (M.I.) **Birth Date:** 10/24/1969 **Sex:** F

**Employee ID:** ____ **Last 4 SSN:** 7564

**Address:** 13549 Elsworth St (Street Address) Moreno Valley (City) CA (State) 92553 (Zip Code)

**Home Phone:** 951-230-2275 **Alternate Phone:** ____ **Personal Email:** Mariahernan.2410@gmail.com

**Job Information**

| | From | To |
|---|---|---|
| Department Number: | 951 | |
| Job Title: | Youth Care Worker | |
| GL Account Number: | 62010 | |
| Pay Rate: | $17.99 | |
| Other: | | |

New Hire ☑ Re-Hired ☐ Recall ☐ Promotion ☐ Merit Increase ☐ Demotion ☐ Transfer ☐

**Immediate Supervisor's Name:** Sofia Hernandez, SS

**For UM ONLY - prior approval by an ORR Project Officer is required for UM Key Positions**

| Key Positions include: PD, APD, Lead Clinician, Clinician, Lead Case Mgr., PSA Compliance Mgr. | Name of ORR Project Officer who approved: ____ | Evidence of approval attached: Yes ☐ No ☐ |
|---|---|---|

**Classification of Employee**

| | | | |
|---|---|---|---|
| The employee is: | Full Time ☑ | Part Time ☐ | Relief ☐ |
| The employee is: | Regular ☐ | Temporary ☐ | Seasonal ☑ |
| The employee is: | Hourly ☑ | Salary Exempt ☐ | |

**Effective Date of:** Hire: 3/19/2018 **OR** *Termination: ____ **OR** Change: ____ **I-9 completed:** Yes ☑ No ☐

*** If terminated, please complete the box below**

| | | | |
|---|---|---|---|
| Type of Termination: | Resignation ☐ | Layoff ☐ | Discharged ☐ |
| Eligible to Rehire: | Yes ☐ | No ☐ | (if no, explain in comments) |

**Comments:** ____

**AP Requirements**

SWK Cell Phone ☐ P-card ☐ Long Distance Code ☐ Gas Access ☐

**IT Requirements**

Email ☑ Network Access ☐ VPN☐ Telephone ☐

ETO ☑ Special Access: ____

**Emergency Contact Information**

**Full Name:** Hernandez (Last) Ashley (First) (M.I.) **Relationship:** Daughter

**Address:** ____ (Street Address (if different from the address above)) (City) (State) (Zip Code)

**Primary Phone:** 951-267-6888 **Alternate Phone:** ____ **Email/Other:** ____

# Form W-4 (2018)

**Future developments.** For the latest information about any future developments related to Form W-4, such as legislation enacted after it was published, go to *www.irs.gov/FormW4*.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** You may claim exemption from withholding for 2018 if **both** of the following apply.

- For 2017 you had a right to a refund of **all** federal income tax withheld because you had **no** tax liability, **and**
- For 2018 you expect a refund of **all** federal income tax withheld because you expect to have **no** tax liability.

If you're exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2018 expires February 15, 2019. See Pub. 505, Tax Withholding and Estimated Tax, to learn more about whether you qualify for exemption from withholding.

## General Instructions

If you aren't exempt, follow the rest of these instructions to determine the number of withholding allowances you should claim for withholding for 2018 and any additional amount of tax to have withheld. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

You can also use the calculator at *www.irs.gov/W4App* to determine your tax withholding more accurately. Consider using this calculator if you have a more complicated tax situation, such as if you have a working spouse, more than one job, or a large amount of nonwage income outside of your job. After your Form W-4 takes effect, you can also use this calculator to see how the amount of tax you're having withheld compares to your projected total tax for 2018. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

Note that if you have too much tax withheld, you will receive a refund when you file your tax return. If you have too little tax withheld, you will owe tax when you file your tax return, and you might owe a penalty.

**Filers with multiple jobs or working spouses.** If you have more than one job at a time, or if you're married and your spouse is also working, read all of the instructions including the instructions for the Two-Earners/Multiple Jobs Worksheet before beginning.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you might owe additional tax. Or, you can use the Deductions, Adjustments, and Other Income Worksheet on page 3 or the calculator at *www.irs.gov/W4App* to make sure you have enough tax withheld from your paycheck. If you have pension or annuity income, see Pub. 505 or use the calculator at *www.irs.gov/W4App* to find out if you should adjust your withholding on Form W-4 or W-4P.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

## Specific Instructions

### Personal Allowances Worksheet

Complete this worksheet on page 3 first to determine the number of withholding allowances to claim.

**Line C. *Head of household please note:*** Generally, you can claim head of household filing status on your tax return only if you're unmarried and pay more than 50% of the costs of keeping up a home for yourself and a qualifying individual. See Pub. 501 for more information about filing status.

**Line E. Child tax credit.** When you file your tax return, you might be eligible to claim a credit for each of your qualifying children. To qualify, the child must be under age 17 as of December 31 and must be your dependent who lives with you for more than half the year. To learn more about this credit, see Pub. 972, Child Tax Credit. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line E of the worksheet. On the worksheet you will be asked about your total income. For this purpose, total income includes all of your wages and other income, including income earned by a spouse, during the year.

**Line F. Credit for other dependents.** When you file your tax return, you might be eligible to claim a credit for each of your dependents that don't qualify for the child tax credit, such as any dependent children age 17 and older. To learn more about this credit, see Pub. 505. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line F of the worksheet. On the worksheet, you will be asked about your total income. For this purpose, total income includes all of

---

**Separate here and give Form W-4 to your employer. Keep the worksheet(s) for your records.**

Form **W-4** | Department of the Treasury, Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ Whether you're entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074 | **2018**

| Field | Entry |
|---|---|
| 1 Your first name and middle initial | Ma Dolores He |
| Last name | Hernandez |
| 2 Your social security number | [redacted] |
| Home address (number and street or rural route) | 13549 Elsworth St. |
| 3 ☑ Single ☐ Married ☐ Married, but withhold at higher Single rate. | Single |
| Note: If married filing separately, check "Married, but withhold at higher Single rate." | |
| City or town, state, and ZIP code | Moreno Valley |
| 4 If your last name differs from that shown on your social security card, check here. You must call 800-772-1213 for a replacement card. ▶ ☐ | |

5 Total number of allowances you're claiming (from the applicable worksheet on the following pages) . . . **5** 4

6 Additional amount, if any, you want withheld from each paycheck . . . **6** $

7 I claim exemption from withholding for 2018, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here . . . ▶ **7**

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature**
(This form is not valid unless you sign it.) ▶ [signature] **Date ▶** 3-19-18

| 8 Employer's name and address (Employer: Complete boxes 8 and 10 if sending to IRS and complete boxes 8, 9, and 10 if sending to State Directory of New Hires.) | 9 First date of employment | 10 Employer identification number (EIN) |
|---|---|---|
| | | |

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.** Cat. No. 10220Q Form **W-4** (2018)

your wages and other income, including income earned by a spouse, during the year.

**Line G. Other credits.** You might be able to reduce the tax withheld from your paycheck if you expect to claim other tax credits, such as the earned income tax credit and tax credits for education and child care expenses. If you do so, your paycheck will be larger but the amount of any refund that you receive when you file your tax return will be smaller. Follow the instructions for Worksheet 1-6 in Pub. 505 if you want to reduce your withholding to take these credits into account.

## Deductions, Adjustments, and Additional Income Worksheet

Complete this worksheet to determine if you're able to reduce the tax withheld from your paycheck to account for your itemized deductions and other adjustments to income such as IRA contributions. If you do so, your refund at the end of the year will be smaller, but your paycheck will be larger. You're not required to complete this worksheet or reduce your withholding if you don't wish to do so.

You can also use this worksheet to figure out how much to increase the tax withheld from your paycheck if you have a large amount of nonwage income, such as interest or dividends.

Another option is to take these items into account and make your withholding more accurate by using the calculator at *www.irs.gov/W4App*. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

## Two-Earners/Multiple Jobs Worksheet

Complete this worksheet if you have more than one job at a time or are married filing jointly and have a working spouse. If you don't complete this worksheet, you might have too little tax withheld. If so, you will owe tax when you file your tax return and might be subject to a penalty.

Figure the total number of allowances you're entitled to claim and any additional amount of tax to withhold on all jobs using worksheets from only one Form W-4. Claim all allowances on the W-4 that you or your spouse file for the highest paying job in your family and claim zero allowances on Forms W-4 filed for all other jobs. For example, if you earn $60,000 per year and your spouse earns $20,000, you should complete the worksheets to determine what to enter on lines 5 and 6 of your Form W-4, and your spouse should enter zero ("-0-") on lines 5 and 6 of his or her Form W-4. See Pub. 505 for details.

Another option is to use the calculator at *www.irs.gov/W4App* to make your withholding more accurate.

**Tip:** If you have a working spouse and your incomes are similar, you can check the "Married, but withhold at higher Single rate" box instead of using this worksheet. If you choose this option, then each spouse should fill out the Personal Allowances Worksheet and check the "Married, but withhold at higher Single rate" box on Form W-4, but only one spouse should claim any allowances for credits or fill out the Deductions, Adjustments, and Additional Income Worksheet.

## Instructions for Employer

**Employees, do not complete box 8, 9, or 10. Your employer will complete these boxes if necessary.**

**New hire reporting.** Employers are required by law to report new employees to a designated State Directory of New Hires. Employers may use Form W-4, boxes 8, 9, and 10 to comply with the new hire reporting requirement for a newly hired employee. A newly hired employee is an employee who hasn't previously been employed by the employer, or who was previously employed by the employer but has been separated from such prior employment for at least 60 consecutive days. Employers should contact the appropriate State Directory of New Hires to find out how to submit a copy of the completed Form W-4. For information and links to each designated State Directory of New Hires (including for U.S. territories), go to ***www.acf.hhs.gov/programs/css/employers***.

If an employer is sending a copy of Form W-4 to a designated State Directory of New Hires to comply with the new hire reporting requirement for a newly hired employee, complete boxes 8, 9, and 10 as follows.

**Box 8.** Enter the employer's name and address. If the employer is sending a copy of this form to a State Directory of New Hires, enter the address where child support agencies should send income withholding orders.

**Box 9.** If the employer is sending a copy of this form to a State Directory of New Hires, enter the employee's first date of employment, which is the date services for payment were first performed by the employee. If the employer rehired the employee after the employee had been separated from the employer's service for at least 60 days, enter the rehire date.

**Box 10.** Enter the employer's employer identification number (EIN).

## Personal Allowances Worksheet (Keep for your records.)

| | | | |
|---|---|---|---|
| A | Enter "1" for yourself | A | ____ |
| B | Enter "1" if you will file as married filing jointly | B | ____ |
| C | Enter "1" if you will file as head of household | C | ____ |
| D | Enter "1" if: • You're single, or married filing separately, and have only one job; or • You're married filing jointly, have only one job, and your spouse doesn't work; or • Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. | D | ____ |
| E | **Child tax credit.** See Pub. 972, Child Tax Credit, for more information. • If your total income will be less than $69,801 ($101,401 if married filing jointly), enter "4" for each eligible child. • If your total income will be from $69,801 to $175,550 ($101,401 to $339,000 if married filing jointly), enter "2" for each eligible child. • If your total income will be from $175,551 to $200,000 ($339,001 to $400,000 if married filing jointly), enter "1" for each eligible child. • If your total income will be higher than $200,000 ($400,000 if married filing jointly), enter "-0-" | E | ____ |
| F | **Credit for other dependents.** • If your total income will be less than $69,801 ($101,401 if married filing jointly), enter "1" for each eligible dependent. • If your total income will be from $69,801 to $175,550 ($101,401 to $339,000 if married filing jointly), enter "1" for every two dependents (for example, "-0-" for one dependent, "1" if you have two or three dependents, and "2" if you have four dependents). • If your total income will be higher than $175,550 ($339,000 if married filing jointly), enter "-0-" | F | ____ |
| G | **Other credits.** If you have other credits, see Worksheet 1-6 of Pub. 505 and enter the amount from that worksheet here | G | ____ |
| H | Add lines A through G and enter the total here ▶ | H | ____ |

For accuracy, **complete all worksheets that apply.**

- If you plan to **itemize** or **claim adjustments to income** and want to reduce your withholding, or if you have a large amount of nonwage income and want to increase your withholding, see the **Deductions, Adjustments, and Additional Income Worksheet** below.
- If you **have more than one job at a time** or are **married filing jointly and you and your spouse both work**, and the combined earnings from all jobs exceed $52,000 ($24,000 if married filing jointly), see the **Two-Earners/Multiple Jobs Worksheet** on page 4 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 above.

## Deductions, Adjustments, and Additional Income Worksheet

**Note:** Use this worksheet *only* if you plan to itemize deductions, claim certain adjustments to income, or have a large amount of nonwage income.

| | | | |
|---|---|---|---|
| 1 | Enter an estimate of your 2018 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your income. See Pub. 505 for details | 1 | $ |
| 2 | Enter: $24,000 if you're married filing jointly or qualifying widow(er); $18,000 if you're head of household; $12,000 if you're single or married filing separately | 2 | $ |
| 3 | **Subtract** line 2 from line 1. If zero or less, enter "-0-" | 3 | $ |
| 4 | Enter an estimate of your 2018 adjustments to income and any additional standard deduction for age or blindness (see Pub. 505 for information about these items) | 4 | $ |
| 5 | **Add** lines 3 and 4 and enter the total | 5 | $ |
| 6 | Enter an estimate of your 2018 nonwage income (such as dividends or interest) | 6 | $ |
| 7 | **Subtract** line 6 from line 5. If zero, enter "-0-". If less than zero, enter the amount in parentheses | 7 | $ |
| 8 | **Divide** the amount on line 7 by $4,150 and enter the result here. If a negative amount, enter in parentheses. Drop any fraction | 8 | |
| 9 | Enter the number from the **Personal Allowances Worksheet,** line H above | 9 | |
| 10 | **Add** lines 8 and 9 and enter the total here. If zero or less, enter "-0-". If you plan to use the **Two-Earners/Multiple Jobs Worksheet,** also enter this total on line 1, page 4. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 | 10 | |

## Two-Earners/Multiple Jobs Worksheet

**Note:** Use this worksheet *only* if the instructions under line H from the **Personal Allowances Worksheet** direct you here.

**1** Enter the number from the **Personal Allowances Worksheet,** line H, page 3 (or, if you used the **Deductions, Adjustments, and Additional Income Worksheet** on page 3, the number from line 10 of that worksheet) . . . . . 1 ______

**2** Find the number in **Table 1** below that applies to the **LOWEST** paying job and enter it here. **However,** if you're married filing jointly and wages from the highest paying job are $75,000 or less and the combined wages for you and your spouse are $107,000 or less, don't enter more than "3" . . . . . 2 ______

**3** If line 1 is **more than or equal to** line 2, subtract line 2 from line 1. Enter the result here (if zero, enter "-0-") and on Form W-4, line 5, page 1. **Do not** use the rest of this worksheet . . . . . 3 ______

**Note:** If line 1 is **less than** line 2, enter "-0-" on Form W-4, line 5, page 1. Complete lines 4 through 9 below to figure the additional withholding amount necessary to avoid a year-end tax bill.

**4** Enter the number from line 2 of this worksheet . . . . . 4 ______

**5** Enter the number from line 1 of this worksheet . . . . . 5 ______

**6** **Subtract** line 5 from line 4 . . . . . 6 ______

**7** Find the amount in **Table 2** below that applies to the **HIGHEST** paying job and enter it here . . . . . 7 $ ______

**8** **Multiply** line 7 by line 6 and enter the result here. This is the additional annual withholding needed . . . 8 $ ______

**9** **Divide** line 8 by the number of pay periods remaining in 2018. For example, divide by 18 if you're paid every 2 weeks and you complete this form on a date in late April when there are 18 pay periods remaining in 2018. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck . . . . . 9 $ ______

### Table 1

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above |
| $0 - $5,000 | 0 | $0 - $7,000 | 0 |
| 5,001 - 9,500 | 1 | 7,001 - 12,500 | 1 |
| 9,501 - 19,000 | 2 | 12,501 - 24,500 | 2 |
| 19,001 - 26,500 | 3 | 24,501 - 31,500 | 3 |
| 26,501 - 37,000 | 4 | 31,501 - 39,000 | 4 |
| 37,001 - 43,500 | 5 | 39,001 - 55,000 | 5 |
| 43,501 - 55,000 | 6 | 55,001 - 70,000 | 6 |
| 55,001 - 60,000 | 7 | 70,001 - 85,000 | 7 |
| 60,001 - 70,000 | 8 | 85,001 - 90,000 | 8 |
| 70,001 - 75,000 | 9 | 90,001 - 100,000 | 9 |
| 75,001 - 85,000 | 10 | 100,001 - 105,000 | 10 |
| 85,001 - 95,000 | 11 | 105,001 - 115,000 | 11 |
| 95,001 - 130,000 | 12 | 115,001 - 120,000 | 12 |
| 130,001 - 150,000 | 13 | 120,001 - 130,000 | 13 |
| 150,001 - 160,000 | 14 | 130,001 - 145,000 | 14 |
| 160,001 - 170,000 | 15 | 145,001 - 155,000 | 15 |
| 170,001 - 180,000 | 16 | 155,001 - 185,000 | 16 |
| 180,001 - 190,000 | 17 | 185,001 and over | 17 |
| 190,001 - 200,000 | 18 | | |
| 200,001 and over | 19 | | |

### Table 2

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from HIGHEST paying job are— | Enter on line 7 above | If wages from HIGHEST paying job are— | Enter on line 7 above |
| $0 - $24,375 | $420 | $0 - $7,000 | $420 |
| 24,376 - 82,725 | 500 | 7,001 - 36,175 | 500 |
| 82,726 - 170,325 | 910 | 36,176 - 79,975 | 910 |
| 170,326 - 320,325 | 1,000 | 79,976 - 154,975 | 1,000 |
| 320,326 - 405,325 | 1,330 | 154,976 - 197,475 | 1,330 |
| 405,326 - 605,325 | 1,450 | 197,476 - 497,475 | 1,450 |
| 605,326 and over | 1,540 | 497,476 and over | 1,540 |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Internal Revenue Code sections 3402(f)(2) and 6109 and their regulations require you to provide this information; your employer uses it to determine your federal income tax withholding. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws; and to the Department of Health and Human Services for use in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You aren't required to provide the information requested on a form that's subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

 EDD
Employment Development Department
State of California

This form can be used to manually compute your withholding allowances, or you can electronically compute them at **www.taxes.ca.gov/de4.pdf.**

# EMPLOYEE'S WITHHOLDING ALLOWANCE CERTIFICATE

Type or Print Your Full Name: Ma Dolores Hernandez

Your Social Security Number: [redacted]

Home Address (Number and Street or Rural Route): 13549 Elsworth

City, State, and ZIP Code: Moreno Valley

Filing Status / Withholding Allowances
- ☐ SINGLE or MARRIED (with two or more incomes)
- ☐ MARRIED (one income)
- ☒ HEAD OF HOUSEHOLD

1. Number of allowances for Regular Withholding Allowances, Worksheet A: 4
   Number of allowances from the Estimated Deductions, Worksheet B: ______
   Total Number of Allowances (A + B) when using the California Withholding Schedules for 2017: ______

   OR
2. Additional amount of state income tax to be withheld each pay period (if employer agrees), Worksheet C: ______

   OR
3. I certify under penalty of perjury that I am not subject to California withholding. I meet the conditions set forth under the Service Member Civil Relief Act, as amended by the Military Spouses Residency Relief Act. (Check box here) ☐

***Under the penalties of perjury, I certify that the number of withholding allowances claimed on this certificate does not exceed the number to which I am entitled or, if claiming exemption from withholding, that I am entitled to claim the exempt status.***

Signature: Ma DHz     Date: 3-22-18

| Employer's Name and Address | California Employer Account Number |
|---|---|
| 13549 Elsworth st Moreno Valley CA | |

- - - - - - - - - - - - - - - - cut here - - - - - - - - - - - - - - - -

Give the top portion of this page to your employer and keep the remainder for your records.

YOUR CALIFORNIA PERSONAL INCOME **TAX MAY BE UNDERWITHHELD** IF YOU DO NOT FILE THIS DE 4 FORM.

***IF YOU RELY ON THE FEDERAL FORM W-4 FOR YOUR CALIFORNIA WITHHOLDING ALLOWANCES, YOUR CALIFORNIA STATE PERSONAL INCOME TAX MAY BE UNDERWITHHELD AND YOU MAY OWE MONEY AT THE END OF THE YEAR.***

**PURPOSE:** This certificate, DE 4, is for **California Personal Income Tax (PIT) withholding** purposes only. The DE 4 is used to compute the amount of taxes to be withheld from your wages, by your employer, to accurately reflect your state tax withholding obligation.

You should complete this form if either:

(1) You claim a different marital status, number of regular allowances, or different additional dollar amount to be withheld for California PIT withholding than you claim for federal income tax withholding or,

(2) You claim additional allowances for estimated deductions.

THIS FORM WILL NOT CHANGE YOUR FEDERAL WITHHOLDING ALLOWANCES.

The federal Form W-4 is applicable for California withholding purposes if you wish to claim the same marital status, number of regular allowances, and/or the same additional dollar amount to be withheld for state and federal purposes. However, federal tax brackets and withholding methods do not reflect state PIT withholding tables. **If you rely on the number of withholding allowances you claim on your Form W-4 withholding allowance certificate for your state income tax withholding, you may be significantly underwithheld.** This is particularly true if your household income is derived from more than one source.

**CHECK YOUR WITHHOLDING:** After your Form W-4 and/or DE 4 takes effect, compare the state income tax withheld with your estimated total annual tax. For state withholding, use the worksheets on this form.

**EXEMPTION FROM WITHHOLDING:** If you wish to claim exempt, complete the federal Form W-4. You may claim exempt from withholding California income tax if you did not owe any federal income tax last year and you do not expect to owe any federal income tax this year. The exemption is good for one year. If you continue to qualify for the exempt filing status, a new Form W-4 designating EXEMPT must be submitted by February 15 each year to continue your exemption. If you are not having federal income tax withheld this year but expect to have a tax liability next year, you are required to give your employer a new Form W-4 by December 1.

 # Direct Deposit Authorization Agreement

☑ **Begin Direct Deposit** ☐ **Change Information** ☐ **Cancel Direct Deposit**

**Employee Name (Last, First, Middle Initial):** Hernandez Ma Dolores

**Social Security Number:** [redacted]

**Financial Institution Name:**

**Amount to be direct deposited (check one):**
☐ $ ______.00
☒ Entire net pay

**Type of Account:** ☒ Checking ☐ Savings

**Transit Routing Number (must be 9 numbers)** [redacted]

**Account Number:** [redacted]

**Financial Institution Name:**

**Amount to be direct deposited (check one):**
☐ $ ______.00
☐ Remaining net pay

**Type of Account:** ☐ Checking ☐ Savings

**Transit Routing Number (must be 9 numbers):**

**Account Number:**

I authorize Southwest Key Programs, Inc. ("SWK") to direct deposit funds to my account(s) in the financial institution(s) indicated above. If funds to which I am not entitled are deposited in my account, I authorize SWK to initiate a correcting (debit) entry. If any of the information I provided herein changes, I will promptly complete a new authorization agreement. If my direct deposit is not stopped before the closing of an account specified herein, funds payable to me will be returned to SWK, which may delay the receipt of my check.

I am aware that the initial set-up for direct deposit goes through a "pre-note" process before it takes effect which is a "test run" to ensure the bank routing number and account number I have designated are accurate. For this reason, I understand that direct deposit will not begin until after the pre-note process has been successful. Further, I understand that the authorization may be rejected or discontinued by SWK or my financial institution at any time.

This authorization will remain in full force and effect until SWK has received written notice from me to change or cancel this authorization. I understand that if my employment with SWK is terminated, whether voluntarily or involuntarily, my final paycheck may not be direct deposited.

**Date:** 4-3-18 **Employee Signature:** [signature] **Daytime Phone Number:** (951) 230-2272

**Home Address: Street** 13549 Elsworth st **City** Moreno Valley **State** CA. **Zip** 92553

**If you select to have your payment sent to a:**

- **Checking account:** attach a voided check.
- **Savings account:** contact your financial institution and obtain written verification of your account and routing numbers. Attach that verification to this form.

**DO NOT ATTACH A DEPOSIT SLIP—DEPOSIT SLIPS SOMETIMES DO NOT CONTAIN ACCURATE ROUTING NUMBERS.**

Note. The routing and account numbers may be in different places on your check.

# Direct Deposit / Automatic Payment

## Information Form

The fastest, most convenient way to manage your everyday financial transactions - and it's free!

**Benefits To You**

**Convenient** - Your money is deposited automatically for you, even when you are ill, on vacation or too busy to get to the bank. Your check is deposited electronically into your Wells Fargo account.

**Fast** - You have immediate access to your money on the day of deposit.

**Safe** - Never worry about checks getting lost, delayed or stolen.

**Automatic saving** - Watch your account grow when you have at least part of your pay directed to your account.

**Automatic Payment**** You can also use your routing number (RTN) and account number to setup automatic payment of your recurring bills from your account.

**Three Easy Steps to Set up Your Direct Deposits or Automatic Payments**

**Step 1. Use Account Information Provided Below**

You must provide your information about the account where the money will be deposited or withdrawn.

| Customer Name: | Routing Number (RTN): | Account Number: | Account Type: |
|---|---|---|---|
| MARIA D HERNANDEZ | | | CHECKING |

**Step 2. Contact Your Employer or Payor**

Contact your employer or payor directly to see if they offer direct deposit service. Where direct deposit is available, provide your account information. Your payor may need you to complete a form and provide a voided check or Command check to process your request.

**Step 3. Monitor Your Account**

For Direct Deposit, it can take one to two months for a payor to process your request and to begin receiving electronic deposits.

**Questions?** *Wells Fargo Phone Bank*SM is available 24/7 at 1-800-TO-WELLS (1-800-869-3557)

Customer Copy

CNS9300 (8-17 SVP)

 

| Job Title: | Seasonal Youth Care Worker | Employment Status: | Seasonal Temporary |
|---|---|---|---|
| Program Model and Program Number: | 951 | Reports to: | Shift Supervisor or designee |

**Job Summary:**

The Seasonal Youth Care Worker (YCW) is responsible for providing direct care supervision for youth residing in Southwest Key Programs (SWK) care fostering an environment that facilitates learning and behavioral management in a supportive manner. The Seasonal Youth Care Worker will maintain a flexible, organized, and efficient work schedule. This position is seasonal and is staffed as necessary in response to fluctuating business operations.

**Essential Functions:**

- Conduct intake services to include but not limited to: completing necessary paperwork, providing youth with an overview of the program services and for initial placements of youth in to the shelter.
- Provide basic needs to youth upon arrival to the program (to include but not limited to: meal, clothing, hygiene products, shower and bedroom assignment).
- Must provide Direct Care Services to youth to ensure that ratios and appropriate supervision levels are continuously met as per state and federal requirements.
- Develop positive rapport with youth while serving as a role model to create a safe and caring environment.
- Must ensure all forms and progress notes (efforts) are properly completed in SWK's web-based program (ETO) to ensure compliance with state and federal requirements.
- Assist with the planning and coordination of special educational events (to include but not limited to: spelling bee, science fair), acculturation activities (Cesar Chavez Day, Thanksgiving, Chinese New Year, Holi-Festival of Colors, 16th of September), educational (to include but not limited to: visits to museums) and recreational outings (to include but not limited to: movies, park, amusement parks), assist in the coordination of student council activities and other meaningful experiences for SWK youth which promotes volunteerism and learning.
- Provide vocational courses and curriculum in a subject area approved by the program director or designees which introduces youth to career choices.
- Assist with the coordination of Physical Education instruction and other large muscle activities in coordination with the Program Director or designee as required by state and federal requirements.
- Must assist in the evacuation of youth as needed due to inclement weather conditions, natural disasters, or other unforeseen occurrences.

**Other Functions:**

- Attend all organizational required trainings.
- Attend trainings that will enhance professional growth in the area of Education, Vocational curriculum and instruction, other topics as deemed appropriate by the program director or designee.
- Attend all departmental and program meetings to ensure that up-to-date information is received and/or information of policy changes or practice are adhered to.
- In the absence of a shift leader may be asked to serve as the interim shift leader and be responsible for overseeing program operations within their shift with pre-approval by the program director.
- Be able to assist in the distribution of medications to youth as prescribed by Medical Provider.
- Serve as a Substitute Teacher in the absence of the Teacher in a classroom setting.
- Must assist in the evacuation of youth as needed due to inclement weather conditions, natural disasters, or other unforeseen occurrences.
- Travel as needed for trainings, conferences or to transport youth to destinations located within the U.S.
- Attend Treatment Team Meetings to convey youth's progress to all disciplines present.
- Maintain a safe, clean and hazard-free facility. Tasks include regular maintenance and general cleaning of common areas including restrooms and kitchen, rotation of laundry (linen, towels and clothes) duty, and general maintenance of outdoor areas (to include but not limited to: backyard, playground, and parking lot).
- Able to react to change productively and handle other essential tasks as assigned.

**Qualifications and Requirements:**

- High School Diploma or GED with experience working with youth either through paid or unpaid positions preferred.
- Must be computer literate.

Rev Feb 2017



- Must be able to maintain a flexible work schedule.
- Cleared Tuberculosis test results.
- Cleared background check from appropriate entity.
- Cleared drug test results (this one is for Texas programs only).
- Must be at least 21 years of age at the time of hire.

**Preferred**

- Bilingual. (English/Spanish)

| **Physical Demands:** |
|---|
| Must be able to obtain Crisis Prevention Institute (CPI) certification and First Aid Certification (CPR). Must be able to supervise clients indoors and outdoors by standing for long periods of time and for extended periods of time. Bending, stooping and lifting up to 15 lbs required to complete daily tasks. |
| **Work Environment:** |
| This is a twenty four hour residential facility at which minors receive multiple services. Three shifts per twenty four hour period. Work shifts are subject to change. Noise levels vary from mild to moderate. Noise level varies from mild to moderate. Exposed to prevalent weather conditions. |

**Compliance Agreement:** I have read the above, and understand that it is intended to describe the general content of an requirements for performing this job. It is not an exhaustive statement of duties, responsibilities or requirements. I understand tha reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. I als understand that my job description is subject to change and that this description does not preclude my supervisor's authority t add or change duties or responsibilities.

Employee Name: Ma Dolores Hernandez Employee Signature: [signature] Date: 4-3-

Rev Feb 2017



southwest key
programs

**Employee Guidebook and Supplement Acknowledgement**

**CALIFORNIA**

This is to acknowledge that I have received a copy of the *Employee Guidebook and the Employee Guidebook Summer 2014 Supplement* (hereafter collectively referred to as the *Guidebook*) for employees working in the state of California for Southwest Key Programs. I understand that the *Guidebook* describes terms and conditions of my employment with Southwest Key Programs. I understand and agree that it is my responsibility to read and familiarize myself with the contents of the *Guidebook* and to abide by the rules, policies, procedures and standards outlined therein.

I acknowledge that the policies in the *Guidebook* may be changed or deleted at any time without prior notice to other employees and myself. I also understand that Southwest Key Programs reserves the right to apply the procedures and the terms contained within the Guidebook at its own discretion. I understand that the *Guidebook* is intended only to provide guidelines for employee policies and procedures and that it is neither a contract nor a promise.

I agree that as an employee of Southwest Key Programs, any violation of the policies herein may subject me to disciplinary action, up to and including termination of my employment with Southwest Key Programs.

Ma Dolores Hernandez
Employee Name (Please Print)

[signature]
Employee Signature

3-19-18
Date

southwest key programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-108 | Disclosure Statement of Employees and Volunteers | 1.0 | 06/6/2016 | 1 of 1 |

## Disclosure Statement of Employees and Volunteers

Answer the following questions. If you need any assistance in completing this form, please contact the legal department.

| | | |
|---|---|---|
| 1. | Are you or is any member of your family associated with a business that supplies property, goods or services to Southwest Key? | ☐ Yes ☑ No |
| 2. | Are you or is any member of your family associated with a business that is in competition with Southwest Key? | ☐ Yes ☑ No |
| 3. | In the past 12 months, have you received a gift, loan, compensation, benefit or unusual hospitality, with a value greater than $30, from any Southwest Key vendor or potential vendor? | ☐ Yes ☑ No |
| 4. | Do you currently work for, volunteer for, or serve on the board of directors of any Southwest Key funder, competitor or vendor or have you in the past two years? | ☐ Yes ☑ No |
| 5. | Are you related to anyone that works for Southwest Key, serves on the board of directors for Southwest Key or volunteers for Southwest Key? | ☐ Yes ☑ No |
| 6. | Do you have another job, operate a business or provide consulting services outside of your duties on behalf of Southwest Key? | ☐ Yes ☑ No |
| 7. | Are you currently in a romantic or sexual relationship with anyone in your direct line of supervision? | ☐ Yes ☑ No |
| 8. | Do you have any other business or personal relationships, not covered in your previous answers that could appear to be a conflict of interest with the duties you perform on behalf of Southwest Key as an employee or volunteer? | ☐ Yes ☑ No |
| Please provide details, if you have answered yes to any question(s): | | |

Through my signature below, I agree that I have received and read a copy of Southwest Key's conflicts of interest policy. Additionally, I understand the policy and will comply with it. I understand that Southwest Key is a charitable organization and must engage primarily in activities which accomplish one or more of its tax-exempt purposes in order to maintain its federal tax exemption.

I affirm that this conflicts of interest disclosure statement has been examined by me and to the best of my knowledge and belief is a true, correct and complete statement of all of my economic interests and other matters required by the conflict of interest policy. I understand that I have an ongoing duty to notify Southwest Key of any potential conflict of interest, and I will complete a new conflicts of interest disclosure statement whenever I have a potential conflict of interest.

Ma Dolores Hernandez [signature] 3-19-18

Name Signature Date

| To be completed by supervisor of employee or volunteer who filled out disclosure |
|---|
| Employee ☐ is ☐ is not related to someone in his or her direct line of supervision |
| ☐ All responses are no (no potential conflict of interest disclosed) |
| ☐ One or more responses is yes; copy of disclosure has been forwarded to legal department |



southwest key
programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-110 | Confidentiality Agreement for All Employees | 1.0 | 06/06/2016 | 1 of 1 |

# Confidentiality Agreement for All Employees

The files of Southwest Key Programs contain confidential information that each employee has a continuing obligation to protect. As a condition of employment with Southwest Key, I understand and agree to the following:

1. I understand that in the course of my employment with Southwest Key, I may have authorized access to confidential information. I agree to hold this confidential information in the strictest confidence and not to disclose or otherwise utilize this confidential information except as necessary for me to perform my customary and regular job duties. This means, among other things, that:
   a. I will only access confidential information for which I have a legitimate need to know;
   b. I will not in any way disclose, divulge, copy, release, sell, loan, review, alter or destroy any of the confidential information except as properly authorized within the scope of my employment with Southwest Key; and
   c. I will not otherwise misuse this confidential information.

2. I will treat electronic confidential information, such as information received via email and/or stored in Southwest Key's ETO database the same as hard copies of confidential information. I agree to maintain the security of these records through proper measures including, but not limited to taking the following steps:
   a. I agree to log out of any program or file that contains confidential information when I am not using it.
   b. I will not share my login or password to any program or file that contains confidential information, unless I am specifically authorized to do so by Southwest Key.
   c. I will ensure passwords to programs or files that contain confidential information are changed as needed to maintain the integrity of the information.

3. If a third party requests to view or copy any part of a client's file, I will forward the request to my Program Director for consideration.

4. I will only access email messages containing personnel or client information through Southwest Key's secure server; I may not access any work-related email containing personnel or client information through a personal email account.

5. I must receive permission from my supervisor prior to accessing any confidential information outside of work.

6. I will treat electronic confidential information, such as information received via email and/or otherwise transmitted or stored electronically the same as hard copies of confidential information.

7. Examples of confidential information include, but are not limited to, social security numbers, health records, employment records, passwords, dates of birth, ethnicity and citizenship. Confidential information can be learned through written documentation as well as through word of mouth and generally relates to the private lives of staff, clients, or other individuals.

8. I agree not to remove any client record (including copies), or any other type of confidential information, from the office where it is kept, except in the performance of my regular and customary job duties, and with the prior consent of my supervisor.

9. I acknowledge that my failure to comply with the obligations contained in this Agreement may result in disciplinary action, up to and including termination of my employment. Additionally, if I violate this Agreement, Southwest Key may seek to enforce any legal rights it has against me to the fullest extent permitted by law.

10. I agree that the obligations contained in this Confidentiality Agreement will continue after termination of my employment with Southwest Key, whether I am terminated voluntarily or involuntarily.

Employee Name: Ma Dolores Hernandez Employee Signature: [signature] Date: 3-19-18

southwest key programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-112 | Equipment Responsibility Agreement | 1.0 | 06/06/2016 | 1 of 1 |

# Equipment Responsibility Agreement

I have received from Southwest Key Programs, Inc. ("Southwest Key") the following equipment and agree to inform my supervisor immediately if I lose or damage any of the equipment that has been issued to me. By accepting the equipment indicated on this agreement, I am agreeing that should any of the items be stolen, lost, or damaged while in my possession and/or under my responsibility, I may be required to reimburse Southwest Key for any replacement costs.

☐ **Smart Phone/Cell Phone**

Manufacturer/Model No: ______________________ Service Carrier: ______________________

Cellular Number: ______________________ Contract Date: ______________________

Plan Cost: ______________________ Plan Description: ______________________

☐ I will use the smart phone or cell phone for business and personal use, and I will reimburse Southwest Key, through a payroll deduction, 5% of the plan cost if the plan is ≤ $100.00, or 10% of the plan cost if the plan is > $100.

Total amount of each payroll deduction: ______________________

☐ I will use the smart phone or cell phone for business use only. I understand that I may be subject to disciplinary action, up to and including termination, for any personal use of the smart phone or cell phone. Additionally I understand and agree that I will reimburse Southwest Key for any costs associated with my personal usage of the smart phone or cell phone.

**Overage responsibility.** By accepting and using a Southwest Key smart phone or cell phone, I am agreeing that I will be responsible for all charges over the contractual limit of my individual plan if I have made any personal calls or utilized any other services on the cellular phone or blackberry for personal use during the billing period. Within two days of being notified of an overage, I will advise my Program Director, Regional Executive Director, and Southwest Key's accounting department whether I utilized the smart phone or cell phone for personal usage during the billing period. When an overage is deemed personal, I will make arrangements to repay Southwest Key the amount due for the overage within one week of being notified of the overage. If I have not made any arrangements for repayment within one week of being advised of a personal overage, my signature below authorizes Southwest Key to deduct the overage at Southwest Key's discretion, which may be through payroll deduction or expense reimbursement deduction. I agree that it will be up to Southwest Key's discretion to determine the amount of any deductions made, until the amount is paid in full. Should my employment with Southwest Key terminate for any reason, and there is a balance regarding overage charges upon my date of termination, my signature below indicates my understanding and authorization that the total balance due will be deducted from any outstanding payroll and/or expense reimbursement check.

☐ **Keys**
Number/description of keys: ______________________

☐ **Access Card**
Description of access card: ______________________

☐ **Broadband Card**
Manufacturer/Model Number: ______________________
Serial Number: ______________________

☒ **Other**
Description: Ear Piece 20C

My signature below indicates my understanding and authorization that, should my employment with Southwest Key terminate for any reason, and there is any equipment indicated on this agreement that has not been returned to Southwest Key upon my date of termination, the total cost of replacing such equipment may be deducted from my final payroll and/or expense reimbursement check.

Name: Ma Dolores Hernandez Signature: [signature] Date: 5-18-18

southwest key programs

| Document #: RD-100100-112 | Document Title: Equipment Responsibility Agreement | Rev: 1.0 | Date: 06/06/2016 | Page: 1 of 1 |
|---|---|---|---|---|

# Equipment Responsibility Agreement

I have received from Southwest Key Programs, Inc. ("Southwest Key") the following equipment and agree to inform my supervisor immediately if I lose or damage any of the equipment that has been issued to me. By accepting the equipment indicated on this agreement, I am agreeing that should any of the items be stolen, lost, or damaged while in my possession and/or under my responsibility, I may be required to reimburse Southwest Key for any replacement costs.

☐ **Smart Phone/Cell Phone**

Manufacturer/Model No: ____________________ Service Carrier: ____________________

Cellular Number: ____________________ Contract Date: ____________________

Plan Cost: ____________________ Plan Description: ____________________

☐ I will use the smart phone or cell phone for business and personal use, and I will reimburse Southwest Key, through a payroll deduction, 5% of the plan cost if the plan is ≤ $100.00, or 10% of the plan cost if the plan is > $100.

Total amount of each payroll deduction: ____________________

☐ I will use the smart phone or cell phone for business use only. I understand that I may be subject to disciplinary action, up to and including termination, for any personal use of the smart phone or cell phone. Additionally I understand and agree that I will reimburse Southwest Key for any costs associated with my personal usage of the smart phone or cell phone.

**Overage responsibility.** By accepting and using a Southwest Key smart phone or cell phone, I am agreeing that I will be responsible for all charges over the contractual limit of my individual plan if I have made any personal calls or utilized any other services on the cellular phone or blackberry for personal use during the billing period. Within two days of being notified of an overage, I will advise my Program Director, Regional Executive Director, and Southwest Key's accounting department whether I utilized the smart phone or cell phone for personal usage during the billing period. When an overage is deemed personal, I will make arrangements to repay Southwest Key the amount due for the overage within one week of being notified of the overage. If I have not made any arrangements for repayment within one week of being advised of a personal overage, my signature below authorizes Southwest Key to deduct the overage at Southwest Key's discretion, which may be through payroll deduction or expense reimbursement deduction. I agree that it will be up to Southwest Key's discretion to determine the amount of any deductions made, until the amount is paid in full. Should my employment with Southwest Key terminate for any reason, and there is a balance regarding overage charges upon my date of termination, my signature below indicates my understanding and authorization that the total balance due will be deducted from any outstanding payroll and/or expense reimbursement check.

☐ **Keys**

Number/description of keys: ____________________

☒ **Access Card**

Description of access card: SD- 2F : 42461 El Cajon - 3435364 30099 —

☐ **Broadband Card**

Manufacturer/Model Number: ____________________

Serial Number: ____________________

☐ **Other**

Description: ____________________

My signature below indicates my understanding and authorization that, should my employment with Southwest Key terminate for any reason, and there is any equipment indicated on this agreement that has not been returned to Southwest Key upon my date of termination, the total cost of replacing such equipment may be deducted from my final payroll and/or expense reimbursement check.

Name: Ma D. Hernandez Signature: [signature] Date: 3-22-18



| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-102 | Tuberculosis Test Requirement & Renewal | 1.0 | 06/09/2016 | 1 of 1 |

**Residential Shelter**
**Tuberculosis Test Requirement & Renewal**

Southwest Key's licensing entity requires that all employees working in an unaccompanied minors' shelter have a tuberculosis ("TB") test administered before employment begins as well as every two years throughout their employment with Southwest Key. To ensure that this requirement is met, you must provide proof of your negative TB test results before beginning your employment. Employees who cannot meet these requirements for medical reason must provide written documentation from the medical provider that indicates the specific diagnosis/reason with a signature, date and contact information for approval by their Program Director stating the reason(s) why an exemption is required.

For information regarding TB testing locations, costs, and other specifics, please contact your Program Director. Please note that the cost of your initial TB test is your responsibility and will **not** be reimbursed by Southwest Key. However, future TB tests will be paid or reimbursed by Southwest Key Programs, up to $25.00.

Failure to comply with the TB testing requirement may lead to disciplinary action up to, and including, termination of your employment.

My signature below acknowledges that I have received and understand the contents of this document.

Ma Dolores Hernandez
Name (Print legibly)

[signature]
Signature

3-19-18
Date



southwest key
programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-114 | Residential Shelter Client Confidentiality Agreement | 1.0 | 06/14/2016 | 1 of 1 |

**Residential Shelter**
**Client Confidentiality Agreement**

I understand and will abide by the following:

- I will abide by all federal laws and Southwest Key policies pertaining to the confidentiality of records of a youth admitted to Southwest Key Program.

- I will consider information regarding Southwest Key youth that is voiced to me or discussed in my presence to be subject to all policies regarding confidentiality and will not disclose the information to any unauthorized person either inside or outside of the facility.

Signature: [signature] Date: 3-19-18

Printed Name: Ma Dolores Hernandez



| Document #: RD-100100-132 | Document Title: Residential Shelter Client Handbook Acknowledgement | Rev: 1.0 | Date: 06/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Residential Shelter
## Client Handbook Acknowledgment

I certify that I have read and understand the contents of the Client Handbook given to me by Southwest Key Programs, Inc.

Signature: Ma DH [signature] Date: 3-19-18

Printed Name: Ma Dolores Hernandez



southwest key
programs

| Document #: RD-100100-115 | Document Title: Unaccompanied Minors Residential Shelter Direct Care Staff Dress Code Policy | Rev: 1.0 | Date: 08/14/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Unaccompanied Minors Residential Shelter
## Direct Care Staff Dress Code Policy

The Unaccompanied Minor Shelters strive to maintain a workplace environment that is well functioning and free from unnecessary distractions and annoyances. All Unaccompanied Minor Shelters staff members are expected to present a professional, businesslike image to clients, visitors, customers and the public.

To that end, the Shelters require employees to maintain a neat and clean appearance that is appropriate for the workplace setting and for the work being performed. The following is a set of guidelines regarding clothing and appearance at Southwest Key Programs, per classification of employees. All employees shall adhere to the following dress code:

| Classification | Job Title | Dress Code |
|---|---|---|
| Direct Care Staff | Youth Care Workers<br>Shift Leaders<br>Shift Supervisors<br>Teachers Teacher<br>Aides Case Aids | 1. No leggings or skinny jeans. No torn, frayed, or dirty clothing allowed. No shorts above knee-length allowed.<br>2. No tight, sheer, mesh, see through or sleeveless shirts/blouses.<br>3. Closed toed shoes or tennis shoes that are flat are allowed.<br>4. Hats, caps, or sunglasses will only be allowed during outdoors activities. These items are not allowed indoors.<br>5. Jewelry and accessories must be small and reserved.<br>6. Nails must be kept at a short length, if acrylic must be active length.<br>7. Heavy make-up or colognes should be avoided. |
| Administrative Staff | Program Directors<br>Assistant Program Directors Lead Clinician<br>Clinicians<br>Lead Case Manager<br>Case Managers<br>Executive Assistants<br>Administrative Assistants<br>Trainers | 1. **ALL ABOVE RULES APPLY, IN ADDITION TO:**<br>2. Dresses and skirts must be at knee length and no more than one inch above the knee while seating.<br>3. Shoes must not impede with client service delivery. Shoes must be no higher than two (2) inches. |
| Maintenance, Medical and Kitchen Staff | Maintenance Staff<br>Medical Staff Kitchen Staff | Either a uniform or specific dress code as their departments or programs require. |

Supervisors will redirect employees who fail to follow the Dress Code and may take appropriate disciplinary action. Exceptions to the Dress Code can be made when employees are publicly representing the Program, but remember, it is every employee's responsibility to present a professional appearance at all times.

*My signature below indicates I have received this policy and will abide by its contents.*

Print Name: Ma Dolores Hernandez Program Location: ______

Signature: [signature] Date: 3-19-18



southwest key programs

| Document #: RD-100100-103 | Document Title: Fingerprint Clearance or Equivalent Requirement & Renewal | Rev: 2.0 | Date: 08/25/2016 | Page: 1 of 1 |
|---|---|---|---|---|

**Residential Shelter**

**Fingerprint Clearance or Equivalent Requirement & Renewal**

Southwest Key's licensing entity requires that all employees working in an Unaccompanied Minors' shelter have a current fingerprint clearance or equivalent issued by the appropriate government entity.

It is the responsibility of the employee to maintain the fingerprint clearance process before the expiration date if required. Documentation of renewal must be supplied to the Program Director before the expiration date.

Failure to comply with the Fingerprint Clearance or equivalent requirements may lead to disciplinary action up to, and including, termination of your employment.

My signature below acknowledges that I have received and understand the contents of this document.

Ma Dolores Hernandez
Employee Name

[signature]
Employee Signature

3-19-18
Date



| Document #: RD-100100-118 | Document Title: Residential Shelter Office of Refugee Resettlement and Department of Unaccompanied Children | Rev: 1.0 | Date: 06/14/2016 | Page: 1 of 1 |
|---|---|---|---|---|

**Residential Shelter**

Office of Refugee Resettlement/Department of Unaccompanied Children Services
Policies and Procedures

This acknowledges that I have received training on the Office of Refugee Resettlement (ORR) and Department of Unaccompanied Children Services (DUCS) policies and procedures. I am aware that my program has a written copy of the ORR and DUCS policies and procedures, to which I have access. I recognize that it is my responsibility to understand and comply with the ORR and DUCS policies and procedures.

Ma Dolores Hernandez
Employee Printed Name

[signature]
Employee Signature

3-19-18
Date



| Document #: RD-100100-172 | Document Title: 5.7 ORR Policies to Protect Sponsors from Fraud | Rev: 1.0 | Date: 10/26/2017 | Page: 1 of 2 |
|---|---|---|---|---|

# 5.7 ORR Policies to Protect Sponsors from Fraud

ORR does not charge any fee to prospective or approved sponsors as a condition of release of an unaccompanied alien child. Any demand for payment of fees is not authorized by ORR and should not be paid.

Prospective sponsors should immediately report any suspicious calls or requests for payment to the care provider facility, ORR directly, or the ORR National Call Center Help Line at 1 (800) 203-7001.

## 5.7.1 ORR Efforts to Help Prevent Fraud

Care providers notify all potential sponsors that ORR, its care providers, volunteer agencies, and grantees/contractors do not collect or require fees for any services related to the release of unaccompanied alien children from HHS custody.[5]

In order to detect potential fraud schemes, ORR also asks all approved sponsors at the time of a child's release if they have been approached by anyone asking for money at any point in the release process.

The FBI recommends that all members of the public should exercise caution and adhere to the following guidelines before making a payment or donation of any kind:

- Be skeptical of individuals representing themselves as officials and asking for payments or donations door-to-door, via phone, mail, e-mail, or social networking sites.
- Be skeptical of individuals requesting payment or contributions by courier or wire, or those who request your bank account or credit card number.
- Verify the legitimacy of the government agency or non-profit organization by utilizing various Internet-based resources which may confirm the correct phone number, e-mail, and/or the group's existence and its non-profit status rather than following a link to an e-mailed site.
- Call the official telephone number of the government agency seeking money to ensure the request for payment is legitimate.
- Do not respond to any unsolicited (spam) incoming e-mails. Do not click links contained within those messages.
- Be cautious of e-mails that claim to show pictures of intended recipients in attached files which may contain viruses. Only open attachments from known senders.
- Make contributions directly to known organizations rather than having others make the donation on your behalf to ensure contributions are received and used for intended purposes.
- Do not give your personal or financial information to anyone who seeks payment or solicits contributions. Providing such information may compromise your identity and make you vulnerable to identity theft.



| Document #: RD-100100-172 | Document Title: 5.7 ORR Policies to Protect Sponsors from Fraud | Rev: 1.0 | Date: 10/26/2017 | Page: 2 of 2 |
|---|---|---|---|---|

See **www.fbi.gov/sanantonio/press-releases/2014/new-fraud-schemes-targetin...Visit disclaimer page** for the Spanish translation of this warning.

**ORR also requests that sponsors:**

- Report any suspicious calls or contact to the care provider facility and ORR directly.
- Call the ORR National Call Center Help Line at 1 (800) 203-7001. Sponsors may call the help line to inform ORR if a person defrauds or attempts to defraud them of money.

### 5.7.2 Responding to Fraud Attempts

If a care provider determines that a sponsor or prospective sponsor has been the target of a fraud attempt, the care provider must report the incident to ORR through a Significant Incident Report (SIR) and to local law enforcement.

ORR reviews the information in the SIR and reports all fraud schemes, whether attempted or successfully perpetrated, to HHS/Office of the Inspector General (OIG). ORR and the care provider cooperate fully with the HHS/OIG investigation.

If the fraud scheme involves care provider staff, ORR instructs the care provider to contact local law enforcement and to follow their local licensing guidelines regarding reports of inappropriate employee behavior and to inform their local licensing agency that the case was referred to HHS/OIG and local law enforcement. A care provider facility must take disciplinary action including termination of any staff for criminal behavior, including fraud. ORR issues corrective action findings and requires the care provider to take appropriate action. See **Section 5.5.2 Follow Up and Corrective Actions**

I confirm that I have completely read and understood the ORR Fraud Scheme Policy

Ma Dolores Hernandez

Print Name

[signature]

Sign Name:



southwest key
programs

| Document #: RD-100100-119 | Document Title: Vehicle Safety & Fleet Management Guidebook Acknowledgement | Rev: 2.0 | Date: 09/07/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Vehicle Safety & Fleet Management Guidebook Acknowledgement

Southwest Key's Vehicle Safety & Fleet Management Guidebook ("Guidebook") describes the terms and conditions of driving on behalf of Southwest Key. The Guidebook may be found in hard copy form in your program's Safety Binder as well as electronically on SharePoint. Southwest Key reserves the right to apply the procedures contained in the Guidebook and the terms of the Guidebook at its own discretion. Additionally, because basic trends, regulations, and economic conditions are always changing, the Guidebook may be changed or deleted at any time without prior notice.

Please read the following statement and sign below to indicate your acknowledgement of the electronic version of the Guidebook.

- I understand that the policies and rules described in the Guidebook are subject to change at the sole discretion of Southwest Key.
- I understand that it is my responsibility to read and familiarize myself with the contents of the Guidebook and to abide by the rules, policies, procedures and standards outlined in it.
- I understand that as an authorized driver of Southwest Key any violation of the policies herein shall be subject to disciplinary action, up to and including termination of employment.
- I understand that I should consult my supervisor or the Risk Department if I have any questions regarding the Guidebook.
- I understand that my signature below indicates that I have read and understand the above statements and have received directions to access a copy of Southwest Key's Vehicle Safety & Fleet Management Guidebook.

Employee's Name: Ma Dolores Hernandez Signature: [signature] Date: 3-19-18

**Completion of this form is a requirement for all employees authorized to drive on behalf of Southwest Key. Please give your signed and dated form to your supervisor for inclusion in your personnel file.**



southwest key
programs

| Document #: RD-100100-121 | Document Title: Vehicle Policy For All Employees | Rev: 1.0 | Date: 06/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Vehicle Policy for All Employees

Southwest Key has adopted this policy, because the safety of our employees, clients, and community members are of utmost importance in the operation of our business.

1. All employees must be pre-approved before operating any company vehicles, or operating any vehicles on behalf of Southwest Key.
2. All potential drivers are requested to submit a copy of their driver's license to allow Southwest Key to complete a Motor Vehicle Report.
3. All authorized drivers are expected to review Southwest Key's Vehicle Safety and Fleet Management Guidebook and adhere to its guidelines. It is each employee's responsibility to request access to this guidebook if he or she is unaware of how to view it or would like a hard copy.
4. All employees are expected to adhere to all motor vehicle laws of the jurisdiction in which they are operating or riding in a vehicle. Additionally, while driving on behalf of the organization, Southwest Key employees: (a) must use a hands-free system if they use a portable device; and (b) are prohibited from texting, emailing, and/or instant messaging.
5. Any employee involved in an accident while driving a Southwest Key vehicle may be liable to the organization for any damage, up to $250, if he or she is determined to be at-fault for the accident.

By my signature below, I affirm that I have read Southwest Key's Vehicle Policy, received access to Southwest Key's Vehicle Safety and Fleet Management Guidebook, and agree to adhere to the provisions in both.

Employee's Name: MaDolores H[illegible] Signature: [signature] Date: 3-19-18



southwest key
programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-104 | Consent for Drug Testing | 1.0 | 06/03/2016 | 1 of 1 |

**Consent for Drug and Alcohol Testing**

To help Southwest Key maintain safety, productivity, quality, and security, I understand that I may be required to undergo a blood test, urinalysis, breath-analyzer test, or other diagnostic test for drugs and/or alcohol under any of the following circumstances to the extent allowed by law:

- Prior to beginning employment;
- Upon transfer to a different program;
- When there is reason to believe, in the opinion of Southwest Key management, that I am under the influence of and/or impaired by drugs or alcohol;
- Before returning to work following a leave of absence;
- After the occurrence of a work-related accident (including any auto accident) if there is a reasonable possibility that alcohol or drug use contributed to the accident;
- Upon request or requirement by a funding source, licensing department, or governmental agency;
- As part of a random sample testing of employees or programs; and/or
- When deemed by Southwest Key management to be in the best interest of Southwest Key.

I understand and agree that any positive test results and/or my refusal to submit to a blood test, urinalysis, breath-analyzer test, or other diagnostic test as directed may result in disciplinary action against me, up to and including termination.

Name: Ma Dolores Hernandez Last 4 digits of SSN: XXX-XX- 7564

Signature: [signature] Date: 3-19-18



***Unaccompanied Minors Program***
***No Call No Show and Tardiness Policy Revision***
***Effective June 15, 2015***

***No Call, No Show***

It is critical that your immediate supervisor be notified if you are going to be absent from your scheduled work shift so that coverage for your shift may be arranged. Therefore, you will be considered to have abandoned and voluntarily terminated employment with the organization if you fail to report to work without proper notification.

***Tardiness***

Promptness is expected of all employees to ensure the operations of the organization are efficient. You must notify your immediate supervisor as far in advance as possible if you know that you will be late. If your tardiness is unplanned, you must verbally advise your immediate supervisor at least one hour prior to the beginning of your shift or work schedule, unless there are extenuating and unavoidable circumstances with documentation. Additionally you must follow the rules of your program or department for notification of being tardy.

**Tardiness Defined**

For purposes of ensuring that Southwest Key operations are appropriately staffed and clients are adequately served, if you arrive to your shift or work schedule at any time after your scheduled time, you are tardy.

**Tardiness with Notification**

If you notify your supervisor in accordance with the procedure above, the following will occur:

- First occurrence: You will receive a written reprimand.
- Second occurrence: You will receive a one-day unpaid suspension.
- Third occurrence: You will be recommended for termination.

**Tardiness without Notification**

If you fail to notify your supervisor in accordance with the procedure above, the following will occur:

- First occurrence: You will receive a one-day unpaid suspension.
- Second occurrence: You will be recommended for termination.

*By signing below, I acknowledge receipt and understanding of this policy.*

**Print Employee Name:** Ma Dolores Hernandez

**Program Number/Location:** ______

**Employee Signature:** [signature]

**Date:** 3-19-18



| Document #: RD-100100-120 | Document Title: Training Expectations and Guidelines | Rev: 1.0 | Date: 06/14/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Training Expectations and Guidelines

Ongoing training, continuing education and professional development are critical to an individual's ability to provide the highest quality services to others. In order to ensure a successful learning experience as well as maintain a safe and productive environment, you will be advised of specific expectations and must adhere to those as well as the following classroom guidelines when you attend Southwest Key trainings/workshops:

1. Arrive on time and dressed appropriately for the content of the training.
2. Come prepared. This means you should read any information provided beforehand, come ready to take notes, bring all required materials and complete all required assignments and homework.
3. Treat all participants and instructors professionally and with respect. Honor the ideas and opinions of others and eliminate negative criticism.
4. Take responsibility for your own learning.
5. Come with the right mindset and maintain a positive attitude.
6. Actively participate in all workshop and/or classroom activities.
7. Attend the scheduled training day(s) that you are assigned.
8. Remain in attendance for the entirety of the training.
9. Turn all cell phones/pagers off during class instruction.
10. Continue to review and become familiar with all curriculum material and work toward skill mastery after leaving the class.
11. Ask for help and offer help when appropriate.
12. Provide feedback and comments to help Southwest Key continually improve the training to better meet your needs and the needs of our staff.
13. Ensure that your own training hours are completed on an annual basis to maintain compliance with Southwest Key, state and federal standards.

By my signature below, I affirm that I have read Southwest Key's Training Expectations and Guidelines, and that I understand and agree that my failure to meet these expectations and guidelines may result in disciplinary action against me, up to and including termination.

Name: Ma Dolores Hernandez Signature: [signature] Date: 3-19-18



| Document #: RD-100100-122 | Document Title: Residential Shelter Electronic Communication Devices, and Other Recording Devices | Rev: 1.0 | Date: 06/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Residential Shelter
## Electronic Communication Devices, and Other Recording Devices

All personal electronic communication devices, such as cell phones, smart watches, tablets, and any personal device that allows a user to text, make calls, chat, or perform some type of one or two-way communication, are not allowed into the minor's shelters. The shelter includes but is not limited to: classrooms, offices, recreational areas, backyard/ patio, and dormitories. Recording devices are also not allowed into the minor's shelters. This includes, but is not limited to, cell phones, tablets, cameras, video or photography equipment and tape recorders of any size.

Employees must either leave these devices in their cars or in the lockers provided by the shelter. Even if the employee has a designated work space such as a desk, employees will still not be allowed to keep their electronic devices with them while working their assigned schedule or shift. Designated personnel are allowed to carry on the premises cell phones or electronic devices that are issued by or paid for by Southwest Key, or approved by SWK management. These designated personnel include, but are not limited to:

- Program Director, Assistant Program Director
- Executive Assistant
- Shift Supervisor, Shift Leader
- Lead Case Manager, Assistant Lead Case Manager
- Lead Medical Coordinator, Assistant Lead Medical Coordinator
- Lead Clinician, Assistant Lead Clinician

Devices used by the above personnel shall be used only for programmatic necessities. In addition, staff assigned to travel outside of the shelter in transporting clients to the primary care physicians office, court, consulate or other appointments will be allowed to use a shelter cell phone so that communication can be maintained with the shelter and for this purpose only.

In the event of an emergency, family members can contact the shelter to reach an employee.

The unapproved use of these devices named above is a violation of Southwest Key policies and is grounds for disciplinary action up to and including termination of employment.

My signature below acknowledges that I have received and understand the contents of this document.

Ma Dolores Hernandez
Employee Name (Print)

Program Location

[signature]
Employee Signature

3-19-18
Date



| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-123 | Wellness Program Information And Waiver | 1.0 | 06/15/2016 | 1 of 1 |

## Wellness Program Information and Waiver

Southwest Key is pleased to offer competitive and cutting edge benefits, including a wellness program to help you and your family maintain and enhance your health and quality of life. Although it is voluntary, it is also fun, and we encourage you to participate and get the most out of your Southwest Key benefits! Please note that you must complete this waiver before you will be able to participate in the wellness program.

**Remember, before starting any new exercise program or diet it is always recommended to discuss it first with your health care professional.** If you think you might be unable to meet a standard for a reward under the wellness program, you might qualify for an opportunity to earn the same reward by different means. Contact us at wellness@swkey.org and we will work with you (and if you wish, with your health care professional) to find an alternative with the same reward that is right for you.

## Waiver

I understand that this waiver binds me, as well as my heirs, executors, administrators, legal representatives and assigns, for the benefit of Southwest Key its officers, directors, employees, representatives, funding sources, affiliates, contractors, and/or other agents ("Southwest Key"). In exchange for my participation in the Southwest Key Wellness Program ("Wellness Program"), including but not limited to Wellness Program events, activities, health fairs, and exercise participation, I agree to the following:

- I understand that my participation in the Wellness Program is voluntary and not required by Southwest Key. I acknowledge that the Wellness Program does not constitute part of my work-related duties.
- I fully recognize that there are dangers and risks inherent in participation in the Wellness Program. In the event that I am physically injured or otherwise require emergency care, I give permission to Southwest Key or any of its agents to secure from any licensed hospital, physician, or medical personnel any treatment considered necessary for my immediate care. I agree to be responsible for payment of any and all medical services rendered.
- I understand and agree that Southwest Key makes no warranties, express or implied, as to the Wellness Program, the property on which the Wellness Program will take place, any persons in attendance at Wellness Program activities, or any other warranty, condition, guaranty, or representation, whether oral, written, or in electronic form, relating to the Wellness Program.
- I release Southwest Key from all liabilities for all damages, expenses (including attorney fees), claims, judgments, actions or causes of action as a result of any loss or injury to the person or property which I may sustain or suffer during or arising out of participation in the Wellness Program, whether or not caused by the acts or omissions of Southwest Key. I agree to indemnify and defend Southwest Key from and against any liability, loss, damages, expenses (including attorney fees), claims, judgments, actions or causes of action arising out of or related to my participation in the Wellness Program and to reimburse Southwest Key for any such expenses incurred.

**I agree that I have signed this Waiver in exchange for my participation in the Southwest Key Wellness Program. Additionally, my signature affirms that I have read this document and understand it.**

Ma Dolores Hernandez [signature] 3-19-18

Printed Name Signature Date



| Document #: RD-100100-124 | Document Title: Acknowledgement Of Mutual Jury Trial Waiver and Class And Collective Action Waiver | Rev: 2.0 | Date: 08/15/2016 | Page: 2 of 2 |
|---|---|---|---|---|

## Acknowledgement of Mutual Class and Collective Action Waiver

Southwest Key Programs, Inc. its officers, directors, employees, representatives, funding sources, affiliates, contractors, and/or other agents ("Southwest Key") hope that your experience working with us is rewarding and fun. We believe that employees who work in a positive environment provide better services to our clients and their families, project greater enthusiasm for our mission, and help build a more successful organization. Southwest Key also believes that our internal grievance resolution procedures are able to address problems that may arise between you and Southwest Key. However, we recognize that despite everyone's best efforts, sometimes a matter cannot be resolved internally. In those rare circumstances, considering claims on an individualized basis is often the best manner to fairly resolve these disputes.

By signing below, you are agreeing to a class and collective action waiver that may be enforced by you or Southwest Key. This agreement does not take away your right to sue or prevent you from filing a charge with a federal, state, or local administrative agency. Rather, you are agreeing that any proceedings to resolve or litigate any claim will be conducted solely on an individual basis, and not as a class action or otherwise pursuant to class, collective action, or comparable procedures.

Please be advised that a claim includes any dispute, controversy, lawsuit, or cause of action you may have against Southwest Key related to your employment or separation of employment. Please also be advised that by entering into this agreement, Southwest Key is also waiving its right to a class or collective action with respect to any claim between you and Southwest Key.

Please note that this agreement does not alter the at-will employment relationship and shall not be construed as a definite term of employment or a contract for employment. Further, if any provision(s) of this agreement is/are found to be invalid, void, or unenforceable, then the remaining provisions shall continue to be valid. This document shall be governed by and construed under the substantive and procedural laws of the State of Texas without regard to principles of conflict of laws. Any lawsuit arising out of or relating to this agreement shall be held in Travis County, Texas.

**By signing this document you agree and understand that: (1) you have read this document, have been offered or may request a copy of this document, have been given an opportunity to ask questions about this document or consult with an attorney about this document; (2) by continuing to work for Southwest Key and accepting this offer, you understand that any lawsuit between you and Southwest Key will will be decided on an individual basis and not as part of a class or collective action; and (3) you have signed this document knowingly, intelligently, voluntarily, free from duress or coercion, and after being given time to give it due consideration.**

| [signature] | Ma Dolores Hernandez | 3-19-18 |
|---|---|---|
| Employee Signature | Employee Name | Date |



southwest key
programs

| Document #: RD-100100-124 | Document Title: Acknowledgement Of Mutual Jury Trial Waiver and Class And Collective Action Waiver | Rev: 2.0 | Date: 08/15/2016 | Page: 1 of 2 |
|---|---|---|---|---|

## Acknowledgement of Mutual Jury Trial Waiver

Southwest Key Programs, Inc., its officers, directors, employees, representatives, funding sources, affiliates, contractors, and/or other agents ("Southwest Key") hope that your experience working with us is rewarding and fun. We believe that employees who work in a positive environment provide better services to our clients and their families, project greater enthusiasm for our mission, and help build a more successful organization. Southwest Key also believes that our internal grievance resolution procedures are able to address problems that may arise between you and Southwest Key. However, we recognize that despite everyone's best efforts, sometimes a matter cannot be resolved internally. In those rare circumstances, judges considering individualized claims are often in the best position to fairly resolve these disputes.

By signing below, you are agreeing to a binding jury trial waiver that may be enforced by you or Southwest Key. This agreement does not take away your right to sue or prevent you from filing a charge with a federal, state, or local administrative agency. Rather, you are waiving your right to request or demand a jury trial and agreeing that any claim you have against Southwest Key that cannot be resolved internally will be resolved by a judge.

Please be advised that a claim includes any dispute, controversy, lawsuit, or cause of action you may have against Southwest Key related to your employment or separation of employment. Please also be advised that by entering into this agreement, Southwest Key is also waiving its right to request or demand a jury trial with respect to any claim between you and Southwest Key.

Please note that this agreement does not alter the at-will employment relationship and shall not be construed as a definite term of employment or a contract for employment. Further, if any provision(s) of this agreement is/are found to be invalid, void, or unenforceable, then the remaining provisions shall continue to be valid. This document shall be governed by and construed under the substantive and procedural laws of the State of Texas without regard to principles of conflict of laws. Any lawsuit arising out of or relating to this agreement shall be held in Travis County, Texas.

**By signing this document you agree and understand that: (1) you have read this document, have been offered or may request a copy of this document, have been given an opportunity to ask questions about this document or consult any person(s) of your choosing about this document; (2) by continuing to work for Southwest Key and accepting this offer, you understand that any lawsuit between you and Southwest Key will be decided by a judge rather than a jury; and (3) you have signed this document knowingly, intelligently, voluntarily, free from duress or coercion, and after being given time to give it due consideration.**

| [signature] | Ma Dolores Hernandez | 3-19-18 |
|---|---|---|
| Employee Signature | Employee Name | Date |



| Document #: RD-100100-125 | Document Title: Residential Shelter Preventable Disease Vaccination Policy | Rev: 1.0 | Date: 05/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Residential Shelter Preventable Disease Vaccination Policy

Southwest Key Programs, Inc. (SWK) requires that all employees working in an unaccompanied minor shelter be vaccinated against the following diseases within 100 days from the first date worked:

1. Tetanus, diphtheria, pertussis (Td/Tdap)
2. Varicella
3. Measles, mumps, rubella (MMR)
4. Hepatitis A and Hepatitis B[1] (all employees must receive the Hepatitis B vaccine within 100 days of employment even if previously declined)
5. Zoster (only for employees over the age of 60)
6. Influenza "F"

You must provide proof of your immunization record to your Program's Lead Medical Coordinator or Medical Coordinator.

Please note that SWK will reimburse all vaccine costs for employees who were not previously vaccinated and get the vaccines between the 70-100 days of employment to the extent the employee's medical insurance did not cover the cost of the vaccination.

In order to be eligible for the reimbursement, you must have worked for SWK for at least 90 days. In addition, to receive the reimbursement you must submit to your Program Director a legible copy of the receipt/invoice that shows the your name, the name of the vaccines received, your out of pocket costs for the vaccines, and the date(s) of service(s). SWK will pay for the cost of the hepatitis B vaccination without any waiting period for employees who have occupational exposure.

SWK reserves the right to amend and modify this policy and these recommendations based on the Center for Disease Control's recommended adult vaccination schedule, which can be found at http://www.cdc.gov/vaccines/schedules/syndicate.html.

For information regarding vaccination locations and other specifics, please contact your Program Director or visit the website http://www.vaccines.gov/getting/where/ . If you have any questions or concerns regarding SWK's vaccination policy, please contact your Program Director.

My signature below acknowledges that I have received and understand the contents of this document.

Ma Dolores Hernandez 3-19-18

Employee Name Date

[signature] 3-19-18

Employee Signature Date

[1] SWK makes the hepatitis B vaccination available to employees who have reasonably anticipated contact with blood or other potentially infectious materials during the performance of their jobs. The vaccination is offered after the employee has completed the bloodborne pathogen training and within 10 days of the employee's initial assignment to their job where there is occupational exposure. The vaccination will be provided with no associated cost to the employee.



southwest key
programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-126 | Citizenship Agreement | 1.0 | 06/15/2016 | 1 of 1 |

## Citizenship Agreement

I understand that in order to reinforce a positive work environment I must behave in a way that contributes to a positive environment and avoid the behaviors that will impact the work environment negatively.

I commit to do the following:

- Be respectful and polite in every interaction I have.
- Approach others in a friendly manner.
- Have a positive attitude and be cheerful.
- Do not talk negative about anyone when they are not present.
- Do not engage in gossip or rumors.
- Respect individual's privacy.
- Do not discuss my own or anyone else's performance problems with anyone other than a supervisor.
- Praise my coworkers when I see that they have performed well or made a positive contribution.
- If I have a problem with a person, I will go directly to that person and discuss the issue. If I feel unable to go to the person directly I will get assistance from a supervisor or follow the company grievance procedure.
- Do my best to avoid making assumptions.
- When I present a concern or problem I will make a commitment to bring possible solutions.
- When reporting issues, incidents, & problems I will be committed to only reporting the facts. I will exclude hearsay.
- Behave in a professional and ethical manner at all times.
- Openly admit my mistakes.
- Be a team player.
- Be a model citizen.

My signature below indicates my commitment in practicing the behaviors outlined in this document. As well as, assist and support my coworkers in behaving in a way that creates a positive impact.

I understand that by behaving in a negative way or not following the citizen agreement my behavior hurts the overall program. I may also receive disciplinary actions up to and including suspension or termination of my employment from SW Key Programs if I do not follow this agreement.

Note: A Spanish speaking interpreter was offered to me to interpret this document. If I requested that an interpreter be present this was provided and I fully understand the above agreement.

Name (print): Ma Dolores Hernandez Signature: [signature]

Date: 3-19-18



| Document #: RD-100100-117 | Document Title: Residential Shelter Foreign Diploma Evaluation/Equivalency | Rev: 2.0 | Date: 09/08/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Residential Shelter
## Foreign Diploma Evaluation/Equivalency

All Southwest Key Programs employees working at residential shelters must have a diploma issued in the United States or the equivalent. The type of diploma required is outlined in the specific job description and will be for the highest level completed as required by the job description (i.e. a high school diploma or GED, a Bachelor's degree or a Master's degree). If you hold a foreign diploma, you must have it evaluated to determine whether it is the equivalent of a United States-issued diploma within thirty days of the date your employment begins with Southwest Key.

For information regarding foreign diploma evaluation locations, costs and other specifics, please contact your Program Director. Please note that the cost of the foreign diploma evaluation is your responsibility and will not be reimbursed by Southwest Key Programs.

☐ I have a diploma or GED, as required by my position, issued in the United States

☑ I have the equivalent of a diploma (e.g. a high school diploma or GED, a Bachelor's degree or a Master's degree) issued in a country other than the United States, and will provide a copy of my foreign diploma evaluation within 30 days of the date my employment began with Southwest Key. I understand that failure to provide my foreign diploma equivalency within 30 days of the date my of hire with Southwest Key may result in disciplinary action up to and including termination of employment

My signature below acknowledges that I have received and understand the contents of this document.

Signature: [signature] Date: 3-19-18

Printed Name: Ma Dolores Hernandez



| Document #: RD-100100-127E | Document Title: Safety Precautions Related to Voluntary Use of Respirators (including Dust Masks) - English | Rev: 1.0 | Date: 06/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Safety Precautions Related to Voluntary Use of Respirators (including Dust Masks)

Por favor, póngase en contacto con el Director del Programa si usted prefiere recibir este documento en Español.

Respirators, including dust masks, are an effective method of protection against designated hazards when properly selected and worn. Respirator use is encouraged, even when exposures are below the exposure limit, to provide an additional level of comfort and protection for workers. However, if a respirator is used improperly or not kept clean, the respirator itself can become a hazard to the worker.

Sometimes, workers may wear respirators to avoid exposures to hazards, even if the amount of hazardous substance does not exceed the limits set by OSHA standards. If Southwest Key provides respirators for voluntary use, or if you provide your own respirator, you need to take the following precautions to be sure that the respirator itself does not present a hazard.

1. Read and heed all instructions provided by the manufacturer on use, maintenance, cleaning and care, and warnings regarding the respirators limitations.
2. Choose respirators certified for use to protect against the contaminant of concern. NIOSH, the National Institute of Occupational Safety and Health of the U.S. Department of Health and Human Services, certifies respirators. A label or statement of certification should appear on the respirator or respirator packaging. It will tell you what the respirator is designed for and how much it will protect you.
3. Do not wear your respirator into atmospheres containing contaminants for which your respirator is not designed to protect against. For example, a respirator designed to filter dust particles will not protect against gases, vapors, or very small solid particles of fumes or smoke.
4. Keep track of your respirator so that you do not mistakenly use someone else's respirator.

By signing below, I acknowledge that:

1. Southwest Key has provided me with information concerning precautions to take when voluntarily using respirators, including a dust mask.
2. I understand that I am not required to wear a dusk mask while employed at Southwest Key, but dust masks are available and accessible to all employees who choose to use them.

Ma Dolores Hernandez
Printed Employee Name

[signature]
Signature

3-19-18
Date



southwest key
programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-138 | Tobacco Free Workplace Policy | 1.0 | 09/14/2016 | 1 of 2 |

# TOBACCO-FREE WORKPLACE

It has long been Southwest Key's goal to provide healthful environments for its employees. We strive to provide a broad array of benefits to encourage healthy lifestyles and remain aware of the impressions we make on the youth we serve and of the necessity to model positive behaviors for the kids in our care. Southwest Key Programs has therefore adopted a tobacco-free policy in order to provide a clean, healthy, productive and safe environment for all.

Smoking and tobacco use of any kind is prohibited at all Southwest Key locations, in all vehicles owned or leased by Southwest Key, and at all Southwest Key-sponsored events, regardless of location. Tobacco products include, but are not limited to, cigarettes, cigars, pipe tobacco, chewing tobacco, e-cigarettes, vaporizers, and snuff.

Employees who choose to use tobacco products must do so on their regularly scheduled breaks or meal periods and off company property. Additionally, Southwest Key employees shall not permit clients, consultants, vendors, contractors, partners, or others to use tobacco products while at a Southwest Key locations, in a vehicle owned or leased by Southwest Key, or at a Southwest Key-sponsored event, regardless of location, and must immediately report any such occurrence to their supervisor or Program Director.

As part of our responsiveness in supporting a healthy environment, Southwest Key offers a Tobacco Cessation Program to provide employees, or anyone in their household, the option of being tobacco free. Please contact human resources for more information.



| Document #: RD-100100-139 | Document Title: Client Medical Information Privacy Manual Acknowledgement | Rev: 1.0 | Date: 09/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Client Medical Information Privacy Manual Acknowledgement

Southwest Key's Client Medical Information Privacy Manual ("Manual") describes Southwest Key's policies and procedures related to client medical information. This is to acknowledge that I have received access to Southwest Key's Client Medical Information Privacy Manual. I have been advised that the Manual may be found in hard copy form at my program as well as electronically on SharePoint. I understand and agree that it is my responsibility to read and familiarize myself with the contents of the manual and to abide by the rules, policies, procedures, and standards outlined in it.

I agree that as an employee of Southwest Key Programs any violation of the policies within the Manual shall subject me to disciplinary action, up to and including termination of my employment with Southwest Key Programs.

Employee Name: Ma Dolores Hernandez Employee Signature: [signature] Date: 3-19-18



southwest key programs

| Document #: RD-100100-134 | Document Title: Acknowledgement of the Discrimination, Harassment, and Retaliation Prevention Policy | Rev: 1.0 | Date: 03/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

**Acknowledgement of the Discrimination, Harassment, and Retaliation Prevention Policy**

By my signature below, I affirm that I have received a copy of Southwest Key's Discrimination, Harassment, and Retaliation Policy, understand its contents, and agree to adhere to the requirements of the policy.

Employee's/Volunteer's Name: Ma Dolores Hernandez

Program Number/Location: ______

Signature: [signature] Date: 3-19-18



| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-143 | Hepatitis B Vaccination Acceptance/Declination Form | 1.0 | 04/15/2016 | 1 of 1 |

# Hepatitis B Vaccination Acceptance/Declination Form

I understand that due to my occupational exposure to blood or other potentially infectious bodily fluids, I may be at risk of acquiring Hepatitis B virus infection. I have been given the opportunity to be vaccinated with Hepatitis B vaccine, at no charge to myself. I understand that vaccination is encouraged unless I have already been vaccinated, I am immune, or medical evaluation shows that vaccination is contraindicated.

I understand that I must indicate below that I accept the opportunity to be vaccinated with the Hepatitis B vaccine, at no charge to myself, and contact my supervisor for more information about where to get vaccinated. If I do not clearly indicate acceptance below or if I do not contact my supervisor about where to get vaccinated, I may not receive the Hepatitis B vaccination, which would otherwise be provided to me at no cost. I understand that if I do not receive this vaccine, I continue to be at risk of acquiring Hepatitis B, a serious disease. I further understand that if, in the future, I continue to have occupational exposure to blood or other potentially infectious materials and I want to be vaccinated with Hepatitis B vaccine, I can receive the vaccination series at no charge to me, upon request.[1]

| | |
|---|---|
| ☑ | I hereby accept the opportunity to be vaccinated with the Hepatitis B vaccine, at no charge to myself. I will contact my supervisor to get more information on where to get vaccinated. |
| ☐ | I hereby decline the Hepatitis B vaccination, which would otherwise be provided to me at no cost. I understand that if I decline this vaccine, I continue to be at risk of acquiring Hepatitis B, a serious disease. I further understand that if, in the future, I continue to have occupational exposure to blood or other potentially infectious materials and I want to be vaccinated with Hepatitis B vaccine, I can receive the vaccination series at no charge to me, upon request. |

Ma Dolores Hernandez
Employee's Printed Name

Program Number

[signature]
Employee Signature

3-19-18
Date

[1] Please note that your program may require you to receive the Hepatitis B vaccination. If you are required to receive the Hepatitis B vaccination by your program, it will be provided to you at no cost.

# NOTICE TO EMPLOYEE

***Labor Code section 2810.5***

**EMPLOYEE**

Employee Name: Ma Dolores Hernandez

Start Date: 3-19-18

**EMPLOYER**

Legal Name of Hiring Employer: Southwest Key Programs

Is hiring employer a staffing agency/business (e.g., Temporary Services Agency; Employee Leasing Company; or Professional Employer Organization [PEO])? ☐ Yes ☐ No

Other Names Hiring Employer is "doing business as" (if applicable):

not applicable

Physical Address of Hiring Employer's Main Office:

6002 Jain Lane, Austin, TX 78721

Hiring Employer's Mailing Address (if different than above):

6002 Jain Lane, Austin, TX 78721

Hiring Employer's Telephone Number: (512) 462-2181

If the hiring employer is a staffing agency/business (above box checked "Yes"), the following is the other entity for whom this employee will perform work:

Name: not applicable

Physical Address of Main Office: not applicable

Mailing Address: not applicable

**WAGE INFORMATION**

Rate(s) of Pay: 17.99 Overtime Rate(s) of Pay: 1&1/2 x reg rate of pay or twice rate of pay

Rate by (check box): ☑ Hour ☐ Shift ☐ Day ☐ Week ☐ Salary ☐ Piece rate ☐ Commission

☐ Other (provide specifics): __________

Does a written agreement exist providing the rate(s) of pay? (check box) ☑ Yes ☐ No

If yes, are all rate(s) of pay and bases thereof contained in that written agreement? ☐ Yes ☐ No

Allowances, if any, claimed as part of minimum wage (including meal or lodging allowances):

not applicable

(If the employee has signed the acknowledgment of receipt below, it does not constitute a "voluntary written agreement" as required under the law between the employer and employee in order to credit any meals or lodging against the minimum wage. Any such voluntary written agreement must be evidenced by a separate document.)

Regular Payday: 1st and 16th - monthly

DLSE-NTE (rev 11/2014)

## WORKER'S COMPENSATION

Insurance Carrier's Name: Safety National Insurance

Address: PO Box 6966, Portland, OR 97228

Telephone Number: 1-800-239-1391

Policy No.: LDC4057495

☐ Self-Insured (Labor Code 3700) and Certificate Number for Consent to Self-Insure: not applicable

## PAID SICK LEAVE

Unless exempt, the employee identified on this notice is entitled to minimum requirements for paid sick leave under state law which provides that an employee:

a. May accrue paid sick leave and may request and use up to 3 days or 24 hours of accrued paid sick leave per year;
b. May not be terminated or retaliated against for using or requesting the use of accrued paid sick leave; and
c. Has the right to file a complaint against an employer who retaliates or discriminates against an employee for
   1. Requesting or using accrued sick days;
   2. Attempting to exercise the right to use accrued paid sick days;
   3. Filing a complaint or alleging a violation of Article 1.5 section 245 et seq. of the California Labor Code;
   4. Cooperating in an investigation or prosecution of an alleged violation of this Article or opposing any policy or practice or act that is prohibited by Article 1.5 section 245 et seq. of the California Labor Code.

The following applies to the employee identified on this notice: (Check one box)

☐ 1. Accrues paid sick leave only pursuant to the minimum requirements stated in Labor Code §245 et seq. with no other employer policy providing additional or different terms for accrual and use of paid sick leave.

☐ 2. Accrues paid sick leave pursuant to the employer's policy which satisfies or exceeds the accrual, carryover, and use requirements of Labor Code §246.

☐ 3. Employer provides no less than 24 hours (or 3 days) of paid sick leave at the beginning of each 12-month period.

☐ 4. The employee is exempt from paid sick leave protection by Labor Code §245.5. (State exemption and specific subsection for exemption): ____________________

## ACKNOWLEDGEMENT OF RECEIPT
(Optional)

| | |
|---|---|
| Linda Mendez, PD | Ma Dolores Hernandez |
| (PRINT NAME of Employer representative) | (PRINT NAME of Employee) |
| | [signature] |
| (SIGNATURE of Employer Representative) | (SIGNATURE of Employee) |
| | 3-19-18 |
| (Date) | (Date) |

The employee's signature on this notice merely constitutes acknowledgement of receipt.

Labor Code section 2810.5(b) requires that the employer notify you in writing of any changes to the information set forth in this Notice within seven calendar days after the time of the changes, unless one of the following applies: (a) All changes are reflected on a timely wage statement furnished in accordance with Labor Code section 226; (b) Notice of all changes is provided in another writing required by law within seven days of the changes.

DLSE-NTE (rev 11/2014)



| Document #: RD-100100-169 | Document Title: California Unaccompanied Minor Shelter Mandatory On-Duty Meal Period Acknowledgment For Youth Care Workers and Teachers | Rev: 1.0 | Date: 03/01/2017 | Page: 1 of 1 |
|---|---|---|---|---|

**CALIFORNIA UNACCOMPANIED MINOR SHELTER**
**MANDATORY ON-DUTY MEAL PERIOD ACKNOWLEDGMENT**
**FOR YOUTH CARE WORKERS AND TEACHERS**

I understand and acknowledge the following:

1. If I work five hours or more, I am entitled to an unpaid, duty-free meal period of at least 30 minutes.
2. I am a Teacher or Youth Care Worker.
3. As a Teacher or Youth Care Worker, I am directly responsible for the care of children under 18 years of age who receive 24-hour residential care. Consequently I may be required to work on-duty meal periods to meet regulatory or approved program standards.
4. My on-duty meal period is considered work time for which I will be paid at my applicable wage rate.
5. During my on-duty meal period, I may eat with the clients during their meals, and I will be provided the same meal at no cost.
6. Unless I am working the night shift, I may exercise my right to an unpaid, off-duty meal period upon 30 days' advance written notice to my supervisor for each instance an off-duty meal period is desired. I understand that I may not take an off-duty meal period more than once every two weeks.

**I have read, understand, and agree to this acknowledgement.**

Employee's Name: Ma Dolores Hernandez Last 4 SSN: xxx-xx-7564

Signature: [signature] Date: 3-19-18

SOUTHWEST KEY PROGRAMS, INC.



southwest key programs

| Document #: RD-100100-140 | Document Title: Residential Shelter- CA programs only Meal Break Waiver Form | Rev: 1.0 | Date: 09/16/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Residential Shelter- CA programs only
## Meal Break Waiver Form

I agree to waive my right to a 30 minute meal period, during which time I would have the right to be relieved of all duties. I choose to work my complete shift understanding that I will be paid for all hours worked, including the meal period during which time I am still on duty. I understand that this waiver is fully voluntary and that my employment is in no way contingent upon my agreement to this waiver. I also understand that I may revoke this waiver upon the condition that I give Southwest Key Programs one day's notice. Any such revocation must be in writing and delivered to the Program Director to be effective.

---

Yo estoy de acuerdo en renunciar mi derecho a un período de 30 minutos para consumir alimentos, durante el cual yo tendría el derecho de ser liberado(a) de mis responsabilidades. Yo elijo trabajar mi turno completo con el entendimiento de que se me pagará por todas las horas trabajadas, incluyendo este período en el cual estuviera trabajando. Yo entiendo que este renuncio es completamente voluntario y que mi empleo no es de ninguna manera dependiente de este acuerdo. También entiendo que puedo revocar este renuncio con la condición de que provea un día de aviso previo a Southwest Key Programas. Al revocar, la notificación debe ser por escrito y entregado al Director del programa para que pueda ser efectivo.

---

[signature]
Employee signature

Ma Dolores Hernandez
Name (please print)

3-14-18
Date

Program Director Signature

Name (please print)

Date



| Document #: RD-100100-109 | Document Title: Insurance Information and Application Process Acknowledgement | Rev: 1.0 | Date: 06/01/2017 | Page: 1 of 1 |
|---|---|---|---|---|

# Insurance Information and Application Process Acknowledgement

**Eligibility requirements**. Southwest Key Programs, Inc. ("SWK") provides insurance benefits for all regular full-time employees (working 30 or more hours per week). Employees whose usual work schedule is less than forty (40) hours per week on a consecutive weekly basis are considered part-time employees, and are not eligible for SWK employee benefits.

Upon the first of the month following completion of sixty (60) consecutive days of employment, all regular full-time employees (working 30 or more hours per week) are eligible to participate in SWK's Medical, Dental, Flex Spending Accounts, Short-Term Disability, Long-Term Disability, and Life Insurance programs. Employee's dependents may be eligible to elect medical, dental, and vision insurance. Please confirm that you have received information concerning these plans by marking the appropriate boxes below:

☐ Southwest Key's Benefit Booklet that includes:

| | |
|---|---|
| Medical Insurance information | Short-Term Disability Insurance information |
| Dental Insurance information | Long-Term Disability Insurance information |
| Flex Spending Account information | Life Insurance Information |
| Vision Insurance information | Voluntary Products |

**Enrollment Process**. Please review the information provided regarding each of these benefits. To ensure that you are enrolled in the plan upon your effective date, or to waive coverage, unless otherwise noted, you are required to enroll through Green Shades, our online enrollment system. This must be completed by the designated deadline. The enrollment schedule is as follows:

**Enrollment calendar and deadlines**

| Full-Time Hire Dates | Enrollment Deadline Dates | Effective Date for Coverage |
|---|---|---|
| 6/1/2017 to 6/30/2017 | 8/15/2017 | 9/1/2017 |
| 7/1/2017 to 7/31/2017 | 9/15/2017 | 10/1/2017 |
| 8/1/2017 to 8/31/2017 | 10/15/2017 | 11/1/2017 |
| 9/1/2017 to 9/30/2017 | 11/15/2017 | 12/1/2017 |
| 10/1/2017 to 10/31/2017 | 12/15/2017 | 1/1/2018 |
| 11/1/2017 to 11/30/2017 | 1/15/2018 | 2/1/2018 |
| 12/1/2017 to 12/31/2017 | 2/15/2018 | 3/1/2018 |
| 1/1/2018 to 1/31/2018 | 3/15/2018 | 4/1/2018 |
| 2/1/2018 to 2/28/2018 | 4/15/2018 | 5/1/2018 |
| 3/1/2018 to 3/31/2018 | 5/15/2018 | 6/1/2018 |
| 4/1/2018 to 4/30/2018 | 6/15/2018 | 7/1/2018 |
| 5/1/2018 to 5/31/2018 | 7/15/2018 | 8/1/2018 |

If you have questions concerning your benefits, or you are unable to access online enrollment system during your designated period, you must contact SWK's Human Resources Department at (512) 462-2181 If an employee does not enroll or waive the medical plan via the online enrollment system before their deadline and is non responsive to attempts to reach them, they are automatically **waiving** all of their benefits including the medical plan. The employee will not be able to obtain any employer sponsored medical coverage until open enrollment. Southwest Key has an open enrollment period every July, which provides an effective date of September 1st for benefits.

By your signature below, you agree that you have read through this document, have received the documents stated herein, and understand that you have a duty to apply for certain SWK benefits, or waive as provided above.

Employee Name: Ma Dolores Hernandez Employee Signature: [signature] Date: 3-19-18

SOUTHWEST KEY PROGRAMS, INC.

STATE OF CALIFORNIA—HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# STATEMENT ACKNOWLEDGING REQUIREMENT TO REPORT CHILD ABUSE

*NOTE: RETAIN IN EMPLOYEE/LICENSEE FILE*

NAME
Ma Dolores Hernandez

| POSITION | FACILITY NUMBER |
|---|---|
| Yout Care Worker | 374-603-915 |

California law REQUIRES certain persons to report known or suspected child abuse. As a licensee or an employee at a licensed facility or a child care institution, YOU are one of those persons - a "mandated reporter."

## PERSONS WHO ARE REQUIRED TO REPORT ABUSE

**Mandated reporters** include a licensee, an administrator, or an employee of a licensed community care or child day care facility. [Penal Code ("PC") § 11165.7(a)(10)] Mandated reporters also include an employee of a child care institution, including, but not limited to, foster parents, group home personnel, and personnel of residential care facilities. [PC § 11165.7(a)(14)] No supervisor or administrator may impede or inhibit an individual's reporting duties or subject the mandated reporter to any sanction for making the report. [PC § 11166(h)]

## WHEN REPORTING ABUSE IS REQUIRED

A mandated reporter, who in his or her professional capacity, or within the scope of his or her employment, has knowledge of or observes a person under the age of 18 years whom he or she knows or reasonably suspects has been the victim of child abuse or neglect must report the suspected incident. The reporter must contact a designated agency immediately or as soon as practically possible by telephone, and shall prepare and send a written report within 36 hours of receiving the information concerning the incident. [PC § 11166(a)]

## ABUSE THAT MUST BE REPORTED

**Physical injury** inflicted by other than accidental means on a child. [PC § 11165.6]

**Sexual abuse** meaning sexual assault or sexual exploitation of a child. [PC § 11165.1]

**Neglect** meaning the negligent treatment, lack of treatment, or the maltreatment of a child by a person responsible for the child's welfare under circumstances indicating harm or threatened harm to the child's health or welfare. [PC § 11165.2]

**Willful harming or injuring or endangering a child** meaning a situation in which any person inflicts, or willfully causes or permits a child to suffer, unjustifiable physical pain or mental suffering, or causes or permits a child be placed in a situation in which the child or child's health is endangered. [PC § 11165.3]

**Unlawful corporal punishment or injury** willfully inflicted upon a child and resulting in a traumatic condition. [PC § 11165.4]

**WHERE TO CALL IN AND SEND THE WRITTEN ABUSE REPORT**

Reports of suspected child abuse or neglect must be made to any police department or sheriff's department (not including a school district police or security department), county probation department, if designated by the county to receive mandated reports, or the county welfare department. [PC § 11165.9] The written report must include the information described in Penal Code section 11167(a) and may be submitted on form SS 8572.

**IMMUNITY AND CONFIDENTIALITY OF REPORTER AND OF ABUSE REPORTS**

Persons legally mandated to report suspected child abuse have immunity from criminal or civil liability for reporting as required or authorized by law. [PC § 11172(a)] The identity of a mandated reporter is confidential and disclosed only among agencies receiving or investigating reports, and other designated agencies. [PC § 11167(d)(1)] Reports are confidential and may be disclosed only to specified persons and agencies. Any violation of confidentiality is a misdemeanor punishable by imprisonment, fine, or both. [PC § 11167.5(a)-(b)]

**PENALTY FOR FAILURE TO REPORT ABUSE**

A mandated reporter who fails to make a required report is guilty of a **misdemeanor** punishable by up to six months in jail, a fine of $1000, or both. [PC § 11166(b)]

**COPY OF THE LAW**

Prior to my employment in a licensed community care or child day care facility, or child care institution, my employer provided me with a copy of Penal Code sections 11165.7, 11166, and 11167. [PC § 11166.5(a)]

**ACKNOWLEDGMENT OF RESPONSIBLITY**

I, Ma Dolores Hernandez, have knowledge of my responsibility to report known or suspected child abuse in compliance with Penal Code section 11166. [PC § 11166.5(a)]

| SIGNATURE | DATE |
|---|---|
| [signature] | 3-19-18 |



| Document #: RD-100100-141 | Document Title: California Reporting Policy on Child Abuse and Neglect | Rev: 1.0 | Date: 09/16/2016 | Page: 1 of 1 |
|---|---|---|---|---|

# CALIFORNIA

## Reporting Policy on Child Abuse and Neglect

Southwest Key Programs does not condone or tolerate physical or emotional abuse or neglect of clients.

Further, and in accordance with the Southwest Key Programs' guidelines and state law, employees have a responsibility to report any incident of suspected or actual child abuse or neglect to Southwest Key Programs as well as an appropriate state agency or local law enforcement agency. In the event that you witness or have any reason to suspect that a child in our care is a victim of abuse or neglect, please immediately forward a written incident report directly to your Program Director. Please note that state law also requires that you immediately make a report to any: (1) police department or sheriff's department, not including a school district police or security department; (2) county probation department, if designated by the county to receive mandated reports, or the county welfare department; and/or (3) to another entity as specified by California law.

Any employee found to have violated this policy will be subject to disciplinary action, up to and including termination.

---

I have received a copy of the following documents, and I understand my responsibilities as outlined therein:
1. Recognizing Child Abuse and Neglect: Signs and Symptoms;
2. California Child Abuse & Neglect Reporting Law, Condensed Version; and
3. A copy of Sections 11165.7, 11166, and 11167 of the California Penal Code.

[signature] Ma Dolores Hernandez 3-19-1[illegible]

Employee signature Name (please print) Date



southwest key
programs

| Document #: RD-100100-158 | Document Title: Falsification of Client Documents | Rev: 1.0 | Date: 06/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Falsification of Client Documents

Through its agreement with the funding source, Southwest Key Programs, Inc. ("SWK") is required to maintain accurate documentation for all clients we serve.

As an employee of SWK, I recognize and acknowledge that I am responsible for truthfully and accurately documenting the services I provide on behalf of SWK's clients.

I understand and agree that if I falsify any documents related to the work I perform while employed with SWK, I will be subject to disciplinary action up to and including termination of employment.

Examples of falsifying documents include, but are not limited to, the following:

- Requesting that a client, parent, guardian or school administrator sign for tracks or other visits that have not been completed or did not occur.
- Altering track contact logs to communicate information that is untrue regarding times, locations or other matters.
- Submitting tracking time or any other time worked that is false.
- Allowing or asking a youth to sign the log sheet more than once per visit.
- Misrepresenting youth in a narrative.
- Forgery of client signatures on accountability logs.
- Documenting services which have not been provided.

My signature below acknowledges that I have received and understand the contents of this document.

Ma Dolores Hernandez
Employee Name

[signature]
Employee Signature

3-19-18
Date



southwest key
programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-138 | Tobacco Free Workplace Policy | 1.0 | 09/14/2016 | 2 of 2 |

# ELECTING A MEDICAL PLAN

If an employee does not enroll or waive the medical plan via the online enrollment system before their deadline and is non responsive to attempts to reach them, they are automatically **waiving** all of their benefits including the medical plan. The employee will not be able to obtain any employer sponsored medical coverage until open enrollment. Southwest Key has an open enrollment period every July, which provides an effective date of September 1st for benefits.

All employees will be eligible to receive a healthy lifestyle reward of $25.00 that will go towards their semi-monthly premium by participating in a Biometric Screening and Health Risk Assessment.

**CURRENT PROCEDURE TO CONTACT ELIGIBLE EMPLOYEES**

Our benefits team in the Human Resources Department will make all possible efforts to contact employees who are eligible for benefits during their eligibility period. If after these attempts the employee is non-responsive then they will voluntarily waive their benefits. The following details the steps that are taken:

Contact #1: Greenshades, our current benefits software will send an automatic benefits email alert to all full time employees within a month and a half of employment.

Contact #2: An individual email is sent to eligible employees during their 60-days of employment. The email contains enrollment instructions, deadline and a benefits booklet.

Contact #3: An email is also sent to the Executive Assistants and Program Directors for each program with a list of employees in their program who are eligible for benefits, and enrollment instructions.

Contact #4: All employees who have not enrolled or waived benefits will be contacted via phone. If a personal phone number is not available or correct, the employee will be emailed, as will program administration, with a deadline reminder.

Contact #5: **FINAL ATTEMPT** - An email will be sent to the Executive Assistants and Program Directors with a list of employees in their program who have not taken any action and request that the employee contact the benefits team for assistance if needed. If the employee does not take action they will voluntarily waive their benefits and may not be eligible for benefits until the next open enrollment period or in the event of a life changing event that meets the criteria as per our insurance provider.

** Please note if the employee does not have a Southwest Key email account all contact attempts will be made by phone. Additionally information in emails are provided in English and Spanish.*



southwest key programs

| Document #: RD-100100-158 | Document Title: Falsification of Client Documents | Rev: 1.0 | Date: 06/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

**Falsification of Client Documents**

Through its agreement with the funding source, Southwest Key Programs, Inc. ("SWK") is required to maintain accurate documentation for all clients we serve.

As an employee of SWK, I recognize and acknowledge that I am responsible for truthfully and accurately documenting the services I provide on behalf of SWK's clients.

I understand and agree that if I falsify any documents related to the work I perform while employed with SWK, I will be subject to disciplinary action up to and including termination of employment.

Examples of falsifying documents include, but are not limited to, the following:

- Requesting that a client, parent, guardian or school administrator sign for tracks or other visits that have not been completed or did not occur.
- Altering track contact logs to communicate information that is untrue regarding times, locations or other matters.
- Submitting tracking time or any other time worked that is false.
- Allowing or asking a youth to sign the log sheet more than once per visit.
- Misrepresenting youth in a narrative.
- Forgery of client signatures on accountability logs.
- Documenting services which have not been provided.

My signature below acknowledges that I have received and understand the contents of this document.

Ma Dolores Hernandez
Employee Name

MaDHdB
Employee Signature

3-14-18
Date



southwest key
programs

## CALIFORNIA SECOND MEAL PERIOD WAIVER

I understand and agree to the following:

- I am entitled to a second meal period of at least 30 minutes if I work a shift that is more than ten hours.
- I understand that I may not waive my second meal period on days that I do not take my first meal period and/or on days that I work more than 12 hours.
- Southwest Key and I agree to waive my right to the second meal period whenever: (1) I have taken my first meal period; and (2) my shift is less than 12 hours.
- This waiver is voluntary, and my employment is not contingent upon my agreement to this waiver.
- This waiver is effective upon execution and shall continue until revoked by Southwest Key or me.
- I may revoke this waiver upon written notice to my Program Director.

I have read, understand, and agree to this acknowledgement.

Employee's Name: Ma Dolores Hernandez Employee ID: 106166

Signature: [signature] Date: 6-8-18

Rev. March 2017



# MEMO

To: 951 Staff
From: Ana Babudar, 951 Assistant Program Director
Date: 8/2/2017
Re: **Loading and Unloading Policy**

---

Staff please be aware of the need to follow the following guidelines in regards to loading and unloading clients at San Diego Facility:

- **Company vehicles will be parked in the parking spaces directly in front of SD facility main entrance. Employees are not allowed to park their personal vehicles in the parking spaces facing the main building. 5 designated and marked parking spaces will be utilized for loading and unloading for clients.**
- **The designated area for loading and unloading is the main entrance to the facility. No client is allowed to be transported through exterior doors in Section B. Employees are not to utilize the exterior doors in Section B while clients are present in the area.**
- **Designated Posting-there are two assigned postings 1. Near the main entrance gate 2. Near the 1160 sign of SD facility. Posting are marked for visual identification.**
- **Prior to exiting the vehicles with the client, Shift Leader and 2 staff members must be outside clear the area for safety. Shift Leader must clear all movements prior to exit of vehicles, this cannot occur unless the items above are in compliance. *(Area Safe to Proceed).***
- **Only one vehicle is loading and unloading. Shift Leader is designated to open vehicle door for client to exit. Vehicle door that will be opened, must be closest to the entrance.**
- **Prior to loading vehicles give clients the opportunity to use the bathroom, and encourage them to take their water bottle.**

**Maximize your area of supervision at all times.**

It is mandatory for all staff coming on to shift to sign that they have read and understood the contents of the memos.

Please sign after you have read this memo.

Print Ma Dolores Hernandez Signature MaDH

If you have any questions, please contact Daniela Rios or Ana Babudar.

Ana Babudar

Assistant Program Director



# MEMO

To: 951 Staff
From: Ana Babudar, 951 Assistant Program Director
Date: 8/2/2017
Re: **Outdoor Activity**

---

Staff please be aware of the need to follow the following guidelines in regards to outdoor activity at San Diego Facility:

- **Prior to the minors being escorted outdoors for large muscle activity, at least 3 staff must be identified for outdoor activity to occur (not including Shift Leader). Shift Leader will be outside of the premises to ensure the area is secured.**
- **Shift Leader must ensure all recreational equipment is readily available.**
- **Once all above items are in place: Shift Leader must announce *Area Safe to Proceed* prior to clients walking outside. Shift Leader will assign posting to the staff members at minimum posting 1-3 will be covered.**

It is mandatory for all staff coming on to shift to sign that they have read and understood the contents of the memos.

Please sign after you have read this memo.

Print Ma Dolores Hernandez Signature [signature]

If you have any questions, please contact Daniela Rios or Ana Babudar.

Ana Babudar

Assistant Program Director



# MEMO

To: 951 Staff
From: Ana Babudar, 951 Assistant Program Director
Date: 8/2/2017
Re: **Recreational Outing Procedure**

---

Staff please be aware of the need to follow the following guidelines in regards to recreational outing procedure at San Diego Facility:

- **Please adhere to Loading and Unloading procedure. All recreational outing will continue to be submitted and approved by APD, LCM, and LC. Shift Leader/Shift Supervisor must attend all recreational outings.**
- **Throughout the transition of the recreational outing all staff and clients must stay together.**
- **Clients must be given the opportunity prior to the start of the recreational outing to use the restroom.**
- **Shift Leader will designate assigned postings to build a perimeter to maximize supervision.**
- **Prior to leaving to return to facility, provide a bathroom break to clients. Please remember group must stay together for the duration of the outing.**

**Maximize your area of supervision at all times.**

It is mandatory for all staff coming on to shift to sign that they have read and understood the contents of the memos.

Please sign after you have read this memo.
Print Ma Dolores Hernandez Signature [signature]

If you have any questions, please contact Daniela Rios or Ana Babudar.

Ana Babudar

Assistant Program Director



March 19, 2018

Ma D. Hernandez
13549 Elsworth St
Moreno Valley, CA 92553

Dear Ma:

On behalf of Southwest Key Programs, I am pleased to offer you the position of full-time **Seasonal** Youth Care Worker beginning on or about March 19, 2018. As we discussed, in this position your starting compensation will be $17.99 per hour. This position is considered a non-exempt position for purposes of federal wage-hour law, which means that you will be eligible for overtime time pay for hours actually worked in excess of 40 in a given workweek. In this seasonal position, you will be assigned to assist Southwest Key in operating during our "high season" when we have a drastic increase in client numbers and service delivery. The duration of this seasonal assignment will be dependent on the operational needs of the organization, and can end at any time.

Your primary work location will be: **Name of Facility:** *UM San Diego Program* **Address of Facility:** *1160 Broadway, El Cajon, CA 92021.* Please also understand that any change in work location, requested or approved by you, may affect the rate of pay for this position.

As part of our new hire process, you will be asked to complete a Form I-9 in compliance with the Immigration Reform and Control Act. As part of this compliance, you must present us with documents which identify you and indicate you are eligible to work in the United States. This must be done within three days of hire.

This offer of employment, if not previously accepted by you, will expire three (3) from the date of this letter. If you need additional time for consideration of the offer, please contact me within the three day timeframe to make arrangements. If you wish to accept the offer, please sign in the place provided below and return it to me within the prescribed time.

We greatly look forward to having you join our Organization and become a member of our team. As a newly hired or recalled employee of Southwest Key Programs, you will be required to successfully complete a 90-day Introductory Period of Employment. During this period, you will be expected to acclimate to your assigned role and learn Southwest Key policies, procedures, and work rules. During this period, Southwest Key will have an opportunity to evaluate your overall work performance.

We recognize that you retain the option, as does the Organization, of ending your employment with the Organization at any time, with or without notice and with or without cause. As such, your employment with the Organization is at-will and neither this letter nor any other oral or written representations may be considered a contract for any specific period of time. Additionally, by signing below, you acknowledge that you understand this particular project is temporary and your employment may end at any time.

The offer described above is contingent upon the result of your reference/background checks. In addition you may be required to complete a successful drug screening test. Your signature also affirms that you have received and reviewed your job description and that you are aware and can perform the duties and responsibilities required for this position. It is agreed and understood, as a condition of employment, that all required program training will be successfully completed.

Should you have any questions about starting with Southwest Key, please do not hesitate to contact me. If additional questions arise, or further clarification is needed on Southwest Key policies, please contact our Human Resources Department at 512-462-2181.

Sincerely,

Linda Mendez,
Program Director



*Please sign below and return both pages to the Hiring Manager above.*

I agree to the terms of the employment set forth above.

Ma Dolores Hermandez
Printed Name

MaDHdz 3-19-18
Signature Date

6002 JAIN LANE ▪ AUSTIN, TEXAS 78721 ▪ 512.462.2181 ▪ 512.462.2028 FAX
www.swkey.org



southwest key programs

# Youth Care Worker Interview Guide

☑ Green ☐ Red
Job offered: ☑ YES ☐ NO
PROGRAM: 951

| Candidate Name | Interviewer Name | Date |
|---|---|---|
| Ma Dolores Hernandez | Ana Babudar | 3.07.2018 |

**Required knowledge, skills, abilities, experience:**
High School Diploma or GED with experience working with youth either through paid or unpaid positions. Must be bi-lingual and fluent in Spanish and English. Must be available to work flexible shifts, including nights, weekends, holidays.

**Competency/Skills:**
**Working with others:** Listens effectively, communicates effectively, collaborates
**Providing services:** Prevents and intervenes in a crisis; maintains boundaries; support problem solving and conflict resolution; maintains safety; provides emotional support
**Documenting:** Completes all daily documentation; documents any incidents

**Conducting the Interview:**
Describe the job. Review candidate's previous experience on the resume or application; review position, title, relevant responsibilities.

| Interview Question | Notes: |
|---|---|
| **1. Tell me your understanding of the Youth Care Worker duties and responsibilities?** | *Examples of relevant experience:* Supervising youth; assisting with teaching; Providing guidance<br>- observations, make sure kids are safe, life skills, driving/transporting |
| **2. How will your current or previous job responsibilities assist you in this new position?** | *Candidate should provide specific examples and how they apply to this position.*<br>- worked at children's hospital 0-17 years old & experience.<br>- |
| **3. WORKING WITH OTHERS: Tell me about a difficult or uncooperative person you had to work with lately. What did you do or say to resolve the situation? What was the outcome? What (if anything) would you do differently next time?** | *Effective Behaviors:* Active listener, effective communication<br>- 1:1 w/ youth suicidal watch.<br>- softly but firm, check envionment<br>- Spoke w/ youth |
| **4. PROVIDING SERVICES: How would you handle a youth who is highly emotional and does not listen to you?** | *Effective Behaviors:* Active listener; maintains boundaries<br>- verbal, body language<br>- communication<br>- don't show fear. |

| **5. DOCUMENTING: Please describe your experience documenting activities and/or incidents in previous work, volunteer or other situations.** | **Effective Behaviors:** Attention to detail; timely submissions<br>- charting on PT every 1.2 hours.<br>- |
|---|---|

**Post-Interview**

Immediately following the interview, complete the Candidate Summary & Ratings section on this page. If there is more than one interviewer of the same candidate, all panelists should have a discussion and come to consensus on the collective summary ratings and final rating.

| RED | GREEN |
|---|---|
| Does not currently meet needs of the job and/or does not demonstrate basic ability/aptitude. Recommend not to hire | Evidence of meeting or exceeding expected level of competence. Recommend to hire. |

| Candidate Summary Ratings | | |
|---|---|---|
| **Required knowledge, skills, abilities, experience, availability** | ☑ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Communication Skills and Professionalism** | ☑ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Working with Others** | ☑ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Providing Services** | ☑ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Documenting** | ☑ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **OVERALL RATING** | Red ☐ | Green ☑ |

**ALL INTERVIEWERS MUST SIGN AND DATE THIS DOCUMENT**

**Interviewer Signature:** Balindar Ak [signature] **Date:** 3.7.18

southwest key programs

# Youth Care Worker Interview Guide

☐ Green ☐ Red
Job offered: ☐ YES ☐ NO
PROGRAM: ____________

| Candidate Name | Interviewer Name | Date |
|---|---|---|
| Maria Dolores Hernandez | Linda Mendes | 3/7/2018 |

**Required knowledge, skills, abilities, experience:**
High School Diploma or GED with experience working with youth either through paid or unpaid positions. Must be bi-lingual and fluent in Spanish and English. Must be available to work flexible shifts, including nights, weekends, holidays.

**Competency/Skills:**
**Working with others:** Listens effectively, communicates effectively, collaborates
**Providing services:** Prevents and intervenes in a crisis; maintains boundaries; support problem solving and conflict resolution; maintains safety; provides emotional support
**Documenting:** Completes all daily documentation; documents any incidents

**Conducting the Interview:**
Describe the job. Review candidate's previous experience on the resume or application; review position, title, relevant responsibilities.

| Interview Question | Notes: |
|---|---|
| **1. Tell me your understanding of the Youth Care Worker duties and responsibilities?** | ***Examples of relevant experience:*** Supervising youth; assisting with teaching; Providing guidance<br>- making sure children are safe<br>- Physical activities<br>- transporting children. |
| **2. How will your current or previous job responsibilities assist you in this new position?** | ***Candidate should provide specific examples and how they apply to this position.***<br>experience working with children 0 to 17+ in a medical setting |
| **3. WORKING WITH OTHERS: Tell me about a difficult or uncooperative person you had to work with lately. What did you do or say to resolve the situation? What was the outcome? What (if anything) would you do differently next time?** | ***Effective Behaviors:*** Active listener, effective communication<br>I gave an opportunity for other person to express and being firm. |
| **4. PROVIDING SERVICES: How would you handle a youth who is highly emotional and does not listen to you?** | ***Effective Behaviors:*** Active listener; maintains boundaries<br>communication and open expectations |

| 5. **DOCUMENTING: Please describe your experience documenting activities and/or incidents in previous work, volunteer or other situations.** | **Effective Behaviors:** Attention to detail; timely submissions<br>While I set up a tray with food for a minor I was advised that minor was asking for a lot of food, I noticed minor was passing food to mom to placed in her bag. I found out they were Homeless – I proceeded to pass information to supervisor. |
|---|---|

**Post-Interview**

Immediately following the interview, complete the Candidate Summary & Ratings section on this page. If there is more than one interviewer of the same candidate, all panelists should have a discussion and come to consensus on the collective summary ratings and final rating.

| RED | GREEN |
|---|---|
| Does not currently meet needs of the job and/or does not demonstrate basic ability/aptitude. Recommend not to hire | Evidence of meeting or exceeding expected level of competence. Recommend to hire. |

| Candidate Summary Ratings | |
|---|---|
| **Required knowledge, skills, abilities, experience, availability** | ☒ Acceptable<br>☐ Not acceptable<br>Other Notes: |
| **Communication Skills and Professionalism** | ☒ Acceptable<br>☐ Not acceptable<br>Other Notes: |
| **Working with Others** | ☒ Acceptable<br>☐ Not acceptable<br>Other Notes: |
| **Providing Services** | ☒ Acceptable<br>☐ Not acceptable<br>Other Notes: |
| **Documenting** | ☒ Acceptable<br>☐ Not acceptable<br>Other Notes: |
| **OVERALL RATING** | Red ☐ Green ☒ |

**ALL INTERVIEWERS MUST SIGN AND DATE THIS DOCUMENT**

**Interviewer Signature:** [signature] **Date:** 8/7/2018

  


southwest key
programs

# Youth Care Worker Interview Guide

☐ Green ☐ Red
Job offered: ☐ YES ☐ NO
PROGRAM: ___________

| Candidate Name | Interviewer Name | Date |
|---|---|---|
| Maria Dolores Hernández | Sofia Hernández | 3/7/2018 |

**Required knowledge, skills, abilities, experience:**
High School Diploma or GED with experience working with youth either through paid or unpaid positions. Must be bi-lingual and fluent in Spanish and English. Must be available to work flexible shifts, including nights, weekends, holidays.

**Competency/Skills:**
**Working with others:** Listens effectively, communicates effectively, collaborates
**Providing services:** Prevents and intervenes in a crisis; maintains boundaries; support problem solving and conflict resolution; maintains safety; provides emotional support
**Documenting:** Completes all daily documentation; documents any incidents

**Conducting the Interview:**
Describe the job. Review candidate's previous experience on the resume or application; review position, title, relevant responsibilities.

| Interview Question | Notes: |
|---|---|
| **1. Tell me your understanding of the Youth Care Worker duties and responsibilities?** | *Examples of relevant experience:* Supervising youth; assisting with teaching; Providing guidance<br>observing the minors, provide activities for minors, hygiene and other, supervise minors for safety. |
| **2. How will your current or previous job responsibilities assist you in this new position?** | *Candidate should provide specific examples and how they apply to this position.*<br>employed at Loma Linda medical center (childrens hospital) with similar background as swkey minors. Age ranges 0-17+. |
| **3. WORKING WITH OTHERS: Tell me about a difficult or uncooperative person you had to work with lately. What did you do or say to resolve the situation? What was the outcome? What (if anything) would you do differently next time?** | *Effective Behaviors:* Active listener, effective communication<br>situation with a 9yr. old 1:1 and staff stayed calm, observed minors surroundings if anything was triggering her behavior. Active listening and responding. provide support. patient. |
| **4. PROVIDING SERVICES: How would you handle a youth who is highly emotional and does not listen to you?** | *Effective Behaviors:* Active listener; maintains boundaries<br>body language needs to be calm, always communicate. |

| 5. DOCUMENTING: Please describe your experience documenting activities and/or incidents in previous work, volunteer or other situations. | Effective Behaviors: Attention to detail; timely submissions<br>Previous experience documenting, report (charting on the patient every hr.). For serious incident need to document and have follow. Mandated reporter. |
|---|---|

**Post-Interview**

Immediately following the interview, complete the Candidate Summary & Ratings section on this page. If there is more than one interviewer of the same candidate, all panelists should have a discussion and come to consensus on the collective summary ratings and final rating.

| RED | GREEN |
|---|---|
| Does not currently meet needs of the job and/or does not demonstrate basic ability/aptitude. Recommend not to hire | Evidence of meeting or exceeding expected level of competence. Recommend to hire. |

| Candidate Summary Ratings | | |
|---|---|---|
| Required knowledge, skills, abilities, experience, availability | ☑ Acceptable<br>☐ Not acceptable<br>Other Notes: has all experince | |
| Communication Skills and Professionalism | ☑ Acceptable<br>☐ Not acceptable<br>Other Notes: has professionalism w/ work. | |
| Working with Others | ☑ Acceptable<br>☐ Not acceptable<br>Other Notes: works well | |
| Providing Services | ☑ Acceptable<br>☐ Not acceptable<br>Other Notes: has worked with other children similar to our minors. | |
| Documenting | ☑ Acceptable<br>☐ Not acceptable<br>Other Notes: has expenend w/ documenting | |
| OVERALL RATING | Red ☐ | Green ☐ |

ALL INTERVIEWERS MUST SIGN AND DATE THIS DOCUMENT

Interviewer Signature: [signature] Date: 3/7/18

# Ma Dolores Hernandez

CNA, Caregiver, Volunteer

*13549 Elsworth st*
*Moreno Valley, CA*
*92553*
*mariahernan.2410@gmail.com*

## EXPERIENCE

### Loma Linda Medical Center, 101 E. Redlands Blvd. San Bernardino, California 92408— *PCA*

September 19, 2014 - Present Time

PCA - Patient Care Assistant: vital signs, incontinent care, turn patients, 1 on 1 work, translator.

- Working in children's hospital, taking care of children with special needs, such as activities corresponding to daily living; bathing, hygiene, feeding, play time, reading to them. Ages of children where 0-18years. Kids from 9 yrs + that are bulimic - running away, suicidal, addiction to drugs, bullied and depressed kids are some of what I worked with.
- Job as PCA ; observer, follow up doctors orders, kids are clean and fed, record any strange behavior and report to charge nurse, and vital signs, dress changing, applying splints,one on one with psych help, PT, OT, Speech therapist.
- Main goal was the rehabilitation of the kids to be and feel better in life, to feel accepted in society. As PCA, I play an important role in there life by being the eyes and ears for the doctors and because my sole duty was to make these children feel comfortable.

### Corona Regional Medical Center,800 S Main St, Corona, CA 92882 — *CNA*

May 17, 2010 - March 2012

Surgical floor, prepare patients, vital signs, placing medical

Equipment, report changes medical changes in patients.

### Riverside Community Hospital, 4445 Magnolia Ave, Riverside, CA 92501 — *CNA*

November 2006 - 2008

Med Serge in Ortho floor, turn patients with splints cpms machines,

Transfer to bedside commode or go to bathroom with wheelchair/

walker.

## EDUCATION

## SKILLS

Bilingual, translator, 100% customer satisfaction, Experience in Med Surg, Ortho, Labor & Delivery, Emergency Room, Unit Secretary, Admit patients. Discharge patients, EMRS, Er Triage Room, change dressings, apply splints to patients, Vital signs, JP Catheters, Transfer patients, specimens pick up.

## AWARD

'GEM' Award from LOS ALAMITOS Hospital, for Performance Acknowledgement of going 'the extra mile'

Employee of the Month Riverside Community Hospital.

Values Care Cards From Loma Linda University. For going the extra mile.

Value Care Card For help and volunteering For Compassion, integrity, excellence, teamwork, and wholeness.

## LANGUAGES

English - Fluently

Spanish - Fluently



**Riverside Community College, 4800 Magnolia Ave, Riverside, CA 92506** — CNA Certification

2002-2002

southwest key programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-105 | POST-OFFER/PRE-HIRE QUESTIONNAIRE | 1.0 | 10/03/2017 | 1 of 1 |

Prison Rape Elimination Act (PREA)

**POST-OFFER/PRE-HIRE QUESTIONNAIRE**

Applicant Name: Maria D. Hernandez

Date of Interview: 03-06-18 Date of Offer: ____________

Position Offered: youth care worker

Have you ever worked in a care provider facility or institution? ☑Yes ☐No

If yes, where? Hospital

*Pursuant to 45 C.F.R. §411.16, Southwest Key is required to make the following inquiries to all applicants who have accepted offers of employment in positions that may have direct contact with unaccompanied children.*

1. Have you ever engaged in or had any administrative, civil, or criminal convictions or other adjudications for sexual abuse in a prison, jail, holding facility, community confinement facility, juvenile facility, other institution,[1] or care provider facility? ☐Yes ☑No

2. Have you ever engaged in or had any administrative, civil, or criminal convictions or other adjudications for engaging in or attempting to engage in sexual activity facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse? ☐Yes ☑No

*By signing this form, I understand that material omissions or the provision of materially false information by me will be grounds for employment termination. I further understand that I have a continuing affirmative obligation to advise my Program Director if any of the information provided through this form changes, regardless of whether the relevant conduct occurs on or off duty.*

Signature of Applicant: [signature] Date: 03-06-18

[1] Including any facility or institution which is owned, operated, or managed by, or provides services on behalf of any State or political subdivision of a State; and which is: (1) for persons who are mentally ill, disabled, or retarded, or chronically ill or handicapped; (2) a jail, prison, or other correctional facility; (3) a pretrial detention facility; (4) for juveniles: held awaiting trial; residing in such facility or institution for purposes of receiving care or treatment; or residing for any State purpose in such facility or institution (other than a residential facility providing only elementary or secondary education that is not an institution in which reside juveniles who are adjudicated delinquent, in need of supervision, neglected, placed in State custody, mentally ill or disabled, mentally retarded, or chronically ill or handicapped); or (5) providing skilled nursing, intermediate or long-term care, or custodial or residential care.



## Background Inquiry Agreement

I understand that this agreement is an authorization to any of my present or former employers or any education institution, governmental agency, or personal reference to release any information regarding my character, ability, reputation, past conduct, or job qualifications. This investigation may include, but is not limited to, the following areas: (1) Education; (2) Military History; (3) Employment History; (4) Driver's History; and/or (5) Court, Criminal, Police or FBI records.

I hereby agree that, as a condition of consideration for employment with Southwest Key I am hereby authorizing, without reservation, Southwest Key, its representatives, employees or agents, to conduct an investigation of all statements contained in my application, any resume, or any other document or information that I have submitted. I hereby waive any and all rights and claims I may have against: (1) Southwest Key, its representatives, employees or agents, for seeking, gathering, and using such information; and (2) all other persons, corporations or other entities for furnishing such information about me. I authorize all results from the background inquiry to be forwarded to any funding source of Southwest Key Programs, Inc.

**I understand that any false statement or misrepresentation on this document may be cause for refusal to hire, or for immediate dismissal upon discovery regardless of when such falsification or misrepresentation is discovered.**

Ma DH [signature] ______________________ 03-06-18

Signature Date

**PLEASE PRINT CLEARLY**

Full Legal Name: MA Dolores Hernandez Other Names Used/Maiden Name: __________ DOB: 10-24-60

SSN: [redacted] Driver's License Number: [redacted] State of Issue/Exp. Date: CA ~~08/22~~ 10/24/22 20..

Please provide the following information regarding all locations in which you have resided for the past seven years beginning with your present address. All periods of time must be accounted for and all residences must be listed. If you do not recall all of your addresses for the past seven years, please check this box ☐ and list each address that you can recall as well as each city and state you have lived in during the seven years. Please attach another sheet if necessary.

| From-To (mo.and yr.) | Street Address and City | County | Zip |
|---|---|---|---|
| 13549 Elsworth St | Morenovalley | CA | 92553 since 199 |
| | | | |
| | | | |
| | | | |

Have you ever been convicted or pled guilty, no contest or nolo contendere, or received deferred adjudication, or probation for: (1) any felony, at any time; (2) any crime involving violence or bodily injury, at any time; and/or (3) any misdemeanor in the past ten (10) years? (Please do not include traffic violations.) Yes ☐ No ☒ If "yes", explain in detail below—**failure to provide information regarding your conviction or deferred adjudication on this document may be cause for refusal to hire, or for immediate dismissal upon discovery regardless of when such falsification or misrepresentation is discovered.** Please attach another sheet if necessary.

______________________________________________

______________________________________________

**For Southwest Key Personnel Use Only (to be completed before returning to Human Resources)**

☐ Conduct Background Check.

☐ An MVR request is being requested, Applicant will be authorized to drive.

☐ An MVR request is <u>not</u> being requested, Applicant will <u>not</u> be authorized to drive.

Program #__________

☐ Copy of driver's license attached

Name and Phone Number of Southwest Key Personnel Requesting Background/MVR Check: __________

 

**AUTHORIZATION**

I have carefully read and understand the separate background check disclosure document and the below authorization form. I have received a copy of the "Summary of Your Rights Under the Fair Credit Reporting Act" and any applicable state or local notices of rights provided with these documents. I have had the opportunity to review my rights. By my signature below, I consent to the preparation of background reports by TalentWise, and to the release of such reports to the Company and its designated representatives for the purpose of assisting the Company in making a determination as to my eligibility for employment, promotion, retention, contract assignment or for other lawful purposes.

I understand that, to the extent allowed by law, information contained in my job application or otherwise disclosed to the Company by me before or during my employment or contract assignment, if any, may be utilized for the purpose of obtaining such consumer reports and/or investigative consumer reports about me. I understand that nothing herein shall be construed as an offer of employment or contract for services.

I hereby authorize law enforcement agencies, learning institutions (including public and private schools and universities), information service bureaus, credit bureaus, record/data repositories, courts (federal/state/local), motor vehicle record agencies, my past or present employers, the military, and other individuals or sources to furnish any and all information on me that is requested by the consumer reporting agency.

By my signature (including electronic) below, I certify the information provided on and in connection with this form is true, accurate, and complete. I agree that this form in original, faxed, photocopied or electronic form will be valid for any background reports that may be requested by or on behalf of the Company.

**First Name:** Ma

**Full Middle Name:** Dolores

**Last Name:** Hernandez

**Social Security Number:** [redacted]

**Date of Birth** 10-24-69

**Signature:** Ma DH [signature] **Date:** 03-06-18

☐ **CALIFORNIA, MASSACHUSETTS, MINNESOTA, NEW JERSEY, and OKLAHOMA** applicants or residents: You have a right to request a free copy of your report. Please check here if you would like Southwest Key Programs to provide you with a copy of your report.

Rev. 2.17.2015



| Document #: RD-100100-168 | Document Title: Release and Disclosure Authorization | Rev: 1.0 | Date: 07/18/2017 | Page: 1 of 1 |
|---|---|---|---|---|

## RELEASE AND DISCLOSURE AUTHORIZATION

In connection with my application for employment and/or my employment with Southwest Key Programs, Inc. ("Southwest Key"), I understand that Southwest Key must make its best efforts to contact all of my prior employers that are covered care provider facilities to obtain information relating to any substantiated allegations of sexual abuse or sexual assault or any resignation during a pending investigation of alleged sexual abuse or sexual assault ("Relevant Information"). To the extent permitted by law, I authorize Southwest Key and its representatives to contact my prior applicable employers for the purpose of obtaining Relevant Information, and I authorize those prior employers to provide any Relevant Information requested to Southwest Key.

In addition, if hired, I authorize Southwest Key to provide Relevant Information that occurs while I was employed with Southwest Key to any requesting prospective employers or covered care provider facility or institutional employer, and I release Southwest Key from any liability, damages, causes of action, complaints, or charges for providing such Relevant Information. I understand that my authorization and release will remain valid and enforceable even after the end of my employment with Southwest Key.

Further, while my application for employment is under consideration and during my employment, if hired, I understand and agree to a continuing, affirmative duty, to disclose to Southwest Key, in writing, whenever an allegation is made that I have committed any of the following acts, whether on or off duty ("Misconduct"):

- Sexual abuse in a prison, jail, holding facility, community confinement facility, juvenile facility other institution (as defined by federal law), or care provider facility; or
- Any convictions or any civil or administrative adjudication for engaging or attempting to engage in sexual activity facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse.

If I am hired by Southwest Key, nothing in this document changes the at-will nature of the employment relationship. Either Southwest Key or I can terminate the employment relationship at any time, for any reason.

**By my signature below, I agree and authorize Southwest Key to provide, request, and/or receive any Relevant Information to or from any covered care provider facility as described above. Additionally, I understand that if hired by Southwest Key, I have a continuing, affirmative duty to disclose any Misconduct that occurs or is alleged to occur during my employment, and that I have read this document and agree to it.**

Ma Dolores Hernandez [signature] 8-19-18

**Printed Name** **Signature** **Date**


southwest key
programs

## Emergency Contact Information Form

**Name:** Hernandez (Last) Maria (First) D (Middle)

**Address:** 13549 Elsworth st (Street) Moreno Valley (City) CA (State) 92553 (ZIP)

Cell Phone: ( ) (951)230 -2272 Home Phone: ( ) ______

Work Phone: ( ) ______ Email: ______

**Emergency Contact Name:** Ashley (Last) Hernandez (First)

Cell Phone: ( )(951) 287-6888 Home Phone: ( ) N/A

Work Phone: ( ) N/A

If unavailable **(2nd) Contact**

**Name:** ______ Last ______ First

Cell Phone: ( ) ______ Home Phone: ( ) ______

Work Phone: ( ) ______



southwest key
programs

# Employee Information Sheet--CA

**For POST OFFER Background Check/Fingerprints**

*(Please complete all entries)*

**Full Legal Name (as listed on your government ID):** ______________________

**Other names used:** Ma Dolores Hernandez

**Address:** 13549 Elsworth St **City:** Moreno Valley **State:** CA **Zip:** 92553

**Mailing Address** (if different from physical address): N/A

**Phone #:** (951) 230-2272 **Alternate Phone Number:** D5689720

**Email:** Mariaherman.2410@gmail.com

**Other Cities of Residence in California in the last 5 years:** N/A

**Have you lived outside of California in the last 5 years:** ☒ No ☐ Yes: if yes please fill out next line

**Previous address outside of California, include County:** ______________________

***Info Required for Fingerprints:***

**Date of Birth:** 10-24-69 **Gender:** ☐ Male ☑ Female **Social Security Number:** 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

**Ethnic Origin:** Mexican **Race:** Mexican **Weight:** 150 **Height:** 5"1 **Ft.** ____ **In.**

**Eye Color:** Brown **Hair Color:** black **Marital Status:** divorce **Place of Birth:** Mexico

**Citizen Country:** ______________ **Driver License #:** ______________ **and State of Issue:** ______________

***Emergency Contact Information:***

**Name:** Ashley Hernandez **Relationship:** daughter

**Address if different from above:** ______________________

**Phone #** (951) 268-6888 **Email:** ______________________

1727439
XXX-XX-7564
10/24/69

Hernandez, Delores M.A.
13549 Elsworth Street
Moreno Valley CA 92553
UNITED STATES

| COLL | IGETC | GE CSU | Level | Course Number | Course Title | Grade | Notatn | GPA Units Attempted | Units Completed | Grade Points | G.P.A. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Fall 2000 (09/2000 - 12/2000)** | | | | | | |
| RIV | | | | ESL-51 | Basic Grammar/Writing I | W | ND | ( 4.00) | 0.00 | 0.00 | |
| RIV | | | B | GUI-45 | Introduction to College | CR | | ( 1.00) | 1.00 | 0.00 | |
| RIV | | | | MAT-52 | Elementary Algebra | F | . | 4.00 | 0.00 | 0.00 | |
| RIV | | | | REA-81 | Reading, Level 1 | C | ND | 3.50 | 3.50 | 7.00 | |
| | | | | | SEMESTER TOTAL | | | 7.50 | 4.50 | 7.00 | 0.9333 |
| | | | | | CUMULATIVE TOTALS | | | 7.50 | 4.50 | 7.00 | 0.9333 |
| | | | | | **Winter 2001 (01/2001 - 02/2001)** | | | | | | |
| RIV | | | | CIS-97 | Practicum in Computers | NC | ND | ( 1.00) | 0.00 | 0.00 | |
| RIV | | | B | PHP-A75 | Walking for Fitness | F | | 1.00 | 0.00 | 0.00 | |
| | | | | | SEMESTER TOTAL | | | 1.00 | 0.00 | 0.00 | 0.0000 |
| | | | | | CUMULATIVE TOTALS | | | 8.50 | 4.50 | 7.00 | 0.8235 |
| | | | | | **Summer 2003 (06/2003 - 08/2003)** | | | | | | |
| RIV | | | | HET-80 | CNA Theory/Practices | B | | 6.00 | 6.00 | 18.00 | |
| | | | | | SEMESTER TOTAL | | | 6.00 | 6.00 | 18.00 | 3.0000 |
| | | | | | CUMULATIVE TOTALS | | | 14.50 | 10.50 | 25.00 | 1.7241 |
| | | | | | **Summer 2004 (06/2004 - 08/2004)** | | | | | | |
| RIV | | | | EMS-50 | EMS-Basic | F | R | ( 6.00) | | | |
| RIV | | | | EMS-51 | EMS-Basic Clinical/Field | F | R | ( 1.00) | | | |
| | | | | | SEMESTER TOTAL | | | 0.00 | 0.00 | 0.00 | 0.0000 |
| | | | | | CUMULATIVE TOTALS | | | 14.50 | 10.50 | 25.00 | 1.7241 |
| | | | | | **Fall 2004 (09/2004 - 12/2004)** | | | | | | |
| RIV | | | | EMS-50 | EMS-Basic | B | | 6.00 | 6.00 | 18.00 | |
| RIV | | | | EMS-51 | EMS-Basic Clinical/Field | B | | 1.00 | 1.00 | 3.00 | |
| | | | | | SEMESTER TOTAL | | | 7.00 | 7.00 | 21.00 | 3.0000 |
| | | | | | CUMULATIVE TOTALS | | | 21.50 | 17.50 | 46.00 | 2.1395 |
| | | | | | **Winter 2005 (01/2005 - 02/2005)** | | | | | | |
| RIV | 5B | B2 | B | AMY-10 | Survey Human Anat/Physio | W | R | ( 3.00) | | | |

1727439
XXX-XX-7564
10/24/69

Hernandez, Delores M.A.
13549 Elsworth Street
Moreno Valley CA 92553
UNITED STATES

| COLL | IGETC | GE CSU | Level | Course Number | Course Title | Grade | Notatn | GPA Units Attempted | Units Completed | Grade Points | G.P.A. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SEMESTER TOTAL | | | 0.00 | 0.00 | 0.00 | 0.0000 |
| | | | | | CUMULATIVE TOTALS | | | 21.50 | 17.50 | 46.00 | 2.1395 |
| | | | | | **Spring 2005 (02/2005 - 06/2005)** | | | | | | |
| RIV | | | | CIS-50 | Keyboard/Doc Processing | C | | 3.00 | 3.00 | 6.00 | |
| RIV | | | | CIS-97 | Practicum in Computers | CR | ND | ( 1.00) | 1.00 | 0.00 | |
| RIV | | | | HET-86 | Acute Care Nurse Assistant | A | | 1.00 | 1.00 | 4.00 | |
| | | | | | SEMESTER TOTAL | | | 4.00 | 5.00 | 10.00 | 2.5000 |
| | | | | | CUMULATIVE TOTALS | | | 25.50 | 22.50 | 56.00 | 2.1961 |
| | | | | | **Fall 2005 (08/2005 - 12/2005)** | | | | | | |
| RIV | | | | CIS-96 | Practicum in Computers | NC | ND | ( 0.50) | 0.00 | 0.00 | |
| RIV | | | | HET-82 | Phlebotomy Technician | F | | 5.00 | 0.00 | 0.00 | |
| | | | | | SEMESTER TOTAL | | | 5.00 | 0.00 | 0.00 | 0.0000 |
| | | | | | CUMULATIVE TOTALS | | | 30.50 | 22.50 | 56.00 | 1.8361 |
| | | | | | **Winter 2006 (01/2006 - 02/2006)** | | | | | | |
| RIV | 4I | D9 | A | PSY-9 | Developmental Psych | B | | 3.00 | 3.00 | 9.00 | |
| | | | | | SEMESTER TOTAL | | | 3.00 | 3.00 | 9.00 | 3.0000 |
| | | | | | CUMULATIVE TOTALS | | | 33.50 | 25.50 | 65.00 | 1.9403 |
| | | | | | **Spring 2006 (02/2006 - 06/2006)** | | | | | | |
| RIV | 5B | B2 | B | AMY-10 | Survey Human Anat/Physio | F | | 3.00 | 0.00 | 0.00 | |
| RIV | | | | CIS-97 | Practicum in Computers | NC | ND | ( 1.00) | 0.00 | 0.00 | |
| RIV | | | A | PHP-A86 | Step Aerobics | D | | 1.00 | 1.00 | 1.00 | |
| RIV | | | A | PHP-A81 | Physical Fitness | W | | ( 1.00) | 0.00 | 0.00 | |
| | | | | | SEMESTER TOTAL | | | 4.00 | 1.00 | 1.00 | 0.2500 |
| | | | | | CUMULATIVE TOTALS | | | 37.50 | 26.50 | 66.00 | 1.7600 |
| | | | | | **Fall 2007 (09/2007 - 12/2007)** | | | | | | |
| RIV | | | A | PHP-A86 | Step Aerobics | A | | 1.00 | 1.00 | 4.00 | |
| | | | | | SEMESTER TOTAL | | | 1.00 | 1.00 | 4.00 | 4.0000 |
| | | | | | CUMULATIVE TOTALS | | | 38.50 | 27.50 | 70.00 | 1.8182 |
| | | | | | DEGREE GPA | | | 35.00 | 23.00 | 63.00 | 1.8000 |

1727439
XXX-XX-7564
10/24/69

Hernandez, Delores M.A.
13549 Elsworth Street
Moreno Valley CA 92553
UNITED STATES

| COLL | GE IGETC | CSU Level | Course Number | Course Title | Grade | Notatn | GPA Units Attempted | Units Completed | Grade Points | G.P.A. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UC TRANSFER GPA | | | 5.00 | 5.00 | 14.00 | 2.8000 |
| | | | | CSU TRANSFER GPA | | | 9.00 | 6.00 | 14.00 | 1.5556 |

southwest key programs

6002 Jain Lane. Austin, TX 78721
512.462.2181. fax: 512.912.7690

## REQUEST FOR USE OF LEAVE/ABSENCE FORM (MORE THAN 2 WEEKS)[1]

Employee Name: Ma Dolores Hernandez Program: 951

Total number of hours or days requested: 16 Date(s) of absence: April 5 and may 21 2018

CHECK REASON(S):

- ☐ Personal Leave
- ☐ Servicemember FMLA*
- ☐ Military Leave
- ☐ Sick Leave
- ☑ Medical Leave of Absence*
- ☑ Other Leave (specify leave: App DR. App. )
- ☐ Family and Medical Leave ("FMLA")*
- ☐ Leave Without Pay (more than 2 weeks)*

Remarks:

I believe that the reason for my leave ☐ does ☐ does not qualify for FMLA or Servicemember FMLA.

I understand that this request form must be submitted to the Human Resources Department for review and that requests for leave designated with the * symbol require the approval of the Director of Human Resources or his/her designee. I understand that I may be required to provide additional paperwork before my requested leave is approved.

Employee Signature: [signature] Date: 3-26-18

Supervisor's Signature: [signature] Date: 4/18/18

☑ Approved ☐ Not Approved

Human Resources' Signature: Date:

☐ Approved ☐ Not Approved ☐ Reviewed ☐ Pending

[1] If you work at a JJAEP or if you are requesting leave for less than 2 weeks, please do not complete this form. Please ask your program director for a copy of the correct Request for Use of Leave/Absence Form.



**Employment Eligibility Verification**
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 08/31/2019

**▶START HERE: Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.**

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Attestation** *(Employees must complete and sign Section 1 of Form I-9 no later than the **first day of employment**, but not before accepting a job offer.)*

| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Other Last Names Used *(if any)* |
|---|---|---|---|
| Hernandez | Ma Dolores | N/A | N/A |

| Address *(Street Number and Name)* | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|
| 13549 Elsworth St | N/A | Moreno Valley | CA | 92553 |

| Date of Birth *(mm/dd/yyyy)* | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| 10/24/1969 | [redacted] | Marihernan.2410@gmai.com | (951) 230-2272 |

**I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.**

**I attest, under penalty of perjury, that I am (check one of the following boxes):**

- ☐ 1. A citizen of the United States
- ☐ 2. A noncitizen national of the United States *(See instructions)*
- ☒ 3. A lawful permanent resident (Alien Registration Number/USCIS Number): [redacted]
- ☐ 4. An alien authorized to work until (expiration date, if applicable, mm/dd/yyyy): N/A
  Some aliens may write "N/A" in the expiration date field. *(See instructions)*

*Aliens authorized to work must provide only one of the following document numbers to complete Form I-9: An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.*

1. Alien Registration Number/USCIS Number: N/A
**OR**
2. Form I-94 Admission Number: N/A
**OR**
3. Foreign Passport Number: N/A
Country of Issuance: N/A

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee | Today's Date *(mm/dd/yyyy)* |
|---|---|
| Ma Dolores Hern... | 03/20/2018 |

Ma Dolores Hernandez

**Preparer and/or Translator Certification (check one):**
☒ I did not use a preparer or translator. ☐ A preparer(s) and/or translator(s) assisted the employee in completing Section 1.
*(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)*

**I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.**

| Signature of Preparer or Translator | Today's Date *(mm/dd/yyyy)* |
|---|---|
| | |

| Last Name *(Family Name)* | First Name *(Given Name)* |
|---|---|
| | |

| Address *(Street Number and Name)* | City or Town | State | ZIP Code |
|---|---|---|---|
| | | | |

STOP *Employer Completes Next Page* STOP



**Eloyment Eligibility Verification**
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS Form I-9**
OMB No. 1615-0047
Expires 08/31/2019

## Section 2. Employer or Authorized Representative Review and Verification

*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")*

| Employee Info from Section 1 | Last Name (Family Name) | First Name (Given Name) | M.I. | Citizenship/Immigration Status |
|---|---|---|---|---|
| | Hernandez | Ma Dolores | N/A | 3 |

| List A — Identity and Employment Authorization | OR | List B — Identity | AND | List C — Employment Authorization |
|---|---|---|---|---|
| Document Title: Perm. Resident Card (Form I-551) | | Document Title: N/A | | Document Title: N/A |
| Issuing Authority: U.S. Citizenship and Immigration Services | | Issuing Authority: N/A | | Issuing Authority: N/A |
| Document Number: [redacted] | | Document Number: N/A | | Document Number: N/A |
| Expiration Date *(if any)(mm/dd/yyyy)*: 08/19/2023 | | Expiration Date *(if any)(mm/dd/yyyy)*: N/A | | Expiration Date *(if any)(mm/dd/yyyy)*: N/A |
| Document Title: N/A | | Additional Information | | QR Code - Sections 2 & 3 Do Not Write In This Space |
| Issuing Authority: N/A | | | | |
| Document Number: N/A | | | | |
| Expiration Date *(if any)(mm/dd/yyyy)*: N/A | | | | |
| Document Title: N/A | | | | |
| Issuing Authority: N/A | | | | |
| Document Number: N/A | | | | |
| Expiration Date *(if any)(mm/dd/yyyy)*: N/A | | | | |

**Certification: I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.**

**The employee's first day of employment *(mm/dd/yyyy)*:** 03/19/2018 ***(See instructions for exemptions)***

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Title of Employer or Authorized Representative |
|---|---|---|
| Francisca Casas | 03/20/2018 | Administrative Assistant |

| Last Name of Employer or Authorized Representative | First Name of Employer or Authorized Representative | Employer's Business or Organization Name |
|---|---|---|
| Casas | Francisca | Southwest Key Programs |

| Employer's Business or Organization Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|
| 1160 Broadway | El Cajon | CA | 92021 |

## Section 3. Reverification and Rehires *(To be completed and signed by employer or authorized representative.)*

| A. New Name *(if applicable)* | | | B. Date of Rehire *(if applicable)* |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Date *(mm/dd/yyyy)* |
| | | | |

C. If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date *(if any) (mm/dd/yyyy)* |
|---|---|---|
| | | |

**I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.**

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Name of Employer or Authorized Representative |
|---|---|---|
| | | |

CALIFORNIA
DRIVER LICENSE
DL
CLASS C
END NONE
EXP 10/24/2020
LN HERNANDEZ
FN MA DOLORES
13549 ELSWORTH ST
MORENO VALLEY, CA 92553
DOB 10/24/1969
RSTR NONE
10241969
SEX F
HGT 5'-00"
HAIR BRN
WGT 140 lb
EYES BRN
ISS
10/09/2015

SOCIAL SECURITY
THIS NUMBER HAS BEEN ESTABLISHED FOR
MA DOLORES HERNANDEZ
SIGNATURE

UNITED STATES OF AMERICA
PERMANENT RESIDENT
Surname
HERNANDEZ
Given Name
MA DOLORES F
USCIS#
Category
IR6
Country of Birth
Mexico
Date of Birth
24 OCT 1969
Sex
F
Card Expires:
08/19/23
Resident Since:
01/22/03

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
COMMUNITY CARE LICENSING DIVISION

# CRIMINAL BACKGROUND CLEARANCE TRANSFER REQUEST

Active criminal record clearances may be transferred from one state licensed facility/organization to another by a license applicant or licensee. **The transfer request must be submitted to the Department before the individual who is the subject of the transfer has client contact or the facility/organization will be in violation of the law and subject to a [1]00 civil penalty.**

The license applicant or licensee who is seeking the transfer must provide a LIC 508, and verify the individual's identity and include a copy of the person's driver's license, permanent resident card or a valid photo identification issued by the California Department of Motor Vehicles or by another state or the United States government if the person is not a California resident. Additionally, a Child Abuse Central Index (CACI) check must be submitted if the transfer is to a facility serving children and the individual has not previously submitted a CACI check or the date of the previous CACI inquiry was made prior to January 1, 1999. The CACI must be mailed directly to the Department of Justice with the applicable fee. *Note: This transfer request is for clearances only. Contact your licensing office for information about exemption transfers.*

This form may only be used to request a clearance transfer between state licensed facilities/organizations. To request a transfer between county and state licensed facilities, the requesting Licensing Agency must contact their county liaison.

**PLEASE TYPE OR PRINT LEGIBLY** — DATE: 03/29/2018

**PLEASE TRANSFER THE CRIMINAL RECORD CLEARANCE FOR THE FOLLOWING INDIVIDUAL:**

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| HERNANDEZ | MA DOLORES | |

| CA DRIVER'S LICENSE OR ID #/PERMANENT RESIDENT ID# (i-551): | DOB: |
|---|---|
| [redacted] | 10/24/1969 |
| LICENSING INFORMATION SYSTEM ID#: | SSN: (OPTIONAL) |
| | |

**FROM THE FOLLOWING FACILITY/ORGANIZATIONS:**

| NAME OF FACILITY/ORGANIZATION: | FACILITY/ORGANIZATION NUMBER: |
|---|---|
| SOUTHWEST KEY PROGRAM | 374-603-915 |

STREET ADDRESS: 1253 BROADWAY PMB-408

| CITY | STATE | ZIP CODE: |
|---|---|---|
| EL CAJON | CA | 92021 |

**TO THE FOLLOWING FACILITY/ORGANIZATION:** ☐ **PLEASE ALSO KEEP THIS INDIVIDUAL ASSOCIATED WITH ABOVE FACILITY/ORGANIZATION.**

NAME OF FACILITY/ORGANIZATION: SOUTHWEST KEY PROGRAM

| FACILITY/ORGANIZATION NUMBER: | DATE OF EMPLOYMENT: |
|---|---|
| 374-600-598 | 03/19/2018 |

STREET ADDRESS: 9780 DUNBAR LANE

| CITY | STATE | ZIP CODE: |
|---|---|---|
| EL CAJON | CA | 92021 |

**Transferee Association Type**

- ☐ Facility Administrator
- ☐ Corporation Board Member
- ☑ Employee
- ☐ Certified Home
- ☐ Licensee/Applicant
- ☐ Non-client Adult Resident
- ☐ Partnership Member
- ☐ Spouse of Licensee
- ☐ Affiliated Home Care Aide

***I certify I have verified the above individual's identity and have enclosed a copy of the individual's photo ID and LIC 508.***

Signature [signature]

Title *(licensee, administrator, director)*: PROGRAM DIRECTOR

**FOR DISTRICT OFFICE USE ONLY**

| DATE OF TRANSFER ENTRY: | INITIAL OF PERSON ENTERING TRANSFER: |
|---|---|
| | |

LIC 9182 (11/15)

**FILE IN NEWLY ASSOCIATED FACILITY/ORGANIZATION FILE**

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
COMMUNITY CARE LICENSING DIVISION

# CRIMINAL BACKGROUND CLEARANCE TRANSFER REQUEST

Active criminal record clearances may be transferred from one state licensed facility/organization to another by a license applicant or licensee. **The transfer request must be submitted to the Department before the individual who is the subject of the transfer has client contact or the facility/organization will be in violation of the law and subject to a [illegible]0 civil penalty.**

The license applicant or licensee who is seeking the transfer must provide a LIC 508, and verify the individual's identity and include a copy of the person's driver's license, permanent resident card or a valid photo identification issued by the California Department of Motor Vehicles or by another state or the United States government if the person is not a California resident. Additionally, a Child Abuse Central Index (CACI) check must be submitted if the transfer is to a facility serving children and the individual has not previously submitted a CACI check or the date of the previous CACI inquiry was made prior to January 1, 1999. The CACI must be mailed directly to the Department of Justice with the applicable fee. *Note: This transfer request is for clearances only. Contact your licensing office for information about exemption transfers.*

This form may only be used to request a clearance transfer between state licensed facilities/organizations. To request a transfer between county and state licensed facilities, the requesting Licensing Agency must contact their county liaison.

**PLEASE TYPE OR PRINT LEGIBLY** — DATE: 03/29/2018

**PLEASE TRANSFER THE CRIMINAL RECORD CLEARANCE FOR THE FOLLOWING INDIVIDUAL:**

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| HERNANDEZ | MA DOLORES | |

| CA DRIVER'S LICENSE OR ID #/PERMANENT RESIDENT ID# (I-551): | DOB: |
|---|---|
| [redacted] | 10/24/1969 |
| LICENSING INFORMATION SYSTEM ID#: | SSN: (OPTIONAL) |
| | |

**FROM THE FOLLOWING FACILITY/ORGANIZATIONS:**

| NAME OF FACILITY/ORGANIZATION: | FACILITY/ORGANIZATION NUMBER: |
|---|---|
| SOUTHWEST KEY PROGRAM | 374-603-915 |

STREET ADDRESS: 1253 BROADWAY PMB-408

| CITY | STATE | ZIP CODE |
|---|---|---|
| EL CAJON | CA | 92021 |

**TO THE FOLLOWING FACILITY/ORGANIZATION:** ☐ **PLEASE ALSO KEEP THIS INDIVIDUAL ASSOCIATED WITH ABOVE FACILITY/ORGANIZATION.**

NAME OF FACILITY/ORGANIZATION: SOUTHWEST KEY PROGRAM

| FACILITY/ORGANIZATION NUMBER: | DATE OF EMPLOYMENT: |
|---|---|
| 374-601-427 | 03/19/2018 |

STREET ADDRESS: 2205 EL PRADO AVE

| CITY | STATE | ZIP CODE: |
|---|---|---|
| LEMON GROVE | CA | 91945 |

**Transferee Association Type**

- ☐ Facility Administrator
- ☐ Corporation Board Member
- ☑ Employee
- ☐ Certified Home
- ☐ Licensee/Applicant
- ☐ Non-client Adult Resident
- ☐ Partnership Member
- ☐ Spouse of Licensee
- ☐ Affiliated Home Care Aide

***I certify I have verified the above individual's identity and have enclosed a copy of the individual's photo I.D and LIC 508.***

Signature [signature]

Title *(licensee, administrator, director)*: PROGRAM DIRECTOR

**FOR DISTRICT OFFICE USE ONLY**

| DATE OF TRANSFER ENTRY: | INITIAL OF PERSON ENTERING TRANSFER: |
|---|---|
| | |

LIC 9182 (11/15)

**FILE IN NEWLY ASSOCIATED FACILITY/ORGANIZATION FILE**

STATE OF CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# NOTICE

## EMPLOYEE RIGHTS

### Instructions:

This form is intended to meet the requirements of Health and Safety Code Sections 1596.881 and 1596.882 which require that employees be informed of their rights, at the time of employment, to filing complaints against their employer for violating any licensing law or regulation. The child care facility licensee is required to give the employee this form, to have the employee complete and detach the bottom of the form, and to maintain the signed acknowledgement of receipt of the form in the employee's file.

No employer shall discharge, demote, suspend or threaten to discharge, demote or suspend, or in any manner discriminate against any employee for taking any of the following actions:

1. Making an oral or written complaint against the employer to the California Department of Social Services or other agency having statutory responsibility for enforcement of the law or to the employer or representative of the employer for the violation of any licensing law or other laws (including but not limited to laws relating to child abuse, staff-child ratios, etc.).
2. Instituting or causing to be instituted any proceeding against the employer regarding the violation of any licensing law or other laws.
3. Is, or will be, a witness or testifier in a proceeding regarding the violation of any licensing law or other law.
4. Refusing to perform work that is in violation of a licensing law or regulation after notifying the employer of the violation.

Pursuant to Health and Safety Code Section 1596.882, an employee alleging the violation by the employer of any action described above shall do the following:

1. Present the employer with a claim alleging violation of the employee's rights within 45 days after the discharge, demotion, suspension or threat thereof or for discriminating against the employee for taking such action.
2. File a claim with the Division of Labor Standards Enforcement no later than 90 days after the employer takes any of the above described actions against the employee.

Upon receipt of the employee's complaint, the Division of Labor Standards Enforcement shall do whatever investigation it deems appropriate to resolve the complaint. If it is determined that the employer has violated the employee's rights, the Division of Labor Standards Enforcement shall take action against the employer in any appropriate court. The court shall have jurisdiction of any action taken as well as to issue restraining orders and any other appropriate relief, including rehiring and reinstatements of the employee to his or her former position with backpay and benefits.

Within 30 days of receipt of a complaint from an employee as outlined above, the Division of Labor Standards Enforcement shall review the facts of the complaint and set either a hearing date or notify the employee and the employer of its decision. Where necessary, the Division of Labor Standards Enforcement shall begin the appropriate court action to enforce the decision.

Except for any grievance procedure or arbitration or hearing that is available to the employee pursuant to a collective bargaining agreement, Section 1596.882 is the exclusive means for presenting claims.

To file a claim with the Division of Labor Standards Enforcement, check the white pages of the local telephone directory under State Government Offices, California State of, Industrial relations Department, Labor Standards Enforcement-Working Conditions, for the local telephone number and address of the nearest office, or contact the headquarters office at P.O. Box 603, San Francisco, CA 94101, telephone (415) 703-4810.

(Detach Here)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(This form is to be retained in the employee's file)

**EMPLOYEE RIGHTS**

This is to acknowledge that I Ma Dolores Hernandez ~~have~~ received a copy of
(PLEASE PRINT NAME OF EMPLOYEE)

"EMPLOYEE RIGHTS" from my employer Southwest Key Programs, who is the
(PLEASE PRINT NAME OF EMPLOYER)

licensee or authorized representative of UM San Diego Program 951
(PLEASE PRINT NAME OF FACILITY)

[signature] 3-19-18
(SIGNATURE OF EMPLOYEE) (DATE)

LIC 9052 (3/03)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
COMMUNITY CARE LICENSING DIVISION

# CRIMINAL RECORD STATEMENT

*State law requires that persons associated with licensed facilities or Home Care Aide Registry applicants be fingerprinted and disclose any conviction. A conviction is any plea of guilty or nolo contendere (no contest) or a verdict of guilty. The fingerprints will be used to obtain a copy of any criminal history you may have.*

**Have you ever been convicted of a crime in California ?** . . . . . . . . . . . . . . . . . . ☐ **YES** ☒ **NO**

*You need not disclose any marijuana-related offenses covered by the marijuana reform legislation codified at Health and Safety Code sections 11361.5 and 11361.7.*

**Have you ever been convicted of a crime from another state, federal court, military or jurisdiction outside of U.S.?** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **YES** ☒ **NO**

Criminal convictions from another State or Federal court are considered the same as criminal convictions in California.

If you answer YES, give details on the back of this page indicating the nature and circumstances of each crime and the date and the location in which each crime occurred.

You must disclose convictions, including reckless and drunk driving convictions even if:

1. It happened a long time ago;
2. It was only a misdemeanor;
3. You didn't have to go to court (your attorney went for you);
4. You had no jail time or the sentence was only a fine or probation;
5. You received a certificate of rehabilitation;
6. The conviction was later dismissed, set aside or the sentence was suspended.

**NOTE:** IF THE CRIMINAL BACKGROUND CHECK REVEALS ANY CONVICTION(S) THAT YOU DID NOT DISCLOSE ON THIS FORM, YOUR FAILURE TO DISCLOSE THE CONVICTION(S) WILL RESULT IN AN EXEMPTION DENIAL, LICENSE APPLICATION DENIAL, LICENSE REVOCATION, OR EXCLUSION FROM A LICENSED FACILITY/ORGANIZATION.

**I declare under penalty of perjury under the laws of the State of California that I have read and understand the information contained in this affidavit and that my responses and any accompanying attachments are true and correct.**

| FACILITY/ORGANIZATION NAME | | FACILITY/ORGANIZATION NUMBER | |
|---|---|---|---|
| SOUTHWEST KEY PROGRAMS | | 374-603-915 | |
| YOUR NAME *(PRINT CLEARLY)* | YOUR ADDRESS | CITY | ZIP |
| Ma Dolores Hernandez | 13549 Elsworth | Moreno Valley | 92553 |
| SOCIAL SECURITY NUMBER *(SEE PRIVACY STATEMENT ON REVERSE SIDE)* | DATE OF BIRTH | DMV LICENSE NUMBER | |
| [redacted] | | | |
| SIGNATURE | | DATE | |
| Ma DHdz [signature] | | 3-19-18 | |

**I. Instructions to Respondents:**

If you have been convicted of a crime in California, another state or in federal court, provide the following information:

*(You need not disclose any marijuana-related offenses covered by the marijuana reform legislation codified at Health and Safety Code sections 11361.5 and 11361.7.)*

What was the offense? ______________________________

In which state and city did you commit the offense? ______________________________

When did this occur? ______________________________

Tell us what happened. (Use additional sheets of paper if needed) ______________________________

I certify under penalty of perjury that the above information is true and correct to the best of my knowledge.

***Signature*** ______________________________ ***Date*** 3-19-18

**II. Instructions to Licensees:**

If the person discloses a criminal conviction, review the person's statement and discuss it with your Licensing Program Analyst (LPA). Maintain this form in your facility/organization personnel file and send a copy to your LPA.

## PRIVACY STATEMENT

Pursuant to the Federal Privacy Act (P.L. 93-579) and the Information Practices Act of 1977 (Civil Code section 1798 et seq.), notice is given for the request of the Social Security Number (SSN) on this form. The California Department of Justice uses a person's SSN as an identifying number. The requested SSN is voluntary. Failure to provide the SSN may delay the processing of this form and the criminal record check.

In order to be licensed, work at, or be present at, a licensed facility/organization, the law requires that you complete a criminal background check. (Health and Safety Code sections 1522, 1568.09, 1569.17, 1596.871, and 1796.19). The Department will create a file concerning your criminal background check that will contain certain documents, including information that you provide. You have the right to access certain records containing your personal information maintained by the Department (Civil Code section 1798 et seq.). Under the California Public Records Act, the Department may have to provide copies of some of the records in the file to members of the public who ask for them, including newspaper and television reporters.

NOTE: IMPORTANT INFORMATION
The Department is required to tell people who ask, including the press, if someone in a licensed facility/organization has a criminal record exemption. The Department must also tell people who ask, the name of a licensed facility/organization that has a licensee, employee, resident, or other person with a criminal record exemption.

If you have any questions about this form, please contact your local licensing regional office.





**Sterling Talent Solutions Customer Support**
4511 Rockside Road, 4th Floor | Independence, OH 44131
1.877.982.9888 | customersupport@talentwise.com

**California Applicants/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.**

**Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.**

Report: **Ma D Hernandez**

| | | | |
|---|---|---|---|
| **Requested by** | Francisca Casas<br>Southwest Key Programs<br>(512) 462-4181 | **Report Status** | Complete |
| | | **Request Submitted** | Mar 7, 2018 2:42 PM |
| | | **Report Completed** | Mar 7, 2018 2:50 PM |
| **Package Title** | Package 1 | **Completion Time** | 8 minutes |

| | | | |
|---|---|---|---|
| **Report ID** | 125160485 | **Address** | 13549 Elsworth St<br>Moreno Valley, CA 92553 |
| **Name** | Ma D Hernandez | | |
| **Alternate Name(s)** | DOLORES HERNANDEZ | **Location of Employment** | El Cajon, CA |
| **Social Security Number** | xxx-xx-7564 | **Reference Code** | 905100 - UM Shelter Program |
| **Date of Birth** | 10/24/xxxx | | |

| | Report Contents | Name Searched | Complete | Status |
|---|---|---|---|---|
| 1 | SSN Trace | Ma Hernandez | ✔ | **Complete** |
| 2 | Criminal County Search (10-Year Address History)<br>Jurisdiction: **Riverside County, California** | Ma Hernandez | ✔ | **Clear** |
| | | **AKA:** Dolores Hernandez | ✔ | **Clear** |
| 3 | FACIS® Level 1 Search | Ma Hernandez | ✔ | **Clear** |
| | | **AKA:** Dolores Hernandez | ✔ | **Clear** |
| 4 | Nationwide Sex Offender Registry Check | Ma Hernandez | ✔ | **Clear** |
| | | **AKA:** Dolores Hernandez | ✔ | **Clear** |
| 5 | DMV Driving Records<br>**State: California** | Ma Hernandez | ✔ | **Clear** |

**Notice:** The criminal record section of this report, if any, includes information from court records in the relevant jurisdiction. The DMV section of the report, if any, includes information from the relevant state's department of motor vehicles. In some instances, the court records and DMV records will relate to the same underlying incident. Please carefully review the report and be aware that records from two different public agency sources (e.g., the county court and the state DMV records) may relate to a single underlying event.

## 1 SSN Trace

The SSN Trace compares the provided Social Security Number to credit header and public records data. This trace may locate possible alternative names or addresses associated with the SSN for the purpose of performing additional searches. The SSN trace is not conducted through the Social Security Administration and should not be used as the basis for any employment decision or confirmation of identity.

| | |
|---|---|
| **SSN** | xxx-xx-7564 |
| **Primary Name Searched** | MA HERNANDEZ<br>✔ **Complete:** Full name matches SSN. |
| **Possible Alternative Names** | The following possible alternative names were found for this candidate. Possible alternative names may include maiden names, aliases, family and household members associated with the candidate, or misspellings in records.<br>MARISSA HERNANDEZ *Not Searched*<br>DOLORES HERNANDEZ *Not Searched* |

## 2 Criminal County Search (10-Year Address History)

Jurisdiction: **Riverside County, California**

**Name Searched: Ma Hernandez**

| | |
|---|---|
| **Search Type** | FELONY AND MISDEMEANOR |
| **Jurisdiction Searched** | RIVERSIDE COUNTY, CA |

**Search Description** The "Jurisdiction Searched" field indicates the name of the county or state where the search is conducted. The specific courts and criminal records searched may be limited due to the manner in which records are maintained in certain states.

**Result** **Clear**

**Name Searched: Dolores Hernandez**

| | |
|---|---|
| **Search Type** | FELONY AND MISDEMEANOR |
| **Jurisdiction Searched** | RIVERSIDE COUNTY, CA |
| **Search Description** | The "Jurisdiction Searched" field indicates the name of the county or state where the search is conducted. The specific courts and criminal records searched may be limited due to the manner in which records are maintained in certain states. |
| **Result** | **Clear** |

## 3 FACIS® Level 1 Search

**Name Searched: Ma Hernandez**

| | |
|---|---|
| **FACIS® Search Summary** | A Level 1 FACIS® Search was performed on sanction information from the OIG, the SAM, and other federal agencies. |
| **License or ID Searched** | D5689720 (California) |
| **Status** | Complete 2018-03-07 |
| **Results** | **Clear** |
| | No information was found. |

**Name Searched: Dolores Hernandez**

| | |
|---|---|
| **FACIS® Search Summary** | A Level 1 FACIS® Search was performed on sanction information from the OIG, the SAM, and other federal agencies. |
| **License or ID Searched** | D5689720 (California) |
| **Status** | Complete 2018-03-07 |
| **Results** | **Clear** |
| | No information was found. |

## 4 Nationwide Sex Offender Registry Check

**Name Searched: Ma Hernandez**

| | |
|---|---|
| **Search Description** | Nationwide searches against sex offender registries from 49 states, the District of Columbia and U.S. territories. This search excludes Nevada where use of the registry for employment purposes is prohibited by state law. Any reportable findings, as verified from sex offender registries, will be found in this report under the appropriate jurisdiction. |
| **Result** | **Clear** |

**Name Searched: Dolores Hernandez**

| | |
|---|---|
| **Search Description** | Nationwide searches against sex offender registries from 49 states, the District of Columbia and U.S. territories. This search excludes Nevada where use of the registry for employment purposes is prohibited by state law. Any reportable findings, as verified from sex offender registries, will be found in this report under the appropriate jurisdiction. |
| **Result** | **Clear** |

## 5 DMV Driving Records

State: **California**

**Result** **Clear**

**Driver Identification**

| | |
|---|---|
| **Name** | Ma Dolores Hernandez |
| **Date of Birth** | xxxx-10-24 |

**License Details 1 of 2**

| | | | |
|---|---|---|---|
| **State** | CA | **License Type** | PERSONAL |
| **License Number** | XXXX9720 | **Status** | valid |
| **License Class** | C | | |
| **Issue Date** | 2010-11-04 | | |
| **Expiration Date** | 2020-10-24 | | |
| **Original Issue Date** | 2002 | | |

**ADDITIONAL LICENSE INFORMATION**

**LicenseClassDescription** NON-COMMERCIAL

**License Details 2 of 2**

| | | | |
|---|---|---|---|
| **State** | CA | **License Type** | IDENTIFICATION |
| **License Number** | XXXX9720 | **Status** | valid |
| **Issue Date** | 2017-08-31 | | |
| **Expiration Date** | 2023-10-24 | | |



**Miscellaneous and State-Specific Information**

| **Miscellaneous** | FIRST RENEWAL BY MAIL |
|---|---|

**— END OF REPORT —**

© 2003 - 2018 Sterling Talent Solutions

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
Bureau of Criminal Information and Analysis
.O. Box 903417
acramento, CA 94203-4170

DATE: 03/14/2018

SOUTHWEST KEY PROGRAM
1253 BROADWAY 408
EL CAJON CA 92021

RE: DOJ APPLICANT FINGERPRINT RESPONSE

| | |
|---|---|
| APP ORI: | A0448 |
| APP NAME: | MA DOLORES HERNANDEZ |
| APP TYPE: | GROUP HOME MORE/6 CHILD |
| APP TITLE: | EMPLOYEE |
| APP SERVICE REQUESTED: | CA/FBI/CHILD/ |
| OCA: | 374 603 915 |
| SID: | [redacted] |
| DOB: | 10/24/1969 |
| SSN: | [redacted] |
| CDL: | [redacted] |
| ATI: | M068HEM009 |
| OATI: | |
| DATE SUBMITTED: | 03/09/2018 |
| SCN #: | W65L0710021 |

APP ADDRESS: 13549 ELSWORTH ST MORENO VALLE CA 92553

****
Based upon a fingerprint search of records contained in the Bureau of Criminal Information and Analysis files, there is no information meeting dissemination criteria pursuant to California law on the above-named individual.

Our records indicate you have requested, or are statutorily mandated to receive, subsequent arrest notification service from the Department of Justice. Therefore, you will be advised of subsequent arrests for this individual. Pursuant to Section 11105.2 of the California Penal Code, your agency is required to notify the Department of Justice when it no longer has a legitimate interest in this subject, (i.e., the applicant is no longer, or was never employed; his/her license or certification is denied or revoked; or he/she is no longer eligible to renew or re-instate the license or certificate).

Copy also sent to:
CASDSOCIAL SERV CCL-CRCB
744 P STREET
SACRAMENTO CA 95814

Electronic Response Code:

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# REQUEST FOR LIVE SCAN SERVICE - COMMUNITY CARE LICENSING

Applicant Submission

1. ORI: **A0448**

2. Working Title: *(Check ✔ one)*
☑ Adult Resident other than Client ☑ Employee ☐ License, Certification, Applicant ☐ Volunteer ☐ Home Care Aide Registry Applicant

3. Authorized Applicant Type - Enter from list on Page 2, "DOJ Abbreviated CCLD Facility/Organization Type."
Group Home more /6 child.

4. Agency Address Set Contributing Agency:

**CA Dept of Social Services**
Agency authorized to receive criminal history information

**03502**
Mail Code *(five-digit code assigned by DOJ)*

**PO BOX 94244** **Mail Station 9-15-62**
Street No. Street or PO Box

**N/A**
Contact Name *(Mandatory for all school submissions)*

**Sacramento,** **CA** **94244-2430**
City State Zip Code

( ) **N/A**
Contact Telephone No.

5. Applicant Information:

Name of Applicant: *(Please print)* Hernandez Ma Dolores
LAST FIRST MI

AKA's: ______
LAST FIRST

CDL No.: [REDACTED]

DOB: 10-24-69 SEX: ☐ Male ☑ Female

Misc. No. BIL -
AGENCY BILLING NUMBER (IF APPLICABLE)

HT: 5'0" WT: 150

Misc. No. (951) 230-2272
PERMANENT RESIDENT (I-551), OUT OF STATE DRIVER'S LICENSE OR I.D.

EYE Color: Brown HAIR Color: Black

Home Address: *(All applicants must complete)*

POB: Mexico Mexico City

13549 Elsworth St
STREET OR PO BOX

Moreno Valley CA 92553
CITY, STATE AND ZIP CODE

SOC: [REDACTED] (... Privacy Statement on Page 4)

6. Facility/Organization Number: 374-603-915 Level of Service ☑ DOJ ☑ FBI

If resubmission for fingerprint quality (select R2), list Original ATI No. ______

7. Employer: *(Additional response for Department of Social Services, DMV/CHP licensing, and Department of Corporations submissions only)*

Southwest Key Program
Employer Name

1253 Broadway PMB408
Street No. Street or PO Box

03502
Mail Code *(five digit code assigned by DOJ)*

El Cajon CA 92021
City State Zip Code

(619) 632-2350
Agency Telephone No. *(Optional)*

8.

Live Scan Transaction Completed By: [signature]
Name of Operator

Date 3/9/2018

**AAA LIVE SCAN**
Transmitting Agency

LSID#

M068BEM009
ATI No.

ACC
Amount Collected/Billed

LIC 9163 (12/15)



## Radiology Consultation

NATIONAL RADIOLOGY INTERPRETATION SERVICES (888) 819 0808

| | | | |
|---|---|---|---|
| Patient Name: | **HERNANDEZ, MARIA** | DOB: | 10/24/69 |
| Patient MRN: | 184-00013 | Gender: | F |
| Study Date: | Jan 16, 2018 2:13:00 PM PST | Accession: | 2018011614124994 |
| Description: | _STAT_ CXR | Ref Phys: | Dr Wade |

HISTORY / PRELIM DIAGNOSIS: none

Chest One View.

FINDINGS:
Cardiac size is within normal limits. There is no pulmonary vascular congestion. No significant lymphadenopathy.

The lung volumes are within normal limits for the patient's age. No acute infiltrates, or effusions. No pulmonary nodules.

No acute, displaced rib fractures.

IMPRESSION:
No acute cardiopulmonary process.

*Electronically signed on Jan 16, 2018 2:38:31 PM PST (ET) by:*
*Kamran Koochek, M.D.*
*888-819-0808*



**BENEFICIARY DESIGNATION FORM**
**GROUP LIFE AND GROUP ACCIDENTAL DEATH & DISMEMBERMENT INSURANCE**
Unum Life Insurance Company of America
Provident Life and Accident Insurance Company
The Paul Revere Life Insurance Company

**Instructions:** Please complete, sign and date this form to designate your beneficiary(ies) or to change your existing beneficiary(ies). This form cancels all prior designations. If more than one beneficiary is named and no percentages are indicated, payment will be made to them in equal shares. If there are more than three (3) primary and/or contingent beneficiaries, please attach a separate sheet of paper. **Return the completed form to your employer.**

**SECTION 1: Employee Information**

Name (Last Name, Suffix, First Name, MI): Ma Dolores Hernandez

Social Security Number: [redacted]

Employer Name: SouthWest Key program

Check the coverages listed below to which this beneficiary designation applies:
☑ Basic Life ☐ Supplemental Life ☐ AD&D ☐ All

**SECTION 2: Primary Beneficiary (ies)**

I choose the person(s) named below to be the primary beneficiary(ies) of the Life Insurance benefits that may be payable at the time of my death. If any primary beneficiary(ies) is disqualified or dies before me, his/her percentage of this benefit will be paid to the remaining primary beneficiary(ies).

| Name & Address | Relationship | Social Security Number | Date of Birth | Percentage |
|---|---|---|---|---|
| Ashley Hernandez | daughter | | 8-01-99 | 100% |
| | | | | |
| | | | | |
| | | | | Total Must Equal 100% |

**SECTION 3: Contingent Beneficiary (ies)**

If **all** primary beneficiaries are disqualified or die before me, I choose the person(s) named below to be my contingent beneficiary(ies).

| Name & Address | Relationship | Social Security Number | Date of Birth | Percentage |
|---|---|---|---|---|
| Junior Hernandez | Son | | 6-10-89 | 100% |
| | | | | |
| | | | | |
| | | | | Total Must Equal 100% |

**SECTION 4: Signature**

X [signature] 3-19-18
**Employee Signature** **Date**

Unum is a registered trademark and marketing brand of Unum Group and its insuring subsidiaries.
CS-1110 (12/09)

Name Maria D Hernandez Employee # 0499315 SSN # [redacted]
Birthdate 10-24-69 Age 45 Sex F Home Phone (951) 230-2272 Today's Date 09/22/2014
Occupation PCA Department and Extension CHILDREN'S HOSPITAL Shift NOC

☑ LLUMC ☐ LLCHMC ☐ Univ. Employee ☐ BMC ☐ Volunteer ☐ Other

Please check one: ☑ Pre Employment Health Evaluation ☐ Annual Health Evaluation ☐ Post Exposure ☐ Risk Associated TB Testing

☐ Yes ☑ NO Are you currently experiencing any symptoms which may be indicative of a contagious disease? M09438

If yes describe:

Are you currently taking any medications, if yes please list: HYDROCHLOROTHIAZIDE AND BABY ASPIRIN FOR Blood pressure

A. TB Clearance given (form of file in EC/IMC) Date: Exam Date: 9/22/14

B. TB Skin Test given (0.01 cc/5 Tu PPD Intradermal) Solution Batch # Mantoux Test Expires Date:

Exam Date: 9/22/14 Site: ☐ Left FA ☐ Right FA By:

Date Read: Results: ☐ No Induration or Specify: /mm induration

Read by: Signature: Department: Ext:

C. Two Step Testing performed: #1 Date: #2 Date:

D. Chest X-Ray: Date: 9/22/14 Results: Normal CXR. See Attached.

It is your responsibility to have your TB Test read, 48 to 72 hours from now, those days are circled below: M9730

MONDAY TUESDAY WEDNESDAY THURSDAY FRIDAY

Failure to have your TB Test read within 72 hours will necessitate another TB Skin Test. **THIS WILL COST YOU $20.00.**

Note: HIV infection and other medical conditions may cause a Tuberculin Test to be negative even when TB infection may be present.

**HEPATITIS B IMMUNIZATION INFORMATION:**

☐ Has completed Hepatitis series of three: Date: injections completed HEP BsAB Titer results:

☒ Has started Hepatitis B series: Date: #1 2013 #2 #3 Booster:

☐ Employee declines Hepatitis B series: ☐ Declination Signed

HIRE DATE 9·24·14 ✓

19324598

**MMR:**

Immunizations not required if:

☐ Born before January 1957.

☒ Received live (attenuated measles vaccine) after 1980 at 15 months or more of age.

☐ Titer results:

☐ MMR Vaccine 0.5cc SQ given: Date: By:

Chicken Pox History: ☐ Positive ☒ Negative Titer: Never had disease

Tetanus Status: TDAP/(TD) given: 2013 By:

**HEALTH EVALUATION:**

☑ Pre-Employment Medical Evaluation:

☑ Found to be free from symptoms indicating presence of Infectious Disease. (TB Clearance).

☑ Medically Qualified - *Applicant/volunteer has passed the physical examination and is deemed physically qualified for this position.*

☐ Medically Qualified - But with Restrictions:

*Applicant/volunteer may be considered for this position if the physical restrictions noted can be accommodated. (Before commencement of employment, the Physical Limitations form must be read and signed by both the applicant and department heads.)*

☐ Medically Disqualified - Applicant/volunteer is medically unsuited for this position.

☐ Hold for:

Baseline: Annual: Post Exposure:

Medical Surveillance:

☐ For:

☐ Outcome: ☐ Clearance for the commencement or continuation of employment.

☐ Recommend a job change for the following reason

☐ Recommend the following physical restriction(s)

Physician's Signature: [signature] 9/22/14

Hernandez, Maria
DOB:10/24/69 F 44 y.o. CSN: 40159800
ENC:1719990 MRN: 7201225
9/22/2014 1:20 PM PDT
PRE PX LLUMC
PROV: Amy Jo Reese, MD
LLUHS DEPT OF OCCUPATIONAL MEDICINE CENTER
REFPRO: Not Specified Provider
REF BY PRO #:

LOMA LINDA UNIVERSITY HEALTH CARE

OCCUPATIONAL MEDICINE CENTER
EMPLOYEE HEALTH VACCINATION/TB SURVEILLANCE RECORD

OM/001 (9-2009)

10 Maria Hernandez 11:50 ) pic up results ✓ LLUMC

# EXHIBIT
# 2

**DOH:** 01/02/2018
**DOT:**

southwest key programs

**Employee Name: Roberto D. Nava**

# California Employee File Checklist

**Payroll Information**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | ✓ | New Hire Aloha |
| | | New Hire Email correspondence |
| | ✓ | W-4 |
| | ✓ | EDD Form (Employee Withholding Allowance Certificate) CA |
| | ✓ | Direct Deposit |
| | | Payroll Debit Card Enrollment |
| | | Business License Inspection Request Form |
| | | Personnel Input Sheet |

**Job Responsibilities/Performance**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | ✓ | Job Description |
| | | Evaluations |
| | | Evaluation supporting documents |
| | ✓ | Corrective Action Plans |
| | | Grievances |
| | | Performance memos |
| | | Reprimands (written/verbal) & documentation |
| | | Performance related emails/written correspondences |
| | | Introductory Period (90 day) Performance Evaluation Form |
| | | Supervision Forms Sub-Folder to include:<br>• Monthly Supervision Forms<br>• Quarterly Supervision Forms<br>• Annual Supervision Forms |

**Employee Changes/Attendance**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | | Update/change alohas |
| | | Change Memos |
| | | Time details |
| | | Leave requests |
| | | Leave documentation |
| | | Attendance documentation |
| | | Verification of Employment/V.O.E. Requests |

**Policies, Acknowledgements, and Agreements**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | ✓ | Employee Guidebook Acknowledgement |
| | ✓ | Conflict of Interest |
| | ✓ | Confidentiality Agreement for All Employees |
| N/A | | Confidentiality agreement for Personnel with Access to HR and/or Payroll Information |
| | ✓ | Equipment Responsibility (cell phone/pager/ keys) and Other Items Issued upon Termination |
| N/A. | | Duty to Warn/Protect Policy |
| | ✓ | TB Test Requirements & Renewal |
| | ✓ | Client Confidentiality Agreement |
| | ✓ | Client Handbook Acknowledgement |
| | ✓ | Dress Code Policy Acknowledgement |
| | ✓ | Fingerprint Clearance Card or Equivalent Requirement and Renewal |
| | ✓ | ORR Policies and Procedures Acknowledgment |
| | ✓ | Acknowledgment of Vehicle Safety Manual |
| | ✓ | (Company)Vehicle Policy for All Employees |
| | ✓ | Consent form for Drug Testing |
| | ✓ | No Call No Show & Tardiness Policy |
| | ✓ | Participant Training Expectations Form |
| | ✓ | Cell phone/Recording Device form/Media Confidentiality Policy |
| | ✓ | Wellness Program Information and Waiver |
| | ✓ | Acknowledgement of Mutual Jury Trial Waiver |
| | ✓ | Acknowledgement of Mutual Class and Collective Action Waiver |
| | ✓ | Vaccine Preventable Disease Policy |
| | ✓ | Citizenship Agreement |
| | ✓ | Foreign Diploma Evaluation |
| | ✓ | Voluntary Use of Respirator |
| | ✓ | Tobacco-Free Workplace |
| | ✓ | Client Medical Information Privacy Manual Acknowledgement |
| | ✓ | Discrimination, Harassment, and Retaliation Prevention Policy Acknowledgement |
| | ✓ | Hepatitis B Acceptance/Declination Policy |
| | ✓ | Notice To Employee-Labor Code Section 2810.5 CA (Status Change Memo) |
| | ✓ | Criminal Background Clearance Transfer Request CA |
| | ✓ | Employee Rights Statement CA |
| | ✓ | Criminal Record Statement CA |
| | ✓ | Meal Waiver CA |
| N/A | | Medical Uniform Policy |
| | ✓ | Disclosure For Background Check CA |

| | | |
|---|---|---|
| | | Petty Cash Agreement |
| | ✓ | Insurance Information and Application Process |
| | | P-Card Holder Agreement |

**Talent Acquisition and Employment Status**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | ✓ | Employment Application |
| | ✓ | Emergency Contact Information |
| | ✓ | Résumé |
| | | Letter of interest |
| | ✓ | Offer Letter |
| | | Pre-Employment Reference Check Response |
| | | Personnel Position Form |
| | | Certifications/licensure *[includes verification & copies of education/certification/licensure (Ex. CPR, First Aid, Food Handlers, etc)]* |
| | ✓ | Background Inquiry Agreement |
| | | Reference Check Guidelines |
| N/A | | ORR Approval Letter |
| | ✓ | Employee Information Sheet CA |
| N/A | | Affidavit for Applicants for Employment with a Licensed Operation |
| | ✓ | Diplomas & Degrees |
| | | Relias transcripts |
| | | Training materials (internal and external) |
| | | Resignation letter |
| | | Certificates of Recognition/Merit |

**Corporate File / Confidential Documents**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | ✓ | I-9 |
| | ✓ | Photo ID (DL, passport, permanent resident card) |
| | ✓ | Social Security Card |
| | ✓ | EEO |
| | ✓ | Self-Identify |
| | ✓ | MVR Results |
| | | Copies of Registration and Insurance Policy |
| | ✓ | Background Check Results |
| | ✓ | TB Results |
| N/A | | Drug Test Results |
| | | Pre-designation of personal physician |
| | ✓ | PREA Questionnaires |
| | | Disability Benefit Form |

**Medical (Confidential)**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | | STD/LTD Benefits Information |
| | ✓ | UNUM Documentation |
| | | Doctors Notes/ Medical documents |
| | | Conversations with Program, Legal, Executive Leadership and Employee |
| | | Wellness Screenings & Supporting Documents |
| | | Accommodation Documentation |
| | | Employee Master Detail Level 3 |
| | | Medical Inquiry Form |
| | | Workers Compensation Time of Hire Pamphlet CA |
| | | Accommodation Analysis Form |
| | | HIPAA Authorization Form |
| | | Restraint Information |

**Memos/Correspondence**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | | Text messages correspondence not related to attendance, medical, or performance |
| | | Email correspondence not related to attendance, medical, or performance |

**Miscellaneous**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | | Per diem checks |
| | | Employee rewards |

 

southwest key
programs

Updated 11/26/18

# SWK Programs ALOHA Form

**Date form completed:** 12/12/2018

## Employee Personal Information

**Full Name:** Nava (Last) Roberto (First) (M.I.) **Birth Date:** 12/21/1994 **Sex:** M

**Employee ID:** 105132 **Last 4 SSN:** 0872

**Address:** 352 Broadway SPC-J9 (Street Address) Chula Vista (City) CA (State) 91910 (Zip Code)

**Home Phone:** 619-551-0081 **Alternate Phone:** ____ **Personal Email:** rnava2127@gmail.com

## Job Information

| | From | To |
|---|---|---|
| Department Number: | 951 | TERMINATION |
| Job Title: | Youth Care Worker | |
| GL Account Number: | 62010 | |
| Pay Rate: | $17.99 | |
| Other: | | |

| New Hire ☐ | Re-Hired ☐ | Recall ☐ | Promotion ☐ | Merit Increase ☐ | Demotion ☐ | Transfer ☐ |
|---|---|---|---|---|---|---|
| Differential Pay: | | Shift #1 ☐ | Shift #2 ☑ | Shift #3 ☐ | | |

**Immediate Supervisor's Name:** Bryanna Buenrostro, SS

Note: If there is a change in immediate supervisor, please enter reason for the change in the comment section. This will notify HRIS to change the supervisor in Kronos.

## For UM ONLY - prior approval by an ORR Project Officer is required for UM Key Positions

| Key Positions include: PD, APD, Lead Clinician, Clinician, Lead Case Mgr., PSA Compliance Mgr. | Name of ORR Project Officer who approved: ____ | Evidence of approval attached: Yes ☐ No ☐ |
|---|---|---|

## Classification of Employee

| | | | |
|---|---|---|---|
| The employee is: | Full Time ☑ | Part Time ☐ | Relief ☐ |
| The employee is: | Regular ☐ | Temporary ☐ | Seasonal ☑ |
| The employee is: | Hourly ☑ | Salary Exempt ☐ | |

**Effective Date of:** Hire: ____ OR *Termination: 12/12/2016 OR Change: ____ **I-9 completed:** Yes ☑ No ☐

## *If terminated, please complete the box below

| | | | |
|---|---|---|---|
| Type of Termination: | Resignation ☑ | Layoff ☐ | Discharged ☐ |
| Eligible to Rehire: | Yes ☐ | No ☑ | (if no, explain in comments) |

**Comments:** Employee did not complete two week notice provided.

## AP Requirements

**SWK Cell Phone** ☐ **P-card** ☐ **Long Distance Code** ☐ **Gas Access** ☐

## IT Requirements

**Email** ☑ **Network Access** ☐ **VPN** ☐ **Telephone** ☐

**ETO** ☑ **Special Access:** ____

## Emergency Contact Information

**Full Name:** ____ (Last) (First) (M.I.) **Relationship:** ____

**Address:** ____ (Street Address (if different from the address above)) (City) (State) (Zip Code)

**Primary Phone:** ____ **Alternate Phone:** ____ **Email/Other:** ____

# Fwd: Farewell SWK!!

Ana Babudar

Wed 12/12/18 10:20 AM

To:951 - Aloha <951aloha@swkey.org>;

Let's get the aloha updated with his last day.

Use email below and attach to the aloha email.

Gracias!

Ana Babudar, Program Director
Southwest Key San Diego
619-548-5404

Begin forwarded message:

> **From:** Roberto Nava Diaz <roberto.nava@swkey.org>
> **Date:** December 12, 2018 at 9:11:43 AM PST
> **To:** UM San Diego Programs <umsdteam@swkey.org>
> **Cc:** Ana Babudar <ababudar@swkey.org>
> **Subject:** Farewell SWK!!
>
> To whom it concern, I am resigning from my position as a Youth Care Worker effective immediately (12/12/18) . Due to personal reasons I will not be able to comply with the agreed date of my last day of work which was the 12/16/18. I am sorry for the trouble it may cause. I would like to thank my peers for the feedback and support they gave me throughout my time as Youth Care Worker. Working with this youths has thought me many things. Among those things is perseverance, overcome life adversaries, and hope. The experience I gain from them is something that no one could take it away and I truly happy that this kind of programs exist to help this kids. But I believe that the right candidate for this humanitarian service should be a person who truly wants to help this kids. This is not another "job" and it's not suitable for a person that is just seeking to get there paycheck every 15 weeks.
> To serve those youths better I believed there should be a better treatment towards my fellow peers( Youth Care Workers). I believe that by having happy employees there performance could potentially improved. Throughout my journey as a YCW I haven't really seen or lived the motto Southwest Key Programs stands for; which is family. Favoritism is one of the main issues I have seen and experience within this program; other issues I have seen are hypocrisy. I must say that I am not the only one that thinks the same. Remember peers that we are providing our services and we has the frontline workers deserve better. I can not leave this SWP without mentioning the concerns I have mention above. There's no doubt that some workers might have fear of speaking out about their nonconformity towards the treatment we received the past months. If the issues mention above are not resolved in a time manner I can assure you that many YCWs would resign from there position. Nevertheless I wish this program the best. I know that the priority is to serve the kids but it should be also prioritized the personal concerns of its workers. I would leave with

the best moments I had in this program and I would implement the teachings I received from this program to real world.
I am forever grateful for this opportunity even though my above concerns might sound otherwise.

Sincerely,

Roberto Nava

Roberto Nava
Youth Care Worker



Updated 11/26/18

# SWK Programs ALOHA Form

**Date form completed:** 12/6/2018

## Employee Personal Information

**Full Name:** Nava (Last) Roberto (First) (M.I.) **Birth Date:** 12/21/1994 **Sex:** M

**Employee ID:** 105132 **Last 4 SSN:** 0872

**Address:** 352 Broadway SPC-J9 (Street Address) Chula Vista (City) CA (State) 91910 (Zip Code)

**Home Phone:** 619-551-0081 **Alternate Phone:** ____ **Personal Email:** rnava2127@gmail.com

## Job Information

| | From | To |
|---|---|---|
| Department Number: | 951 | TERMINATION |
| Job Title: | Youth Care Worker | |
| GL Account Number: | 62010 | |
| Pay Rate: | $17.99 | |
| Other: | | |

**New Hire** ☐ **Re-Hired** ☐ **Recall** ☐ **Promotion** ☐ **Merit Increase** ☐ **Demotion** ☐ **Transfer** ☐

**Differential Pay:** **Shift #1** ☐ **Shift #2** ☑ **Shift #3** ☐

**Immediate Supervisor's Name:** Bryanna Buenrostro, SS

**Note: If there is a change in immediate supervisor, please enter reason for the change in the comment section. This will notify HRIS to change the supervisor in Kronos.**

## For UM ONLY - prior approval by an ORR Project Officer is required for UM Key Positions

| Key Positions include: PD, APD, Lead Clinician, Clinician, Lead Case Mgr., PSA Compliance Mgr. | Name of ORR Project Officer who approved: ____ | Evidence of approval attached: Yes ☐ No ☐ |
|---|---|---|

## Classification of Employee

| | | | |
|---|---|---|---|
| The employee is: | Full Time ☑ | Part Time ☐ | Relief ☐ |
| The employee is: | Regular ☐ | Temporary ☐ | Seasonal ☑ |
| The employee is: | Hourly ☑ | Salary Exempt ☐ | |

**Effective Date of:** Hire: ____ **OR** *Termination: 12/16/2018 **OR** Change: ____ **I-9 completed:** **Yes** ☑ **No** ☐

## * If terminated, please complete the box below

| | | | |
|---|---|---|---|
| Type of Termination: | Resignation ☑ | Layoff ☐ | Discharged ☐ |
| Eligible to Rehire: | Yes ☑ | No ☐ | (if no, explain in comments) |

**Comments:** ____

## AP Requirements

**SWK Cell Phone** ☐ **P-card** ☐ **Long Distance Code** ☐ **Gas Access** ☐

## IT Requirements

**Email** ☑ **Network Access** ☐ **VPN** ☐ **Telephone** ☐

**ETO** ☑ **Special Access:** ____

## Emergency Contact Information

**Full Name:** ____ (Last) (First) (M.I.) **Relationship:** ____

**Address:** ____ (Street Address (if different from the address above)) (City) (State) (Zip Code)

**Primary Phone:** ____ **Alternate Phone:** ____ **Email/Other:** ____



Updated 5/6/15

# SWK Programs ALOHA Form

**Date form completed:** 1/2/2017

## Employee Personal Information

**Full Name:** Nava Diaz (Last) Roberto (First) D (M.I.) **Birth Date:** 12/21/1994 **Sex:** M

**Address:** 352 Broadway SPC-J9 (Street Address) Chula Vista (City) CA (State) 91910 (Zip Code)

**Home Phone:** 619-551-0081 **Alternate Phone:** ______ **Personal Email:** rnava2127@gmail.com **Last 4 SSN:** 0872

## Job Information

| | From | To |
|---|---|---|
| Department Number: | 951 | |
| Job Title: | Youth Care Worker | |
| Pay Rate: | $17.99 | |
| Other: | | |

**New Hire** ☑ **Re-Hired** ☐ **Recall** ☐ **Promotion** ☐ **Merit Increase** ☐ **Demotion** ☐ **Transfer** ☐

**Immediate Supervisor's Name:** Maria Diaz, SS **Employee ID:** ______

## Classification of Employee

| | | | |
|---|---|---|---|
| The employee is: | Full Time ☑ | Part Time ☐ | Relief ☐ |
| The employee is: | Regular ☐ | Temporary ☐ | Seasonal ☑ |
| The employee is: | Hourly ☑ | Salary Exempt ☐ | |

**Effective Date of:** Hire: 1/2/2018 **OR** *Termination: ______ **OR** Change: ______ **I-9 completed:** **Yes** ☑ **No** ☐

## * If terminated, please complete the box below

| | | | |
|---|---|---|---|
| Type of Termination: | Resignation ☐ | Layoff ☐ | Discharged ☐ |
| Eligible to Rehire: | Yes ☐ | No ☐ | (if no, explain in comments) |

**Comments:** ______

## AP Requirements

**SWK Cell Phone** ☐ **P-card** ☐ **Long Distance Code** ☐ **Gas Access** ☐

## IT Requirements

**Email** ☑ **Network Access** ☐ **VPN** ☐ **Telephone** ☐

**ETO** ☑ **Special Access:** ______

## Emergency Contact Information

**Full Name:** Diaz (Last) Juana (First) L (M.I.) **Relationship:** Mother

**Address:** ______ (Street Address (if different from the address above)) (City) (State) (Zip Code)

**Primary Phone:** 619-419-4072 **Alternate Phone:** ______ **Email/Other:** ______

# Form W-4 (2017)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2017 expires February 15, 2018. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** If another person can claim you as a dependent on his or her tax return, you can't claim exemption from withholding if your total income exceeds $1,050 and includes more than $350 of unearned income (for example, interest and dividends).

***Exceptions.*** An employee may be able to claim exemption from withholding even if the employee is a dependent, if the employee:

- Is age 65 or older,
- Is blind, or
- Will claim adjustments to income; tax credits; or itemized deductions, on his or her tax return.

The exceptions don't apply to supplemental wages greater than $1,000,000.

**Basic instructions.** If you aren't exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2017. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at *www.irs.gov/w4*.

## Personal Allowances Worksheet (Keep for your records.)

**A** Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . **A** 1

**B** Enter "1" if:
- You're single and have only one job; or
- You're married, have only one job, and your spouse doesn't work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less.

. . . **B** 1

**C** Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . **C** 1

**D** Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . **D** ____

**E** Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . . **E** ____

**F** Enter "1" if you have at least $2,000 of **child or dependent care expenses** for which you plan to claim a credit . . . **F** ____
(**Note:** Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

**G** **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.
- If your total income will be less than $70,000 ($100,000 if married), enter "2" for each eligible child; then **less** "1" if you have two to four eligible children or **less** "2" if you have five or more eligible children.
- If your total income will be between $70,000 and $84,000 ($100,000 and $119,000 if married), enter "1" for each eligible child. **G** ____

**H** Add lines A through G and enter total here. (**Note:** This may be different from the number of exemptions you claim on your tax return.) ▶ **H** 3

For accuracy, **complete all worksheets that apply.**
- If you plan to **itemize** or **claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you are **single and have more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $50,000 ($20,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

**Separate here and give Form W-4 to your employer. Keep the top part for your records.**

Form **W-4** — Department of the Treasury, Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ **Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.**

OMB No. 1545-0074 — **2017**

| | | |
|---|---|---|
| 1 Your first name and middle initial: Roberto D | Last name: Nava | 2 Your social security number: [redacted] |
| Home address (number and street or rural route): 352 Broadway Spc J9 | 3 ☐ Single ☐ Married ☒ Marri[ed, but withhold at higher Single rate.] | |
| | Note: If married, but legally separated, or spouse is a nonresident alien, check the "Single" box. | |
| City or town, state, and ZIP code: Chula Vista, CA 91910 | 4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐ | |

5 Total number of allowances you are claiming (from line **H** above **or** from the applicable worksheet on page 2) — **5** 3

6 Additional amount, if any, you want withheld from each paycheck . . . . . — **6** $

7 I claim exemption from withholding for 2017, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here . . . . . ▶ **7**

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature**
(This form is not valid unless you sign it.) ▶ [signature] **Date ▶** 01/03/18

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|
| | | |

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.** Cat. No. 10220Q Form **W-4** (2017)

## Deductions and Adjustments Worksheet

**Note:** Use this worksheet *only* if you plan to itemize deductions or claim certain credits or adjustments to income.

1. Enter an estimate of your 2017 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes, medical expenses in excess of 10% of your income, and miscellaneous deductions. For 2017, you may have to reduce your itemized deductions if your income is over $313,800 and you're married filing jointly or you're a qualifying widow(er); $287,650 if you're head of household; $261,500 if you're single, not head of household and not a qualifying widow(er); or $156,900 if you're married filing separately. See Pub. 505 for details . . . . . **1** $ ______
2. Enter: { $12,700 if married filing jointly or qualifying widow(er); $9,350 if head of household; $6,350 if single or married filing separately } . . . . . **2** $ ______
3. **Subtract** line 2 from line 1. If zero or less, enter "-0-" . . . . . **3** $ ______
4. Enter an estimate of your 2017 adjustments to income and any additional standard deduction (see Pub. 505) **4** $ ______
5. **Add** lines 3 and 4 and enter the total. (Include any amount for credits from the *Converting Credits to Withholding Allowances for 2017 Form W-4* worksheet in Pub. 505.) . . . . . **5** $ ______
6. Enter an estimate of your 2017 nonwage income (such as dividends or interest) . . . . . **6** $ ______
7. **Subtract** line 6 from line 5. If zero or less, enter "-0-" . . . . . **7** $ ______
8. **Divide** the amount on line 7 by $4,050 and enter the result here. Drop any fraction . . . . . **8** ______
9. Enter the number from the **Personal Allowances Worksheet,** line H, page 1 . . . . . **9** ______
10. **Add** lines 8 and 9 and enter the total here. If you plan to use the **Two-Earners/Multiple Jobs Worksheet,** also enter this total on line 1 below. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 **10** ______

## Two-Earners/Multiple Jobs Worksheet (See *Two earners or multiple jobs* on page 1.)

**Note:** Use this worksheet *only* if the instructions under line H on page 1 direct you here.

1. Enter the number from line H, page 1 (or from line 10 above if you used the **Deductions and Adjustments Worksheet**) **1** ______
2. Find the number in **Table 1** below that applies to the **LOWEST** paying job and enter it here. **However,** if you are married filing jointly and wages from the highest paying job are $65,000 or less, do not enter more than "3" . . . . . **2** ______
3. If line 1 is **more than or equal to** line 2, subtract line 2 from line 1. Enter the result here (if zero, enter "-0-") and on Form W-4, line 5, page 1. **Do not** use the rest of this worksheet . . . . . **3** ______

**Note:** If line 1 is **less than** line 2, enter "-0-" on Form W-4, line 5, page 1. Complete lines 4 through 9 below to figure the additional withholding amount necessary to avoid a year-end tax bill.

4. Enter the number from line 2 of this worksheet . . . . . **4** ______
5. Enter the number from line 1 of this worksheet . . . . . **5** ______
6. **Subtract** line 5 from line 4 . . . . . **6** ______
7. Find the amount in **Table 2** below that applies to the **HIGHEST** paying job and enter it here . . . . **7** $ ______
8. **Multiply** line 7 by line 6 and enter the result here. This is the additional annual withholding needed . . **8** $ ______
9. Divide line 8 by the number of pay periods remaining in 2017. For example, divide by 25 if you are paid every two weeks and you complete this form on a date in January when there are 25 pay periods remaining in 2017. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck **9** $ ______

### Table 1

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above |
| $0 - $7,000 | 0 | $0 - $8,000 | 0 |
| 7,001 - 14,000 | 1 | 8,001 - 16,000 | 1 |
| 14,001 - 22,000 | 2 | 16,001 - 26,000 | 2 |
| 22,001 - 27,000 | 3 | 26,001 - 34,000 | 3 |
| 27,001 - 35,000 | 4 | 34,001 - 44,000 | 4 |
| 35,001 - 44,000 | 5 | 44,001 - 70,000 | 5 |
| 44,001 - 55,000 | 6 | 70,001 - 85,000 | 6 |
| 55,001 - 65,000 | 7 | 85,001 - 110,000 | 7 |
| 65,001 - 75,000 | 8 | 110,001 - 125,000 | 8 |
| 75,001 - 80,000 | 9 | 125,001 - 140,000 | 9 |
| 80,001 - 95,000 | 10 | 140,001 and over | 10 |
| 95,001 - 115,000 | 11 | | |
| 115,001 - 130,000 | 12 | | |
| 130,001 - 140,000 | 13 | | |
| 140,001 - 150,000 | 14 | | |
| 150,001 and over | 15 | | |

### Table 2

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from HIGHEST paying job are— | Enter on line 7 above | If wages from HIGHEST paying job are— | Enter on line 7 above |
| $0 - $75,000 | $610 | $0 - $38,000 | $610 |
| 75,001 - 135,000 | 1,010 | 38,001 - 85,000 | 1,010 |
| 135,001 - 205,000 | 1,130 | 85,001 - 185,000 | 1,130 |
| 205,001 - 360,000 | 1,340 | 185,001 - 400,000 | 1,340 |
| 360,001 - 405,000 | 1,420 | 400,001 and over | 1,600 |
| 405,001 and over | 1,600 | | |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Internal Revenue Code sections 3402(f)(2) and 6109 and their regulations require you to provide this information; your employer uses it to determine your federal income tax withholding. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws; and to the Department of Health and Human Services for use in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.



This form can be used to manually compute your withholding allowances, or you can electronically compute them at **www.taxes.ca.gov/de4.pdf.**

## EMPLOYEE'S WITHHOLDING ALLOWANCE CERTIFICATE

Type or Print Your Full Name: Roberto Daniel Nava

Your Social Security Number: [redacted]

Home Address (Number and Street or Rural Route): 352 Broadway Spc - J9

City, State, and ZIP Code: Chula Vista, CA 91910

Filing Status Withholding Allowances

☒ SINGLE or MARRIED (with two or more incomes)
☐ MARRIED (one income)
☐ HEAD OF HOUSEHOLD

1. Number of allowances for Regular Withholding Allowances, Worksheet A: 3

   Number of allowances from the Estimated Deductions, Worksheet B: ____

   Total Number of Allowances (A + B) when using the California Withholding Schedules for 2016: ____

   OR

2. Additional amount of state income tax to be withheld each pay period (if employer agrees), Worksheet C: ____

   OR

3. I certify under penalty of perjury that I am not subject to California withholding. I meet the conditions set forth under the Service Member Civil Relief Act, as amended by the Military Spouses Residency Relief Act. (Check box here) ☐

***Under the penalties of perjury, I certify that the number of withholding allowances claimed on this certificate does not exceed the number to which I am entitled or, if claiming exemption from withholding, that I am entitled to claim the exempt status.***

Signature [signature] Date 01/03/17

| Employer's Name and Address | California Employer Account Number |
|---|---|
| | |

- - - - - - - - - - cut here - - - - - - - - - -

Give the top portion of this page to your employer and keep the remainder for your records.

**YOUR CALIFORNIA PERSONAL INCOME TAX MAY BE UNDERWITHHELD IF YOU DO NOT FILE THIS DE 4 FORM.**

***IF YOU RELY ON THE FEDERAL FORM W-4 FOR YOUR CALIFORNIA WITHHOLDING ALLOWANCES, YOUR CALIFORNIA STATE PERSONAL INCOME TAX MAY BE UNDERWITHHELD AND YOU MAY OWE MONEY AT THE END OF THE YEAR.***

**PURPOSE:** This certificate, DE 4, is for **California Personal Income Tax (PIT) withholding** purposes only. The DE 4 is used to compute the amount of taxes to be withheld from your wages, by your employer, to accurately reflect your state tax withholding obligation.

You should complete this form if either:

(1) You claim a different marital status, number of regular allowances, or different additional dollar amount to be withheld for California PIT withholding than you claim for federal income tax withholding or,

(2) You claim additional allowances for estimated deductions.

THIS FORM WILL NOT CHANGE YOUR FEDERAL WITHHOLDING ALLOWANCES.

The federal Form W-4 is applicable for California withholding purposes if you wish to claim the same marital status, number of regular allowances, and/or the same additional dollar amount to be withheld for state and federal purposes. However, federal tax brackets and withholding methods do not reflect state PIT withholding tables. **If you rely on the number of withholding allowances you claim on your Form W-4 withholding allowance certificate for your state income tax withholding, you may be significantly underwithheld.** This is particularly true if your household income is derived from more than one source.

**CHECK YOUR WITHHOLDING:** After your Form W-4 and/or DE 4 takes effect, compare the state income tax withheld with your estimated total annual tax. For state withholding, use the worksheets on this form.

**EXEMPTION FROM WITHHOLDING:** If you wish to claim exempt, complete the federal Form W-4. You may claim exempt from withholding California income tax if you did not owe any federal income tax last year and you do not expect to owe any federal income tax this year. The exemption is good for one year. If you continue to qualify for the exempt filing status, a new Form W-4 designating EXEMPT must be submitted by February 15 each year to continue your exemption. If you are not having federal income tax withheld this year but expect to have a tax liability next year, you are required to give your employer a new Form W-4 by December 1.



**EXEMPTION FROM WITHHOLDING** (continued): Under the Service Member Civil Relief Act, as amended by the Military Spouses Residency Relief Act, you may be exempt from California income tax on your wages if (i) your spouse is a member of the armed forces present in California in compliance with military orders; (ii) you are present in California solely to be with your spouse; and (iii) you maintain your domicile in another state. If you claim exemption under this act, check the box on Line 3. You may be required to provide proof of exemption upon request.

**IF YOU NEED MORE DETAILED INFORMATION, SEE THE INSTRUCTIONS THAT CAME WITH YOUR LAST CALIFORNIA INCOME TAX RETURN OR CALL THE FRANCHISE TAX BOARD (FTB).**

| | |
|---|---|
| IF YOU ARE CALLING FROM WITHIN THE UNITED STATES | 800-852-5711 (voice)<br>800-822-6268 (TTY) |
| IF YOU ARE CALLING FROM OUTSIDE THE UNITED STATES (Not Toll Free) | 916-845-6500 |

The *California Employer's Guide* (DE 44) provides the income tax withholding tables. This publication may be found on the Employment Development Department (EDD) website at **www.edd.ca.gov/Payroll_Taxes/Forms_and_Publications.htm**. To assist you in calculating your tax liability, please visit the FTB website at **www.ftb.ca.gov/individuals/index.shtml**.

**NOTIFICATION:** If the IRS instructs your employer to withhold federal income tax based on a certain withholding status, your employer is required to use the same withholding status for state income tax withholding.

The burden of proof rests with the employee to show the correct California Income Tax Withholding. Pursuant to Section 4340-1(e) of the California Code of Regulations, the FTB or the EDD may, by special direction in writing, require an employer to submit a Form W-4 or DE 4 when such forms are necessary for the administration of the withholding tax programs.

**PENALTY:** You may be fined $500 if you file, with no reasonable basis, a DE 4 that results in less tax being withheld than is properly allowable. In addition, criminal penalties apply for willfully supplying false or fraudulent information or failing to supply information requiring an increase in withholding. This is provided by Section 13101 of the California Unemployment Insurance Code and Section 19176 of the Revenue and Taxation Code.

**INSTRUCTIONS — 1 — ALLOWANCES***

When determining your withholding allowances, you must consider your personal situation:
— Do you claim allowances for dependents or blindness?
— Will you itemize your deductions?
— Do you have more than one income coming into the household?

**TWO-EARNER/TWO-JOBS:** When earnings are derived from more than one source, underwithholding may occur. If you have a working spouse or more than one job, it is best to check the box "SINGLE or MARRIED (with two or more incomes)." Figure the total number of allowances you are entitled to claim on all jobs using only one DE 4 form. Claim allowances with one employer. Do not claim the same allowances with more than one employer. Your withholding will usually be most accurate when all allowances are claimed on the DE 4 or Form W-4 filed for the highest paying job and zero allowances are claimed for the others.

**MARRIED BUT NOT LIVING WITH YOUR SPOUSE:** You may check the "Head of Household" marital status box if you meet all of the following tests:
(1) Your spouse will not live with you at any time during the year;
(2) You will furnish over half of the cost of maintaining a home for the entire year for yourself and your child or stepchild who qualifies as your dependent; and
(3) You will file a separate return for the year.

**HEAD OF HOUSEHOLD:** To qualify, you must be unmarried or legally separated from your spouse and pay more than 50% of the costs of maintaining a home for the entire year for yourself and your dependent(s) or other qualifying individuals. Cost of maintaining the home includes such items as rent, property insurance, property taxes, mortgage interest, repairs, utilities, and cost of food. It does not include the individual's personal expenses or any amount which represents value of services performed by a member of the household of the taxpayer.

**WORKSHEET A — REGULAR WITHHOLDING ALLOWANCES**

| | | | |
|---|---|---|---|
| (A) | Allowance for yourself — enter 1 | (A) | 1 |
| (B) | Allowance for your spouse (if not separately claimed by your spouse) — enter 1 | (B) | 1 |
| (C) | Allowance for blindness — yourself — enter 1 | (C) | |
| (D) | Allowance for blindness — your spouse (if not separately claimed by your spouse) — enter 1 | (D) | |
| (E) | Allowance(s) for dependent(s) — do not include yourself or your spouse | (E) | |
| (F) | Total — add lines (A) through (E) above | (F) | 2 |

**INSTRUCTIONS — 2 — ADDITIONAL WITHHOLDING ALLOWANCES**

If you expect to itemize deductions on your California income tax return, you can claim additional withholding allowances. Use Worksheet B to determine whether your expected estimated deductions may entitle you to claim one or more additional withholding allowances. Use last year's FTB Form 540 as a model to calculate this year's withholding amounts.

Do not include deferred compensation, qualified pension payments, or flexible benefits, etc., that are deducted from your gross pay but are not taxed on this worksheet.

You may reduce the amount of tax withheld from your wages by claiming one additional withholding allowance for each $1,000, or fraction of $1,000, by which you expect your estimated deductions for the year to exceed your allowable standard deduction.

**WORKSHEET B — ESTIMATED DEDUCTIONS**

| | | | | |
|---|---|---|---|---|
| 1. | Enter an estimate of your itemized deductions for California taxes for this tax year as listed in the schedules in the FTB Form 540 | | 1. | |
| 2. | Enter $8,088 if married filing joint with two or more allowances, unmarried head of household, or qualifying widow(er) with dependent(s) or $4,044 if single or married filing separately, dual income married, or married with multiple employers | – | 2. | |
| 3. | Subtract line 2 from line 1, enter difference | = | 3. | |
| 4. | Enter an estimate of your adjustments to income (alimony payments, IRA deposits) | + | 4. | |
| 5. | Add line 4 to line 3, enter sum | = | 5. | |
| 6. | Enter an estimate of your nonwage income (dividends, interest income, alimony receipts) | – | 6. | |
| 7. | If line 5 is greater than line 6 (if less, see below); Subtract line 6 from line 5, enter difference | = | 7. | |
| 8. | Divide the amount on line 7 by $1,000, round any fraction to the nearest whole number. Enter this number on line 1 of the DE 4. Complete Worksheet C, if needed. | | 8. | |
| 9. | If line 6 is greater than line 5; Enter amount from line 6 (nonwage income) | | 9. | |
| 10. | Enter amount from line 5 (deductions) | | 10. | |
| 11. | Subtract line 10 from line 9, enter difference. Complete Worksheet C | | 11. | |

*Wages paid to registered domestic partners will be treated the same for state income tax purposes as wages paid to spouses for California Personal Income Tax (PIT) withholding and PIT wages. This law does not impact federal income tax law. A registered domestic partner means an individual partner in a domestic partner relationship within the meaning of Section 297 of the Family Code. For more information, please call our Taxpayer Assistance Center at 888-745-3886.

**WORKSHEET C** **TAX WITHHOLDING AND ESTIMATED TAX**

1. Enter estimate of total wages for tax year 2016 .......... 1. ______
2. Enter estimate of nonwage income (line 6 of Worksheet B) .......... 2. ______
3. Add line 1 and line 2. Enter sum .......... 3. ______
4. Enter itemized deductions or standard deduction (line 1 or 2 of Worksheet B, whichever is largest) .......... 4. ______
5. Enter adjustments to income (line 4 of Worksheet B) .......... 5. ______
6. Add line 4 and line 5. Enter sum .......... 6. ______
7. Subtract line 6 from line 3. Enter difference .......... 7. ______
8. Figure your tax liability for the amount on line 7 by using the 2016 tax rate schedules below .......... 8. ______
9. Enter personal exemptions (line F of Worksheet A x $119.90) .......... 9. ______
10. Subtract line 9 from line 8. Enter difference .......... 10. ______
11. Enter any tax credits. (See FTB Form 540) .......... 11. ______
12. Subtract line 11 from line 10. Enter difference. This is your total tax liability .......... 12. ______
13. Calculate the tax withheld and estimated to be withheld during 2016. Contact your employer to request the amount that will be withheld on your wages based on the marital status and number of withholding allowances you will claim for 2016. Multiply the estimated amount to be withheld by the number of pay periods left in the year. Add the total to the amount already withheld for 2016 .......... 13. ______
14. Subtract line 13 from line 12. Enter difference. If this is less than zero, you do not need to have additional taxes withheld .......... 14. ______
15. Divide line 14 by the number of pay periods remaining in the year. Enter this figure on line 2 of the DE 4 .......... 15. ______

**NOTE:** Your employer is not required to withhold the additional amount requested on line 2 of your DE 4. If your employer does not agree to withhold the additional amount, you may increase your withholdings as much as possible by using the "single" status with "zero" allowances. If the amount withheld still results in an underpayment of state income taxes, you may need to file quarterly estimates on Form 540-ES with the FTB to avoid a penalty.

*THESE TABLES ARE FOR CALCULATING WORKSHEET C AND FOR 2016 ONLY*

| SINGLE OR MARRIED WITH DUAL EMPLOYERS | | | | |
|---|---|---|---|---|
| IF THE TAXABLE INCOME IS | | COMPUTED TAX IS | | |
| OVER | BUT NOT OVER | | OF AMOUNT OVER . . . | PLUS* |
| $0 | $7,850 ... | 1.100% | $0 | $0.00 |
| $7,850 | $18,610 ... | 2.200% | $7,850 | $86.35 |
| $18,610 | $29,372 ... | 4.400% | $18,610 | $323.07 |
| $29,372 | $40,773 ... | 6.600% | $29,372 | $796.60 |
| $40,773 | $51,530 ... | 8.800% | $40,773 | $1,549.07 |
| $51,530 | $263,222 ... | 10.230% | $51,530 | $2,495.69 |
| $263,222 | $315,866 ... | 11.330% | $263,222 | $24,151.78 |
| $315,866 | $526,443 ... | 12.430% | $315,866 | $30,116.35 |
| $526,443 | $1,000,000 ... | 13.530% | $526,443 | $56,291.07 |
| $1,000,000 | and over | 14.630% | $1,000,000 | $120,363.33 |

| MARRIED FILING JOINT OR QUALIFYING WIDOW(ER) TAXPAYERS | | | | |
|---|---|---|---|---|
| IF THE TAXABLE INCOME IS | | COMPUTED TAX IS | | |
| OVER | BUT NOT OVER | | OF AMOUNT OVER . . . | PLUS* |
| $0 | $15,700 ... | 1.100% | $0 | $0.00 |
| $15,700 | $37,220 ... | 2.200% | $15,700 | $172.70 |
| $37,220 | $58,744 ... | 4.400% | $37,220 | $646.14 |
| $58,744 | $81,546 ... | 6.600% | $58,744 | $1,593.20 |
| $81,546 | $103,060 ... | 8.800% | $81,546 | $3,098.13 |
| $103,060 | $526,444 ... | 10.230% | $103,060 | $4,991.36 |
| $526,444 | $631,732 ... | 11.330% | $526,444 | $48,303.54 |
| $631,732 | $1,000,000 ... | 12.430% | $631,732 | $60,232.67 |
| $1,000,000 | $1,052,886 ... | 13.530% | $1,000,000 | $106,008.38 |
| $1,052,886 | and over | 14.630% | $1,052,886 | $113,163.86 |

| UNMARRIED HEAD OF HOUSEHOLD TAXPAYERS | | | | |
|---|---|---|---|---|
| IF THE TAXABLE INCOME IS | | COMPUTED TAX IS | | |
| OVER | BUT NOT OVER | | OF AMOUNT OVER . . . | PLUS* |
| $0 | $15,710 ... | 1.100% | $0 | $0.00 |
| $15,710 | $37,221 ... | 2.200% | $15,710 | $172.81 |
| $37,221 | $47,982 ... | 4.400% | $37,221 | $646.05 |
| $47,982 | $59,383 ... | 6.600% | $47,982 | $1,119.53 |
| $59,383 | $70,142 ... | 8.800% | $59,383 | $1,872.00 |
| $70,142 | $357,981 ... | 10.230% | $70,142 | $2,818.79 |
| $357,981 | $429,578 ... | 11.330% | $357,981 | $32,264.72 |
| $429,578 | $715,962 ... | 12.430% | $429,578 | $40,376.66 |
| $715,962 | $1,000,000 ... | 13.530% | $715,962 | $75,974.19 |
| $1,000,000 | and over | 14.630% | $1,000,000 | $114,404.53 |

*marginal tax

IF YOU NEED MORE DETAILED INFORMATION, SEE THE INSTRUCTIONS THAT CAME WITH YOUR LAST CALIFORNIA INCOME TAX RETURN OR CALL THE FTB:

IF YOU ARE CALLING FROM WITHIN THE UNITED STATES 800-852-5711 (voice)
800-822-6268 (TTY)

IF YOU ARE CALLING FROM OUTSIDE THE UNITED STATES (Not Toll Free) 916-845-6500

The DE 4 information is collected for purposes of administering the PIT law and under the authority of Title 22, California Code of Regulations, and the Revenue and Taxation Code, including Section 18624. The Information Practices Act of 1977 requires that individuals be notified of how information they provide may be used. Further information is contained in the instructions that came with your last California income tax return.

 southwest key programs

# Direct Deposit Authorization Agreement

☑ **Begin Direct Deposit** ☐ **Change Information** ☐ **Cancel Direct Deposit**

| | |
|---|---|
| **Employee Name (Last, First, Middle Initial):** Nava, Roberto, D | **Social Security Number:** [redacted] |
| **Financial Institution Name:** Mission Federal Credit Union<br>**Type of Account:** ☒ Checking ☐ Savings | **Amount to be direct deposited (check one):**<br>☐ $ ________.00<br>☒ Entire net pay |
| **Transit Routing Number (must be 9 numbers)** [redacted] | **Account Number:** [redacted] |
| **Financial Institution Name:**<br>**Type of Account:** ☐ Checking ☐ Savings | **Amount to be direct deposited (check one):**<br>☐ $ ________.00<br>☐ Remaining net pay |
| **Transit Routing Number (must be 9 numbers):** | **Account Number:** |

I authorize Southwest Key Programs, Inc. ("SWK") to direct deposit funds to my account(s) in the financial institution(s) indicated above. If funds to which I am not entitled are deposited in my account, I authorize SWK to initiate a correcting (debit) entry. If any of the information I provided herein changes, I will promptly complete a new authorization agreement. If my direct deposit is not stopped before the closing of an account specified herein, funds payable to me will be returned to SWK, which may delay the receipt of my check.

I am aware that the initial set-up for direct deposit goes through a "pre-note" process before it takes effect which is a "test run" to ensure the bank routing number and account number I have designated are accurate. For this reason, I understand that direct deposit will not begin until after the pre-note process has been successful. Further, I understand that the authorization may be rejected or discontinued by SWK or my financial institution at any time.–

This authorization will remain in full force and effect until SWK has received written notice from me to change or cancel this authorization. I understand that if my employment with SWK is terminated, whether voluntarily or involuntarily, my final paycheck may not be direct deposited.

| **Date:** | **Employee Signature:** | **Daytime Phone Number:** |
|---|---|---|
| 1-3-18 | [signature] | 619-551-0081 |

| **Home Address: Street** | **City** | **State** | **Zip** |
|---|---|---|---|
| 352 Broadway Spc-J9 | Chula Vista | CA | 91910 |

**If you select to have your payment sent to a:**

- **Checking account:** voided check.
- **Savings account:** co[...] financial instituti[...] obtain written veri[...] your account and [...] numbers. Attac[...] verification to this f[...]

**DO NOT ATTACH A [...] SLIP—DEPOSIT SOMETIMES DO NOT [...] ACCURATE ROUTING N[...]**

*Roberto D Nava Diaz*
*352 Broadway Spc J9*
*Chula Vista, CA 91910-3536*

0112

90-8160
3222

DATE ____________

PAY
To The Order Of: ________________________ $ [ ]

________________________ Dollars

MISSION FEDERAL CREDIT UNION
PO Box 919023
San Diego CA 92191-9023
800.500.6328
www.missionfcu.org

VOID

[redacted]



| **Job Title:** | Youth Care Worker | **Employment Status:** | Seasonal |
|---|---|---|---|
| **Program Model and Program Number:** | Unaccompanied Minor's Shelter 951 | **Reports to:** | Shift Supervisor or designee |

**Job Summary:**

The Youth Care Worker (YCW) is responsible for providing direct care supervision for youth residing in Southwest Key Programs (SWK) care fostering an environment that facilitates learning and behavioral management in a supportive manner. The Youth Care Worker will maintain a flexible, organized, and efficient work schedule.

**Essential Functions:**

- Conduct intake services to include but not limited to: completing necessary paperwork, providing youth with an overview of the program services and for initial placements of youth in to the shelter.
- Provide basic needs to youth upon arrival to the program (to include but not limited to: meal, clothing, hygiene products, shower and bedroom assignment).
- Must provide Direct Care Services to youth to ensure that ratios and appropriate supervision levels are continuously met as per state and federal requirements.
- Develop positive rapport with youth while serving as a role model to create a safe and caring environment.
- Must ensure all forms and progress notes (efforts) are properly completed in SWK's web-based program (ETO) to ensure compliance with state and federal requirements.
- Assist with the planning and coordination of special educational events (to include but not limited to: spelling bee, science fair), acculturation activities (Cesar Chavez Day, Thanksgiving, Chinese New Year, Holi-Festival of Colors, 16th of September), educational (to include but not limited to: visits to museums) and recreational outings (to include but not limited to: movies, park, amusement parks), assist in the coordination of student council activities and other meaningful experiences for SWK youth which promotes volunteerism and learning.
- Provide vocational courses and curriculum in a subject area approved by the program director or designees which introduces youth to career choices.
- Assist with the coordination of Physical Education instruction and other large muscle activities in coordination with the Program Director or designee as required by state and federal requirements.
- Must assist in the evacuation of youth as needed due to inclement weather conditions, natural disasters, or other unforeseen occurrences.

**Other Functions:**

- Attend all organizational required trainings.
- Attend trainings that will enhance professional growth in the area of Education, Vocational curriculum and instruction, other topics as deemed appropriate by the program director or designee.
- Attend all departmental and program meetings to ensure that up-to-date information is received and/or information of policy changes or practice are adhered to.
- In the absence of a shift leader may be asked to serve as the interim shift leader and be responsible for overseeing program operations within their shift with pre-approval by the program director.
- Be able to assist in the distribution of medications to youth as prescribed by Medical Provider.
- Serve as a Substitute Teacher in the absence of the Teacher in a classroom setting.
- Must assist in the evacuation of youth as needed due to inclement weather conditions, natural disasters, or other unforeseen occurrences.
- Travel as needed for trainings, conferences or to transport youth to destinations located within the U.S.
- Attend Treatment Team Meetings to convey youth's progress to all disciplines present.
- Maintain a safe, clean and hazard-free facility. Tasks include regular maintenance and general cleaning of common areas including restrooms and kitchen, rotation of laundry (linen, towels and clothes) duty, and general maintenance of outdoor areas (to include but not limited to: backyard, playground, and parking lot).
- Able to react to change productively and handle other essential tasks as assigned.

**Qualifications and Requirements:**

- High School Diploma or GED with experience working with youth either through paid or unpaid positions preferred.
- Must be computer literate.
- Must be able to maintain a flexible work schedule.

Rev Feb 2017

 

- Cleared Tuberculosis test results.
- Cleared background check from appropriate entity.
- Cleared drug test results (this one is for Texas programs only).
- Must be at least 21 years of age at the time of hire.

**Preferred**

- Bilingual (Spanish/English)

**Physical Demands:**

Must be able to obtain Crisis Prevention Institute (CPI) certification and First Aid Certification (CPR). Must be able to supervise clients indoors and outdoors throughout the entire duration of their shift period, which lasts 8 hours or more on a typical shift. Must be able to stand, bend, or stoop for the entire duration of the shift, as necessary. Must be prepared and physically able to respond with appropriate protocol in a variety of dynamic supervision situations with clients of 0-17 years in age. In a sudden or emergency event, staff must be at all times physically able to run, jump, lunge, twist, push, pull, apply SWK-approved restraint techniques and otherwise manage or coerce the full weight of an adolescent. While it is uncommon, all staff must be physically and mentally able to manage youth who become uncooperative, sick, violent, or display any other form of harmful or threatening behavior. Must be prepared to administer emergency First Aid, CPR or CPI techniques to clients, regardless of the time of day or hour of the staff's shift, the size of the client, or the staff's level of personal fatigue. Staff must be able to maintain clarity of thought throughout the entirety of a shift and be able to respond quickly to duress or circumstances requiring immediate action.

**Work Environment:**

This is a twenty four hour residential facility at which minors receive multiple services. There are three shifts per twenty four hour period. Hours and duties of work shifts are subject to change. The noise levels varies from mild to moderate. Employees and clients may be exposed to prevalent weather conditions. Position is required to eat client meals during shift with the clients.

**Compliance Agreement:** I have read the above, and understand that it is intended to describe the general content of and requirements for performing this job. It is not an exhaustive statement of duties, responsibilities or requirements. I understand that reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. I also understand that my job description is subject to change and that this description does not preclude my supervisor's authority to add or change duties or responsibilities.

Employee Name: Roberto Nava Employee Signature: [signature] Date: 12/16/17

Rev Feb 2017



southwest key
programs

**CORRECTIVE ACTION FORM**

**Click here for type of action** Written Reprimand

**Employee Name and Job Title:** Roberto Nava, Youth Care Worker

| **Date of Incident:** 2/2/2018 | **Date of Meeting with Employee:** enter a date 2/15/2018 |
|---|---|

**Reason for Corrective Action: Failure to perform job duties in accordance with standards and policies**
**Other:** Falling Asleep or Appearing to be asleep

**Name the specific policy violated:**

**Describe the details of the incident for which this action is being taken. Include location of incident, relevant dates, times, occurrences, etc:**
This incident occurred at approximately 3:55-4:10 am. While staff was rotating postings YCW Carlos Navarrete rotated to Section A2(Rooms 4-6), where YCW Roberto Nava was currently posted. YCW C.N. noticed that YCW R.N. had his hoodie on and his head down. YCW C.N. flashed his light and tapped YCW R.N.'s shoulder, to which he had no response. YCW C.N. Immediately reported this incident to SL Juan Carlos Hernandez. YCW R.N. reacted and woke up just before SL J.C.H. walked towards YCW R.N. . SL JCH and SL Jessica Martinez discussed this incident before meeting up with YCW R.N.. SL J.C.H. and SL J.M. pulled YCW R.N. to the Intake room to speak to him. SL J.C.H. asked YCW R.N. "how he was feeling? If he was ok? "YCW R.N. responded saying that "he was okay, Just tired." SL J.C.H informed YCW R.N. of the incident that had just occurred and that unfortunately he would have to report this incident to the PD, APD ,and SS. SL J.C.H. gave YCW R.N. advice on how to stay awake and that if he felt tired to please inform the SL that way SL's could let him take his break early if needed or go to the bathroom to put some water on his face. SL J.C.H. asked YCW R.N. if he had any questions or concerns? YCW R.N. just informed SL J.C.H. that when he first was hired he was told he would be working 2nd shift.

**What is the employee's response to the incident described above?**
"YCW R.N. responded saying that "he was okay, Just tired." YCW R.N. also informed SL J.C.H. that when he first was hired he was told he would be working 2nd shift.

**What are the expectations and deadlines for future improvement?** Stay awake

**Other corrective activities (if applicable):**

☐**Employee will be placed on a Performance Improvement Plan, effective:** Click here to enter a date.

☐**Employee will be provided the following training (include date/time, if available):**

**List and date prior, corrective actions, including verbal counseling:**
If none check here ☒

| **If this action is a suspension, indicate number of days here:**<br><br>**Indicate return to work date here:**<br><br>Click here to enter a date.<br><br>☐**Pending Results of Investigation.** *Employee is prohibited from contacting any Southwest Key employees, or speaking with anyone outside of HR or program management about this investigation. Employee must also remain available for the investigative process, either in person, by phone, or personal email.* | **If this corrective action is a demotion:**<br><br>**Effective Date:** Click here to enter a date.<br><br>**Demotion from:** **to:** |
|---|---|

**Employee Acknowledgement:**

*I affirm that the contents and effect of this document were explained to me and that I understand it completely. I understand that I have a right to provide written comments to my supervisor if I disagree with the contents of this document. I further understand that any future acts of misconduct, failure to perform my job duties, or failure to meet the expectations and deadlines outlined herein, may result in further corrective action, up to and including termination of employment.*

X ______________________ 2-15-18

*Employee Signature* *Date*

**Name and Title of Manager/Supervisor Completing this Form:**

X ______________________ 2-15-18

*Manager/Supervisor Signature* *Date*

Balundar AR 02/15/2018



southwest key
programs

# Supervision Feedback Form for NON-Supervisory Staff

Type of Meeting

☐ Monthly

☑ Quarterly

Date of Meeting: 09/28/2018

Supervisor Name: Jorge Romero

Employee Full Name (First, last): Roberto Nava

Employee Title: Youth Care Worker

Is this employee within the introductory period of employment?

○ Yes ◉ No

## Section A: General Supervision Discussion Questions

*To be completed by employee before the meeting or jointly with supervisor during the meeting*

**1) What is going well in your current job? Where are you excelling at work?**

Roberto believes he is doing a lot better in redirecting the clients and being more open with the clients and his coworkers. Roberto feels more of a leader now, and tries his best at helping new staff with pointers in order to succeed at there job.

**2) In what areas of your work, or on your job description, do you believe you have challenges and the opportunity to improve?**

Roberto believes he can improve by completing intakes, he also believes he can improve on helping with tasked that are assigned to floaters.

*Please propose solutions to address those challenges.*

Roberto believes he can complete intakes by being able to complete them without any interruptions. Roberto also believes he can improve on being a floater by receiving more chances.

**3) What policies or procedures do you need clarification on?**

Roberto does not need any clarification on the policies and procedures.

**4) What additional training, equipment, or resources would be helpful to you?**

Roberto would like to get a refresher on the CPR training frequently. Roberto would like to be refreshed with what the protocol for runaways is.

**5) What additional comments or questions do you have?**

Roberto would like to constantly be updated with new procedures and updated protocol that are used in the program.

## Section B: Performance Feedback Questions

*To be completed by **Supervisor** prior to meeting with employee and discussed during the meeting*

**Job Knowledge**

Meets expectations in the following ways:

Comments:

Roberto is aware of his job knowledge. He knows where to refer to for clarification.

**Productivity**

Meets expectations in the following ways:

Comments:

Roberto assures his tasks are completed in a timely manner.

**Communication and Client Service**

Meets expectations in the following ways:

Comments:

Roberto communicates well with his coworkers. He also provides great client service.

**Cooperation and teamwork**

Meets expectations in the following ways:

Comments:

Roberto works well in a team. He provides support when necessary.

**Problem solving and adaptability**

Meets expectations in the following ways:

Comments:

Roberto adapts well to any changes, if an issue arises he will seek for guidance.

**Policies and procedures**

Needs improvement in the following ways:

Comments:

Roberto received a VC-NTF for inadequate supervision. Roberto is to provide adequate supervision.

**Attendance**

Meets expectations in the following ways:

Comments:

Roberto tries his best on arriving to his shift on time and on his scheduled days.

**Section C: Feed Forward**

*To be completed by Supervisor. List any assignments, priorities, or goals for the next meeting.*

Roberto is to arrive to his shift on time, and try his best to arrive to work every day scheduled to work. Roberto will work on his supervision line, in order to prevent any issues.

Date of next meeting

12/28/2018

Employee Signature [signature] Date 9-28-18

Supervisor signature [signature] Date 09-28-18

southwest key programs

# Southwest Key Annual Performance Appraisal (Non-Supervisory Staff)

**Description: This is the annual performance appraisal for employees who have *no direct reports*. Please select the correct scale value for each standard, and write any additional comments necessary.**
**Descripcion: Esta es la evaluación del desempeño anual para los empleados que *no tienen reportes directos*. Favor de seleccionar el valor de la escala correcta para cada estándar y escribir cualquier comentario, si es necesario.**

| | | | |
|---|---|---|---|
| Employee Name: | Roberto Nava | Program #: | 951 |
| Job Title: | Youth Care Worker | Supervisor Name: | Bryanna Buenrostro |
| Employee Status (FT/PT): | Full Time | Supervisors Title: | Shift Leader |
| Period of Evaluation: | FROM: 1/2/2018 | TO: | 5/30/2018 |
| Check all that apply: | Employee was recalled or rehired in the last 12 months | | |
| | Employee received a written reprimand or disciplinary suspension in the past 90 days | | |
| ***Instructions:*** | ***Enter the score for each standard in the corresponding blue box.*** | | |
| ***Instrucciones:*** | ***Ingrese el puntaje para cada estándar en el recuadro azul correspondiente.*** | | |

| Standards | Scales | | | |
|---|---|---|---|---|
| ***Job Knowledge*** ***Conocimiento del Trabajo*** | 1 - Does not meet expectations<br>1- No cumple con las expectativas | 2 - Meets expectations<br>2- Cumple con las expectativas | 3 - Exceeds expectations<br>3- Supera las expectativas | 4 – Superior<br>4- Superior |
| | Frequently fails to meet job requirements; performance and job knowledge are clearly below minimum standards. Immediate improvement is required to maintain employment. | Consistently able to perform 100% of job duties satisfactorily, with normal guidance and supervision; has job knowledge acceptable for time in this position. | Performance and job knowledge frequently exceeds job requirements; planned objectives were achieved above the established standards. | Serves as a resource for best practices in discipline or specialty area, leads others in applying best practices. Mentors others on how to exhibit high functional knowledge and skills. |
| | Frecuentemente no cumple con los requisitos del trabajo; desempeño y conocimiento de trabajo están claramente por debajo de estándares mínimos. Mejora inmediata es necesaria para mantener el empleo. | Consistentemente realiza 100% de sus obligaciones de trabajo de forma satisfactoria, con un nivel normal de orientación y supervisión; tiene un conocimiento de trabajo aceptable para el tiempo en esta posición. | El desempeño y conocimiento del trabajo con frecuencia supera los requisitos de la posición; los objetivos previstos fueron alcanzados por encima de los estándares establecidos. | Sirve como recurso de mejores prácticas en su área de especialidad o disciplina, dirige a otros para aplicar las mejores prácticas. Sirve de mentor a otros en como exhibir altos niveles de conocimientos y destrezas. |
| | ***Roberto is able to perform job duties accordingly. Roberto is encouraged to be more outspoken and grow more in performing duties at a higher level to provide support to peers on the floor.*** | | ***Rating:*** | 2 |

| Standards | Scales | | | |
|---|---|---|---|---|
| ***Productivity*** ***Productividad*** | 1 - Does not meet expectations<br>1- No cumple con las expectativas | 2 - Meets expectations<br>2- Cumple con las expectativas | 3 - Exceeds expectations<br>3- Supera las expectativas | 4 – Superior<br>4- Superior |
| | Frequently fails to produce work efficiently; volume and quality of work does not meet the standards for this position. Immediate improvement is required to maintain employment. | Consistently produces 100% of work as expected, with normal guidance and supervision; quality, timeliness and efficiency is acceptable and meets standards for time in this position. | Productivity, efficiency, and quality of work frequently exceeds expectations and are above the established standards for time in this position. | Without fail, inspires the team to achieve the highest productivity levels. Always puts in the extra time and effort during crises and goes the extra mile. |
| | Con frecuencia falla en producir su trabajo de forma efectiva; calidad y volumen de trabajo no cumplen con las normas para esta posición. Mejora inmediata es necesaria para mantener el empleo. | Consistentemente es capaz de producir el 100% de su trabajo según esperado, con una guía y supervisión normal; calidad, trabajo a tiempo y eficiencia es aceptable y cumple con los estándares para esta posición. | Productividad, eficiencia y calidad de trabajo con frecuencia supera las expectativas y están por encima de los estándares establecidos para el tiempo en esta position. | Sin fallar, inspira a su equipo a lograr los más altos niveles de productividad. Siempre dedica tiempo adicional y esfuerzo durante crisis y da la milla extra. |
| | *Roberto is able to complete duties within his shift. It is recommended that Roberto gains confidence in his work production to perform more efficiently and continue to grow.* | | ***Rating:*** | 2 |

| Standards | Scales | | | |
|---|---|---|---|---|
| ***Communication and Client Service Comunicación y Servicio al Cliente*** | 1 - Does not meet expectations<br><br>1- No cumple con las expectativas | 2 - Meets expectations<br><br>2- Cumple con las expectativas | 3 - Exceeds expectations<br><br>3- Supera las expectativas | 4 – Superior<br><br>4- Superior |
| | Does not frequently demonstrate an ability to communicate in an effective, clear, and logical manner verbally and in written correspondence. Does not exhibit professional interaction with co-workers and internal and external clients, in accordance with Southwest Key policies. Immediate improvement is required to maintain employment.<br><br>Con frecuencia no demuestra la capacidad de comunicarse de manera efectiva, clara y lógica de forma verbal y en la correspondencia escrita. No muestra interacción profesional con los compañeros de trabajo y clientes internos y externos, conforme a las políticas de Southwest Key. Mejora inmediata es necesaria para mantener el empleo. | Consistently demonstrates an ability to communicate in an effective, clear and logical manner, verbally and in written correspondence. Exhibits appropriate professionalism with coworkers as well as internal and external clients, in accordance with Southwest Key policies.<br><br>Consistentemente muestra una habilidad para comunicarse de manera efectiva, clara y lógica, de forma verbal y en la correspondencia escrita. Exhibe un profesionalismo adecuado con sus compañeros de trabajo así como con clientes internos y externos, de acuerdo con las políticas de Southwest Key. | Frequently demonstrates an above average ability to communicate in an effective, clear, and logical manner, verbally and in written correspondence. Exhibits above average professionalism with co-workers as well as internal and external clients, in accordance with Southwest Key policies.<br><br>Con frecuencia demuestra una capacidad sobre promedio para comunicarse de manera efectiva, clara y lógica, de forma verbal y en la correspondencia escrita. Exhibe un profesionalismo sobre promedio con los compañeros de trabajo y clientes internos y externos, de acuerdo con las políticas de Southwest Key. | Is a role model for seeking new opportunities and ways to understand customer needs; inspires others to serve customers in creative, supportive ways; devises strategies and options to ensure success.<br><br>Sirve como modelo para buscar nuevas oportunidades y maneras de entender las necesidades del cliente; inspira a otros a servir a los clientes de manera creativa; crea estrategias y opciones para asegurar el éxito. |
| | *Roberto is professional in the way he redirects himself with clients. He is also very respectful to staff. Roberto is able to document logically and clearly when needed.* | | | ***Rating:*** **2** |
| **Standards** | **Scales** | | | |
| ***Cooperation and Teamwork Cooperación y trabajo en equipo*** | 1 - Does not meet expectations<br><br>1- No cumple con las expectativas | 2 - Meets expectations<br><br>2- Cumple con las expectativas | 3 - Exceeds expectations<br><br>3- Supera las expectativas | 4 – Superior<br><br>4- Superior |
| | Frequently fails to demonstrate willingness and ability to successfully work with others and assist others, both within and outside of Southwest Key. Immediate improvement is required to maintain employment.<br><br>Con frecuencia es incapaz de demostrar voluntad y capacidad para exitosamente trabajar con otros y ayudar a otros, tanto dentro como fuera de Southwest Key. Mejora inmediata es necesaria para mantener el empleo. | Consistently demonstrates a willingness and ability to successfully work with others and assist others, both within and outside of Southwest Key.<br><br>Consistentemente demuestra una voluntad y capacidad para exitosamente trabajar con otros y ayudar a otros, tanto dentro como fuera de dentro como fuera de Southwest Key. | Frequently demonstrates an exceptional willingness and ability to successfully work with others and assist others, both within and outside of Southwest Key.<br><br>Frecuentemente demuestra una excepcional voluntad y capacidad para exitosamente trabajar con otros y ayudar a otros, tanto dentro como fuera de Southwest Key. | Visibly and proactively encourages teamwork among direct reports; consistently facilitates the resolution of team conflicts in a way that is mutually agreeable. Promotes cooperation and goodwill both within and outside of SWKey.<br><br>De manera visible y proactiva promueve el trabajo en equipo entre sus reportes directos; consistentemente facilita la resolución de conflictos en su equipo de manera mutuamente aceptable. Promueve la cooperación y la buena voluntad tanto dentro como fuera de Southwest Key. |
| | *Roberto works well with others, however he needs to focus on working more as a team.* | | | ***Rating:*** **2** |

| Standards | Scales | | | |
|---|---|---|---|---|
| ***Problem Solving and Adaptability Resolución de problemas y capacidad de adaptación*** | 1 - Does not meet expectations<br><br>1- No cumple con las expectativas | 2 - Meets expectations<br><br>2- Cumple con las expectativas | 3 - Exceeds expectations<br><br>3- Supera las expectativas | 4 – Superior<br><br>4- Superior |
| | Frequently fails to manage daily problems independently and efficiently; fails to support new ideas and does not exercise flexibility when presented with change or alternative courses of action. Immediate improvement is required to maintain employment.<br><br>Con frecuencia es incapaz de manejar problemas diarios de forma independiente y eficiente; es incapaz de apoyar nuevas ideas y no ejercita flexibilidad cuando se enfrenta a cambios u otros cursos de acción. Mejora inmediata es necesaria para mantener el empleo. | Consistently manages daily problems independently and efficiently; supports new ideas and exercises flexibility when presented with change or alternative courses of action. Recognizes when to seek guidance to prevent mistakes and setbacks.<br><br>Constantemente maneja problemas diarios de forma independiente y eficiente; con nivel normal de orientación y supervisión; apoya nuevas ideas y ejerce flexibilidad cuando se enfrenta a cambios u otros cursos de acción. Reconoce cuando solicitar guía u orientación para evitar errores y tropiezos. | Frequently goes above and beyond to solve daily problems independently and efficiently; often leads, embraces, and supports new ideas; exercises flexibility when presented with change or alternative courses of action.<br><br>Con frecuencia va más allá de resolver problemas diarios de forma independiente y eficiente; a menudo conduce, abraza y apoya nuevas ideas; ejerce flexibilidad cuando se enfrenta a cambios u otros cursos de acción. | Even in the most difficult situations, recognizes issues and determines whether action is needed; takes charge of a group when necessary and makes decisions in a timely manner. Put processes and procedures in place to prevent a reoccurrence of problems.<br><br>Aún en las más difíciles situaciones, reconoce los issues y determina la acción a seguir; toma control de algún grupo cuando es necesario y toma decisiones prontamente. Pone procesos y procedimientos en su lugar para prevenir la reaparición de problemas. |
| | *Roberto is learning to independently solve daily problems. He seeks guidance from Shift Leaders, which is great, but is also encouraged to continue making logical decisions to solve every day situations. Roberto is flexicble and works well with change.* | | | ***Rating:*** **2** |
| **Standards** | **Scales** | | | |
| ***Policies and Procedures Políticas y Procedimientos*** | 1 - Does not meet expectations<br><br>1- No cumple con las expectativas | 2 - Meets expectations<br><br>2- Cumple con las expectativas | 3 - Exceeds expectations<br><br>3- Supera las expectativas | 4 – Superior<br><br>4- Superior |
| | Frequently fails to apply and adhere to organizational policies, practices, and procedures. Immediate improvement is required to maintain employment.<br><br>Frecuentemente falla en aplicar y cumplir con los procedimientos, prácticas y políticas organizacionales. Mejora inmediata es necesaria para mantener el empleo. | Consistently applies and adheres to organizational policies, practices, and procedures, with normal guidance and supervision.<br><br>Consistentemente aplica y cumple con los procedimientos, prácticas y políticas organizacionales, con una orientación y supervisión normal. | Frequently demonstrates a comprehensive understanding of organizational policies, practices and procedures; also assists in leading others to properly apply and adhere to policies, practices, and procedures.<br><br>Con frecuencia demuestra un entendimiento total de los procedimientos, prácticas y políticas organizacionales; también ayuda a dirigir a otros para aplicar correctamente y cumplir con las políticas, prácticas y procedimientos. | In addition to a master understanding of policies and procedures; is seen as a role model for policy and procedure adherence. Seeks ways to improve policies and procedures through an effective collaboration strategy.<br><br>Además de tener una maestría en el entendimiento de políticas y procedimientos; se le ve como un modelo en el cumplimiento de políticas y procedimientos. Busca maneras de mejorar las políticas y procedimientos a través de una estrategia de colaboración efectiva. |
| | *Roberto adheres to policies and procedures to the best of his ability.* | | | ***Rating:*** **2** |

SWK000245

| Standards | Scales | | | |
|---|---|---|---|---|
| ***Attendance*** ***Asistencia*** | 1 - Does not meet expectations<br>1- No cumple con las expectativas | 2 - Meets expectations<br>2- Cumple con las expectativas | 3 - Exceeds expectations<br>3- Supera las expectativas | 4 – Superior<br>4- Superior |
| | Has frequent violations of Southwest Key's absence and tardiness policies; has not satisfactorily completed all required training for this position.<br><br>Tiene frecuentes violaciones de las políticas de Southwest Key sobre ausencias y tardanzas; no ha completado satisfactoriamente todo el entrenamiento necesario para este cargo. | Consistently adheres to Southwest Key's absence and tardiness policies; has satisfactorily completed all required training for this position.<br><br>Consistentemente cumple con las políticas de Southwest Key sobre ausencias y tardanzas; ha completado satisfactoriamente todo el entrenamiento necesario para este cargo. | Frequently works hours over and above required attendance on their own or when authorized and remains compliant with Southwest Key's absence and tardiness policies. Has completed all required training for this position.<br><br>Con frecuencia trabaja horas más allá de las requeridas en su horario de trabajo de su propia iniciativa o según autorizado y cumple con las políticas de Southwest Key sobre ausencias y tardanzas. Ha completado todo el entrenamiento necesario para esta posición. | Is a role model for attendance and punctuality. Sets the standard for being on time whether arriving at work or participating in internal projects or events.<br><br>Es un modelo en cuanto a asistencia y puntualidad. Es el standard a seguir en cuanto a su puntualidad al llegar a su trabajo o cuando participa en eventos o proyectos internos. |
| | *Roberto has a good attendance record and puntuality.* | | | ***Rating:*** **2** |

| ***Supervisor's Overall Comments (Required):*** | **Scoring:** | |
|---|---|---|
| Roberto is very calm and quiet, but he is growing day by day into a stronger YCW | **Score** | **14** |
| ***Employee's Comments (optional—you may also attach an additional sheet):*** | **Overall Score:** | **2.0** |

Employee Signature: [signature] Date: 7-26-18

Supervisor Signature: [signature] Date: 07.26.2018



southwest key
programs

## Verbal Counseling Form

**To be completed BEFORE the verbal counseling meeting**

| **Employee's Name:** Roberto Nava Diaz | **Employee's Job Title:** Youth Care Worker |
|---|---|
| **Supervisor's Name:** Yessenia Vazquez | **Supervisor's Job Title:** Shift Leader |

**Description of the issue that led to the counseling**: Supervision

**Date(s)/timeframe of noted problem(s):** 09/19/2018

**What Southwest Key policies or procedures did the Employee violate?**
Employee posting, and proper supervision.

| **What are your expectations/deadlines for the employee's improvement?** | **Expectation** | **Deadline** |
|---|---|---|
| | It is expected that Roberto Nava Diaz provides the required supervision in order to work effectively and prevent any problems. | Effective Immediately |
| | It is expected that Roberto Nava Diaz stays in his assigned posting inside the facility, and outdoors in order to prevent any issues with supervision. | Effective Immediately |
| | | |

**What additional steps will be provided to the employee to help correct the problem (check any that apply)?**

- ☐ **Provide the employee with a copy of the policy or rule that has been violated.**
- ☒ **Provide the employee with additional, relevant training.**
- ☐ **Ask the employee to review and re-sign his or her job description.**
- ☐ **Other; describe:**

**Remember to do the following DURING the counseling meeting**

- ☒ **Tell the employee why you are speaking with him/her (i.e. how his/her performance or behavior is not meeting expectation).**
- ☒ **Allow the employee to tell his/her side of the story.**
- ☒ **Solicit feedback from the employee to improve his/her performance or behavior.**
- ☒ **Make sure to share your expectations for improvement with the employee.**
- ☒ **As appropriate, give the employee a copy of the policy or rule that has been violated, provide the employee with additional training or take other additional steps you think might be helpful.**
- ☒ **Set a reasonable timeframe for correction of the problem; and**
- ☒ **Let the employee know that if he or she repeats his unacceptable behavior or performance, he/she will be subject to further discipline, up to and including termination of employment.**

**To be completed AFTER the verbal counseling meeting**

**Date of counseling session:** 09/19/2019

**Employee's response to the counseling or explanation for the problem that led to the counseling:** Roberto Nava Diaz stated that he did not know he was providing poor supervision, and that he felt like he was supervising correctly. Roberto Nava Diaz did admit that he left his posting.

**Employee's suggested solutions:** Roberto Nava Diaz will not insure to communicate with his coworkers in order to keep the postings covered, and he will also insure that he keeps his personal space. Roberto Nava will also make sure that the clients are in an area where he can supervise them all correctly.

Supervisor's Name (Please Print) Yessenia Vazquez Date: 09/19/2019

Supervisor's Signature [signature] Date: 09/19/2019

Note: The employee does not sign this form; however, it is a good practice to inform the employee that your counseling session will be documented and placed in his/her personnel file.

*Revised Sept 2014*



southwest key
programs

**Employee Guidebook and Supplement Acknowledgement**

**CALIFORNIA**

This is to acknowledge that I have received a copy of the *Employee Guidebook and the Employee Guidebook Summer 2014 Supplement* (hereafter collectively referred to as the *Guidebook*) for employees working in the state of California for Southwest Key Programs. I understand that the *Guidebook* describes terms and conditions of my employment with Southwest Key Programs. I understand and agree that it is my responsibility to read and familiarize myself with the contents of the *Guidebook* and to abide by the rules, policies, procedures and standards outlined therein.

I acknowledge that the policies in the *Guidebook* may be changed or deleted at any time without prior notice to other employees and myself. I also understand that Southwest Key Programs reserves the right to apply the procedures and the terms contained within the Guidebook at its own discretion. I understand that the *Guidebook* is intended only to provide guidelines for employee policies and procedures and that it is neither a contract nor a promise.

I agree that as an employee of Southwest Key Programs, any violation of the policies herein may subject me to disciplinary action, up to and including termination of my employment with Southwest Key Programs.

Roberto D. Nava
Employee Name (Please Print)

[signature] 1-3-18
Employee Signature Date



| Document #: RD-100100-108 | Document Title: Disclosure Statement of Employees and Volunteers | Rev: 1.0 | Date: 06/6/2016 | Page: 1 of 1 |
|---|---|---|---|---|

# Disclosure Statement of Employees and Volunteers

Answer the following questions. If you need any assistance in completing this form, please contact the legal department.

| | | |
|---|---|---|
| 1. | Are you or is any member of your family associated with a business that supplies property, goods or services to Southwest Key? | ☐ Yes ☒ No |
| 2. | Are you or is any member of your family associated with a business that is in competition with Southwest Key? | ☐ Yes ☒ No |
| 3. | In the past 12 months, have you received a gift, loan, compensation, benefit or unusual hospitality, with a value greater than $30, from any Southwest Key vendor or potential vendor? | ☐ Yes ☒ No |
| 4. | Do you currently work for, volunteer for, or serve on the board of directors of any Southwest Key funder, competitor or vendor or have you in the past two years? | ☐ Yes ☒ No |
| 5. | Are you related to anyone that works for Southwest Key, serves on the board of directors for Southwest Key or volunteers for Southwest Key? | ☐ Yes ☒ No |
| 6. | Do you have another job, operate a business or provide consulting services outside of your duties on behalf of Southwest Key? | ☐ Yes ☒ No |
| 7. | Are you currently in a romantic or sexual relationship with anyone in your direct line of supervision? | ☐ Yes ☒ No |
| 8. | Do you have any other business or personal relationships, not covered in your previous answers that could appear to be a conflict of interest with the duties you perform on behalf of Southwest Key as an employee or volunteer? | ☐ Yes ☒ No |
| Please provide details, if you have answered yes to any question(s): | | |

Through my signature below, I agree that I have received and read a copy of Southwest Key's conflicts of interest policy. Additionally, I understand the policy and will comply with it. I understand that Southwest Key is a charitable organization and must engage primarily in activities which accomplish one or more of its tax-exempt purposes in order to maintain its federal tax exemption.

I affirm that this conflicts of interest disclosure statement has been examined by me and to the best of my knowledge and belief is a true, correct and complete statement of all of my economic interests and other matters required by the conflict of interest policy. I understand that I have an ongoing duty to notify Southwest Key of any potential conflict of interest, and I will complete a new conflicts of interest disclosure statement whenever I have a potential conflict of interest.

Roberto D Nava — Name

[signature] — Signature

1-3-18 — Date

| To be completed by supervisor of employee or volunteer who filled out disclosure |
|---|
| Employee ☐ is ☐ is not related to someone in his or her direct line of supervision |
| ☐ All responses are no (no potential conflict of interest disclosed) |
| ☐ One or more responses is yes; copy of disclosure has been forwarded to legal department |



| Document #: | Document Title: | Rev: | Date: | Page: |
| --- | --- | --- | --- | --- |
| RD-100100-110 | Confidentiality Agreement for All Employees | 1.0 | 06/06/2016 | 1 of 1 |

# Confidentiality Agreement for All Employees

The files of Southwest Key Programs contain confidential information that each employee has a continuing obligation to protect. As a condition of employment with Southwest Key, I understand and agree to the following:

1. I understand that in the course of my employment with Southwest Key, I may have authorized access to confidential information. I agree to hold this confidential information in the strictest confidence and not to disclose or otherwise utilize this confidential information except as necessary for me to perform my customary and regular job duties. This means, among other things, that:
   a. I will only access confidential information for which I have a legitimate need to know;
   b. I will not in any way disclose, divulge, copy, release, sell, loan, review, alter or destroy any of the confidential information except as properly authorized within the scope of my employment with Southwest Key; and
   c. I will not otherwise misuse this confidential information.

2. I will treat electronic confidential information, such as information received via email and/or stored in Southwest Key's ETO database the same as hard copies of confidential information. I agree to maintain the security of these records through proper measures including, but not limited to taking the following steps:
   a. I agree to log out of any program or file that contains confidential information when I am not using it.
   b. I will not share my login or password to any program or file that contains confidential information, unless I am specifically authorized to do so by Southwest Key.
   c. I will ensure passwords to programs or files that contain confidential information are changed as needed to maintain the integrity of the information.

3. If a third party requests to view or copy any part of a client's file, I will forward the request to my Program Director for consideration.

4. I will only access email messages containing personnel or client information through Southwest Key's secure server; I may not access any work-related email containing personnel or client information through a personal email account.

5. I must receive permission from my supervisor prior to accessing any confidential information outside of work.

6. I will treat electronic confidential information, such as information received via email and/or otherwise transmitted or stored electronically the same as hard copies of confidential information.

7. Examples of confidential information include, but are not limited to, social security numbers, health records, employment records, passwords, dates of birth, ethnicity and citizenship. Confidential information can be learned through written documentation as well as through word of mouth and generally relates to the private lives of staff, clients, or other individuals.

8. I agree not to remove any client record (including copies), or any other type of confidential information, from the office where it is kept, except in the performance of my regular and customary job duties, and with the prior consent of my supervisor.

9. I acknowledge that my failure to comply with the obligations contained in this Agreement may result in disciplinary action, up to and including termination of my employment. Additionally, if I violate this Agreement, Southwest Key may seek to enforce any legal rights it has against me to the fullest extent permitted by law.

10. I agree that the obligations contained in this Confidentiality Agreement will continue after termination of my employment with Southwest Key, whether I am terminated voluntarily or involuntarily.

Employee Name: Roberto D Nava Employee Signature: [signature] Date: 1-3-18



southwest key
programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-112 | Equipment Responsibility Agreement | 1.0 | 06/06/2016 | 1 of 1 |

# Equipment Responsibility Agreement

I have received from Southwest Key Programs, Inc. ("Southwest Key") the following equipment and agree to inform my supervisor immediately if I lose or damage any of the equipment that has been issued to me. By accepting the equipment indicated on this agreement, I am agreeing that should any of the items be stolen, lost, or damaged while in my possession and/or under my responsibility, I may be required to reimburse Southwest Key for any replacement costs.

☐ **Smart Phone/Cell Phone**

Manufacturer/Model No: ____________________ Service Carrier: ____________________

Cellular Number: ____________________ Contract Date: ____________________

Plan Cost: ____________________ Plan Description: ____________________

☐ I will use the smart phone or cell phone for business and personal use, and I will reimburse Southwest Key, through a payroll deduction, 5% of the plan cost if the plan is ≤ $100.00, or 10% of the plan cost if the plan is > $100.

Total amount of each payroll deduction: ____________________

☐ I will use the smart phone or cell phone for business use only. I understand that I may be subject to disciplinary action, up to and including termination, for any personal use of the smart phone or cell phone. Additionally I understand and agree that I will reimburse Southwest Key for any costs associated with my personal usage of the smart phone or cell phone.

**Overage responsibility.** By accepting and using a Southwest Key smart phone or cell phone, I am agreeing that I will be responsible for all charges over the contractual limit of my individual plan if I have made any personal calls or utilized any other services on the cellular phone or blackberry for personal use during the billing period. Within two days of being notified of an overage, I will advise my Program Director, Regional Executive Director, and Southwest Key's accounting department whether I utilized the smart phone or cell phone for personal usage during the billing period. When an overage is deemed personal, I will make arrangements to repay Southwest Key the amount due for the overage within one week of being notified of the overage. If I have not made any arrangements for repayment within one week of being advised of a personal overage, my signature below authorizes Southwest Key to deduct the overage at Southwest Key's discretion, which may be through payroll deduction or expense reimbursement deduction. I agree that it will be up to Southwest Key's discretion to determine the amount of any deductions made, until the amount is paid in full. Should my employment with Southwest Key terminate for any reason, and there is a balance regarding overage charges upon my date of termination, my signature below indicates my understanding and authorization that the total balance due will be deducted from any outstanding payroll and/or expense reimbursement check.

☐ **Keys**
Number/description of keys: ____________________

☒ **Access Card**
Description of access card: 2F: 42480

☐ **Broadband Card**
Manufacturer/Model Number: ____________________
Serial Number: ____________________

☐ **Other**
Description: ____________________

My signature below indicates my understanding and authorization that, should my employment with Southwest Key terminate for any reason, and there is any equipment indicated on this agreement that has not been returned to Southwest Key upon my date of termination, the total cost of replacing such equipment may be deducted from my final payroll and/or expense reimbursement check.

Name: Roberto Nava Signature: [signature] Date: 1/10/18



southwest key
programs

| Document #: RD-100100-112 | Document Title: Equipment Responsibility Agreement | Rev: 1.0 | Date: 06/06/2016 | Page: 1 of 1 |
|---|---|---|---|---|

# Equipment Responsibility Agreement

I have received from Southwest Key Programs, Inc. ("Southwest Key") the following equipment and agree to inform my supervisor immediately if I lose or damage any of the equipment that has been issued to me. By accepting the equipment indicated on this agreement, I am agreeing that should any of the items be stolen, lost, or damaged while in my possession and/or under my responsibility, I may be required to reimburse Southwest Key for any replacement costs.

☐ **Smart Phone/Cell Phone**

Manufacturer/Model No: ____________________ Service Carrier: ____________________

Cellular Number: ____________________ Contract Date: ____________________

Plan Cost: ____________________ Plan Description: ____________________

☐ I will use the smart phone or cell phone for business and personal use, and I will reimburse Southwest Key, through a payroll deduction, 5% of the plan cost if the plan is ≤ $100.00, or 10% of the plan cost if the plan is > $100.

Total amount of each payroll deduction: ____________________

☐ I will use the smart phone or cell phone for business use only. I understand that I may be subject to disciplinary action, up to and including termination, for any personal use of the smart phone or cell phone. Additionally I understand and agree that I will reimburse Southwest Key for any costs associated with my personal usage of the smart phone or cell phone.

**Overage responsibility.** By accepting and using a Southwest Key smart phone or cell phone, I am agreeing that I will be responsible for all charges over the contractual limit of my individual plan if I have made any personal calls or utilized any other services on the cellular phone or blackberry for personal use during the billing period. Within two days of being notified of an overage, I will advise my Program Director, Regional Executive Director, and Southwest Key's accounting department whether I utilized the smart phone or cell phone for personal usage during the billing period. When an overage is deemed personal, I will make arrangements to repay Southwest Key the amount due for the overage within one week of being notified of the overage. If I have not made any arrangements for repayment within one week of being advised of a personal overage, my signature below authorizes Southwest Key to deduct the overage at Southwest Key's discretion, which may be through payroll deduction or expense reimbursement deduction. I agree that it will be up to Southwest Key's discretion to determine the amount of any deductions made, until the amount is paid in full. Should my employment with Southwest Key terminate for any reason, and there is a balance regarding overage charges upon my date of termination, my signature below indicates my understanding and authorization that the total balance due will be deducted from any outstanding payroll and/or expense reimbursement check.

☐ **Keys**
Number/description of keys: ____________________

☐ **Access Card**
Description of access card: ____________________

☐ **Broadband Card**
Manufacturer/Model Number: ____________________
Serial Number: ____________________

☒ **Other**
Description: Radio earpiece # 9-9

My signature below indicates my understanding and authorization that, should my employment with Southwest Key terminate for any reason, and there is any equipment indicated on this agreement that has not been returned to Southwest Key upon my date of termination, the total cost of replacing such equipment may be deducted from my final payroll and/or expense reimbursement check.

Name: Roberto Nava Signature: [signature] Date: 1/10/18



| Document #: | Document Title: | Rev: | Date: | Page: |
| --- | --- | --- | --- | --- |
| RD-100100-102 | Tuberculosis Test Requirement & Renewal | 1.0 | 06/09/2016 | 1 of 1 |

**Residential Shelter**
**Tuberculosis Test Requirement & Renewal**

Southwest Key's licensing entity requires that all employees working in an unaccompanied minors' shelter have a tuberculosis ("TB") test administered before employment begins as well as every two years throughout their employment with Southwest Key. To ensure that this requirement is met, you must provide proof of your negative TB test results before beginning your employment. Employees who cannot meet these requirements for medical reason must provide written documentation from the medical provider that indicates the specific diagnosis/reason with a signature, date and contact information for approval by their Program Director stating the reason(s) why an exemption is required.

For information regarding TB testing locations, costs, and other specifics, please contact your Program Director. Please note that the cost of your initial TB test is your responsibility and will **not** be reimbursed by Southwest Key. However, future TB tests will be paid or reimbursed by Southwest Key Programs, up to $25.00.

Failure to comply with the TB testing requirement may lead to disciplinary action up to, and including, termination of your employment.

My signature below acknowledges that I have received and understand the contents of this document.

Roberto D Nava
Name (Print legibly)

Signature

12/16/17
Date



southwest key
programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-114 | Residential Shelter Client Confidentiality Agreement | 1.0 | 06/14/2016 | 1 of 1 |

## Residential Shelter
## Client Confidentiality Agreement

I understand and will abide by the following:

- I will abide by all federal laws and Southwest Key policies pertaining to the confidentiality of records of a youth admitted to Southwest Key Program.

- I will consider information regarding Southwest Key youth that is voiced to me or discussed in my presence to be subject to all policies regarding confidentiality and will not disclose the information to any unauthorized person either inside or outside of the facility.

Signature: [signature] Date: 1-3-18

Printed Name: Roberto D Nava



| Document #: RD-100100-132 | Document Title: Residential Shelter Client Handbook Acknowledgement | Rev: 1.0 | Date: 06/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

**Residential Shelter**
**Client Handbook Acknowledgment**

I certify that I have read and understand the contents of the Client Handbook given to me by Southwest Key Programs, Inc.

Signature: [signature] Date: 1-3-18

Printed Name: Roberto D. Nava



| Document #: RD-100100-115 | Document Title: Unaccompanied Minors Residential Shelter Direct Care Staff Dress Code Policy | Rev: 1.0 | Date: 08/14/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Unaccompanied Minors Residential Shelter
## Direct Care Staff Dress Code Policy

The Unaccompanied Minor Shelters strive to maintain a workplace environment that is well functioning and free from unnecessary distractions and annoyances. All Unaccompanied Minor Shelters staff members are expected to present a professional, businesslike image to clients, visitors, customers and the public.

To that end, the Shelters require employees to maintain a neat and clean appearance that is appropriate for the workplace setting and for the work being performed. The following is a set of guidelines regarding clothing and appearance at Southwest Key Programs, per classification of employees. All employees shall adhere to the following dress code:

| Classification | Job Title | Dress Code |
|---|---|---|
| Direct Care Staff | Youth Care Workers<br>Shift Leaders<br>Shift Supervisors<br>Teachers Teacher<br>Aides Case Aids | 1. No leggings or skinny jeans. No torn, frayed, or dirty clothing allowed. No shorts above knee-length allowed.<br>2. No tight, sheer, mesh, see through or sleeveless shirts/blouses.<br>3. Closed toed shoes or tennis shoes that are flat are allowed.<br>4. Hats, caps, or sunglasses will only be allowed during outdoors activities. These items are not allowed indoors.<br>5. Jewelry and accessories must be small and reserved.<br>6. Nails must be kept at a short length, if acrylic must be active length.<br>7. Heavy make-up or colognes should be avoided. |
| Administrative Staff | Program Directors<br>Assistant Program Directors Lead Clinician<br>Clinicians<br>Lead Case Manager<br>Case Managers<br>Executive Assistants<br>Administrative Assistants<br>Trainers | 1. **ALL ABOVE RULES APPLY, IN ADDITION TO:**<br>2. Dresses and skirts must be at knee length and no more than one inch above the knee while seating.<br>3. Shoes must not impede with client service delivery. Shoes must be no higher than two (2) inches. |
| Maintenance, Medical and Kitchen Staff | Maintenance Staff<br>Medical Staff Kitchen Staff | Either a uniform or specific dress code as their departments or programs require. |

Supervisors will redirect employees who fail to follow the Dress Code and may take appropriate disciplinary action. Exceptions to the Dress Code can be made when employees are publicly representing the Program, but remember, it is every employee's responsibility to present a professional appearance at all times.

*My signature below indicates I have received this policy and will abide by its contents.*

Print Name: Roberto Nava    Program Location: 951

Signature: [signature]    Date: 1-3-18



southwest key
programs

| Document #: RD-100100-103 | Document Title: Fingerprint Clearance or Equivalent Requirement & Renewal | Rev: 2.0 | Date: 08/25/2016 | Page: 1 of 1 |
|---|---|---|---|---|

**Residential Shelter**

**Fingerprint Clearance or Equivalent Requirement & Renewal**

Southwest Key's licensing entity requires that all employees working in an Unaccompanied Minors' shelter have a current fingerprint clearance or equivalent issued by the appropriate government entity.

It is the responsibility of the employee to maintain the fingerprint clearance process before the expiration date if required. Documentation of renewal must be supplied to the Program Director before the expiration date.

Failure to comply with the Fingerprint Clearance or equivalent requirements may lead to disciplinary action up to, and including, termination of your employment.

My signature below acknowledges that I have received and understand the contents of this document.

Roberto D. Nava
Employee Name

[signature]
Employee Signature

12/16/17
Date



southwest key
programs

| Document #: RD-100100-118 | Document Title: Residential Shelter Office of Refugee Resettlement and Department of Unaccompanied Children | Rev: 1.0 | Date: 06/14/2016 | Page: 1 of 1 |
|---|---|---|---|---|

**Residential Shelter**

Office of Refugee Resettlement/Department of Unaccompanied Children Services
Policies and Procedures

This acknowledges that I have received training on the Office of Refugee Resettlement (ORR) and Department of Unaccompanied Children Services (DUCS) policies and procedures. I am aware that my program has a written copy of the ORR and DUCS policies and procedures, to which I have access. I recognize that it is my responsibility to understand and comply with the ORR and DUCS policies and procedures.

Roberto D. Nava
Employee Printed Name

[signature]
Employee Signature

1-3-18
Date



# 5.7 ORR Policies to Protect Sponsors from Fraud

ORR does not charge any fee to prospective or approved sponsors as a condition of release of an unaccompanied alien child. Any demand for payment of fees is not authorized by ORR and should not be paid.

Prospective sponsors should immediately report any suspicious calls or requests for payment to the care provider facility, ORR directly, or the ORR National Call Center Help Line at 1 (800) 203-7001.

### 5.7.1 ORR Efforts to Help Prevent Fraud

Care providers notify all potential sponsors that ORR, its care providers, volunteer agencies, and grantees/contractors do not collect or require fees for any services related to the release of unaccompanied alien children from HHS custody.[5]

In order to detect potential fraud schemes, ORR also asks all approved sponsors at the time of a child's release if they have been approached by anyone asking for money at any point in the release process.

The FBI recommends that all members of the public should exercise caution and adhere to the following guidelines before making a payment or donation of any kind:

- Be skeptical of individuals representing themselves as officials and asking for payments or donations door-to-door, via phone, mail, e-mail, or social networking sites.
- Be skeptical of individuals requesting payment or contributions by courier or wire, or those who request your bank account or credit card number.
- Verify the legitimacy of the government agency or non-profit organization by utilizing various Internet-based resources which may confirm the correct phone number, e-mail, and/or the group's existence and its non-profit status rather than following a link to an e-mailed site.
- Call the official telephone number of the government agency seeking money to ensure the request for payment is legitimate.
- Do not respond to any unsolicited (spam) incoming e-mails. Do not click links contained within those messages.
- Be cautious of e-mails that claim to show pictures of intended recipients in attached files which may contain viruses. Only open attachments from known senders.
- Make contributions directly to known organizations rather than having others make the donation on your behalf to ensure contributions are received and used for intended purposes.
- Do not give your personal or financial information to anyone who seeks payment or solicits contributions. Providing such information may compromise your identity and make you vulnerable to identity theft.



See **www.fbi.gov/sanantonio/press-releases/2014/new-fraud-schemes-targetin...Visit disclaimer page** for the Spanish translation of this warning.

**ORR also requests that sponsors:**

- Report any suspicious calls or contact to the care provider facility and ORR directly.
- Call the ORR National Call Center Help Line at 1 (800) 203-7001. Sponsors may call the help line to inform ORR if a person defrauds or attempts to defraud them of money.

### 5.7.2 Responding to Fraud Attempts

If a care provider determines that a sponsor or prospective sponsor has been the target of a fraud attempt, the care provider must report the incident to ORR through a Significant Incident Report (SIR) and to local law enforcement.

ORR reviews the information in the SIR and reports all fraud schemes, whether attempted or successfully perpetrated, to HHS/Office of the Inspector General (OIG). ORR and the care provider cooperate fully with the HHS/OIG investigation.

If the fraud scheme involves care provider staff, ORR instructs the care provider to contact local law enforcement and to follow their local licensing guidelines regarding reports of inappropriate employee behavior and to inform their local licensing agency that the case was referred to HHS/OIG and local law enforcement. A care provider facility must take disciplinary action including termination of any staff for criminal behavior, including fraud. ORR issues corrective action findings and requires the care provider to take appropriate action. See **Section 5.5.2 Follow Up and Corrective Actions**

I confirm that I have completely read and understood the ORR Fraud Scheme Policy.

Roberto D. Nava
Print Name

[signature]
Sign Name:



southwest key
programs

| Document #: RD-100100-119 | Document Title: Vehicle Safety & Fleet Management Guidebook Acknowledgement | Rev: 2.0 | Date: 09/07/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Vehicle Safety & Fleet Management Guidebook Acknowledgement

Southwest Key's Vehicle Safety & Fleet Management Guidebook ("Guidebook") describes the terms and conditions of driving on behalf of Southwest Key. The Guidebook may be found in hard copy form in your program's Safety Binder as well as electronically on SharePoint. Southwest Key reserves the right to apply the procedures contained in the Guidebook and the terms of the Guidebook at its own discretion. Additionally, because basic trends, regulations, and economic conditions are always changing, the Guidebook may be changed or deleted at any time without prior notice.

Please read the following statement and sign below to indicate your acknowledgement of the electronic version of the Guidebook.

- I understand that the policies and rules described in the Guidebook are subject to change at the sole discretion of Southwest Key.
- I understand that it is my responsibility to read and familiarize myself with the contents of the Guidebook and to abide by the rules, policies, procedures and standards outlined in it.
- I understand that as an authorized driver of Southwest Key any violation of the policies herein shall be subject to disciplinary action, up to and including termination of employment.
- I understand that I should consult my supervisor or the Risk Department if I have any questions regarding the Guidebook.
- I understand that my signature below indicates that I have read and understand the above statements and have received directions to access a copy of Southwest Key's Vehicle Safety & Fleet Management Guidebook.

Employee's Name: Roberto D Nava Signature: [signature] Date: 1-3-18

**Completion of this form is a requirement for all employees authorized to drive on behalf of Southwest Key. Please give your signed and dated form to your supervisor for inclusion in your personnel file.**



| Document #: RD-100100-121 | Document Title: Vehicle Policy For All Employees | Rev: 1.0 | Date: 06/15/2016 | Page: 1 of 1 |
| --- | --- | --- | --- | --- |

# Vehicle Policy for All Employees

Southwest Key has adopted this policy, because the safety of our employees, clients, and community members are of utmost importance in the operation of our business.

1. All employees must be pre-approved before operating any company vehicles, or operating any vehicles on behalf of Southwest Key.
2. All potential drivers are requested to submit a copy of their driver's license to allow Southwest Key to complete a Motor Vehicle Report.
3. All authorized drivers are expected to review Southwest Key's Vehicle Safety and Fleet Management Guidebook and adhere to its guidelines. It is each employee's responsibility to request access to this guidebook if he or she is unaware of how to view it or would like a hard copy.
4. All employees are expected to adhere to all motor vehicle laws of the jurisdiction in which they are operating or riding in a vehicle. Additionally, while driving on behalf of the organization, Southwest Key employees: (a) must use a hands-free system if they use a portable device; and (b) are prohibited from texting, emailing, and/or instant messaging.
5. Any employee involved in an accident while driving a Southwest Key vehicle may be liable to the organization for any damage, up to $250, if he or she is determined to be at-fault for the accident.

By my signature below, I affirm that I have read Southwest Key's Vehicle Policy, received access to Southwest Key's Vehicle Safety and Fleet Management Guidebook, and agree to adhere to the provisions in both.

Employee's Name: Roberto D Nava Signature: [signature] Date: 1-3-18



| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-104 | Consent for Drug Testing | 1.0 | 06/03/2016 | 1 of 1 |

## Consent for Drug Testing

I understand that as an employee of Southwest Key Programs ("Southwest Key"), I may be required to undergo a blood test, urinalysis, breath-analyzer test or other diagnostic test under any of the following circumstances:

- When there is reason to believe, in the opinion of Southwest Key management, that I am under the influence of intoxicants, alcohol, drugs, or narcotics while on Southwest Key property or during working hours;
- After the occurrence of any work-related incident that requires a physician's treatment or has resulted in property damage, or where the employee is involved in an "at-fault" accident;
- Prior to beginning employment;
- Before returning to work following a leave of absence; and/or
- As part of a random sample testing of employees.

I understand and agree that any positive test results and/or my refusal to submit to a blood test, urinalysis, breath-analyzer test, or other diagnostic test as requested by Southwest Key may result in disciplinary action against me, up to and including termination.

Name: Roberto D. Nava Signature: ______________ Date: 12/16/17



southwest key
programs

***Unaccompanied Minors Program***
***No Call No Show and Tardiness Policy Revision***
***Effective June 15, 2015***

***No Call, No Show***

It is critical that your immediate supervisor be notified if you are going to be absent from your scheduled work shift so that coverage for your shift may be arranged. Therefore, you will be considered to have abandoned and voluntarily terminated employment with the organization if you fail to report to work without proper notification.

***Tardiness***

Promptness is expected of all employees to ensure the operations of the organization are efficient. You must notify your immediate supervisor as far in advance as possible if you know that you will be late. If your tardiness is unplanned, you must verbally advise your immediate supervisor at least one hour prior to the beginning of your shift or work schedule, unless there are extenuating and unavoidable circumstances with documentation. Additionally you must follow the rules of your program or department for notification of being tardy.

**Tardiness Defined**

For purposes of ensuring that Southwest Key operations are appropriately staffed and clients are adequately served, if you arrive to your shift or work schedule at any time after your scheduled time, you are tardy.

**Tardiness with Notification**

If you notify your supervisor in accordance with the procedure above, the following will occur:

- First occurrence: You will receive a written reprimand.
- Second occurrence: You will receive a one-day unpaid suspension.
- Third occurrence: You will be recommended for termination.

**Tardiness without Notification**

If you fail to notify your supervisor in accordance with the procedure above, the following will occur:

- First occurrence: You will receive a one-day unpaid suspension.
- Second occurrence: You will be recommended for termination.

*By signing below, I acknowledge receipt and understanding of this policy.*

**Print Employee Name:** Roberto Nava

**Program Number/Location:** 951

**Employee Signature:** [signature]

**Date:** 3-19-18



| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-120 | Training Expectations and Guidelines | 1.0 | 06/14/2016 | 1 of 1 |

## Training Expectations and Guidelines

Ongoing training, continuing education and professional development are critical to an individual's ability to provide the highest quality services to others. In order to ensure a successful learning experience as well as maintain a safe and productive environment, you will be advised of specific expectations and must adhere to those as well as the following classroom guidelines when you attend Southwest Key trainings/workshops:

1. Arrive on time and dressed appropriately for the content of the training.
2. Come prepared. This means you should read any information provided beforehand, come ready to take notes, bring all required materials and complete all required assignments and homework.
3. Treat all participants and instructors professionally and with respect. Honor the ideas and opinions of others and eliminate negative criticism.
4. Take responsibility for your own learning.
5. Come with the right mindset and maintain a positive attitude.
6. Actively participate in all workshop and/or classroom activities.
7. Attend the scheduled training day(s) that you are assigned.
8. Remain in attendance for the entirety of the training.
9. Turn all cell phones/pagers off during class instruction.
10. Continue to review and become familiar with all curriculum material and work toward skill mastery after leaving the class.
11. Ask for help and offer help when appropriate.
12. Provide feedback and comments to help Southwest Key continually improve the training to better meet your needs and the needs of our staff.
13. Ensure that your own training hours are completed on an annual basis to maintain compliance with Southwest Key, state and federal standards.

By my signature below, I affirm that I have read Southwest Key's Training Expectations and Guidelines, and that I understand and agree that my failure to meet these expectations and guidelines may result in disciplinary action against me, up to and including termination.

Name: Roberto D. Nava Signature: ______________ Date: 1-3-18



| Document #: RD-100100-122 | Document Title: Residential Shelter Electronic Communication Devices, and Other Recording Devices | Rev: 1.0 | Date: 06/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

# Residential Shelter
# Electronic Communication Devices, and Other Recording Devices

All personal electronic communication devices, such as cell phones, smart watches, tablets, and any personal device that allows a user to text, make calls, chat, or perform some type of one or two-way communication, are not allowed into the minor's shelters. The shelter includes but is not limited to: classrooms, offices, recreational areas, backyard/ patio, and dormitories. Recording devices are also not allowed into the minor's shelters. This includes, but is not limited to, cell phones, tablets, cameras, video or photography equipment and tape recorders of any size.

Employees must either leave these devices in their cars or in the lockers provided by the shelter. Even if the employee has a designated work space such as a desk, employees will still not be allowed to keep their electronic devices with them while working their assigned schedule or shift. Designated personnel are allowed to carry on the premises cell phones or electronic devices that are issued by or paid for by Southwest Key, or approved by SWK management. These designated personnel include, but are not limited to:

- Program Director, Assistant Program Director
- Executive Assistant
- Shift Supervisor, Shift Leader
- Lead Case Manager, Assistant Lead Case Manager
- Lead Medical Coordinator, Assistant Lead Medical Coordinator
- Lead Clinician, Assistant Lead Clinician

Devices used by the above personnel shall be used only for programmatic necessities. In addition, staff assigned to travel outside of the shelter in transporting clients to the primary care physicians office, court, consulate or other appointments will be allowed to use a shelter cell phone so that communication can be maintained with the shelter and for this purpose only.

In the event of an emergency, family members can contact the shelter to reach an employee.

The unapproved use of these devices named above is a violation of Southwest Key policies and is grounds for disciplinary action up to and including termination of employment.

My signature below acknowledges that I have received and understand the contents of this document.

Roberto D Nava
Employee Name (Print)

951
Program Location

[signature]
Employee Signature

1-3-18
Date



southwest key
programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-123 | Wellness Program Information And Waiver | 1.0 | 06/15/2016 | 1 of 1 |

## Wellness Program Information and Waiver

Southwest Key is pleased to offer competitive and cutting edge benefits, including a wellness program to help you and your family maintain and enhance your health and quality of life. Although it is voluntary, it is also fun, and we encourage you to participate and get the most out of your Southwest Key benefits! Please note that you must complete this waiver before you will be able to participate in the wellness program.

**Remember, before starting any new exercise program or diet it is always recommended to discuss it first with your health care professional.** If you think you might be unable to meet a standard for a reward under the wellness program, you might qualify for an opportunity to earn the same reward by different means. Contact us at wellness@swkey.org and we will work with you (and if you wish, with your health care professional) to find an alternative with the same reward that is right for you.

## Waiver

I understand that this waiver binds me, as well as my heirs, executors, administrators, legal representatives and assigns, for the benefit of Southwest Key its officers, directors, employees, representatives, funding sources, affiliates, contractors, and/or other agents ("Southwest Key"). In exchange for my participation in the Southwest Key Wellness Program ("Wellness Program"), including but not limited to Wellness Program events, activities, health fairs, and exercise participation, I agree to the following:

- I understand that my participation in the Wellness Program is voluntary and not required by Southwest Key. I acknowledge that the Wellness Program does not constitute part of my work-related duties.
- I fully recognize that there are dangers and risks inherent in participation in the Wellness Program. In the event that I am physically injured or otherwise require emergency care, I give permission to Southwest Key or any of its agents to secure from any licensed hospital, physician, or medical personnel any treatment considered necessary for my immediate care. I agree to be responsible for payment of any and all medical services rendered.
- I understand and agree that Southwest Key makes no warranties, express or implied, as to the Wellness Program, the property on which the Wellness Program will take place, any persons in attendance at Wellness Program activities, or any other warranty, condition, guaranty, or representation, whether oral, written, or in electronic form, relating to the Wellness Program.
- I release Southwest Key from all liabilities for all damages, expenses (including attorney fees), claims, judgments, actions or causes of action as a result of any loss or injury to the person or property which I may sustain or suffer during or arising out of participation in the Wellness Program, whether or not caused by the acts or omissions of Southwest Key. I agree to indemnify and defend Southwest Key from and against any liability, loss, damages, expenses (including attorney fees), claims, judgments, actions or causes of action arising out of or related to my participation in the Wellness Program and to reimburse Southwest Key for any such expenses incurred.

**I agree that I have signed this Waiver in exchange for my participation in the Southwest Key Wellness Program. Additionally, my signature affirms that I have read this document and understand it.**

Roberto Nava
Printed Name

[signature]
Signature

3-19-18
Date



| Document #: RD-100100-124 | Document Title: Acknowledgement Of Mutual Jury Trial Waiver and Class And Collective Action Waiver | Rev: 2.0 | Date: 08/15/2016 | Page: 1 of 2 |
|---|---|---|---|---|

## Acknowledgement of Mutual Jury Trial Waiver

Southwest Key Programs, Inc., its officers, directors, employees, representatives, funding sources, affiliates, contractors, and/or other agents ("Southwest Key") hope that your experience working with us is rewarding and fun. We believe that employees who work in a positive environment provide better services to our clients and their families, project greater enthusiasm for our mission, and help build a more successful organization. Southwest Key also believes that our internal grievance resolution procedures are able to address problems that may arise between you and Southwest Key. However, we recognize that despite everyone's best efforts, sometimes a matter cannot be resolved internally. In those rare circumstances, judges considering individualized claims are often in the best position to fairly resolve these disputes.

By signing below, you are agreeing to a binding jury trial waiver that may be enforced by you or Southwest Key. This agreement does not take away your right to sue or prevent you from filing a charge with a federal, state, or local administrative agency. Rather, you are waiving your right to request or demand a jury trial and agreeing that any claim you have against Southwest Key that cannot be resolved internally will be resolved by a judge.

Please be advised that a claim includes any dispute, controversy, lawsuit, or cause of action you may have against Southwest Key related to your employment or separation of employment. Please also be advised that by entering into this agreement, Southwest Key is also waiving its right to request or demand a jury trial with respect to any claim between you and Southwest Key.

Please note that this agreement does not alter the at-will employment relationship and shall not be construed as a definite term of employment or a contract for employment. Further, if any provision(s) of this agreement is/are found to be invalid, void, or unenforceable, then the remaining provisions shall continue to be valid. This document shall be governed by and construed under the substantive and procedural laws of the State of Texas without regard to principles of conflict of laws. Any lawsuit arising out of or relating to this agreement shall be held in Travis County, Texas.

**By signing this document you agree and understand that: (1) you have read this document, have been offered or may request a copy of this document, have been given an opportunity to ask questions about this document or consult any person(s) of your choosing about this document; (2) by continuing to work for Southwest Key and accepting this offer, you understand that any lawsuit between you and Southwest Key will be decided by a judge rather than a jury; and (3) you have signed this document knowingly, intelligently, voluntarily, free from duress or coercion, and after being given time to give it due consideration.**

| [signature] | Roberto D. Nava | 1-3-18 |
|---|---|---|
| Employee Signature | Employee Name | Date |



southwest key
programs

| Document #: RD-100100-124 | Document Title: Acknowledgement Of Mutual Jury Trial Waiver and Class And Collective Action Waiver | Rev: 2.0 | Date: 08/15/2016 | Page: 2 of 2 |
|---|---|---|---|---|

## Acknowledgement of Mutual Class and Collective Action Waiver

Southwest Key Programs, Inc. its officers, directors, employees, representatives, funding sources, affiliates, contractors, and/or other agents ("Southwest Key") hope that your experience working with us is rewarding and fun. We believe that employees who work in a positive environment provide better services to our clients and their families, project greater enthusiasm for our mission, and help build a more successful organization. Southwest Key also believes that our internal grievance resolution procedures are able to address problems that may arise between you and Southwest Key. However, we recognize that despite everyone's best efforts, sometimes a matter cannot be resolved internally. In those rare circumstances, considering claims on an individualized basis is often the best manner to fairly resolve these disputes.

By signing below, you are agreeing to a class and collective action waiver that may be enforced by you or Southwest Key. This agreement does not take away your right to sue or prevent you from filing a charge with a federal, state, or local administrative agency. Rather, you are agreeing that any proceedings to resolve or litigate any claim will be conducted solely on an individual basis, and not as a class action or otherwise pursuant to class, collective action, or comparable procedures.

Please be advised that a claim includes any dispute, controversy, lawsuit, or cause of action you may have against Southwest Key related to your employment or separation of employment. Please also be advised that by entering into this agreement, Southwest Key is also waiving its right to a class or collective action with respect to any claim between you and Southwest Key.

Please note that this agreement does not alter the at-will employment relationship and shall not be construed as a definite term of employment or a contract for employment. Further, if any provision(s) of this agreement is/are found to be invalid, void, or unenforceable, then the remaining provisions shall continue to be valid. This document shall be governed by and construed under the substantive and procedural laws of the State of Texas without regard to principles of conflict of laws. Any lawsuit arising out of or relating to this agreement shall be held in Travis County, Texas.

**By signing this document you agree and understand that: (1) you have read this document, have been offered or may request a copy of this document, have been given an opportunity to ask questions about this document or consult with an attorney about this document; (2) by continuing to work for Southwest Key and accepting this offer, you understand that any lawsuit between you and Southwest Key will will be decided on an individual basis and not as part of a class or collective action; and (3) you have signed this document knowingly, intelligently, voluntarily, free from duress or coercion, and after being given time to give it due consideration.**

[signature] Employee Signature    Roberto D. Nava Employee Name    1-3-18 Date



southwest key
programs

| Document #: RD-100100-125 | Document Title: Residential Shelter Preventable Disease Vaccination Policy | Rev: 1.0 | Date: 05/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Residential Shelter Preventable Disease Vaccination Policy

Southwest Key Programs, Inc. (SWK) requires that all employees working in an unaccompanied minor shelter be vaccinated against the following diseases within 100 days from the first date worked:

1. Tetanus, diphtheria, pertussis (Td/Tdap)
2. Varicella
3. Measles, mumps, rubella (MMR)
4. Hepatitis A and Hepatitis B[1] (all employees must receive the Hepatitis B vaccine within 100 days of employment even if previously declined)
5. Zoster (only for employees over the age of 60)
6. Influenza "F"

You must provide proof of your immunization record to your Program's Lead Medical Coordinator or Medical Coordinator.

Please note that SWK will reimburse all vaccine costs for employees who were not previously vaccinated and get the vaccines between the 70-100 days of employment to the extent the employee's medical insurance did not cover the cost of the vaccination.

In order to be eligible for the reimbursement, you must have worked for SWK for at least 90 days. In addition, to receive the reimbursement you must submit to your Program Director a legible copy of the receipt/invoice that shows the your name, the name of the vaccines received, your out of pocket costs for the vaccines, and the date(s) of service(s). SWK will pay for the cost of the hepatitis B vaccination without any waiting period for employees who have occupational exposure.

SWK reserves the right to amend and modify this policy and these recommendations based on the Center for Disease Control's recommended adult vaccination schedule, which can be found at http://www.cdc.gov/vaccines/schedules/syndicate.html.

For information regarding vaccination locations and other specifics, please contact your Program Director or visit the website http://www.vaccines.gov/getting/where/ . If you have any questions or concerns regarding SWK's vaccination policy, please contact your Program Director.

My signature below acknowledges that I have received and understand the contents of this document.

Roberto Nava — 3-19-18
Employee Name — Date

[signature] — 3-19-18
Employee Signature — Date

[1] SWK makes the hepatitis B vaccination available to employees who have reasonably anticipated contact with blood or other potentially infectious materials during the performance of their jobs. The vaccination is offered after the employee has completed the bloodborne pathogen training and within 10 days of the employee's initial assignment to their job where there is occupational exposure. The vaccination will be provided with no associated cost to the employee.



southwest key
programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-126 | Citizenship Agreement | 1.0 | 06/15/2016 | 1 of 1 |

## Citizenship Agreement

I understand that in order to reinforce a positive work environment I must behave in a way that contributes to a positive environment and avoid the behaviors that will impact the work environment negatively.

I commit to do the following:

- Be respectful and polite in every interaction I have.
- Approach others in a friendly manner.
- Have a positive attitude and be cheerful.
- Do not talk negative about anyone when they are not present.
- Do not engage in gossip or rumors.
- Respect individual's privacy.
- Do not discuss my own or anyone else's performance problems with anyone other than a supervisor.
- Praise my coworkers when I see that they have performed well or made a positive contribution.
- If I have a problem with a person, I will go directly to that person and discuss the issue. If I feel unable to go to the person directly I will get assistance from a supervisor or follow the company grievance procedure.
- Do my best to avoid making assumptions.
- When I present a concern or problem I will make a commitment to bring possible solutions.
- When reporting issues, incidents, & problems I will be committed to only reporting the facts. I will exclude hearsay.
- Behave in a professional and ethical manner at all times.
- Openly admit my mistakes.
- Be a team player.
- Be a model citizen.

My signature below indicates my commitment in practicing the behaviors outlined in this document. As well as, assist and support my coworkers in behaving in a way that creates a positive impact.

I understand that by behaving in a negative way or not following the citizen agreement my behavior hurts the overall program. I may also receive disciplinary actions up to and including suspension or termination of my employment from SW Key Programs if I do not follow this agreement.

Note: A Spanish speaking interpreter was offered to me to interpret this document. If I requested that an interpreter be present this was provided and I fully understand the above agreement.

Name(print): Roberto D. Naval Signature: [signature]

Date: 1-3-18



southwest key programs

| Document #: RD-100100-117 | Document Title: Residential Shelter Foreign Diploma Evaluation/Equivalency | Rev: 2.0 | Date: 09/08/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Residential Shelter
## Foreign Diploma Evaluation/Equivalency

All Southwest Key Programs employees working at residential shelters must have a diploma issued in the United States or the equivalent. The type of diploma required is outlined in the specific job description and will be for the highest level completed as required by the job description (i.e. a high school diploma or GED, a Bachelor's degree or a Master's degree). If you hold a foreign diploma, you must have it evaluated to determine whether it is the equivalent of a United States-issued diploma within thirty days of the date your employment begins with Southwest Key.

For information regarding foreign diploma evaluation locations, costs and other specifics, please contact your Program Director. Please note that the cost of the foreign diploma evaluation is your responsibility and will not be reimbursed by Southwest Key Programs.

☒ I have a diploma or GED, as required by my position, issued in the United States

☐ I have the equivalent of a diploma (e.g. a high school diploma or GED, a Bachelor's degree or a Master's degree) issued in a country other than the United States, and will provide a copy of my foreign diploma evaluation within 30 days of the date my employment began with Southwest Key. I understand that failure to provide my foreign diploma equivalency within 30 days of the date my of hire with Southwest Key may result in disciplinary action up to and including termination of employment

My signature below acknowledges that I have received and understand the contents of this document.

Signature: [signature] Date: 1-3-18

Printed Name: Roberto D Nava



southwest key
programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-127E | Safety Precautions Related to Voluntary Use of Respirators (including Dust Masks) - English | 1.0 | 06/15/2016 | 1 of 1 |

## Safety Precautions Related to Voluntary Use of Respirators (including Dust Masks)

Por favor, póngase en contacto con el Director del Programa si usted prefiere recibir este documento en Español.

Respirators, including dust masks, are an effective method of protection against designated hazards when properly selected and worn. Respirator use is encouraged, even when exposures are below the exposure limit, to provide an additional level of comfort and protection for workers. However, if a respirator is used improperly or not kept clean, the respirator itself can become a hazard to the worker.

Sometimes, workers may wear respirators to avoid exposures to hazards, even if the amount of hazardous substance does not exceed the limits set by OSHA standards. If Southwest Key provides respirators for voluntary use, or if you provide your own respirator, you need to take the following precautions to be sure that the respirator itself does not present a hazard.

1. Read and heed all instructions provided by the manufacturer on use, maintenance, cleaning and care, and warnings regarding the respirators limitations.
2. Choose respirators certified for use to protect against the contaminant of concern. NIOSH, the National Institute of Occupational Safety and Health of the U.S. Department of Health and Human Services, certifies respirators. A label or statement of certification should appear on the respirator or respirator packaging. It will tell you what the respirator is designed for and how much it will protect you.
3. Do not wear your respirator into atmospheres containing contaminants for which your respirator is not designed to protect against. For example, a respirator designed to filter dust particles will not protect against gases, vapors, or very small solid particles of fumes or smoke.
4. Keep track of your respirator so that you do not mistakenly use someone else's respirator.

By signing below, I acknowledge that:

1. Southwest Key has provided me with information concerning precautions to take when voluntarily using respirators, including a dust mask.
2. I understand that I am not required to wear a dusk mask while employed at Southwest Key, but dust masks are available and accessible to all employees who choose to use them.

Roberto Nava
Printed Employee Name

[signature]
Signature

3-19-18
Date



| Document #: RD-100100-138 | Document Title: Tobacco Free Workplace Policy | Rev: 1.0 | Date: 09/14/2016 | Page: 1 of 2 |
|---|---|---|---|---|

# TOBACCO-FREE WORKPLACE

It has long been Southwest Key's goal to provide healthful environments for its employees. We strive to provide a broad array of benefits to encourage healthy lifestyles and remain aware of the impressions we make on the youth we serve and of the necessity to model positive behaviors for the kids in our care. Southwest Key Programs has therefore adopted a tobacco-free policy in order to provide a clean, healthy, productive and safe environment for all.

Smoking and tobacco use of any kind is prohibited at all Southwest Key locations, in all vehicles owned or leased by Southwest Key, and at all Southwest Key-sponsored events, regardless of location. Tobacco products include, but are not limited to, cigarettes, cigars, pipe tobacco, chewing tobacco, e-cigarettes, vaporizers, and snuff.

Employees who choose to use tobacco products must do so on their regularly scheduled breaks or meal periods and off company property. Additionally, Southwest Key employees shall not permit clients, consultants, vendors, contractors, partners, or others to use tobacco products while at a Southwest Key locations, in a vehicle owned or leased by Southwest Key, or at a Southwest Key-sponsored event, regardless of location, and must immediately report any such occurrence to their supervisor or Program Director.

As part of our responsiveness in supporting a healthy environment, Southwest Key offers a Tobacco Cessation Program to provide employees, or anyone in their household, the option of being tobacco free. Please contact human resources for more information.



southwest key
programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-138 | Tobacco Free Workplace Policy | 1.0 | 09/14/2016 | 2 of 2 |

# ELECTING A MEDICAL PLAN

If an employee does not enroll or waive the medical plan via the online enrollment system before their deadline and is non responsive to attempts to reach them, they are automatically **waiving** all of their benefits including the medical plan. The employee will not be able to obtain any employer sponsored medical coverage until open enrollment. Southwest Key has an open enrollment period every July, which provides an effective date of September 1st for benefits.

All employees will be eligible to receive a healthy lifestyle reward of $25.00 that will go towards their semi-monthly premium by participating in a Biometric Screening and Health Risk Assessment.

**CURRENT PROCEDURE TO CONTACT ELIGIBLE EMPLOYEES**

Our benefits team in the Human Resources Department will make all possible efforts to contact employees who are eligible for benefits during their eligibility period. If after these attempts the employee is non-responsive then they will voluntarily waive their benefits. The following details the steps that are taken:

Contact #1: Greenshades, our current benefits software will send an automatic benefits email alert to all full time employees within a month and a half of employment.

Contact #2: An individual email is sent to eligible employees during their 60-days of employment. The email contains enrollment instructions, deadline and a benefits booklet.

**Contact #3:** An email is also sent to the Executive Assistants and Program Directors for each program with a list of employees in their program who are eligible for benefits, and enrollment instructions.

**Contact #4:** All employees who have not enrolled or waived benefits will be contacted via phone. If a personal phone number is not available or correct, the employee will be emailed, as will program administration, with a deadline reminder.

**Contact #5:** **FINAL ATTEMPT** - An email will be sent to the Executive Assistants and Program Directors with a list of employees in their program who have not taken any action and request that the employee contact the benefits team for assistance if needed. If the employee does not take action they will voluntarily waive their benefits and may not be eligible for benefits until the next open enrollment period or in the event of a life changing event that meets the criteria as per our insurance provider.

** Please note if the employee does not have a Southwest Key email account all contact attempts will be made by phone. Additionally information in emails are provided in English and Spanish.*



| Document #: RD-100100-139 | Document Title: Client Medical Information Privacy Manual Acknowledgement | Rev: 1.0 | Date: 09/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Client Medical Information Privacy Manual Acknowledgement

Southwest Key's Client Medical Information Privacy Manual ("Manual") describes Southwest Key's policies and procedures related to client medical information. This is to acknowledge that I have received access to Southwest Key's Client Medical Information Privacy Manual. I have been advised that the Manual may be found in hard copy form at my program as well as electronically on SharePoint. I understand and agree that it is my responsibility to read and familiarize myself with the contents of the manual and to abide by the rules, policies, procedures, and standards outlined in it.

I agree that as an employee of Southwest Key Programs any violation of the policies within the Manual shall subject me to disciplinary action, up to and including termination of my employment with Southwest Key Programs.

Employee Name: Roberto D Mou Employee Signature: [signature] Date: 1-3-18



| Document #: RD-100100-134 | Document Title: Acknowledgement of the Discrimination, Harassment, and Retaliation Prevention Policy | Rev: 1.0 | Date: 03/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Acknowledgement of the Discrimination, Harassment, and Retaliation Prevention Policy

By my signature below, I affirm that I have received a copy of Southwest Key's Discrimination, Harassment, and Retaliation Policy, understand its contents, and agree to adhere to the requirements of the policy.

Employee's/Volunteer's Name: Roberto D Nava

Program Number/Location: 951

Signature: [signature] Date: 1-3-18



southwest key
programs

| Document #: RD-100100-143 | Document Title: Hepatitis B Vaccination Acceptance/Declination Form | Rev: 1.0 | Date: 04/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Hepatitis B Vaccination Acceptance/Declination Form

I understand that due to my occupational exposure to blood or other potentially infectious bodily fluids, I may be at risk of acquiring Hepatitis B virus infection. I have been given the opportunity to be vaccinated with Hepatitis B vaccine, at no charge to myself. I understand that vaccination is encouraged unless I have already been vaccinated, I am immune, or medical evaluation shows that vaccination is contraindicated.

I understand that I must indicate below that I accept the opportunity to be vaccinated with the Hepatitis B vaccine, at no charge to myself, and contact my supervisor for more information about where to get vaccinated. If I do not clearly indicate acceptance below or if I do not contact my supervisor about where to get vaccinated, I may not receive the Hepatitis B vaccination, which would otherwise be provided to me at no cost. I understand that if I do not receive this vaccine, I continue to be at risk of acquiring Hepatitis B, a serious disease. I further understand that if, in the future, I continue to have occupational exposure to blood or other potentially infectious materials and I want to be vaccinated with Hepatitis B vaccine, I can receive the vaccination series at no charge to me, upon request.[1]

| | |
|---|---|
| ☒ | I hereby accept the opportunity to be vaccinated with the Hepatitis B vaccine, at no charge to myself. I will contact my supervisor to get more information on where to get vaccinated. |
| ☐ | I hereby decline the Hepatitis B vaccination, which would otherwise be provided to me at no cost. I understand that if I decline this vaccine, I continue to be at risk of acquiring Hepatitis B, a serious disease. I further understand that if, in the future, I continue to have occupational exposure to blood or other potentially infectious materials and I want to be vaccinated with Hepatitis B vaccine, I can receive the vaccination series at no charge to me, upon request. |

Roberto D. Nava
Employee's Printed Name

951
Program Number

[signature]
Employee Signature

1-3-18
Date

[1] Please note that your program may require you to receive the Hepatitis B vaccination. If you are required to receive the Hepatitis B vaccination by your program, it will be provided to you at no cost.

# NOTICE TO EMPLOYEE

***Labor Code section 2810.5***

## EMPLOYEE

Employee Name: Roberto Nava Diaz

Start Date: 01/02/2017

## EMPLOYER

Legal Name of Hiring Employer: Southwest Key Programs

Is hiring employer a staffing agency/business (e.g., Temporary Services Agency; Employee Leasing Company; or Professional Employer Organization [PEO])? ☐ Yes ☑ No

Other Names Hiring Employer is "doing business as" (if applicable):
not applicable

Physical Address of Hiring Employer's Main Office:
6002 Jain Lane, Austin, Texas 78721

Hiring Employer's Mailing Address (if different than above):
6002 Jain Lane, Austin, Texas 78721

Hiring Employer's Telephone Number: 512-462-2181

If the hiring employer is a staffing agency/business (above box checked "Yes"), the following is the other entity for whom this employee will perform work:

Name: not applicable

Physical Address of Main Office: not applicable

Mailing Address: not applicable

Telephone Number: not applicable

## WAGE INFORMATION

Rate(s) of Pay: $17.99 Overtime Rate(s) of Pay: 1&1/2 x reg rate of pay or twice rate of pay

Rate by (check box): ☑ Hour ☐ Shift ☐ Day ☐ Week ☐ Salary ☐ Piece rate ☐ Commission

☐ Other (provide specifics): none

Does a written agreement exist providing the rate(s) of pay? (check box) ☐ Yes ☑ No

If yes, are all rate(s) of pay and bases thereof contained in that written agreement? ☐ Yes ☑ No

Allowances, if any, claimed as part of minimum wage (including meal or lodging allowances):
not applicable

(If the employee has signed the acknowledgment of receipt below, it does not constitute a "voluntary written agreement" as required under the law between the employer and employee in order to credit any meals or lodging against the minimum wage. Any such voluntary written agreement must be evidenced by a separate document.)

Regular Payday: 1st and 16th - monthly

## WORKERS' COMPENSATION

Insurance Carrier's Name: Hartford Accident and Indemnity Company - The Hartford
Address: One Hartford Plaza, Harford, CT 06155
Telephone Number: 1-800-327-3637
Policy No.: 65WNS39000
☐ Self-Insured (Labor Code 3700) and Certificate Number for Consent to Self-Insure: not applicable

## PAID SICK LEAVE

Unless exempt, the employee identified on this notice is entitled to minimum requirements for paid sick leave under state law which provides that an employee:

a. May accrue paid sick leave and may request and use up to 3 days or 24 hours of accrued paid sick leave per year;
b. May not be terminated or retaliated against for using or requesting the use of accrued paid sick leave; and
c. Has the right to file a complaint against an employer who retaliates or discriminates against an employee for
   1. requesting or using accrued sick days;
   2. attempting to exercise the right to use accrued paid sick days;
   3. filing a complaint or alleging a violation of Article 1.5 section 245 et seq. of the California Labor Code;
   4. cooperating in an investigation or prosecution of an alleged violation of this Article or opposing any policy or practice or act that is prohibited by Article 1.5 section 245 et seq. of the California Labor Code.

The following applies to the employee identified on this notice: *(Check one box)*

☑ 1. Accrues paid sick leave only pursuant to the minimum requirements stated in Labor Code §245 et seq. with no other employer policy providing additional or different terms for accrual and use of paid sick leave.
☐ 2. Accrues paid sick leave pursuant to the employer's policy which satisfies or exceeds the accrual, carryover, and use requirements of Labor Code §246.
☐ 3. Employer provides no less than 24 hours (or 3 days) of paid sick leave at the beginning of each 12-month period.
☐ 4. The employee is exempt from paid sick leave protection by Labor Code §245.5. (State exemption and specific subsection for exemption): not applicable

## ACKNOWLEDGEMENT OF RECEIPT

*(Optional)*

| | |
|---|---|
| Linda Mendez, Program Director | |
| (PRINT NAME of Employer representative) | (PRINT NAME of Employee) |
| [signature] | Roberto Nava |
| (SIGNATURE of Employer Representative) | (SIGNATURE of Employee) [signature] |
| 1/10/2018 | 01-16-18 |
| (Date) | (Date) |

The employee's signature on this notice merely constitutes acknowledgement of receipt.

Labor Code section 2810.5(b) requires that the employer notify you in writing of any changes to the information set forth in this Notice within seven calendar days after the time of the changes, unless one of the following applies: (a) All changes are reflected on a timely wage statement furnished in accordance with Labor Code section 226; (b) Notice of all changes is provided in another writing required by law within seven days of the changes.

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
COMMUNITY CARE LICENSING DIVISION

# CRIMINAL BACKGROUND CLEARANCE TRANSFER REQUEST

Active criminal record clearances may be transferred from one state licensed facility to another by a license applicant or licensee. **The transfer request must be submitted to the Department before the individual who is the subject of the transfer has client contact or the facility will be in violation of the the law and subject to a $100 civil penalty.**

The license applicant or licensee who is seeking the transfer must verify the individual's identity and include a copy of the person's driver's license or a valid photo identification issued by the California Department of Motor Vehicles or by another state or the United States government if the person is not a California resident. Additionally, a Child Abuse Central Index (CACI) check must be submitted if the transfer is to a facility serving children and the individual has not previously submitted a CACI check or the date of the previous CACI inquiry was made prior to January 1, 1999. The CACI must be mailed directly to the Department of Justice with the applicable fee. *Note: This transfer request is for clearances only. Contact your licensing office for information about exemption transfers.*

This form may only be used to request a clearance transfer between state licensed facilities. To request a transfer between county and state licensed facilities, the requesting Licensing Agency must contact their county liaison.

**PLEASE TYPE OR PRINT LEGIBLY** — DATE: 01/02/2018

**PLEASE TRANSFER THE CRIMINAL RECORD CLEARANCE FOR THE FOLLOWING INDIVIDUAL:**

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| Nava Diaz | Roberto | |

| CA DRIVER'S LICENSE #/OR ID #: | DOB: |
|---|---|
| [redacted] | 12/21/1994 |
| LICENSING INFORMATION SYSTEM ID#: | SSN: (OPTIONAL) |
| | |

**FROM THE FOLLOWING FACILITY:**

| NAME OF FACILITY: | FACILITY NUMBER: |
|---|---|
| Southwest Key Programs | 374-603-915 |

STREET ADDRESS: 1160 Broadway

| CITY | STATE | ZIP CODE: |
|---|---|---|
| El Cajon | CA | 92021 |

**TO THE FOLLOWING FACILITY:** ☑ **PLEASE ALSO KEEP THIS INDIVIDUAL ASSOCIATED WITH ABOVE FACILITY.**

NAME OF FACILITY: Southwest Key Programs

| FACILITY NUMBER: | DATE OF EMPLOYMENT: |
|---|---|
| 374-601-427 | 01/02/2018 |

STREET ADDRESS: 2205 El Prado Ave

| CITY | STATE | ZIP CODE: |
|---|---|---|
| Lemon Grove | CA | 91945 |

**Transferee Association Type**

- ☐ Facility Administrator
- ☐ Corporation Board Member
- ☒ Employee
- ☐ Certified Home
- ☐ Licensee/Applicant
- ☐ Non-client Adult Resident
- ☐ Partnership Member
- ☐ Spouse of Licensee

***I certify I have verified the above individual's identity and have enclosed a copy of the individual's photo I.D.***

Signature [signature]

Title *(licensee, administrator, director)*: Program Director

**FOR DISTRICT OFFICE USE ONLY**

| DATE OF TRANSFER ENTRY: | INITIAL OF PERSON ENTERING TRANSFER: |
|---|---|
| | |

LIC 9182 (12/07)

**FILE IN NEWLY ASSOCIATED FACILITY FILE**

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGE

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
COMMUNITY CARE LICENSING DIVISION

# CRIMINAL BACKGROUND CLEARANCE TRANSFER REQUEST

Active criminal record clearances may be transferred from one state licensed facility to another by a license applicant or licensee. **The transfer request must be submitted to the Department before the individual who is the subject of the ransfer has client contact or the facility will be in violation of the the law and subject to a $100 civil penalty.**

The license applicant or licensee who is seeking the transfer must verify the individual's identity and include a copy of the person's driver's license or a valid photo identification issued by the California Department of Motor Vehicles or by another state or the United States government if the person is not a California resident. Additionally, a Child Abuse Central Index (CACI) check must be submitted if the transfer is to a facility serving children and the individual has not previously submitted a CACI check or the date of the previous CACI inquiry was made prior to January 1, 1999. The CACI must be mailed directly to the Department of Justice with the applicable fee. *Note: This transfer request is for clearances only. Contact your licensing office for information about exemption transfers.*

This form may only be used to request a clearance transfer between state licensed facilities. To request a transfer between county and state licensed facilities, the requesting Licensing Agency must contact their county liaison.

**PLEASE TYPE OR PRINT LEGIBLY** — DATE: 01/02/2018

**PLEASE TRANSFER THE CRIMINAL RECORD CLEARANCE FOR THE FOLLOWING INDIVIDUAL:**

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| Nava Diaz | Roberto | D |

| CA DRIVER'S LICENSE #/OR ID #: | DOB: |
|---|---|
| F5358154 | 12/21/1994 |
| LICENSING INFORMATION SYSTEM ID#: | SSN: (OPTIONAL) |
| | |

**FROM THE FOLLOWING FACILITY:**

| NAME OF FACILITY: | FACILITY NUMBER: |
|---|---|
| Southwest Key Programs | 374-601-427 |

STREET ADDRESS: 2205 El Prado Ave

| CITY | STATE | ZIP CODE: |
|---|---|---|
| Lemon Grove | CA | 91945 |

**TO THE FOLLOWING FACILITY:** ☑ **PLEASE ALSO KEEP THIS INDIVIDUAL ASSOCIATED WITH ABOVE FACILITY.**

NAME OF FACILITY: Southwest Key Programs

| FACILITY NUMBER: | DATE OF EMPLOYMENT: |
|---|---|
| 374-600-598 | 01/02/2018 |

STREET ADDRESS: 9780 Dunbar Lane

| CITY | STATE | ZIP CODE: |
|---|---|---|
| El Cajon | CA | 92021 |

**Transferee Association Type**

- ☐ Facility Administrator
- ☐ Corporation Board Member
- ☒ Employee
- ☐ Certified Home
- ☐ Licensee/Applicant
- ☐ Non-client Adult Resident
- ☐ Partnership Member
- ☐ Spouse of Licensee

***I certify I have verified the above individual's identity and have enclosed a copy of the individual's photo I.D.***

Signature [signature]

Title *(licensee, administrator, director)*: Program Director

**FOR DISTRICT OFFICE USE ONLY**

| DATE OF TRANSFER ENTRY: | INITIAL OF PERSON ENTERING TRANSFER |
|---|---|
| | |

**FILE IN NEWLY ASSOCIATED FACILITY FILE**

STATE OF CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# NOTICE

## EMPLOYEE RIGHTS

### Instructions:

This form is intended to meet the requirements of Health and Safety Code Sections 1596.881 and 1596.882 which require that employees be informed of their rights, at the time of employment, to filing complaints against their employer for violating any licensing law or regulation. The child care facility licensee is required to give the employee this form, to have the employee complete and detach the bottom of the form, and to maintain the signed acknowledgement of receipt of the form in the employee's file.

No employer shall discharge, demote, suspend or threaten to discharge, demote or suspend, or in any manner discriminate against any employee for taking any of the following actions:

1. Making an oral or written complaint against the employer to the California Department of Social Services or other agency having statutory responsibility for enforcement of the law or to the employer or representative of the employer for the violation of any licensing law or other laws (including but not limited to laws relating to child abuse, staff-child ratios, etc.).
2. Instituting or causing to be instituted any proceeding against the employer regarding the violation of any licensing law or other laws.
3. Is, or will be, a witness or testifier in a proceeding regarding the violation of any licensing law or other law.
4. Refusing to perform work that is in violation of a licensing law or regulation after notifying the employer of the violation.

Pursuant to Health and Safety Code Section 1596.882, an employee alleging the violation by the employer of any action described above shall do the following:

1. Present the employer with a claim alleging violation of the employee's rights within 45 days after the discharge, demotion, suspension or threat thereof or for discriminating against the employee for taking such action.
2. File a claim with the Division of Labor Standards Enforcement no later than 90 days after the employer takes any of the above described actions against the employee.

Upon receipt of the employee's complaint, the Division of Labor Standards Enforcement shall do whatever investigation it deems appropriate to resolve the complaint. If it is determined that the employer has violated the employee's rights, the Division of Labor Standards Enforcement shall take action against the employer in any appropriate court. The court shall have jurisdiction of any action taken as well as to issue restraining orders and any other appropriate relief, including rehiring and reinstatements of the employee to his or her former position with backpay and benefits.

Within 30 days of receipt of a complaint from an employee as outlined above, the Division of Labor Standards Enforcement shall review the facts of the complaint and set either a hearing date or notify the employee and the employer of its decision. Where necessary, the Division of Labor Standards Enforcement shall begin the appropriate court action to enforce the decision.

Except for any grievance procedure or arbitration or hearing that is available to the employee pursuant to a collective bargaining agreement, Section 1596.882 is the exclusive means for presenting claims.

To file a claim with the Division of Labor Standards Enforcement, check the white pages of the local telephone directory under State Government Offices, California State of, Industrial relations Department, Labor Standards Enforcement-Working Conditions, for the local telephone number and address of the nearest office, or contact the headquarters office at P.O. Box 603, San Francisco, CA 94101, telephone (415) 703-4810.

(Detach Here)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(This form is to be retained in the employee's file)

**EMPLOYEE RIGHTS**

This is to acknowledge that I Roberto D. Nava (PLEASE PRINT NAME OF EMPLOYEE) have received a copy of "EMPLOYEE RIGHTS" from my employer Southwest Key Programs (PLEASE PRINT NAME OF EMPLOYER), who is the licensee or authorized representative of SOUTHWEST KEY PROGRAMS (PLEASE PRINT NAME OF FACILITY)

[signature] (SIGNATURE OF EMPLOYEE)

1-3-18 (DATE)

LIC 9052 (3/03)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
COMMUNITY CARE LICENSING DIVISION

# CRIMINAL RECORD STATEMENT

*State law requires that persons associated with licensed facilities be fingerprinted and disclose any conviction. A conviction is any plea of guilty or nolo contendere (no contest) or a verdict of guilty. The fingerprints will be used to obtain a copy of any criminal history you may have.*

---

**Have you ever been convicted of a crime in California ? . . . . . . . . . . . . . . . . .** ☐ **YES** ☒ **NO**

*You need not disclose any marijuana-related offenses covered by the marijuana reform legislation codified at Health and Safety Code sections 11361.5 and 11361.7.*

**Have you ever been convicted of a crime from another state, federal court, military or jurisdiction outside of U.S.? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .** ☐ **YES** ☒ **NO**

Criminal convictions from another State or Federal court are considered the same as criminal convictions in California.

If you answer YES, give details on the back of this page indicating the nature and circumstances of each crime and the date and the location in which each crime occurred.

You must disclose convictions, including reckless and drunk driving convictions even if:

1. It happened a long time ago;
2. It was only a misdemeanor;
3. You didn't have to go to court (your attorney went for you);
4. You had no jail time or the sentence was only a fine or probation;
5. You received a certificate of rehabilitation;
6. The conviction was later dismissed, set aside or the sentence was suspended.

**NOTE:** IF THE CRIMINAL BACKGROUND CHECK REVEALS ANY CONVICTION(S) THAT YOU DID NOT DISCLOSE ON THIS FORM, YOUR FAILURE TO DISCLOSE THE CONVICTION(S) WILL RESULT IN AN EXEMPTION DENIAL, LICENSE APPLICATION DENIAL, LICENSE REVOCATION, OR EXCLUSION FROM A LICENSED FACILITY.

**I declare under penalty of perjury under the laws of the State of California that I have read and understand the information contained in this affidavit and that my responses and any accompanying attachments are true and correct.**

| FACILITY NAME | | FACILITY NUMBER | |
|---|---|---|---|
| SOUTHWEST KEY PROGRAM | | 374600598 | |
| YOUR NAME *(PRINT CLEARLY)* Roberto D Nava | YOUR ADDRESS 332 Broadway Spc- J9 | CITY Chula Vista | ZIP 91910 |
| SOCIAL SECURITY NUMBER *(SEE PRIVACY STATEMENT ON REVERSE SIDE)* [redacted] | DATE OF BIRTH 12-21-1994 | DMV LICENSE NUMBER [redacted] | |
| SIGNATURE [signature] | | DATE 1-3-18 | |

LIC 508 (3/11) REQUIRED FORM - NO CHANGE PERMITTED

SWK000285

## WHERE TO CALL IN AND SEND THE WRITTEN ABUSE REPORT

Reports of suspected child abuse or neglect must be made to any police department or sheriff's department (not including a school district police or security department), county probation department, if designated by the county to receive mandated reports, or the county welfare department. [PC § 11165.9] The written report must include the information described in Penal Code section 11167(a) and may be submitted on form SS 8572.

## IMMUNITY AND CONFIDENTIALITY OF REPORTER AND OF ABUSE REPORTS

Persons legally mandated to report suspected child abuse have immunity from criminal or civil liability for reporting as required or authorized by law. [PC § 11172(a)] The identity of a mandated reporter is confidential and disclosed only among agencies receiving or investigating reports, and other designated agencies. [PC § 11167(d)(1)] Reports are confidential and may be disclosed only to specified persons and agencies. Any violation of confidentiality is a misdemeanor punishable by imprisonment, fine, or both. [PC § 11167.5(a)-(b)]

## PENALTY FOR FAILURE TO REPORT ABUSE

A mandated reporter who fails to make a required report is guilty of a **misdemeanor** punishable by up to six months in jail, a fine of $1000, or both. [PC § 11166(b)]

## COPY OF THE LAW

Prior to my employment in a licensed community care or child day care facility, or child care institution, my employer provided me with a copy of Penal Code sections 11165.7, 11166, and 11167. [PC § 11166.5(a)]

## ACKNOWLEDGMENT OF RESPONSIBLITY

I, Roberto D Nava, have knowledge of my responsibility to report known or suspected child abuse in compliance with Penal Code section 11166. [PC § 11166.5(a)]

| SIGNATURE | DATE |
|---|---|
| [signature] | 1-3-18 |



| Document #: RD-100100-169 | Document Title: California Unaccompanied Minor Shelter Mandatory On-Duty Meal Period Acknowledgment For Youth Care Workers and Teachers | Rev: 1.0 | Date: 03/01/2017 | Page: 1 of 1 |
|---|---|---|---|---|

# CALIFORNIA UNACCOMPANIED MINOR SHELTER MANDATORY ON-DUTY MEAL PERIOD ACKNOWLEDGMENT FOR YOUTH CARE WORKERS AND TEACHERS

I understand and acknowledge the following:

1. If I work five hours or more, I am entitled to an unpaid, duty-free meal period of at least 30 minutes.
2. I am a Teacher or Youth Care Worker.
3. As a Teacher or Youth Care Worker, I am directly responsible for the care of children under 18 years of age who receive 24-hour residential care. Consequently I may be required to work on-duty meal periods to meet regulatory or approved program standards.
4. My on-duty meal period is considered work time for which I will be paid at my applicable wage rate.
5. During my on-duty meal period, I may eat with the clients during their meals, and I will be provided the same meal at no cost.
6. Unless I am working the night shift, I may exercise my right to an unpaid, off-duty meal period upon 30 days' advance written notice to my supervisor for each instance an off-duty meal period is desired. I understand that I may not take an off-duty meal period more than once every two weeks.

**I have read, understand, and agree to this acknowledgement.**

Employee's Name: Roberto D Nava Last 4 SSN: xxx-xx- 0872

Signature: [signature] Date: 1-3-18



| Document #: RD-100100-101TW | Document Title: DISCLOSURE FOR BACKGROUND CHECK | Rev: 1.0 | Date: 06/09/2016 | Page: 2 of 17 |
|---|---|---|---|---|

**AUTHORIZATION**

I have carefully read and understand the separate background check disclosure document and the below authorization form. I have received a copy of the "Summary of Your Rights Under the Fair Credit Reporting Act" and any applicable state or local notices of rights provided with these documents. I have had the opportunity to review my rights. By my signature below, I consent to the preparation of background reports by TalentWise, and to the release of such reports to the Company and its designated representatives for the purpose of assisting the Company in making a determination as to my eligibility for employment, promotion, retention, contract assignment or for other lawful purposes.

I understand that, to the extent allowed by law, information contained in my job application or otherwise disclosed to the Company by me before or during my employment or contract assignment, if any, may be utilized for the purpose of obtaining such consumer reports and/or investigative consumer reports about me. I understand that nothing herein shall be construed as an offer of employment or contract for services.

I hereby authorize law enforcement agencies, learning institutions (including public and private schools and universities), information service bureaus, credit bureaus, record/data repositories, courts (federal/state/local), motor vehicle record agencies, my past or present employers, the military, and other individuals or sources to furnish any and all information on me that is requested by the consumer reporting agency.

By my signature (including electronic) below, I certify the information provided on and in connection with this form is true, accurate, and complete. I agree that this form in original, faxed, photocopied or electronic form will be valid for any background reports that may be requested by or on behalf of the Company.

**First Name:** Roberto

**Full Middle Name:** Daniel

**Last Name:** Nava

**Social Security Number:** [redacted]

**Date of Birth** 12/21/1994

**Signature:** [signature] **Date:** 12/16/17

☐ **CALIFORNIA, MASSACHUSETTS, MINNESOTA, NEW JERSEY, and OKLAHOMA** applicants or residents: You have a right to request a free copy of your report. Please check here if you would like Southwest Key Programs to provide you with a copy of your report.



| Document #: RD-100100-109 | Document Title: Insurance Information and Application Process Acknowledgement | Rev: 1.0 | Date: 06/01/2017 | Page: 1 of 1 |
|---|---|---|---|---|

# Insurance Information and Application Process Acknowledgement

**Eligibility requirements.** Southwest Key Programs, Inc. ("SWK") provides insurance benefits for all regular full-time employees (working 30 or more hours per week). Employees whose usual work schedule is less than forty (40) hours per week on a consecutive weekly basis are considered part-time employees, and are not eligible for SWK employee benefits.

Upon the first of the month following completion of sixty (60) consecutive days of employment, all regular full-time employees (working 30 or more hours per week) are eligible to participate in SWK's Medical, Dental, Flex Spending Accounts, Short-Term Disability, Long-Term Disability, and Life Insurance programs. Employee's dependents may be eligible to elect medical, dental, and vision insurance. Please confirm that you have received information concerning these plans by marking the appropriate boxes below:

☐ Southwest Key's Benefit Booklet that includes:

| | |
|---|---|
| Medical Insurance information | Short-Term Disability Insurance information |
| Dental Insurance information | Long-Term Disability Insurance information |
| Flex Spending Account information | Life Insurance Information |
| Vision Insurance information | Voluntary Products |

**Enrollment Process.** Please review the information provided regarding each of these benefits. To ensure that you are enrolled in the plan upon your effective date, or to waive coverage, unless otherwise noted, you are required to enroll through Green Shades, our online enrollment system. This must be completed by the designated deadline. The enrollment schedule is as follows:

**Enrollment calendar and deadlines**

| Full-Time Hire Dates | Enrollment Deadline Dates | Effective Date for Coverage |
|---|---|---|
| 6/1/2017 to 6/30/2017 | 8/15/2017 | 9/1/2017 |
| 7/1/2017 to 7/31/2017 | 9/15/2017 | 10/1/2017 |
| 8/1/2017 to 8/31/2017 | 10/15/2017 | 11/1/2017 |
| 9/1/2017 to 9/30/2017 | 11/15/2017 | 12/1/2017 |
| 10/1/2017 to 10/31/2017 | 12/15/2017 | 1/1/2018 |
| 11/1/2017 to 11/30/2017 | 1/15/2018 | 2/1/2018 |
| 12/1/2017 to 12/31/2017 | 2/15/2018 | 3/1/2018 |
| 1/1/2018 to 1/31/2018 | 3/15/2018 | 4/1/2018 |
| 2/1/2018 to 2/28/2018 | 4/15/2018 | 5/1/2018 |
| 3/1/2018 to 3/31/2018 | 5/15/2018 | 6/1/2018 |
| 4/1/2018 to 4/30/2018 | 6/15/2018 | 7/1/2018 |
| 5/1/2018 to 5/31/2018 | 7/15/2018 | 8/1/2018 |

If you have questions concerning your benefits, or you are unable to access online enrollment system during your designated period, you must contact SWK's Human Resources Department at (512) 462-2181 If an employee does not enroll or waive the medical plan via the online enrollment system before their deadline and is non responsive to attempts to reach them, they are automatically **waiving** all of their benefits including the medical plan. The employee will not be able to obtain any employer sponsored medical coverage until open enrollment. Southwest Key has an open enrollment period every July, which provides an effective date of September 1st for benefits.

By your signature below, you agree that you have read through this document, have received the documents stated herein, and understand that you have a duty to apply for certain SWK benefits, or waive as provided above.

Employee Name Roberto D[illegible] Employee Signature: [signature] Date: 1-3-18

SOUTHWEST KEY PROGRAMS, INC.



southwest key
programs

| Document #: RD-100100-158 | Document Title: Falsification of Client Documents | Rev: 1.0 | Date: 06/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Falsification of Client Documents

Through its agreement with the funding source, Southwest Key Programs, Inc. ("SWK") is required to maintain accurate documentation for all clients we serve.

As an employee of SWK, I recognize and acknowledge that I am responsible for truthfully and accurately documenting the services I provide on behalf of SWK's clients.

I understand and agree that if I falsify any documents related to the work I perform while employed with SWK, I will be subject to disciplinary action up to and including termination of employment.

Examples of falsifying documents include, but are not limited to, the following:

- Requesting that a client, parent, guardian or school administrator sign for tracks or other visits that have not been completed or did not occur.
- Altering track contact logs to communicate information that is untrue regarding times, locations or other matters.
- Submitting tracking time or any other time worked that is false.
- Allowing or asking a youth to sign the log sheet more than once per visit.
- Misrepresenting youth in a narrative.
- Forgery of client signatures on accountability logs.
- Documenting services which have not been provided.

My signature below acknowledges that I have received and understand the contents of this document.

Roberto D Nava
Employee Name

[signature]
Employee Signature

1-3-18
Date



| Document #: RD-100100-168 | Document Title: Release and Disclosure Authorization | Rev: 1.0 | Date: 07/18/2017 | Page: 1 of 1 |
|---|---|---|---|---|

## RELEASE AND DISCLOSURE AUTHORIZATION

In connection with my application for employment and/or my employment with Southwest Key Programs, Inc. ("Southwest Key"), I understand that Southwest Key must make its best efforts to contact all of my prior employers that are covered care provider facilities to obtain information relating to any substantiated allegations of sexual abuse or sexual assault or any resignation during a pending investigation of alleged sexual abuse or sexual assault ("Relevant Information"). To the extent permitted by law, I authorize Southwest Key and its representatives to contact my prior applicable employers for the purpose of obtaining Relevant Information, and I authorize those prior employers to provide any Relevant Information requested to Southwest Key.

In addition, if hired, I authorize Southwest Key to provide Relevant Information that occurs while I was employed with Southwest Key to any requesting prospective employers or covered care provider facility or institutional employer, and I release Southwest Key from any liability, damages, causes of action, complaints, or charges for providing such Relevant Information. I understand that my authorization and release will remain valid and enforceable even after the end of my employment with Southwest Key.

Further, while my application for employment is under consideration and during my employment, if hired, I understand and agree to a continuing, affirmative duty, to disclose to Southwest Key, in writing, whenever an allegation is made that I have committed any of the following acts, whether on or off duty ("Misconduct"):

- Sexual abuse in a prison, jail, holding facility, community confinement facility, juvenile facility other institution (as defined by federal law), or care provider facility; or
- Any convictions or any civil or administrative adjudication for engaging or attempting to engage in sexual activity facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse.

If I am hired by Southwest Key, nothing in this document changes the at-will nature of the employment relationship. Either Southwest Key or I can terminate the employment relationship at any time, for any reason.

**By my signature below, I agree and authorize Southwest Key to provide, request, and/or receive any Relevant Information to or from any covered care provider facility as described above. Additionally, I understand that if hired by Southwest Key, I have a continuing, affirmative duty to disclose any Misconduct that occurs or is alleged to occur during my employment, and that I have read this document and agree to it.**

| Roberto D. Nava | [signature] | 1-3-18 |
|---|---|---|
| **Printed Name** | **Signature** | **Date** |



southwest key
programs

| Document #: RD-100100-116 | Document Title: Texas Reporting Policy on Child Abuse and Neglect | Rev: 1.0 | Date: 06/14/2016 | Page: 1 of 1 |
|---|---|---|---|---|

**California**

**Reporting Policy on Child Abuse and Neglect**

Southwest Key Programs does not condone or tolerate physical or emotional abuse or neglect of clients.

Further, and in accordance with the Southwest Key Programs' guidelines and state law, employees have a responsibility to report any incident of suspected or actual child abuse or neglect to Southwest Key Programs as well as an appropriate state agency or local law enforcement agency. In the event that you witness or have any reason to suspect that a child in our care is a victim of abuse or neglect, please immediately forward a written incident report directly to your Program Director. Please note that state law also requires that you immediately make a report to a specifically designated local or state agency.

---

I have received a copy of the following documents, and I understand my responsibilities as outlined therein:

1. *Recognizing Child Abuse and Neglect: Signs and Symptoms*; and
2. *When You Suspect Abuse or Neglect.*

Roberto D. Navea
Employee Name

[signature]
Employee Signature

1-3-18
Date

STATE OF CALIFORNIA—HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# STATEMENT ACKNOWLEDGING REQUIREMENT TO REPORT CHILD ABUSE

*TE: RETAIN IN EMPLOYEE/LICENSEE FILE*

NAME
Roberto D Nava

| POSITION | FACILITY NUMBER |
|---|---|
| YOUTH CARE WORKER | 374600598 |

California law REQUIRES certain persons to report known or suspected child abuse. As a licensee or an employee at a licensed facility or a child care institution, YOU are one of those persons - a "mandated reporter."

## PERSONS WHO ARE REQUIRED TO REPORT ABUSE

**Mandated reporters** include a licensee, an administrator, or an employee of a licensed community care or child day care facility. [Penal Code ("PC") § 11165.7(a)(10)] Mandated reporters also include an employee of a child care institution, including, but not limited to, foster parents, group home personnel, and personnel of residential care facilities. [PC § 11165.7(a)(14)] No supervisor or administrator may impede or inhibit an individual's reporting duties or subject the mandated reporter to any sanction for making the report. [PC § 11166(h)]

## WHEN REPORTING ABUSE IS REQUIRED

mandated reporter, who in his or her professional capacity, or within the scope of his or her employment, has knowledge of or observes a person under the age of 18 years whom he or she knows or reasonably suspects has been the victim of child abuse or neglect must report the suspected incident. The reporter must contact a designated agency immediately or as soon as practically possible by telephone, and shall prepare and send a written report within 36 hours of receiving the information concerning the incident. [PC § 11166(a)]

## ABUSE THAT MUST BE REPORTED

**Physical injury** inflicted by other than accidental means on a child. [PC § 11165.6]

**Sexual abuse** meaning sexual assault or sexual exploitation of a child. [PC § 11165.1]

**Neglect** meaning the negligent treatment, lack of treatment, or the maltreatment of a child by a person responsible for the child's welfare under circumstances indicating harm or threatened harm to the child's health or welfare. [PC § 11165.2]

**Willful harming or injuring or endangering a child** meaning a situation in which any person inflicts, or willfully causes or permits a child to suffer, unjustifiable physical pain or mental suffering, or causes or permits a child be placed in a situation in which the child or child's health is endangered. [PC § 11165.3]

**nlawful corporal punishment or injury** willfully inflicted upon a child and resulting in a traumatic condition. [PC § 11165.4]

**I. Instructions to Respondents:**

If you have been convicted of a crime in California, another state or in federal court, provide the following information:

*(You need not disclose any marijuana-related offenses covered by the marijuana reform legislation codified at Health and Safety Code sections 11361.5 and 11361.7.)*

What was the offense? N/A

In which state and city did you commit the offense? N/A

When did this occur? N/A

Tell us what happened. (Use additional sheets of paper if needed) N/A

I certify under penalty of perjury that the above information is true and correct to the best of my knowledge.

***Signature*** [signature] ***Date*** 1-3-18

**II. Instructions to Licensees:**

If the person discloses a criminal conviction, review the person's statement and discuss it with your Licensing Program Analyst (LPA). Maintain this form in your facility personnel file and send a copy to your LPA.

## PRIVACY STATEMENT

Pursuant to the Federal Privacy Act (P.L. 93-579) and the Information Practices Act of 1977 (Civil Code section 1798 et seq.), notice is given for the request of the Social Security Number (SSN) on this form. The California Department of Justice uses a person's SSN as an identifying number. The requested SSN is voluntary. Failure to provide the SSN may delay the processing of this form and the criminal record check.

In order to be licensed, work at, or be present at, a licensed facility, the law requires that you complete a criminal background check. (Health and Safety Code sections 1522, 1568.09, 1569.17 and 1596.871) The Department will create a file concerning your criminal background check that will contain certain documents, including information that you provide. You have the right to access certain records containing your personal information maintained by the Department (Civil Code section 1798 et seq.). Under the California Public Records Act, the Department may have to provide copies of some of the records in the file to members of the public who ask for them, including newspaper and television reporters.

NOTE: IMPORTANT INFORMATION

The Department is required to tell people who ask, including the press, if someone in a licensed facility has a criminal record exemption. The Department must also tell people who ask, the name of a licensed facility that has a licensee, employee, resident, or other person with a criminal record exemption.

If you have any questions about this form, please contact your local licensing regional office.



# CALIFORNIA SECOND MEAL PERIOD WAIVER

I understand and agree to the following:

- I am entitled to a second meal period of at least 30 minutes if I work a shift that is more than ten hours.
- I understand that I may not waive my second meal period on days that I do not take my first meal period and/or on days that I work more than 12 hours.
- Southwest Key and I agree to waive my right to the second meal period whenever: (1) I have taken my first meal period; and (2) my shift is less than 12 hours.
- This waiver is voluntary, and my employment is not contingent upon my agreement to this waiver.
- This waiver is effective upon execution and shall continue until revoked by Southwest Key or me.
- I may revoke this waiver upon written notice to my Program Director.

I have read, understand, and agree to this acknowledgement.

Employee's Name: Roberto Nava Employee ID: 104956

Signature: ______________________ Date: 6-13-18

Refuse

X

Rev. March 2017



| Document #: RD-100100-178 | Document Title: Performance and Behavior Agreement | Rev: 1.0 | Date: 08/29/18 | Page: 1 of 1 |
|---|---|---|---|---|

# Performance and Behavior Agreement

I understand that in order to reinforce a positive work environment I am expected to behave in a way that contributes to a positive environment and avoid the behaviors that will impact the work environment negatively. Conduct that is inappropriate or detrimental to client care, program operation, or that impedes harmonious interactions and relationships will not be tolerated.

I commit to do the following:

- Be respectful and polite in every interaction I have.
- Approach others in a friendly manner.
- Have a positive attitude and be cheerful.
- Do not speak negatively about anyone when they are not present.
- Do not engage in gossip or rumors.
- Respect other's privacy.
- Do not make negative or disparaging remarks about an employee's professional capabilities to other employees or clients.
- Praise my coworkers when I see that they have performed well or made a positive contribution.
- If I have a problem with a person, I will go directly to that person and discuss the issue. If I feel unable to go to the person directly, I will get assistance from a supervisor or follow the company grievance procedure.
- Do my best to avoid making assumptions.
- When I present a concern or problem, I will make a commitment to bring possible solutions.
- When reporting issues, incidents, and/or problems, I will be committed to only reporting the facts. I will exclude hearsay.
- Behave in a professional and ethical manner at all times.
- Openly admit my mistakes.
- Be a team player.
- Be a model citizen.

My signature below indicates my commitment in practicing the behaviors outlined in this document, as well as to assist and support my coworkers in behaving in a way that creates a positive impact.

I understand that by behaving in a negative way or not following the Performance and Behavior Agreement, my behavior hurts the overall program. I may also receive disciplinary actions up to and including suspension or termination of my employment from Southwest Key Programs if I do not follow this agreement.

Note: A Spanish speaking interpreter was offered to me to interpret this document. If I requested that an interpreter be present this was provided and I fully understand the above agreement.

Name(print): Roberto NAPA Signature: [signature]

Date: 9-19-18



southwest key
programs

# APPLICATION FOR EMPLOYMENT

Please provide complete and legible information. Attach additional pages, if necessary, and write "N/A" or "none" where appropriate. An incomplete application may affect your consideration for employment.

Southwest Key Programs, Inc. ("Southwest Key") is committed to a policy of Equal Employment Opportunity and will not discriminate against an applicant or employee on the basis of age, sex, sexual orientation, gender identity, race, color, creed, religion, ethnicity, national origin, citizenship, medical condition, disability, marital status, military service, pregnancy, childbirth or related medical conditions, genetic information, or any other basis that is legally-protected under federal, state, or local laws, regulations, or ordinances.

Applicants with disabilities may be entitled to reasonable accommodation under the terms of the Americans with Disabilities Act and certain state or local laws. A reasonable accommodation is a change in the way things are normally done that will ensure an equal employment opportunity without imposing an undue hardship on Southwest Key. Please inform Southwest Key's Human Resources Department if you need assistance completing any application forms or to otherwise participate in the application process.

**THIS APPLICATION IS NOT A CONTRACT, EITHER EXPRESS OR IMPLIED**

**PERSONAL INFORMATION**

Today's Date:
12/11/2017

| Last Name | First Name | Middle Name |
|---|---|---|
| Nava Diaz | Roberto | Daniel |

Address:
352 Broadway Spc-J9

| City | State | Zip |
|---|---|---|
| Chula Vista | CA | 91910 |

Phone Number

Are you 18 years of age or older?
☑ Yes ☐ No

Are you legally authorized to work in the United States?
☑ Yes ☐ No
(If hired, verification will be required consistent with federal law)

Do you speak/write any foreign languages (if required for this position)?
☑ Yes ☐ No

If yes, which language(s) and what is your level of fluency (basic, conversational, fluent)
Languages
Spanish
Levels
fluent

Have you ever worked for Southwest Key or one of its affiliates? ☐ Yes ☑ No
If yes, where?

When?

How did you hear about Southwest Key?

Employee Referral

Please enter Southwest Key Employee Name

Esmeralda Almaguer

Do you have any relatives working for Southwest Key or any of its affiliates?

☐ Yes ☑ No

If Yes, list name, relationship and location.

---

**Employment Desired**

☑ Full Time ☐ Part Time ☐ Temporary ☐ Relief ☐ Seasonal

Are you applying for position located in state of California? ☑ Yes ☐ No

Position Desired
Youth Care Worker- 1st shift

Desired Salary
USD $30,000.00/Yr.

Date You Can Start
12/12/2017

Total Hours per week you can work
30

Desired City/Region

**EDUCATION**

High School

Name
Chula Vista High School

City
Chula Vista

State
CA

No. of years Attended
4 years

Did you graduate?
Yes

Subjects Studied
High School Diploma

---

College

Name
Southwestern College

City
Chula Vista

State
CA

No. of years Attended
2

Did you graduate?
Yes

Major
Graphic Design

Degree
Media Arts

---

Other (Additional College, Graduate, Trade, etc.)

Name

The Art Institute of San Diego

City
Chula Vista

State
CA

No. of years Attended
1

Did you graduate?
Yes

Subjects Studied
Culinary Arts

---

Other (Additional College, Graduate, Trade, etc.)

Name

City

State

No. of years Attended

Did you graduate?

Subjects Studied

**Licenses & Certifications**

| Type of License | Date Expires | Issued By/Location (State or Authority) | License Number |
|---|---|---|---|
| Type of License | Date Expires | Issued By/Location (State or Authority) | License Number |

**East Austin College Prep Positions ONLY**

| Certification Type | Date Expires | Cert Description (Subject/Specialization) | Grade Level(s) |
|---|---|---|---|
| Certification Type | Date Expires | Cert Description (Subject/Specialization) | Grade Level(s) |
| Certification Type | Date Expires | Cert Description (Subject/Specialization) | Grade Level(s) |

**EMPLOYMENT HISTORY**

Include all work history, military service and self-employment, beginning with your present or most recent employer. Employment history must cover at a minimum the last ten years. Attach additional sheets if necessary. **Resumes may not be substituted in lieu of completing the following employment information.**

1. Employer
Amazon Flex

Dates (MM/YY)

From
8/2017

To
11/2017

Kind of Business
Amazon Delivery

Address
16550 Via Esprillo

City: San Diego
State: CA
Zip: 92109

Telephone
N/A

Supervisory Responsibilities?
☑ Yes ☐ No

If supervisory, number of employees supervised
2

Starting Position: Shipping and Recieving
Ending Position: Delivery Driver

Supervisor's Name/Title

Reason for Leaving
Not a stable job, very few hours of work.

Duties
Pick up packages from Amazon warehouse and deliver the packages by using Amazon android app. There are 2,3,4,5 hour shift; it's a first come first served job.

Currently Employed?
☑ Yes ☐ No

If Yes, may we inquire of your present employer?
☑ Yes ☐ No

---

2. Employer
Danny's Newspaper Delivery

Dates (MM/YY)
From: 1/2009
To

Kind of Business
Newspaper Delivery

Address
352 Broadway Spc-J9

City: Chula Vista
State: CA
Zip: 91910

Telephone
6194194072

Supervisory Responsibilities?
☑ Yes ☐ No

If supervisory, number of employees supervised
5

Starting Position: Newspaper Assembler
Ending Position: Account Receivable Clerk

Supervisor's Name/Title
Juana L Diaz/CEO

Reason for Leaving
Family own business but is not a daily job and few hours. I have work many years in the newspaper business and I feel that is time for an environment change.

Duties

Phone Number
6197543546
How do you know this Person?
Ex Colleague

Years Known
7

---

2. Name (Professional)
Deborah Pantoja
Phone Number
+16194514194
How do you know this Person?
Colleague

Company
Danny's Newspaper Delivery
Years Known
8

---

3. Name (Professional)
Alicia Solano
Phone Number
6512954590
How do you know this Person?
Ex Colleague

Company
Danny's Newspaper Delivery
Years Known
15

---

4. Name (Professional or Personal)

Phone Number

How do you know this Person?

Company

Years Known

**DRIVING AND CRIMINAL BACKGROUND**

Do you have a valid driver's license (if required for this position)?

☑ Yes ☐ No

Number of traffic violations in the last five (5) years (if driving is required for this position)? 0

Number of at-fault accidents in the last five (5) years (if driving is required for this position)? 0

**PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY BEFORE SIGNING THIS APPLICATION**

I certify that the information contained on this application as well as the information provided on my resume is true and correct. I authorize Southwest Key to investigate the accuracy of information I have supplied from any person(s) or organization(s), at any time while I am being considered for employment or at any time during my employment with Southwest Key, and I authorize employers, schools, and other persons named on this application to provide any information or transcripts requested. I release Southwest Key and all persons and organizations from all claims or liabilities of any nature arising from such investigation or the supplying of information for such investigation.

I have disclosed all information that is relevant and should be considered applicable to my candidacy for employment, and I certify, under penalty of perjury, that the information I have supplied is true and complete, and I understand that any falsification or omission of information

Processing accounting receivables and incoming payments in compliance with financial policies and procedures
• Performing day to day financial transactions, including verifying, classifying, computing, posting and recording accounts receivables' data
• Preparing bills receivable, invoices and bank deposits

---

3. Employer
Skurt Inc.

Dates (MM/YY)
From
5/2017

To
6/2017

Kind of Business
Automotive rental

Address
324 Horton Plaza, San Diego, CA 92101

City
San Diego

State
CA

Zip
92101

Telephone

Supervisory Responsibilities?
☐ Yes ☑ No

If supervisory, number of employees supervised

Starting Position
Car Service Agent

Ending Position
Car Service Agent

Supervisor's Name/Title
Isaac Romo/ City Manager

Reason for Leaving
It was a start up company and it did not work out so me and my former colleagues got laid off.

Duties
• Checking-in vehicles at the hub using our Agent app
• Washing and light detailing cars using eco-friendly, water-less wash products
• Light vehicle inspections
• Topping off fluids
• Putting air in tires

---

Provide dates and reasons for any periods of unemployment

Have you ever been discharged, suspended, or asked to resign from any employment?
☐ Yes ☑ No

If Yes, provide details

**REFERENCES**

List individuals who are qualified to evaluate your capabilities and who have known you for at least 1 year. Do not include relatives.

1. Name (Professional)
Aurelio Valdez

Company
Pacific Nissan

may result in denial of employment or, if hired, may result in termination regardless of the time lapse before discovery.

I understand employment with Southwest Key is contingent on my providing sufficient documentation necessary to establish my identity and eligibility to work in the United States. I further understand an offer of employment is conditioned upon complying with all of Southwest Key's requirements including, but not limited to, signing any requested consent for Southwest Key to conduct an investigation or obtain a report about my background.

I understand and agree that a criminal background check may be conducted before and/or after I am hired. I understand and agree that while a conviction will not necessarily disqualify me from employment, the failure to provide complete information concerning my criminal background may result in the rejection of my application or, if hired, in the separation of my employment with Southwest Key.

I understand, where permissible under applicable state and local law, I may be subject to a drug test after receiving a conditional offer of employment, and must receive a negative result before being permitted to commence work with Southwest Key.

I understand and agree that nothing contained in Southwest Key's employment application or in the granting or conducting of an interview or anything set forth in any oral or written statement, communication, or policy now or in the future constitutes or creates or is intended to constitute or to create an implied or expressed contract or promise between Southwest Key and me for employment, hours of work, or for the providing of benefits. I expressly understand and agree that, if employed, my employment, having no specified term, is based upon mutual consent and may be terminated at will, with or without cause, by either party (Southwest Key or me) without prior notice to the other, unless otherwise prohibited by law.

I further understand no representative or agent of Southwest Key has the authority to enter into an agreement for employment for any specified period of time other than through a document signed by the Chief Executive Officer. Moreover, I acknowledge that Southwest Key may modify, revoke, suspend, terminate or change any or all of its plans, policies, or procedures at any time, without prior notice.

Through my signature below, I certify that I have read, understand, and accept all of the terms of this application.

**APPLICANT'S SIGNATURE** ☑

Roberto Nava Diaz11/30/2017 4:43 PM

(checking the box above is equivalent to a handwritten signature)

3rd

# Seasonal Youth Care Worker Interview Guide

☒ Green ☐ Red
Job offered: ☒ YES ☐ NO

| Candidate Name | Interviewer Name | Date |
|---|---|---|
| Roberto Nava | Maria Diaz | 12/16/17 |

**Seasonal classification:**

Seasonal is defined as an assignment to work for up to five months, assisting Southwest Key in operating during our "high season" when we have a drastic increase in client numbers and service delivery. A Seasonal assignment could end any time before five months.

**Required knowledge, skills, abilities, experience:**

High School Diploma or GED with experience working with youth either through paid or unpaid positions. Must be bi-lingual and fluent in Spanish and English. Must be available to work flexible shifts, including nights, weekends, holidays.

**Competency/Skills:**

**Working with others:** Listens effectively, communicates effectively, collaborates
**Providing services:** Prevents and intervenes in a crisis; maintains boundaries; support problem solving and conflict resolution; maintains safety; provides emotional support
**Documenting:** Completes all daily documentation; documents any incidents

**Conducting the Interview:**

Describe the job. Review candidate's previous experience on the resume or application; review position, title, relevant responsibilities.

| Interview Question | Notes: |
|---|---|
| **1. Tell me your understanding of the Youth Care Worker duties and responsibilities?** | ***Examples of relevant experience:*** Supervising youth; assisting with teaching; Providing guidance<br>Support minors in everday life<br>mentor them<br>supervise |
| **2. How will your current or previous job responsibilities assist you in this new position?** | ***Candidate should provide specific examples and how they apply to this position.***<br>Work well with people<br>How to speak with customers/people. |
| **3. WORKING WITH OTHERS: Tell me about a difficult or uncooperative person you had to work with lately. What did you do or say to resolve the situation? What was the outcome? What (if anything) would you do differently next time?** | ***Effective Behaviors:*** Active listener, effective communication<br>Neighbor with Autism got violent. Had good rapport with him. Able to calm him down by talking to him. |
| **4. PROVIDING SERVICES: How would you handle a youth who is highly emotional and does not listen to you?** | ***Effective Behaviors:*** Active listener; maintains boundaries<br>Listen, Allow silence and speak to them by being empathetic. |

| 5. DOCUMENTING: Please describe your experience documenting activities and/or incidents in previous work, volunteer or other situations. | Effective Behaviors: Attention to detail; timely submissions<br>Payroll, same HR experience<br>eCommerce<br>Computer svay |
|---|---|

**Post-Interview**

Immediately following the interview, complete the Candidate Summary & Ratings section on this page. If there is more than one interviewer of the same candidate, all panelists should have a discussion and come to consensus on the collective summary ratings and final rating.

| RED | GREEN |
|---|---|
| Does not currently meet needs of the job and/or does not demonstrate basic ability/aptitude. Recommend not to hire | Evidence of meeting or exceeding expected level of competence. Recommend to hire. |

| Candidate Summary Ratings | | |
|---|---|---|
| **Required knowledge, skills, abilities, experience, availability** | ☒ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Communication Skills and Professionalism** | ☒ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Working with Others** | ☒ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Providing Services** | ☒ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Documenting** | ☒ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **OVERALL RATING** | Red ☐ | Green ☒ |

**Interviewer Signature:** [signature] **Date:** 12/10/17


southwest key
programs

# Emergency Contact Information Form

**Name:** Diaz (Last) Juana (First) Laura (Middle)

**Address:** 352 Broadway Spc J9 (Street) Chula Vista (City) CA (State) 91910 (ZIP)

Cell Phone: ( ) 619-419-4072 Home Phone: ( ) ____

Work Phone: ( ) ____ Email: ____

**Emergency Contact Name:** Nava (Last) Marco (First)

Cell Phone: ( ) 1-619-361-2012 Home Phone: ( ) ____

Work Phone: ( ) ____

If unavailable **(2nd) Contact**

**Name:** Pantoja (Last) Deborah (First)

Cell Phone: ( ) 619-451-4194 Home Phone: ( ) ____

Work Phone: ( ) ____

**Roberto Nava**

**Contact Info: 619-551-0081 Email: Rnava2127@gmail.com**

**WORK EXPERIENCE**

Toyota Sunroad Chula Vista

Lot Attendant/Customer Service July 05, 2017 to October 30

• Inspect cars to detect damage and to verify presence of accessories listed on invoice, such as spare tires and radio and stereo equipment.

• Also I recorded the description of damages and lists missing items on delivery receipt.

Take numbered tags from customers, locate vehicles, and deliver vehicles, or provide custom ers with instructions for locating vehicles.

Skurt Inc.

Car Service Agent – May 22, 2017 to June 28, 2017

• Checking-in vehicles at the hub using our Agent app

• Washing and light detailing cars using eco-friendly, water-less wash products

• Light vehicle inspections

• Topping off fluids

• Putting air in tires

Danny's Newspaper Delivery

AP Clerk - January 2009 to Present

• Processing accounting receivables and incoming payments in compliance with financial poli cies and procedures

• Performing day to day financial transactions, including verifying, classifying, computing, p osting and recording accounts receivables' data

• Preparing bills receivable, invoices and bank deposits

Pacific Nissan

Lot Attendant - San Diego, CA - August 2016 to December 2016

• As a lot attended I was in charge of inspecting I verified all receipts of new cars delivered to dealer and I park cars in new car lot in orderly manner.

• Inspect cars to detect damage and to verify presence of accessories listed on invoice, such as spare tires and radio and stereo equipment.

• Also I recorded the description of damages and lists missing items on delivery receipt.

Front Row Event Production

Brand Ambassador - San Diego, CA - June 2016 to December 2016

• Participate in trade shows as a spokesperson for our company.

• Network and build trusting relationships with potential customers.

**Roberto Nava**

• Thoroughly understand our products and services to inform potential customers.

Lyft

Personal Driver/Taxi - San Diego, CA - January 2016 to April 2016

• Transporting families and associates to and from airport, train station and/or transporting to various city locations.

• Perform daily pre- and post-trip company vehicle inspections.

• Performed vehicle maintenance such as refueling, oil changing, and other minor task.

Aramark

Retail Associate - San Diego, CA - July 8, 2016 to July 12, 2016

• Ensure high levels of customer satisfaction through excellent sales service.

• Assess customers needs and provide assistance and information on product features.

• Welcome customers to the store and answering their queries.

Marshalls

Retail Associate - San Diego, CA - June 2014 to March 2015

• Maintain in-stock and presentable condition assigned areas.

• Actively seek out customers in store.

• Remain knowledgeable on products offered and discuss available options

• Process POS (point of sale) purchases

**VOLUNTEER WORK**

❖ From February 2013 to September 2015 I was a out-patient at Rady's Children's Hospital and I volunteered as a translator for families who didn't understand English. As well I counsel young children on the probable procedures they might go through and there's nothing to be afraid of. Due to my heart disease and long stays on the hospital I learn about the cardiovascular system which help me teach people and kids.

**EDUCATION**

■ Chula Vista Senior High School - Chula Vista, CA

High School Diploma, Graduate

■ Southwestern College - Chula Vista, CA

Media Arts Diploma, Graduate

■ The Art Institute of Culinary Arts San Diego - San Diego, CA

Art of Cooking Diploma, Graduate



January 1, 2018

Roberto Nava
352 Broadway Spe-J9
Chula Vista CA, 91910.

Dear Roberto:

On behalf of Southwest Key Programs, I am pleased to offer you the position of full-time **Seasonal** Youth Care Worker beginning on or about January 2, 2018. As we discussed, in this position your starting compensation will be $17.99 per hour. This position is considered a non-exempt position for purposes of federal wage-hour law, which means that you will be eligible for overtime time pay for hours actually worked in excess of 40 in a given workweek. In this seasonal position, you will be assigned to assist Southwest Key in operating during our "high season" when we have a drastic increase in client numbers and service delivery. The duration of this seasonal assignment will be dependent on the operational needs of the organization, and can end at any time.

Your primary work location will be: UM *San Diego* at *1160 Broadway El Cajon, CA 92021.* Please also understand that any change in work location, requested or approved by you, may affect the rate of pay for this position.

As part of our new hire process, you will be asked to complete a Form I-9 in compliance with the Immigration Reform and Control Act. As part of this compliance, you must present us with documents which identify you and indicate you are eligible to work in the United States. This must be done within three days of hire.

This offer of employment, if not previously accepted by you, will expire three (3) from the date of this letter. If you need additional time for consideration of the offer, please contact me within the three day timeframe to make arrangements. If you wish to accept the offer, please sign in the place provided below and return it to me within the prescribed time.

We greatly look forward to having you join our Organization and become a member of our team. As a newly hired or recalled employee of Southwest Key Programs, you will be required to successfully complete a 90-day Introductory Period of Employment. During this period, you will be expected to acclimate to your assigned role and learn Southwest Key policies, procedures, and work rules. During this period, Southwest Key will have an opportunity to evaluate your overall work performance.

We recognize that you retain the option, as does the Organization, of ending your employment with the Organization at any time, with or without notice and with or without cause. As such, your employment with the Organization is at-will and neither this letter nor any other oral or written representations may be considered a contract for any specific period of time. Additionally, by signing below, you acknowledge that you understand this particular project is temporary and your employment may end at any time.
The offer described above is contingent upon the result of your reference/background checks. In addition you may be required to complete a successful drug screening test. Your signature also affirms that you have received and reviewed your job description and that you are aware and can perform the duties and responsibilities required for this position. It is agreed and understood, as a condition of employment, that all required program training will be successfully completed.

Should you have any questions about starting with Southwest Key, please do not hesitate to contact me. If additional questions arise, or further clarification is needed on Southwest Key policies, please contact our Human Resources Department at 512-462-2181.

Sincerely,

Linda Méndez
Program Director



*Please sign below and return both pages to the Hiring Manager above.*

I agree to the terms of the employment set forth above.

Roberto Nava
Printed Name

Signature

01-16-18
Date

6002 JAIN LANE ▪ AUSTIN, TEXAS 78721 ▪ 512.462.2181 ▪ 512.462.2028 FAX
www.swkey.org



southwest key
programs

## UM REFERENCE CHECK GUIDELINES CONDUCTED BY PHONE

Prior to hiring a prospective candidate for employment, 2 professional background checks from prior employers must be conducted. These checks may not be from personal friends or family members, but rather because SWK is trying to obtain information on prior job performance, the reference must be about prior work experience. A minimum of two attempted contacts must be provided to each reference 24 hours apart and properly documented below.

Remember to always start by telling the reference:

- Your name
- The name of the organization, the name of the applicant, and the job title of the position the applicant applied for
- Inform the reference that the applicant has authorized you to inquire about his/her previous employment and to call former supervisors, including this reference
- Ask if they have time to answer a few questions. If not, ask when a better time would be.
- State that the information will be kept confidential and not shared with the applicant

Applicant Name: Roberto Nieva Position Seeking: YCW

Reference Name: Aurelio Valdez Date Reference completed: 1/2/18

### GENERAL QUESTIONS

What position does/did Robert hold? What were the responsibilities or that position?

Assistant. Newspaper helper.

Describe a time when ____________went above and beyond the call of duty.

Describe how Roberto works under pressure.

Yes, working in a night shift is hard sometimes.

Was ____________a team player?

Was ____________a motivated self-starter?

What were some of Roberto's strengths?

Punctual, hard worker. Responsible.

What were some of ____________'s areas for development?

Do you recommend Roberto for the position of I/Cw?

Yes.

**To be completed by Supervisor requesting the Reference**

| | |
|---|---|
| Reference Check Completed by & Title: | [signature], CA. |
| Contact #1 Date & Time: | |
| Contact #2 Date & Time: | |
| Comments: | None |

UM REFERENCE CHECK (NON PREA)
Page 2 of 2

SWK000312



southwest key
programs

**UM REFERENCE CHECK GUIDELINES CONDUCTED BY PHONE**

Prior to hiring a prospective candidate for employment, 2 professional background checks from prior employers must be conducted. These checks may not be from personal friends or family members, but rather because SWK is trying to obtain information on prior job performance, the reference must be about prior work experience. A minimum of two attempted contacts must be provided to each reference 24 hours apart and properly documented below.

Remember to always start by telling the reference:

- Your name
- The name of the organization, the name of the applicant, and the job title of the position the applicant applied for
- Inform the reference that the applicant has authorized you to inquire about his/her previous employment and to call former supervisors, including this reference
- Ask if they have time to answer a few questions. If not, ask when a better time would be.
- State that the information will be kept confidential and not shared with the applicant

Applicant Name: Roberto Nava Position Seeking: YCW

Reference Name: Alvara Solano Date Reference completed: 1/5/18

**GENERAL QUESTIONS**

What position does/did ____________hold? What were the responsibilities or that position?

Describe a time when ____________went above and beyond the call of duty.

Describe how ___________ works under pressure.

None

Was ____________a team player?

Was ____________a motivated self-starter?

What were some of ____________'s strengths?

What were some of ___________'s areas for development?

Do you recommend ___________ for the position of _____________?

---

**To be completed by Supervisor requesting the Reference**

| | |
|---|---|
| **Reference Check Completed by & Title:** | [signature], CA. |
| **Contact #1 Date & Time:** | 1/5/18 11:35am No Response |
| **Contact #2 Date & Time:** | 1/8/18 10:07am No Response. |
| **Comments:** | Phone calls were sent to Voicemails !! |

UM REFERENCE CHECK (NON PREA)
Page 2 of 2

SWK000314



southwest key
programs

## Background Inquiry Agreement

[Un]derstand that this agreement is an authorization to any of my present or former employers or any education institution, governmental agency, or personal reference to release any information regarding my character, ability, reputation, past conduct, or job qualifications. This investigation may include, but is not limited to, the following areas: (1) Education; (2) Military History; (3) Employment History; (4) Driver's History; and/or (5) Court, Criminal, Police or FBI records.

I hereby agree that, as a condition of consideration for employment with Southwest Key I am hereby authorizing, without reservation, Southwest Key, its representatives, employees or agents, to conduct an investigation of all statements contained in my application, any resume, or any other document or information that I have submitted. I hereby waive any and all rights and claims I may have against: (1) Southwest Key, its representatives, employees or agents, for seeking, gathering, and using such information; and (2) all other persons, corporations or other entities for furnishing such information about me. I authorize all results from the background inquiry to be forwarded to any funding source of Southwest Key Programs, Inc.

**I understand that any false statement or misrepresentation on this document may be cause for refusal to hire, or for immediate dismissal upon discovery regardless of when such falsification or misrepresentation is discovered.**

[signature] 3-19-18

Signature Date

PLEASE PRINT CLEARLY

Full Legal Name: Roberto Daniel Nava Diaz Other Names Used/Maiden Name: ____________ DOB: 12-21-1994

SSN: [redacted] Driver's License Number: [redacted] State of Issue/Exp. Date: ____________

Please provide the following information regarding all locations in which you have resided for the past seven years beginning with your present address. All periods of time must be accounted for and all residences must be listed. If you do not recall all of your addresses for the past seven years, please check this box ☐ and list each address that you can recall as well as each city and state you have lived in during the past seven years. Please attach another sheet if necessary.

| [Fro]m-To (mo.and yr.) | Street Address and City | County | Zip |
|---|---|---|---|
| 01/2009 | 352 Broadway Spc-J9 Chula Vista | CA | 91910 |
| | | | |
| | | | |
| | | | |
| | | | |

Have you ever been convicted or pled guilty, no contest or nolo contendere, or received deferred adjudication, or probation for: (1) any felony, at any time; (2) any crime involving violence or bodily injury, at any time; and/or (3) any misdemeanor in the past ten (10) years? (Please do not include traffic violations.) Yes ☐ No ☒ If "yes", explain in detail below—**failure to provide information regarding your conviction or deferred adjudication on this document may be cause for refusal to hire, or for immediate dismissal upon discovery regardless of when such falsification or misrepresentation is discovered.** Please attach another sheet if necessary.

______________________________

______________________________

**For Southwest Key Personnel Use Only (to be completed before returning to Human Resources)**

☐ Conduct Background Check.

☐ An MVR request is being requested, Applicant will be authorized to drive.

☐ [A]n MVR request is **not** being requested, Applicant will **not** be authorized to drive.

Program #____________

☐ Copy of driver's license attached

Name and Phone Number of Southwest Key Personnel Requesting Background/MVR Check: ____________



southwest key
programs

| Document #: RD-100100-129 | Document Title: Employee Information Sheet For Background Check/Fingerprints | Rev: 2.0 | Date: 08/29/2016 | Page: 1 of 1 |
|---|---|---|---|---|

# Employee Information Sheet For Background check/Fingerprints

*(Please complete all entries)*

Full Legal Name: Roberto (First name) Daniel (Middle name) Nava Diaz (Last name)

Other names used: ______

Address: 352 Broadway SPC-J9 City: Chula Vista State: CA ZIP: 91910

Mailing Address (if different from Physical): ______

Phone #: 619-551-0081 Email: Rnava2127@gmail.com

Other Cities of Residence: ______

Out of State Residence in the last 5 years: ☒ No ☐ Yes: if yes please fill out next line

Previous address outside of current state, include County: ______

Date of Birth: 12/21/94 Gender: ☒ Male ☐ Female Social Security Number: [redacted]

Ethnic Origin: Hispanic

Citizen Country: Mexico Driver License #/ST: [redacted]

## Emergency Contact Information:

Name: Juana L Diaz Relationship: Mom

Address if different from above: ______

Phone #: 619-419-4072



# Chula Vista High School

Sweetwater Union High School District

This Certifies That

## Roberto Daniel Nava Diaz

has successfully met the requirements for high school graduation as prescribed by the State Board of Education and the Board of Trustees and is hereby awarded this diploma.

Given at Chula Vista, California,

this fourth day of June, two thousand thirteen.

President, Board of Trustees

District Superintendent

Principal



cpi Blue Card™
Name: Roberto Nava
has completed 8 hours of training in the
Nonviolent Crisis Intervention® training program.
Issued: 1/6/18 Units Completed: 1-8
Expires: 1/6/20 Instructor:
More learning opportunities
available via the CPI App for Apple®
and Android™ devices. Download
at crisisprevention.com/app.
NE9F302B

Dear Bryanna Buenrostro

This letter is to formally give notice that I will be resigning from my position as a Youth Care Worker at Southwest Key Programs, effective in two weeks. My last day of work will be December 16, 2018. The humanitarian service that Southwest Key provides for this youths feels my heart with joy and ambition to help others in need. To achieve that ambition I must pursuit my own path outside from this benevolent organization.

I remain grateful to all staff at Southwest Key Programs – San Diego. I have learned so much and gained such great experience by being part of your team and I appreciate the time and attention you have given me during my time here.

Again, it has been a pleasure working with you. I wish you, and everyone at Southwest Key Programs continued success in the future.

Sincerely,

Roberto Nava

Roberto Nava

Rnava2127@gmaill.com

(619)551-0081



| Document #: RD-100100-105 | Document Title: POST-OFFER/PRE-HIRE QUESTIONNAIRE | Rev: 1.0 | Date: 10/03/2017 | Page: 1 of 1 |
|---|---|---|---|---|

Prison Rape Elimination Act (PREA)

**POST-OFFER/PRE-HIRE QUESTIONNAIRE**

Applicant Name: Roberto Daniel Nava

Date of Interview: 12/16/17 Date of Offer: 12/16/17

Position Offered: Youth care

Have you ever worked in a care provider facility or institution? ☐Yes ☒No

If yes, where? ____

*Pursuant to 45 C.F.R. §411.16, Southwest Key is required to make the following inquiries to all applicants who have accepted offers of employment in positions that may have direct contact with unaccompanied children.*

1. Have you ever engaged in or had any administrative, civil, or criminal convictions or other adjudications for sexual abuse in a prison, jail, holding facility, community confinement facility, juvenile facility, other institution,[1] or care provider facility? ☐Yes ☒No

2. Have you ever engaged in or had any administrative, civil, or criminal convictions or other adjudications for engaging in or attempting to engage in sexual activity facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse? ☐Yes ☒No

*By signing this form, I understand that material omissions or the provision of materially false information by me will be grounds for employment termination. I further understand that I have a continuing affirmative obligation to advise my Program Director if any of the information provided through this form changes, regardless of whether the relevant conduct occurs on or off duty.*

Signature of Applicant: [signature] Date: 12/16/17

[1] Including any facility or institution which is owned, operated, or managed by, or provides services on behalf of any State or political subdivision of a State; and which is: (1) for persons who are mentally ill, disabled, or retarded, or chronically ill or handicapped; (2) a jail, prison, or other correctional facility; (3) a pretrial detention facility; (4) for juveniles: held awaiting trial; residing in such facility or institution for purposes of receiving care or treatment; or residing for any State purpose in such facility or institution (other than a residential facility providing only elementary or secondary education that is not an institution in which reside juveniles who are adjudicated delinquent, in need of supervision, neglected, placed in State custody, mentally ill or disabled, mentally retarded, or chronically ill or handicapped); or (5) providing skilled nursing, intermediate or long-term care, or custodial or residential care.



| Document #: RD-100100-105 | Document Title: POST-OFFER/PRE-HIRE QUESTIONNAIRE | Rev: 1.0 | Date: 10/03/2017 | Page: 1 of 1 |
|---|---|---|---|---|

Prison Rape Elimination Act (PREA)

**POST-OFFER/PRE-HIRE QUESTIONNAIRE**

Applicant Name: Roberto Nava

Date of Interview: 08·08·2018 Date of Offer: —

Position Offered: Security Monitor

Have you ever worked in a care provider facility or institution? ☒Yes ☐No

If yes, where? Southwest Key Programs / Rady's Childrens Hospital

*Pursuant to 45 C.F.R. §411.16, Southwest Key is required to make the following inquiries to all applicants who have accepted offers of employment in positions that may have direct contact with unaccompanied children.*

1. Have you ever engaged in or had any administrative, civil, or criminal convictions or other adjudications for sexual abuse in a prison, jail, holding facility, community confinement facility, juvenile facility, other institution,[1] or care provider facility? ☐Yes ☒No

2. Have you ever engaged in or had any administrative, civil, or criminal convictions or other adjudications for engaging in or attempting to engage in sexual activity facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse? ☐Yes ☒No

*By signing this form, I understand that material omissions or the provision of materially false information by me will be grounds for employment termination. I further understand that I have a continuing affirmative obligation to advise my Program Director if any of the information provided through this form changes, regardless of whether the relevant conduct occurs on or off duty.*

Signature of Applicant: [signature] Date: 8-8-18

[1] Including any facility or institution which is owned, operated, or managed by, or provides services on behalf of any State or political subdivision of a State; and which is: (1) for persons who are mentally ill, disabled, or retarded, or chronically ill or handicapped; (2) a jail, prison, or other correctional facility; (3) a pretrial detention facility; (4) for juveniles: held awaiting trial; residing in such facility or institution for purposes of receiving care or treatment; or residing for any State purpose in such facility or institution (other than a residential facility providing only elementary or secondary education that is not an institution in which reside juveniles who are adjudicated delinquent, in need of supervision, neglected, placed in State custody, mentally ill or disabled, mentally retarded, or chronically ill or handicapped); or (5) providing skilled nursing, intermediate or long-term care, or custodial or residential care.



southwest key
programs

6002 Jain Lane. Austin, TX 78721
512.462.2181. fax: 512.912.7690

## REQUEST FOR USE OF LEAVE/ABSENCE FORM (LESS THAN 2 WEEKS)[1]

Employee **Name:** Roberto Nava **Program:** 951

Total **number** of **hours or days** requested: 1 day **Date(s)** of **absence**: 9-23-18

**CHECK REASON:**

- ☒ Personal Leave
- ☐ Compassionate Leave
- ☐ Personal Leave Cash Out
- ☐ Leave Without Pay (less than 2 weeks)
- ☐ Sick Leave
- ☐ Military Leave
- ☐ Jury or Witness Duty
- ☐ Substitute Holiday (specify holiday worked: ______)
- ☐ Sick Leave Donation: (specify recipient and number of hours: ______)
- ☐ Merit Leave: (specify who recommended Merit Leave: ______; specify who approved Merit Leave: ______)
- ☐ Other Leave (specify leave: ______)

**Remarks:** RYCW Francisco Alvarado would cover for that day

**Employee Signature:** [signature] **Date:** 9-9-18

**Supervisor's Signature:** [signature] **Date:** 09.22.2018

☐ **Approved** ☒ **Not Approved**

Due to program needs.

[1] If you work at a JJAEP or if you are requesting leave for more than 2 weeks, please do not complete this form. Please ask your program director for a copy of the correct Request for Use of Leave/Absence Form.



southwest key
programs

6002 Jain Lane • Austin, TX 78721
512.462.2181 • fax: 512.912.7690

## REQUEST FOR USE OF LEAVE/ABSENCE FORM (LESS THAN 2 WEEKS)[1]

Employee **Name:** Roberto Nava **Program:** 951

Total **number** of **hours or days** requested: 1 day **Date(s)** of **absence**: 8-11-18

**CHECK REASON:**

- ☒ Personal Leave
- ☐ Compassionate Leave
- ☐ Personal Leave Cash Out
- ☐ Leave Without Pay (less than 2 weeks)
- ☐ Sick Leave
- ☐ Military Leave
- ☐ Jury or Witness Duty
- ☐ Substitute Holiday (specify holiday worked: ______)
- ☐ Sick Leave Donation: (specify recipient and number of hours: ______)
- ☐ Merit Leave: (specify who recommended Merit Leave: ______; specify who approved Merit Leave: ______)
- ☐ Other Leave (specify leave: ______)

**Remarks:** **Update: Francisco is going to relieve me that date

**Employee Signature:** [signature] **Date:** 8-3-18

**Supervisor's Signature:** [signature] **Date:** 08.09.18

☒ **Approved** ☐ **Not Approved**

[1] If you work at a JJAEP or if you are requesting leave for more than 2 weeks, please do not complete this form. Please ask your program director for a copy of the correct Request for Use of Leave/Absence Form.



# Employment Eligibility Verification
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 08/31/2019

▶ **START HERE: Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.**

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Attestation *(Employees must complete and sign Section 1 of Form I-9 no later than the first day of employment, but not before accepting a job offer.)*

| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Other Last Names Used *(if any)* |
|---|---|---|---|
| Nava Diaz | Roberto | D | N/A |

| Address *(Street Number and Name)* | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|
| 352 Broadway | Spc-J9 | Chula Vista | CA | 91910 |

| Date of Birth *(mm/dd/yyyy)* | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| 12/21/1994 | [redacted] | rnava2127@gmail.com | (619) 551-0081 |

**I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.**

**I attest, under penalty of perjury, that I am (check one of the following boxes):**

- ☐ 1. A citizen of the United States
- ☐ 2. A noncitizen national of the United States *(See instructions)*
- ☒ 3. A lawful permanent resident (Alien Registration Number/USCIS Number): [redacted]
- ☐ 4. An alien authorized to work until (expiration date, if applicable, mm/dd/yyyy): N/A
  Some aliens may write "N/A" in the expiration date field. *(See instructions)*

*Aliens authorized to work must provide only one of the following document numbers to complete Form I-9: An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.*

1. Alien Registration Number/USCIS Number: N/A
**OR**
2. Form I-94 Admission Number: N/A
**OR**
3. Foreign Passport Number: N/A
Country of Issuance: N/A

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee | Today's Date *(mm/dd/yyyy)* |
|---|---|
| Roberto Nava Diaz (signature) | 01/03/2018 |

Roberto Nava Diaz

## Preparer and/or Translator Certification (check one):

☒ I did not use a preparer or translator. ☐ A preparer(s) and/or translator(s) assisted the employee in completing Section 1.
*(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)*

**I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.**

| Signature of Preparer or Translator | Today's Date *(mm/dd/yyyy)* |
|---|---|
| | |

| Last Name *(Family Name)* | First Name *(Given Name)* |
|---|---|
| | |

| Address *(Street Number and Name)* | City or Town | State | ZIP Code |
|---|---|---|---|
| | | | |

STOP *Employer Completes Next Page* STOP



**Employment Eligibility Verification**
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 08/31/2019

## Section 2. Employer or Authorized Representative Review and Verification

*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")*

| Employee Info from Section 1 | Last Name *(Family Name)* | First Name *(Given Name)* | M.I. | Citizenship/Immigration Status |
|---|---|---|---|---|
| | Nava Diaz | Roberto | D | 3 |

| List A — Identity and Employment Authorization | OR | List B — Identity | AND | List C — Employment Authorization |
|---|---|---|---|---|
| Document Title: Perm. Resident Card (Form I-551) | | Document Title: N/A | | Document Title: N/A |
| Issuing Authority: U.S. Citizenship and Immigration Services | | Issuing Authority: N/A | | Issuing Authority: N/A |
| Document Number: [redacted] | | Document Number: N/A | | Document Number: N/A |
| Expiration Date *(if any)(mm/dd/yyyy)*: 05/16/2018 | | Expiration Date *(if any)(mm/dd/yyyy)*: N/A | | Expiration Date *(if any)(mm/dd/yyyy)*: N/A |
| Document Title: N/A | | | | |
| Issuing Authority: N/A | | | | |
| Document Number: N/A | | | | |
| Expiration Date *(if any)(mm/dd/yyyy)*: N/A | | | | |
| Document Title: N/A | | | | |
| Issuing Authority: N/A | | | | |
| Document Number: N/A | | | | |
| Expiration Date *(if any)(mm/dd/yyyy)*: N/A | | | | |

Additional Information

QR Code - Sections 2 & 3
Do Not Write In This Space

**Certification: I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.**

**The employee's first day of employment *(mm/dd/yyyy)*:** 01/02/2018 ***(See instructions for exemptions)***

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Title of Employer or Authorized Representative |
|---|---|---|
| F Casas | 01/03/2018 | Administrative Assistant |

| Last Name of Employer or Authorized Representative | First Name of Employer or Authorized Representative | Employer's Business or Organization Name |
|---|---|---|
| Casas | Francisca | Southwest Key Programs |

| Employer's Business or Organization Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|
| 1160 Broadway | El Cajon | CA | 92021 |

## Section 3. Reverification and Rehires *(To be completed and signed by employer or authorized representative.)*

| A. New Name *(if applicable)* | | | B. Date of Rehire *(if applicable)* |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Date *(mm/dd/yyyy)* |
| | | | |

**C. If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.**

| Document Title | Document Number | Expiration Date *(if any) (mm/dd/yyyy)* |
|---|---|---|
| | | |

**I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.**

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Name of Employer or Authorized Representative |
|---|---|---|
| | | |

CALIFORNIA
DRIVER LICENSE
DL
EXP 12/21/2022
LN NAVA DIAZ
FN ROBERTO DANIEL
352 BROADWAY SPC J9
CHULA VISTA, CA 91910
DOB 12/21/1994
RSTR NONE
CLASS C
END NONE
12211994
SEX M
HGT 5'-02"
HAIR BRN
WGT 107 lb
EYES BRN
ISS 12/22/2017

CLASS: C - Veh w/GVWR ≤26000, No M/C
ENDORSEMENTS: None
RESTRICTIONS: None
This license is issued as a license to drive a motor vehicle; it does not establish eligibility for employment, voter registration or public benefits.

SOCIAL SECURITY
THIS NUMBER HAS BEEN ESTABLISHED FOR
ROBERTO DANIEL
NAVA DIAZ
SIGNATURE
11/03/2016

SWK000327





UNITED STATES OF AMERICA
PERMANENT RESIDENT
Surname
NAVA DIAZ
Given Name
ROBERTO D
Category
CR6
Country of Birth
Mexico
Date of Birth
21 DEC 1994
Sex
M
Card Expires:
05/16/18
Resident Since:
05/16/16

SWK000328



southwest key
programs

| Document #: RD-100100-130 | Document Title: E.E.O. Data Sheet | Rev: 1.0 | Date: 08/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

# E.E.O. DATA SHEET

Southwest Key Programs, Inc. is an Equal Opportunity Employer and does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment of the provision of services. You may voluntarily assist Southwest Key in its efforts to comply with the program's reporting requirements by answering the following questions. It is being recorded for the purpose of reporting to Equal Employment Opportunity Agencies. The information requested below is optional.

NAME: Last Nava First Roberto D MI

POSITION(S) HIRED FOR: Youth Care Worker

If you do not wish to provide any of the information listed below, please initial here:________

---

DATE(S) HIRED: 12/16/17 (MM/DD/YY) SEX: MALE [X] FEMALE [ ]

ETHNIC BACKGROUND (Select one):

- [ ] African-American or Black
- [ ] American Indian or Alaskan Native
- [ ] Asian
- [X] Two or more races
- [ ] Hispanic or Latino
- [ ] Native Hawaiian or Other Pacific Islander
- [ ] White (Not Hispanic origin)

**American Indian or Alaskan Native –** All persons having origins in any of the original peoples of North and South America (including Central America), and who maintains tribal affiliation or community attachment.

**Asian–** All persons having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

**African-American or Black (Not of Hispanic origin) –** All persons having origins in any of the Black racial groups of Africa.

**Hispanic –** All persons of Mexican, Puerto Rican, Cuban, Central or South American or other Spanish culture or origin regardless of race.

**Native Hawaiian or Other Pacific Islander** – All persons having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands.

**White (Not of Hispanic origin) –** All persons having origins in any of the original peoples of Europe, North Africa, or the Middle East

**Two or More Races (Not Hispanic or Latino) -** All persons who identify with more than one of the above five races.



| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-131 | Invitation To Self-Identify | 1.0 | 08/14/2016 | 1 of 1 |

# Invitation To Self-Identify

As a government contractor subject to both Section 503 of the Rehabilitation Act of 1973 and the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended ("VEVRAA"), Southwest Key takes affirmative action to employ and advance in employment: special qualified disabled veterans; Vietnam-era veterans; other veterans who served, active duty, during a war or in a campaign or expedition for which a campaign badge has been authorized; and qualified individuals with disabilities.

If you wish to be considered under these provisions, please indicate your desire below. This information will assist us in placing you in an appropriate position and/or in making accommodations for your disability. **Submission of this information is voluntary and refusal to provide it will not subject you to any adverse treatment. You may inform Southwest Key of your desire to benefit under the program at this time or at any time in the future.**

NAME: Nava (Last) Roberto (First) Daniel (MI) DATE: 12/16/17

If you choose not to self-identify or this is not applicable to you please initial here: RN

In accordance with the Invitation to Self-Identify, I wish to self-identify as follows:

☐ Special disabled veteran as defined by VEVRAA.

☐ Veteran of the Vietnam Era as defined by VEVRAA.

☐ Other protected veteran as defined by VEVRAA.
Campaign or Expedition: ____________________
Inclusive dates of Active Duty: ____________________

☐ A disabled individual covered by Section 503 of the Rehabilitation Act of 1973, as amended.

SIGNATURE: ____________________





Sterling Talent Solutions Customer Support
4511 Rockside Road, 4th Floor | Independence, OH 44131
1.877.982.9888 | customersupport@talentwise.com

**California Applicants/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.**

**Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.**

Report: **Roberto D Nava Diaz**

| | | | |
|---|---|---|---|
| **Requested by** | Francisca Casas<br>Southwest Key Programs<br>(512) 462-4181 | **Report Status** | Complete |
| | | **Request Submitted** | Jan 4, 2018 1:49 PM |
| **Package Title** | Package 1 | **Report Completed** | Jan 5, 2018 5:32 PM |
| | | **Completion Time** | 1 business day, 4 hours |

| | | | |
|---|---|---|---|
| **Report ID** | 121459161 | **Address** | 352 Broadway<br>Chula Vista, CA 91910 |
| **Name** | Roberto D Nava Diaz | | |
| **Alternate Name(s)** | ROBERTO D DIAZ | **Location of Employment** | El Cajon, CA |
| **Social Security Number** | xxx-xx-0872 | **Reference Code** | 905100 - UM Shelter Program |
| **Date of Birth** | 12/21/xxxx | | |

| | Report Contents | Name Searched | Complete | Status |
|---|---|---|---|---|
| 1 | SSN Trace | Roberto Nava Diaz | ✔ | Complete |
| 2 | Criminal County Search (10-Year Address History)<br>Jurisdiction: San Diego County, California | Roberto Nava Diaz | ✔ | Clear |
| | | AKA: Roberto D Diaz | ✔ | Clear |
| 3 | FACIS® Level 1 Search | Roberto Nava Diaz | ✔ | Clear |
| | | AKA: Roberto D Diaz | ✔ | Clear |
| 4 | Nationwide Sex Offender Registry Check | Roberto Nava Diaz | ✔ | Clear |
| | | AKA: Roberto D Diaz | ✔ | Clear |
| 5 | DMV Driving Records<br>State: California | Roberto Nava Diaz | ✔ | Clear |

**Notice:** The criminal record section of this report, if any, includes information from court records in the relevant jurisdiction. The DMV section of the report, if any, includes information from the relevant state's department of motor vehicles. In some instances, the court records and DMV records will relate to the same underlying incident. Please carefully review the report and be aware that records from two different public agency sources (e.g., the county court and the state DMV records) may relate to a single underlying event.

## 1 SSN Trace

The SSN Trace compares the provided Social Security Number to credit header and public records data. This trace may locate possible alternative names or addresses associated with the SSN for the purpose of performing additional searches. The SSN trace is not conducted through the Social Security Administration and should not be used as the basis for any employment decision or confirmation of identity.

| | |
|---|---|
| **SSN** | xxx-xx-0872 |
| **Primary Name Searched** | ROBERTO NAVA DIAZ<br>✔ **Complete:** Full name matches SSN. |
| **Possible Alternative Names** | The following possible alternative names were found for this candidate. Possible alternative names may include maiden names, aliases, family and household members associated with the candidate, or misspellings in records.<br>ROBERTO D DIAZ \| *Not Searched* |

## 2 Criminal County Search (10-Year Address History)

Jurisdiction: **San Diego County, California**

**Name Searched: Roberto Nava Diaz**

| | |
|---|---|
| **Search Type** | FELONY AND MISDEMEANOR |
| **Jurisdiction Searched** | SAN DIEGO COUNTY, CA |
| **Search Description** | The "Jurisdiction Searched" field indicates the name of the county or state where the search is conducted. The specific courts and criminal records |

searched may be limited due to the manner in which records are maintained in certain states.

**Result** Clear

**Name Searched: Roberto D Diaz**

| | |
|---|---|
| **Search Type** | FELONY AND MISDEMEANOR |
| **Jurisdiction Searched** | SAN DIEGO COUNTY, CA |
| **Search Description** | The "Jurisdiction Searched" field indicates the name of the county or state where the search is conducted. The specific courts and criminal records searched may be limited due to the manner in which records are maintained in certain states. |
| **Result** | **Clear** |

## 3 FACIS® Level 1 Search

**Name Searched: Roberto Nava Diaz**

| | |
|---|---|
| **FACIS® Search Summary** | A Level 1 FACIS® Search was performed on sanction information from the OIG, the SAM, and other federal agencies. |
| **Status** | Complete 2018-01-04 |
| **Results** | **Clear** |
| | No information was found. |

**Name Searched: Roberto D Diaz**

| | |
|---|---|
| **FACIS® Search Summary** | A Level 1 FACIS® Search was performed on sanction information from the OIG, the SAM, and other federal agencies. |
| **Status** | Complete 2018-01-04 |
| **Results** | **Clear** |
| | No information was found. |

## 4 Nationwide Sex Offender Registry Check

**Name Searched: Roberto Nava Diaz**

| | |
|---|---|
| **Search Description** | Nationwide searches against sex offender registries from 49 states, the District of Columbia and U.S. territories. This search excludes Nevada where use of the registry for employment purposes is prohibited by state law. Any reportable findings, as verified from sex offender registries, will be found in this report under the appropriate jurisdiction. |
| **Result** | **Clear** |

**Name Searched: Roberto D Diaz**

| | |
|---|---|
| **Search Description** | Nationwide searches against sex offender registries from 49 states, the District of Columbia and U.S. territories. This search excludes Nevada where use of the registry for employment purposes is prohibited by state law. Any reportable findings, as verified from sex offender registries, will be found in this report under the appropriate jurisdiction. |
| **Result** | **Clear** |

## 5 DMV Driving Records

State: **California**

**Result** **Clear**

**Driver Identification**

| | |
|---|---|
| **Name** | Roberto Daniel Navadiaz |
| **Date of Birth** | xxxx-12-21 |

**License Details 1 of 2**

| | | | |
|---|---|---|---|
| **State** | CA | **License Type** | PERSONAL |
| **License Number** | XXXX8154 | **Status** | valid |
| **License Class** | C | | |
| **Issue Date** | 2013-10-22 | | |
| **Expiration Date** | 2022-12-21 | | |
| **Original Issue Date** | 2012 | | |

**ADDITIONAL LICENSE INFORMATION**

**LicenseClassDescription** NON-COMMERCIAL

**License Details 2 of 2**

| | | | |
|---|---|---|---|
| **State** | CA | **License Type** | IDENTIFICATION |
| **License Number** | XXXX8154 | **Status** | valid |
| **Issue Date** | 2013-04-11 | | |
| **Expiration Date** | 2018-12-21 | | |

**Miscellaneous and State-Specific Information**

**Miscellaneous** FIRST RENEWAL BY MAIL

# East County Urgent Care

## TUBERCULIN (PPD) SCREENING

Name (Nombre): Roberto D Nava Date (Fecha): 12/16/2017

Have you had any of the following symptoms for more than two weeks in the past year. Not associated with a specific illness?

(¿Ha Ud. presentado alguno de estas síntomas en el último año por más de dos semanas. no asociadas a una enfermedad específica?)

- ☐ Unexplained low grade fever
- ☐ Night sweats
- ☐ Unexplained weight loss of more than 5 lbs.
- ☐ Persistent cough
- ☐ Coughing up phlegm or blood
- ☐ Loss of appetite
- ☐ Unusual fatigue

- ☐ Fiebre leve y/o inexplicable
- ☐ Sudores nocturnes
- ☐ Pérdida inexplicable de más de 2 kg de peso
- ☐ Tos persistente
- ☐ Tos con flema o sangre
- ☐ Pérdida del apetito
- ☐ Fatiga o cansancio inusual

Have you ever had a positive TB skin test? (¿Alguna vez ha tenido una prueba positiva para la tuberculosis?) ☐ Yes / Si ☑ No

Have you ever recieved a BCG vaccination? (¿Ha recibido Ud un vacunado de BCG?) ☐ Yes / Si ☑ No

Have you ever been diagnosed or treated for TB? (¿Ha sido diagnosticado o tratado antes por tuberculosis?) ☐ Yes / Si ☑ No

When (¿Cúando? ) ______ Medication (Medicamento ) ______

Doctor's name (Nombre del doctor ) ______

When was your last chest x-ray? (¿Cuando le tomaron su última radiografía del pecho?) ______

**I hereby certify that to the best of my knowledge, I have never had a severe reaction to a PPD skin test and have never had tuberculosis in the past. I authorize East County Urgent Care to administer a PPD skin test today. I understand that the test must be read within 48 - 72 hours and that if I do not return in 48 - 72 hours the test will need to be repeated at my own expense.**

**Certifico que según mis conocimientos, nunca he padecido una reacción severa a la prueba de la tuberculosis (PPD) y tampoco he padecido de tuberculosis. Doy mi autorización para que East County Urgent Care me administre la prueba (PPD) hoy. Es de mi conocimiento que los resultados de la prueba deberán leerse entre 48 y 72 horas después. Si no regreso entre 48 y 72 horas después de la prueba, la prueba tendrá que repetirse y su costo correrá por mi cuenta.**

Patient Signature (Firma del Paciente): [signature] Date (Fecha) 12/16/2017

---

Single injection. Manufacturer: C5039AA Lot# 11.16.2018 Expiration: 11.16.2018

Forearm: ■ Left ☐ Right Administered by: Greg Puisis MA Date 12/16/2017 Time 1400 am / pm

Induration: 0 mm Result: Negative / Positive Read by: Greg Puisis MA Date: 12/19/2017 Time 11:00 am / pm

Two-step injection: Manufacturer ______ Lot# ______ Expiration ______

Forearm: ☐ Left ☐ Right Administered by ______ Date ______ Time ______ am / pm

Induration: ____ mm Result: Negative / Positive Read by: ______ Date ______ Time ______ am / pm

RN / NP / MD Signature [signature] RN / NP / MD Name Farshad Karimpour MD Date 12/16/2017

**■ No further evaluation** **☐ Further evaluation and or treatment** **☐ Chest x-ray done** **X-ray ☐ Negative ☐ Positive for active TB**

☐ Jack Wolfe MD ☐ Edward Reder MD ☐ Calvin Wong MD ☐ Andrew Saleh MD ☐ Daniel Huhn MD

1625 E. Main St. # 100 El Cajon, CA 92021
Phone: (619) 442 - 9896 Fax: (619) 442 - 2245
www.eastcountyurgentcare.com
Follow us on Facebook @ www.facebook.com/eastcountyurgentcare



**BENEFICIARY DESIGNATION FORM**
**GROUP LIFE AND GROUP ACCIDENTAL DEATH & DISMEMBERMENT INSURANCE**
Unum Life Insurance Company of America
Provident Life and Accident Insurance Company
The Paul Revere Life Insurance Company

**Instructions:** Please complete, sign and date this form to designate your beneficiary(ies) or to change your existing beneficiary(ies). This form cancels all prior designations. If more than one beneficiary is named and no percentages are indicated, payment will be made to them in equal shares. If there are more than three (3) primary and/or contingent beneficiaries, please attach a separate sheet of paper. **Return the completed form to your employer.**

**SECTION 1: Employee Information**

Name (Last Name, Suffix, First Name, MI): Nava, Roberto, D

Social Security Number: [redacted]

Employer Name: Southwest Key Programs

Check the coverages listed below to which this beneficiary designation applies:
☐ Basic Life ☐ Supplemental Life ☐ AD&D ☒ All

**SECTION 2: Primary Beneficiary (ies)**

I choose the person(s) named below to be the primary beneficiary(ies) of the Life Insurance benefits that may be payable at the time of my death. If any primary beneficiary(ies) is disqualified or dies before me, his/her percentage of this benefit will be paid to the remaining primary beneficiary(ies).

| Name & Address | Relationship | Social Security Number | Date of Birth | Percentage |
|---|---|---|---|---|
| Juana L. Diaz<br>352 Broadway SPC-J9<br>Chula Vista, CA 91910 | Mother | [redacted] | 03/25/65 | ~~100%~~ 50% |
| Marco A. Nava<br>352 Broadway SPC-J9<br>Chula Vista, CA 91910 | Father | | 04/25/59 | 50% |
| | | | | |
| | | | | Total Must Equal 100% |

**SECTION 3: Contingent Beneficiary (ies)**

If **all** primary beneficiaries are disqualified or die before me, I choose the person(s) named below to be my contingent beneficiary(ies).

| Name & Address | Relationship | Social Security Number | Date of Birth | Percentage |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | Total Must Equal 100% |

**SECTION 4: Signature**

X [signature] **Employee Signature** 1-3-18 **Date**

Unum is a registered trademark and marketing brand of Unum Group and its insuring subsidiaries.
CS-1110 (12/09)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
COMMUNITY CARE LICENSING DIVISION

# HEALTH SCREENING REPORT - FACILITY PERSONNEL

*All personnel, including applicant, licensee or employed staff of Residential Care Facilities for the Elderly, Community Care or Child Care Facilities must demonstrate that their health condition allows them to perform the type of work required. This health appraisal is to be completed by or under the direction of a physician.*

***A health screening, by or under the direction of a physician must have been performed not more than one year prior to employment or within seven (7) days after employment.***

FACILITY NAME: SOUTHWEST KEY PROGRAM

FACILITY ADDRESS: 1253 BROADWAY

PERSON'S NAME: Roberto D Nava

AGE: 12/21/1994

POSITION TITLE: Caregiver

TYPE OF FACILITY: Group Home

WORK DAYS PER WEEK: Varies

WORK HOURS PER DAY: Varies

DUTY STATEMENT: Assisting with daily activities, cleaning, lifting

TYPES OF PERSONS SERVED *(Check appropriate items)*

- ☐ Infants
- ☑ Children
- ☐ Other *(specify)*
- ☐ Adults
- ☐ Elderly
- ☐ Developmentally Disabled
- ☐ Mentally Disordered
- ☐ Physically Handicapped
- ☐ Drug/Alcohol Addiction

**AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION**

I HEREBY AUTHORIZE THE RELEASE OF MEDICAL INFORMATION CONTAINED IN THIS REPORT.

SIGNATURE OF APPLICANT/LICENSEE OR EMPLOYEE: ▶ [signature]

ADDRESS: 352 BROADWAY

DATE: 12/16/2017

**NOTE TO PHYSICIAN:** *Personnel in Residential Care Facilities for the Elderly, Community Care or Child Care Facilities shall be free from communicable disease, and capable of performing assigned tasks. Please complete the following information on the above named person.*

B/p 132/86 P 63 wt 140 ht 62"

EVALUATION OF GENERAL HEALTH

.S/P heart transplant for cardiomyopathy related to leukemia treatment. Patient is asymptomatic for cardiac status.

Normal Exam

EVALUATION OF ABILITY TO PERFORM WORK DESCRIBED IN THE ABOVE DUTY STATEMENT

Able to perform above duties

NOTE ANY HEALTH CONDITION THAT WOULD CREATE A HAZARD TO THE PERSON, CLIENTS, CHILDREN OR OTHER PERSONNEL

None

Given the precaution of being on anti rejection medication related to heart transplant recipient.

DATE OF T B TEST: 12/16/2017

☐ POSITIVE
☑ NEGATIVE

ACTION TAKEN (IF POSITIVE): See Attached

DATE OF HEALTH SCREENING: 12/16/2017

NAME OF PHYSICIAN (PHYSICIAN'S STAMP): Lumanog N NP

DATE: 12/16/2017

HEALTH SCREENING BY: (ORIGINAL SIGNATURE) ▶ [signature]

TELEPHONE #: (619) 442-9896

DATE: 12/16/2017

LIC 503 (3/99) (PERSONAL)



# IMMUNIZATION RECORD

Comprobante de Inmunización

**South Region PHC**
0 Oxford St,
Chula Vista, CA, 91911
6194093115

PRINTED 07/28/2008
PAGE 1 OF 1

Name / nombre: ROBERTO NAVA

Birthdate / fecha de nacimiento: 12/21/1994    Sex / sexo: M

Allergies / alergias:

Vaccine Reactions / reacciones a la vacuna:

RETAIN THIS DOCUMENT — CONSERVE ESTE DOCUMENTO

| VACCINE / vacuna | DATE GIVEN / fecha de vacunación | DOCTOR OFFICE OR CLINIC / médico o clínica | NEXT DOSE DUE / próxima vacuna |
|---|---|---|---|
| POLIO OPV 1 | 02/18/95 | Transcribed - South Region PHC | |
| OPV 2 | 08/21/95 | Transcribed - South Region PHC | |
| OPV 3 | 10/23/95 | Transcribed - South Region PHC | |
| IPV 4 | 04/25/02 | South Region PHC | |
| DTP DTP 1 | 02/18/95 | Transcribed - South Region PHC | |
| DTP 2 | 08/21/95 | Transcribed - South Region PHC | |
| DTP 3 | 10/23/95 | Transcribed - South Region PHC | |
| DTP 4 | 10/02/00 | Transcribed - South Region PHC | |
| MMR MMR 1 | 04/25/02 | South Region PHC | |
| MMR 2 | 06/25/02 | South Region PHC | |
| HIB | | | |

Parents: Your child must meet California's immunization requirements to be enrolled in school and child care. Keep this Record as proof of immunization.
Padres: Su niño debe cumplir con los requisitos de vacunas para asistir a la escuela y a la guardería. Mantenga este Comprobante: lo necesitará.

DT/Td = Diphtheria, tetanus *(difteria, tétano)*
DTaP/Tdap = Diphtheria, tetanus, and pertussis (whooping cough) *(difteria, tétano, y tos ferina)*
DTP = Diphtheria, tetanus, pertussis (whooping cough) *(difteria, tétano, y tos ferina)*
HEP A = Hepatitis A
HEP B = Hepatitis B
HIB = Hib meningitis (*Haemophilus influenzae* type b) *(meningitis Hib)*
HPV = Human papillomavirus *(virus del papiloma humano)*
INFV = Influenza *(la gripe)*
MCV = Meningococcal conjugate vaccine *(vacuna meningocócica conjugada)*
MMR = Measles, mumps, rubella *(sarampión, paperas y rubéola (sarampión alemán))*
MPV = Meningococcal polysaccharide vaccine *(vacuna meningocócica polisacárida)*
PNEUMO = Pneumococcal vaccine *(neumocócica)*
POLIO = Poliomyelitis *(poliomielitis)*
RV = Rotavirus *(rotavirus)*
VZV = Varicella (chickenpox) *(varicela)*

Name: ROBERTO NAVA    Birthdate: 12/21/1994

| VACCINE / vacuna | DATE GIVEN / fecha de vacunación | DOCTOR OFFICE OR CLINIC / médico o clínica | NEXT DOSE DUE / próxima vacuna |
|---|---|---|---|
| HEP B Hep B-adol or ped 1 | 10/02/00 | Transcribed - South Region PHC | |
| Hep B-adol or ped 2 | 04/25/02 | South Region PHC | |
| Hep B-adol or ped 3 | 06/25/02 | South Region PHC | |
| VARIC Varicella 1 | 04/25/02 | South Region PHC | |
| | SEP 21 2010 | CARLOS J. SANCHEZ M.D., INC. 1635 THIRD AVE., SUITE J CHULA VISTA, CA 91911 (619) 426-8121 | |
| HEP A Hep A-child 1 | 05/08/02 | Transcribed - South Region PHC | |
| Hep A-child 2 | 03/19/03 | South Region PHC | |
| PNEUMO | | | |
| Tdap | SEP 21 2010 | CARLOS J. SANCHEZ M.D., INC. 1635 THIRD AVE., SUITE J CHULA VISTA, CA 91911 (619) 426-8121 | |
| MCV | SEP 21 2010 | CARLOS J. SANCHEZ M.D., INC. 1635 THIRD AVE., SUITE J CHULA VISTA, CA 91911 (619) 426-8121 | |
| Flu | SEP 21 2010 | CARLOS J. SANCHEZ M.D., INC. 1635 THIRD AVE., SUITE J CHULA VISTA, CA 91911 (619) 426-8121 | |
| HPV 1 | FEB 28 2012 | CARLOS J. SANCHEZ M.D., INC. 1635 THIRD AVE., SUITE J CHULA VISTA, CA 91911 (619) 426-8121 | |

JOSE MARIA PARTIDA-RUEDA, M.D. FAMILY PRACTICE 1229 THIRD AVENUE CHULA VISTA, CA 91911 (619) 420-4246

TB SKIN TESTS* Pruebas de la Tuberculosis

| Type** | Date given | Given by | Date read | Read by | mm induration | Impression |
|---|---|---|---|---|---|---|
| PPD | 7/29/15 | SP | 7/31/15 | SP | 0 | neg |

* A chest x-ray may be indicated if skin test is positive.
** If required for school entry, must be Mantoux unless exception granted by local health department.

CHEST X-RAY [Radiografía] (Necessary if skin test positive)    Film date: __/__/__    Interpretation    Person is free of communicable tuberculosis

Signature/Agency: ________

IMM-75

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# EQUEST FOR LIVE SCAN SERVICE - COMMUNITY CARE LICENSING

Applicant Submission

1. ORI: **A0448**

2. Working Title: *(Check ✔ one)*
☐ Adult Resident other than Client ☑ Employee ☐ License, Certification, Applicant ☐ Volunteer ☐ Home Care Aide Registry Applicant

3. Authorized Applicant Type - Enter from list on Page 2, "DOJ Abbreviated CCLD Facility/Organization Type."
Group Home more /6 child.

4. Agency Address Set Contributing Agency:

**CA Dept of Social Services** — Agency authorized to receive criminal history information

**03502** — Mail Code *(five-digit code assigned by DOJ)*

**PO BOX 94244** (Street No.) **Mail Station 9-15-62** (Street or PO Box)

**N/A** — Contact Name *(Mandatory for all school submissions)*

**Sacramento,** (City) **CA** (State) **94244-2430** (Zip Code)

( ) **N/A** — Contact Telephone No.

5. Applicant Information:

Name of Applicant: *(Please print)* Nava (LAST) Roberto (FIRST) D (MI)

AKA's: ______ (LAST) ______ (FIRST)

CDL No. [redacted]

DOB: 12/21/1994 SEX: ☒ Male ☐ Female

Misc. No. BIL - AGENCY BILLING NUMBER *(IF APPLICABLE)*

HT: 5'2 WT: 135

Misc. No.: [redacted] OF STATE DRIVER'S LICENSE OR I.D.

EYE Color: Dark Brown HAIR Color: Dark-Brown

Home Address: *(All applicants must complete)*

POB: Mexico

352 Broadway Spc - J9 — STREET OR PO BOX

SOC: [redacted]

Chula Vista, CA 91910 — CITY, STATE AND ZIP CODE

(See Privacy Statement on Page 4)

6. Facility/Organization Number: 374-603-915 Level of Service ☑ DOJ ☑ FBI

If resubmission for fingerprint quality (select R2), list Original ATI No.______

7. Employer: *(Additional response for Department of Social Services, DMV/CHP licensing, and Department of Corporations submissions only)*

Southwest Key Program — Employer Name

1253 Broadway PMB408 — Street No. / Street or PO Box

03502 — Mail Code *(five digit code assigned by DOJ)*

El Cajon (City) CA (State) 92021 (Zip Code)

(619) 832-2350 — Agency Telephone No. *(Optional)*

8.

Live Scan Transaction Completed By: [signature] (Name of Operator) Date 12/26/2017

AAA LIVE SCAN (Transmitting Agency) W-65 (LSID#) M360NAR006 (ATI No.) A&D (Amount Collected/Billed)

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
Bureau of Criminal Information and Analysis
P.O. Box 903417
Sacramento, CA 94203-4170

DATE: 01/01/2018

SOUTHWEST KEY PROGRAM
1253 BROADWAY 408
EL CAJON CA 92021

RE: DOJ APPLICANT FINGERPRINT RESPONSE

| | |
|---|---|
| APP ORI: | A0448 |
| APP NAME: | ROBERTO DANIEL NAVA DIAZ |
| APP TYPE: | GROUP HOME MORE/6 CHILD |
| APP TITLE: | EMPLOYEE |
| APP SERVICE REQUESTED: | CA/FBI/CHILD/ |
| OCA: | [redacted] |
| SID: | |
| DOB: | 12/21/1994 |
| SSN: | [redacted] |
| CDL: | NA |
| ATI: | M360NAR006 |
| OATI: | |
| DATE SUBMITTED: | 12/26/2017 |
| SCN #: | W65K3610032 |

APP ADDRESS: 352 BROADWAY SPC J9 CHULA VISTA CA 91910

****
Based upon a fingerprint search of records contained in the Bureau of Criminal Information and Analysis files, there is no information meeting dissemination criteria pursuant to California law on the above-named individual.

Our records indicate you have requested, or are statutorily mandated to receive, subsequent arrest notification service from the Department of Justice. Therefore, you will be advised of subsequent arrests for this individual. Pursuant to Section 11105.2 of the California Penal Code, your agency is required to notify the Department of Justice when it no longer has a legitimate interest in this subject, (i.e., the applicant is no longer, or was never employed; his/her license or certification is denied or revoked; or he/she is no longer eligible to renew or re-instate the license or certificate).

Copy also sent to:
CASDSOCIAL SERV CCL-CRCB
744 P STREET
SACRAMENTO CA 95814

Electronic Response Code:

— END OF REPORT —

© 2003 - 2018 Sterling Talent Solutions

SWK000339

4/4/18
Faxed @
1:03pm
monica

National Headquarters
6002 Jain Lane • Austin, Texas 78721
phone: 512.462.2181 • fax: 512.532.0872 • www.swkey.org

April 3, 2018

Roberto Nava Diaz
352 Broadway Spc-J9
Chula Vista, CA 91910

Dear Mr. Nava Diaz:

SW Key Human Resources has received an accommodation request on your behalf. Human Resources will need to get additional medical documentation completed by your doctor so that we can determine your restrictions and to determine if SW Key Programs will be able to accommodate your restrictions based on Program Operations.

The documents I am enclosing are:

- Medical Inquiry Form (Completed by your doctor)
- Doctors Note (Dated 3/21/18)
- Job Description
- Restraint Documentation

Although all of the documents need to be given to your doctor for review, I only need the Medical Inquiry form faxed back to me, Heather Escobedo no later than Monday, 4/9/18 by 5:00 pm CST. The paperwork can be faxed by your doctor to (512) 532-0872.

***It is the employee's responsibility to take the above requested documents to their medical provider.***

If you fail to respond to the deadlines set forth in this letter, SW Key Programs will not be able to accommodate your request and/or may administratively separate you from the company if your accommodation is regarding leave from work.

If you have any questions, please do not hesitate to call me or email me.

Have a good day.

Sincerely,

[illegible] for Heather Escobedo

**Heather Escobedo, SHRM-CP**
**HR Accommodations Team Supervisor**
**Southwest Key Programs**
**6002 Jain Lane Austin, TX 78721**
**512-462-2181 Ext. 136**
**512-583-2536 – Direct**
**512-221-7182 – Cell**
**512-532-0872 – Fax**
**hescobedo@swkey.org**
**www.swkey.org**

CROWN DENTAL
All Your Dental Needs Under One Roof

**Robert A. Camhi, DDS**
Dental Director

Phone: 619-474-6200
Fax: 619.477.4059
crowndentalnc@gmail.com
www.crowndentalnc.com

2405 Transportation Ave.
National City, CA 91950

On the corner of Mile of Cars and Transportation Ave.

**Date Due:** 4/9/18 by 5:00 pm CST
[✓] Job Description Attached
[✓] Restraint Documentation Attached

**RETURN ALL REQUIRED PAPERWORK TO:**
**Southwest Key Programs**
**Attn: Heather Escobedo-HR Dept.**
**FAX NUMBER: (512) 532-0872**

southwest key
programs

# Medical Inquiry Form

## THIS FORM IS TO BE COMPLETED ONLY BY A MEDICAL PROFESSIONAL

**NOTE:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Patient/Employee Name: Roberto Nava Diaz ("Employee") Date of Birth: 12/21/1994

1. Have you reviewed the Employee's attached job description and do you understand the Employee's job duties and function(s)? [X] Yes [ ] No

2. Is the Employee currently able to return to work without restrictions? [X] Yes [ ] No
   *If yes, do not answer any additional questions; please sign and date the form, and return it to Southwest Key Programs as directed below.*

3. Is the Employee currently able to return to work with restrictions? [ ] Yes [X] No

   If the employee **can return to work with restrictions**, please answer the following questions:

   Is the employee able to work his/her schedule? [ ] Yes [ ] No

   Is the employee able to perform a restraint (see attached)? [ ] Yes [ ] No

   Does the employee have limitations with regard to the following: *(check all boxes that apply)*

| | | | | | |
|---|---|---|---|---|---|
| Standing: | [ ] Yes | [ ] No | Reaching: | [ ] Yes | [ ] No |
| Driving: | [ ] Yes | [ ] No | Handling: | [ ] Yes | [ ] No |
| Lifting: | [ ] Yes | [ ] No | Carrying: | [ ] Yes | [ ] No |
| Pushing: | [ ] Yes | [ ] No | Pulling: | [ ] Yes | [ ] No |

   Please describe all restrictions specified above: ______

   Does the employee require breaks because of his or her condition? [ ] Yes [X] No

   If yes, please describe the duration and frequency of the breaks: ______

   Does the employee have any other restrictions? [ ] Yes [X] No

Please describe any restrictions not already specified: ______

What is the anticipated duration of the restrictions? (*check only one box*)

☐ less than 2 weeks ☐ 2-4 weeks ☐ 4-6 weeks ☐ 6-8 weeks ☐ more than 8 weeks

Anticipated end date of restrictions: ______

If the employee **can<u>not</u> return to work with restrictions**, what is the anticipated return to work date? (*check only one box*)

☐ less than 2 weeks ☐ 2-4 weeks ☐ 4-6 weeks ☐ 6-8 weeks ☐ more than 8 weeks

Anticipated return to work date: ______

4. What is the anticipated duration of the condition requiring the restrictions? (*check only one box*)

   ☐ Permanent ☐ Long-Term ☐ Temporary

   If not permanent, how long will the condition likely last? ______

5. What medical condition(s)/diagnosis of the Employee requires the restrictions detailed in this document? ______

6. When is your next scheduled appointment with the Employee: ______

   If a date has not been schedule yet, when will you need to see the Employee again: (*check only one box*)

   ☐ within 1 week ☐ within 1 month ☐ more than 1 month from now ☐ an appointment is not needed at this time

Questions/Comments/Notes. Pt is cleared to return to work

______

**Medical Professional's Signature** ______ **Date** ______

Robert Camhi DPM

**Medical Professional's Printed Name** ______ ( ) **Medical Professional's Phone Number**

**Medical Professional's Business Address** ______ **Type of Practice/Medical Specialty** ______

▶ **RETURN ALL REQUIRED PAPERWORK TO THE ADDRESS BELOW:**

**Southwest Key Programs**
**Attn: Heather Escobedo-HR Dept.**
**6002 Jain Lane**
**Austin, TX 78721**

**<u>OR</u> FAX PAPERWORK TO FAX NUMBER: (512) 532-0872**

☐ **Please also provide a copy of this paperwork to the Employee at:** ______

▶ **If you have any questions about completing this form, please contact:**
**<u>Heather Escobedo at Phone: (512) 583-2536 or Email: hescobedo@swkey.org</u>**

Fax: 619-477-4059
www.crowndentalnc.com

# CERTIFICATE TO RETURN TO SCHOOL/WORK

DATE: March. 31. 2018

PATIENT NAME: Roberto Nava

IS ABLE TO RETURN TO SCHOOL/WORK ON: April 4. 2018 (Wed)

LIMITATIONS/REMARKS: avoid heavy lifting, bending. and physical activities for 1 week.

Thank you,

CROWN DENTAL GROUP
2405 TRANSPORTATION AVE
NATIONAL CITY CA 91950-6664

Crown Dental Group





**Print This Page** | **Close This Window**

Name: Roberto Nava | DOB: 12/21/1994 | MRN: 30157777 | PCP: Paul E Hubley, MD
UC San Diego Health

# Immunizations

| Immunization | Date |
| --- | --- |
| Hep-A Vaccine, Adult Dose | 12/22/2016, 11/29/2016 |
| Hep-B Vaccine, Adult Dose | 12/22/2016, 11/29/2016 |
| Influenza Vaccine (High Dose) >=65 Years | 10/25/2018, 10/12/2017 |
| Influenza Vaccine >=3 Years | 9/1/2016, 10/28/2015 |
| Pneumococcal 13 Vaccine (PREVNAR-13) | 12/22/2016 |
| Pneumococcal 23 Vaccine (PNEUMOVAX-23) | 8/28/2017 |
| Tdap | 12/23/2016 |

MyChart® licensed from Epic Systems Corporation, © 1999 - 2015.

# EXHIBIT 3

**DOH: 03/13/2018**

**DOT:**

southwest key programs

**Employee Name: Azael Sanchez Celi**

# California Employee File Checklist

**Payroll Information**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | ✓ | New Hire Aloha |
| | | New Hire Email correspondence |
| | ✓ | W-4 |
| | ✓ | EDD Form (Employee Withholding Allowance Certificate) CA |
| | ✓ | Direct Deposit |
| | | Payroll Debit Card Enrollment |
| | | Business License Inspection Request Form |
| | | Personnel Input Sheet |

**Job Responsibilities/Performance**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | ✓ | Job Description |
| | | Evaluations |
| | | Evaluation supporting documents |
| | | Corrective Action Plans |
| | | Grievances |
| | | Performance memos |
| | | Reprimands (written/verbal) & documentation |
| | | Performance related emails/written correspondences |
| | | Introductory Period (90 day) Performance Evaluation Form |
| | | Supervision Forms Sub-Folder to include:<br>• Monthly Supervision Forms<br>• Quarterly Supervision Forms<br>• Annual Supervision Forms |

**Employee Changes/Attendance**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | | Update/change alohas |
| | | Change Memos |
| | | Time details |
| | | Leave requests |
| | | Leave documentation |
| | | Attendance documentation |
| | | Verification of Employment/V.O.E. Requests |

**Policies, Acknowledgements, and Agreements**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | ✓ | Employee Guidebook Acknowledgement |
| | ✓ | Conflict of Interest |
| | ✓ | Confidentiality Agreement for All Employees |
| N/A | | Confidentiality agreement for Personnel with Access to HR and/or Payroll Information |
| | ✓ | Equipment Responsibility (cell phone/pager/ keys) and Other Items Issued upon Termination |
| N/A | | Duty to Warn/Protect Policy |
| | ✓ | TB Test Requirements & Renewal |
| | ✓ | Client Confidentiality Agreement |
| | ✓ | Client Handbook Acknowledgement |
| | ✓ | Dress Code Policy Acknowledgement |
| | ✓ | Fingerprint Clearance Card or Equivalent Requirement and Renewal |
| | ✓ | ORR Policies and Procedures Acknowledgment |
| | ✓ | Acknowledgment of Vehicle Safety Manual |
| | ✓ | (Company)Vehicle Policy for All Employees |
| | ✓ | Consent form for Drug Testing |
| | ✓ | No Call No Show & Tardiness Policy |
| | ✓ | Participant Training Expectations Form |
| | ✓ | Cell phone/Recording Device form/Media Confidentiality Policy |
| | ✓ | Wellness Program Information and Waiver |
| | ✓ | Acknowledgement of Mutual Jury Trial Waiver |
| | ✓ | Acknowledgement of Mutual Class and Collective Action Waiver |
| | ✓ | Vaccine Preventable Disease Policy |
| | ✓ | Citizenship Agreement |
| | ✓ | Foreign Diploma Evaluation |
| | ✓ | Voluntary Use of Respirator |
| | ✓ | Tobacco-Free Workplace |
| | ✓ | Client Medical Information Privacy Manual Acknowledgement |
| | ✓ | Discrimination, Harassment, and Retaliation Prevention Policy Acknowledgement |
| | ✓ | Hepatitis B Acceptance/Declination Policy |
| | ✓ | Notice To Employee-Labor Code Section 2810.5 CA (Status Change Memo) |
| | | Criminal Background Clearance Transfer Request CA |
| | ✓ | Employee Rights Statement CA |
| | ✓ | Criminal Record Statement CA |
| | ✓ | Meal Waiver CA |

| NA/Declined | Completed | Type of Form |
|---|---|---|
| N/A | | Medical Uniform Policy |
| | ✓ | Disclosure For Background Check CA |
| | | Petty Cash Agreement |
| | ✓ | Insurance Information and Application Process |
| | | P-Card Holder Agreement |

**Talent Acquisition and Employment Status**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | ✓ | Employment Application |
| | ✓ | Emergency Contact Information |
| | ✓ | Résumé |
| | | Letter of interest |
| | ✓ | Offer Letter |
| | ✓ | Pre-Employment Reference Check Response |
| | | Personnel Position Form |
| | | Certifications/licensure *[includes verification & copies of education/certification/licensure (Ex. CPR, First Aid, Food Handlers, etc)]* |
| | ✓ | Background Inquiry Agreement |
| | | Reference Check Guidelines |
| N/A | | ORR Approval Letter |
| | ✓ | Employee Information Sheet CA |
| N/A | | Affidavit for Applicants for Employment with a Licensed Operation |
| | ✓ | Diplomas & Degrees |
| | | Relias transcripts |
| | | Training materials (internal and external) |
| | | Resignation letter |
| | | Certificates of Recognition/Merit |

**Corporate File / Confidential Documents**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | ✓ | I-9 |
| | ✓ | Photo ID (DL, passport, permanent resident card) |
| | ✓ | Social Security Card |
| | | EEO |
| | | Self-Identify |
| | ✓ | MVR Results |
| | | Copies of Registration and Insurance Policy |
| | ✓ | Background Check Results |
| | ✓ | TB Results |
| N/A | | Drug Test Results |

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | | Pre-designation of personal physician |
| | ✓ | PREA Questionnaires |
| | | Disability Benefit Form |

**Medical (Confidential)**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | | STD/LTD Benefits Information |
| | ✓ | UNUM Documentation |
| | | Doctors Notes/ Medical documents |
| | | Conversations with Program, Legal, Executive Leadership and Employee |
| | | Wellness Screenings & Supporting Documents |
| | | Accommodation Documentation |
| | | Employee Master Detail Level 3 |
| | | Medical Inquiry Form |
| | | Workers Compensation Time of Hire Pamphlet CA |
| | | Accommodation Analysis Form |
| | | HIPAA Authorization Form |
| | | Restraint Information |

**Memos/Correspondence**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | | Text messages correspondence not related to attendance, medical, or performance |
| | | Email correspondence not related to attendance, medical, or performance |

**Miscellaneous**

| NA/Declined | Completed | Type of Form |
|---|---|---|
| | | Per diem checks |
| | | Employee rewards |



Updated 1/25/18

# SWK Programs ALOHA Form

**Date form completed:** 9/7/2018

## Employee Personal Information

**Full Name:** Sanchez Celi (*Last*) Azael (*First*) H (*M.I.*) **Birth Date:** 1/18/1968 **Sex:** M

**Employee ID:** 106144 **Last 4 SSN:** 7819

**Address:** 8582 Echo Dr (*Street Address*) La Mesa (*City*) CA (*State*) 91941 (*Zip Code*)

**Home Phone:** 619-794-3800 **Alternate Phone:** ______ **Personal Email:** azasanchez@aol.com

## Job Information

| | From | To |
|---|---|---|
| Department Number: | 951 | TERMINATION |
| Job Title: | Youth Care Worker | |
| GL Account Number: | 62010 | |
| Pay Rate: | $17.99 | |
| Other: | | |

**New Hire** ☐ **Re-Hired** ☐ **Recall** ☐ **Promotion** ☐ **Merit Increase** ☐ **Demotion** ☐ **Transfer** ☐

**Immediate Supervisor's Name:** Martha Uribe, SS

## For UM ONLY - prior approval by an ORR Project Officer is required for UM Key Positions

| Key Positions include: PD, APD, Lead Clinician, Clinician, Lead Case Mgr., PSA Compliance Mgr. | Name of ORR Project Officer who approved: ______ | Evidence of approval attached: Yes ☑ No ☐ |
|---|---|---|

## Classification of Employee

| | | | |
|---|---|---|---|
| The employee is: | Full Time ☑ | Part Time ☐ | Relief ☐ |
| The employee is: | Regular ☑ | Temporary ☐ | Seasonal ☐ |
| The employee is: | Hourly ☑ | Salary Exempt ☐ | |

**Effective Date of:** Hire: ______ **OR** *Termination: 9/7/2018 **OR** Change: ______ **I-9 completed:** Yes ☑ No ☐

## * If terminated, please complete the box below

| | | | |
|---|---|---|---|
| Type of Termination: | Resignation ☑ | Layoff ☐ | Discharged ☐ |
| Eligible to Rehire: | Yes ☐ | No ☑ | (if no, explain in comments) |

**Comments:** Employee did not provide two week notice.

## AP Requirements

**SWK Cell Phone** ☐ **P-card** ☐ **Long Distance Code** ☐ **Gas Access** ☐

## IT Requirements

**Email** ☑ **Network Access** ☐ **VPN** ☐ **Telephone** ☐

**ETO** ☑ **Special Access:** ______

## Emergency Contact Information

**Full Name:** ______ (*Last* / *First* / *M.I.*) **Relationship:** ______

**Address:** ______ (*Street Address (if different from the address above)* / *City* / *State* / *Zip Code*)

**Primary Phone:** ______ **Alternate Phone:** ______ **Email/Other:** ______



Updated 1/25/18

# SWK Programs ALOHA Form

**Date form completed:** 4/13/2018

## Employee Personal Information

**Full Name:** Sanchez Celi (Last) Azael (First) H (M.I.) **Birth Date:** 1/18/1968 **Sex:** M

**Employee ID:** 106144 **Last 4 SSN:** 7819

**Address:** 8582 Echo Dr (Street Address) La Mesa (City) CA (State) 91941 (Zip Code)

**Home Phone:** 619-794-3800 **Alternate Phone:** ______ **Personal Email:** azasanchez@aol.com

## Job Information

| | From | To |
|---|---|---|
| Department Number: | 951 | |
| Job Title: | Youth Care Worker | |
| GL Account Number: | 62010 | |
| Pay Rate: | $17.99 | |
| Other: | | |

New Hire ☐ Re-Hired ☐ Recall ☐ Promotion ☐ Merit Increase ☐ Demotion ☐ Transfer ☐

**Immediate Supervisor's Name:** Sofia Hernandez, SS

## For UM ONLY - prior approval by an ORR Project Officer is required for UM Key Positions

| Key Positions include: PD, APD, Lead Clinician, Clinician, Lead Case Mgr., PSA Compliance Mgr. | Name of ORR Project Officer who approved: ______ | Evidence of approval attached: Yes ☐ No ☐ |
|---|---|---|

## Classification of Employee

| | | | |
|---|---|---|---|
| The employee is: | Full Time ☑ | Part Time ☐ | Relief ☐ |
| The employee is: | Regular ☐ | Temporary ☐ | Seasonal ☑ |
| The employee is: | Hourly ☑ | Salary Exempt ☐ | |

**Effective Date of:** Hire: ______ OR *Termination: ______ OR Change: 4/9/2018 **I-9 completed:** Yes ☑ No ☐

## * If terminated, please complete the box below

| | | | |
|---|---|---|---|
| Type of Termination: | Resignation ☐ | Layoff ☐ | Discharged ☐ |
| Eligible to Rehire: | Yes ☐ | No ☐ | (if no, explain in comments) |

**Comments:** Please pay employee a total of 84.77 hrs worked from 3/25/18 thru 4/07/18.

## AP Requirements

SWK Cell Phone ☐ P-card ☐ Long Distance Code ☐ Gas Access ☐

## IT Requirements

Email ☐ Network Access ☐ VPN☐ Telephone ☐

ETO ☐ Special Access: ______

## Emergency Contact Information

**Full Name:** ______ (Last) (First) (M.I.) **Relationship:** ______

**Address:** ______ (Street Address (if different from the address above)) (City) (State) (Zip Code)

**Primary Phone:** ______ **Alternate Phone:** ______ **Email/Other:** ______



Updated 1/25/18

## SWK Programs ALOHA Form

**Date form completed:** 3/12/2018

### Employee Personal Information

**Full Name:** Sanchez Celi (Last) Azael (First) H (M.I.) **Birth Date:** 1/18/1968 **Sex:** M

**Employee ID:** ______ **Last 4 SSN:** 7819

**Address:** 8582 Echo Dr (Street Address) La Mesa (City) CA (State) 91941 (Zip Code)

**Home Phone:** 619-794-3800 **Alternate Phone:** ______ **Personal Email:** azasanchez@aol.com

### Job Information

| | From | To |
|---|---|---|
| Department Number: | 951 | |
| Job Title: | Youth Care Worker | |
| GL Account Number: | 62010 | |
| Pay Rate: | $17.99 | |
| Other: | | |

**New Hire** ☑ **Re-Hired** ☐ **Recall** ☐ **Promotion** ☐ **Merit Increase** ☐ **Demotion** ☐ **Transfer** ☐

**Immediate Supervisor's Name:** Sofia Hernandez, SS

### For UM ONLY - prior approval by an ORR Project Officer is required for UM Key Positions

| Key Positions include: PD, APD, Lead Clinician, Clinician, Lead Case Mgr., PSA Compliance Mgr. | Name of ORR Project Officer who approved: ______ | Evidence of approval attached: Yes ☐ No ☐ |
|---|---|---|

### Classification of Employee

| | | | |
|---|---|---|---|
| The employee is: | Full Time ☑ | Part Time ☐ | Relief ☐ |
| The employee is: | Regular ☐ | Temporary ☐ | Seasonal ☑ |
| The employee is: | Hourly ☑ | Salary Exempt ☐ | |

**Effective Date of:** Hire: 3/13/2018 **OR** *Termination: ______ **OR** Change: ______ **I-9 completed:** **Yes** ☑ **No** ☐

### * If terminated, please complete the box below

| | | | |
|---|---|---|---|
| Type of Termination: | Resignation ☐ | Layoff ☐ | Discharged ☐ |
| Eligible to Rehire: | Yes ☐ | No ☐ | (if no, explain in comments) |

**Comments:** ______

### AP Requirements

**SWK Cell Phone** ☐ **P-card** ☐ **Long Distance Code** ☐ **Gas Access** ☐

### IT Requirements

**Email** ☑ **Network Access** ☐ **VPN**☐ **Telephone** ☐

**ETO** ☑ **Special Access:** ______

### Emergency Contact Information

**Full Name:** Sanchez (Last) Dania (First) (M.I.) **Relationship:** Wife

**Address:** ______ (Street Address (if different from the address above)) (City) (State) (Zip Code)

**Primary Phone:** 619-362-1061 **Alternate Phone:** ______ **Email/Other:** ______

# Form W-4 (2017)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2017 expires February 15, 2018. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** If another person can claim you as a dependent on his or her tax return, you can't claim exemption from withholding if your total income exceeds $1,050 and includes more than $350 of unearned income (for example, interest and dividends).

***Exceptions.*** An employee may be able to claim exemption from withholding even if the employee is a dependent, if the employee:

- Is age 65 or older,
- Is blind, or
- Will claim adjustments to income; tax credits; or itemized deductions, on his or her tax return.

The exceptions don't apply to supplemental wages greater than $1,000,000.

**Basic instructions.** If you aren't exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2017. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at *www.irs.gov/w4*.

## Personal Allowances Worksheet (Keep for your records.)

**A** Enter "1" for **yourself** if no one else can claim you as a dependent . . . **A** ____

**B** Enter "1" if:
- You're single and have only one job; or
- You're married, have only one job, and your spouse doesn't work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less.

. . . **B** 1

**C** Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . **C** ____

**D** Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . **D** 4

**E** Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . . **E** ____

**F** Enter "1" if you have at least $2,000 of **child or dependent care expenses** for which you plan to claim a credit . . . **F** ____
(**Note:** Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

**G** **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.
- If your total income will be less than $70,000 ($100,000 if married), enter "2" for each eligible child; then **less** "1" if you have two to four eligible children or **less** "2" if you have five or more eligible children.
- If your total income will be between $70,000 and $84,000 ($100,000 and $119,000 if married), enter "1" for each eligible child. **G** 4

**H** Add lines A through G and enter total here. (**Note:** This may be different from the number of exemptions you claim on your tax return.) ▶ **H** 9

For accuracy, **complete all worksheets that apply.**
- If you plan to **itemize** or **claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you are **single and have more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $50,000 ($20,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

**Separate here and give Form W-4 to your employer. Keep the top part for your records.**

Form **W-4**
Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ **Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.**

OMB No. 1545-0074
**2017**

1 Your first name and middle initial: AZAEL H. | Last name: SANCHEZ- CELi | 2 Your social security number: [redacted]

Home address (number and street or rural route): 8582 Echo Drive

3 ☐ Single ☒ Married ☐ Married, but withhold at higher Single rate.
**Note:** If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code: La Mesa - CA, 91941

4 **If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card.** ▶ ☐

5 Total number of allowances you are claiming (from line **H** above **or** from the applicable worksheet on page 2) **5** ____

6 Additional amount, if any, you want withheld from each paycheck . . . **6** $ ____

7 I claim exemption from withholding for 2017, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here . . . ▶ **7** ____

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature**
(This form is not valid unless you sign it.) ▶ [signature] **Date** ▶ 3/12/2018

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN)

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.** Cat. No. 10220Q Form **W-4** (2017)

## Deductions and Adjustments Worksheet

**Note:** Use this worksheet *only* if you plan to itemize deductions or claim certain credits or adjustments to income.

1 Enter an estimate of your 2017 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes, medical expenses in excess of 10% of your income, and miscellaneous deductions. For 2017, you may have to reduce your itemized deductions if your income is over $313,800 and you're married filing jointly or you're a qualifying widow(er); $287,650 if you're head of household; $261,500 if you're single, not head of household and not a qualifying widow(er); or $156,900 if you're married filing separately. See Pub. 505 for details . . . **1** $______

2 Enter: { $12,700 if married filing jointly or qualifying widow(er); $9,350 if head of household; $6,350 if single or married filing separately } . . . **2** $______

3 **Subtract** line 2 from line 1. If zero or less, enter "-0-" . . . **3** $______

4 Enter an estimate of your 2017 adjustments to income and any additional standard deduction (see Pub. 505) **4** $______

5 **Add** lines 3 and 4 and enter the total. (Include any amount for credits from the *Converting Credits to Withholding Allowances for 2017 Form W-4* worksheet in Pub. 505.) . . . **5** $______

6 Enter an estimate of your 2017 nonwage income (such as dividends or interest) . . . **6** $______

7 **Subtract** line 6 from line 5. If zero or less, enter "-0-" . . . **7** $______

8 **Divide** the amount on line 7 by $4,050 and enter the result here. Drop any fraction . . . **8** ______

9 Enter the number from the **Personal Allowances Worksheet,** line H, page 1 . . . **9** ______

10 **Add** lines 8 and 9 and enter the total here. If you plan to use the **Two-Earners/Multiple Jobs Worksheet,** also enter this total on line 1 below. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 **10** ______

## Two-Earners/Multiple Jobs Worksheet (See *Two earners or multiple jobs* on page 1.)

**Note:** Use this worksheet *only* if the instructions under line H on page 1 direct you here.

1 Enter the number from line H, page 1 (or from line 10 above if you used the **Deductions and Adjustments Worksheet**) **1** ______

2 Find the number in **Table 1** below that applies to the **LOWEST** paying job and enter it here. **However,** if you are married filing jointly and wages from the highest paying job are $65,000 or less, do not enter more than "3" . . . **2** ______

3 If line 1 is **more than or equal to** line 2, subtract line 2 from line 1. Enter the result here (if zero, enter "-0-") and on Form W-4, line 5, page 1. **Do not** use the rest of this worksheet . . . **3** ______

**Note:** If line 1 is **less than** line 2, enter "-0-" on Form W-4, line 5, page 1. Complete lines 4 through 9 below to figure the additional withholding amount necessary to avoid a year-end tax bill.

4 Enter the number from line 2 of this worksheet . . . **4** ______

5 Enter the number from line 1 of this worksheet . . . **5** ______

6 **Subtract** line 5 from line 4 . . . **6** ______

7 Find the amount in **Table 2** below that applies to the **HIGHEST** paying job and enter it here . . . **7** $______

8 **Multiply** line 7 by line 6 and enter the result here. This is the additional annual withholding needed . . . **8** $______

9 Divide line 8 by the number of pay periods remaining in 2017. For example, divide by 25 if you are paid every two weeks and you complete this form on a date in January when there are 25 pay periods remaining in 2017. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck **9** $______

### Table 1

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from **LOWEST** paying job are— | Enter on line 2 above | If wages from **LOWEST** paying job are— | Enter on line 2 above |
| $0 - $7,000 | 0 | $0 - $8,000 | 0 |
| 7,001 - 14,000 | 1 | 8,001 - 16,000 | 1 |
| 14,001 - 22,000 | 2 | 16,001 - 26,000 | 2 |
| 22,001 - 27,000 | 3 | 26,001 - 34,000 | 3 |
| 27,001 - 35,000 | 4 | 34,001 - 44,000 | 4 |
| 35,001 - 44,000 | 5 | 44,001 - 70,000 | 5 |
| 44,001 - 55,000 | 6 | 70,001 - 85,000 | 6 |
| 55,001 - 65,000 | 7 | 85,001 - 110,000 | 7 |
| 65,001 - 75,000 | 8 | 110,001 - 125,000 | 8 |
| 75,001 - 80,000 | 9 | 125,001 - 140,000 | 9 |
| 80,001 - 95,000 | 10 | 140,001 and over | 10 |
| 95,001 - 115,000 | 11 | | |
| 115,001 - 130,000 | 12 | | |
| 130,001 - 140,000 | 13 | | |
| 140,001 - 150,000 | 14 | | |
| 150,001 and over | 15 | | |

### Table 2

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from **HIGHEST** paying job are— | Enter on line 7 above | If wages from **HIGHEST** paying job are— | Enter on line 7 above |
| $0 - $75,000 | $610 | $0 - $38,000 | $610 |
| 75,001 - 135,000 | 1,010 | 38,001 - 85,000 | 1,010 |
| 135,001 - 205,000 | 1,130 | 85,001 - 185,000 | 1,130 |
| 205,001 - 360,000 | 1,340 | 185,001 - 400,000 | 1,340 |
| 360,001 - 405,000 | 1,420 | 400,001 and over | 1,600 |
| 405,001 and over | 1,600 | | |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Internal Revenue Code sections 3402(f)(2) and 6109 and their regulations require you to provide this information; your employer uses it to determine your federal income tax withholding. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws; and to the Department of Health and Human Services for use in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.



EDD
Employment Development Department
State of California

This form can be used to manually compute your withholding allowances, or you can electronically compute them at **www.taxes.ca.gov/de4.pdf.**

## EMPLOYEE'S WITHHOLDING ALLOWANCE CERTIFICATE

| | |
|---|---|
| Type or Print Your Full Name: AZAEL H SANCHEZ-CETI | Your Social Security Number: [redacted] |
| Home Address (Number and Street or Rural Route): 8582 Echo DRIVE | Filing Status Withholding Allowances<br>☐ SINGLE or MARRIED (with two or more incomes)<br>☒ MARRIED (one income)<br>☐ HEAD OF HOUSEHOLD |
| City, State, and ZIP Code: La Mesa - CA, 91941 | |

1. Number of allowances for Regular Withholding Allowances, Worksheet A ______

   Number of allowances from the Estimated Deductions, Worksheet B ______

   Total Number of Allowances (A + B) when using the California Withholding Schedules for 2016 ______

   OR

2. Additional amount of state income tax to be withheld each pay period (if employer agrees), Worksheet C ______

   OR

3. I certify under penalty of perjury that I am not subject to California withholding. I meet the conditions set forth under the Service Member Civil Relief Act, as amended by the Military Spouses Residency Relief Act. (Check box here) ☐

***Under the penalties of perjury, I certify that the number of withholding allowances claimed on this certificate does not exceed the number to which I am entitled or, if claiming exemption from withholding, that I am entitled to claim the exempt status.***

Signature Azael H Sanchez Ceti Date 03/12/2018

| Employer's Name and Address | California Employer Account Number |
|---|---|
| | |

- - - - - - - - - - cut here - - - - - - - - - -

Give the top portion of this page to your employer and keep the remainder for your records.

**YOUR CALIFORNIA PERSONAL INCOME TAX MAY BE UNDERWITHHELD IF YOU DO NOT FILE THIS DE 4 FORM.**

***IF YOU RELY ON THE FEDERAL FORM W-4 FOR YOUR CALIFORNIA WITHHOLDING ALLOWANCES, YOUR CALIFORNIA STATE PERSONAL INCOME TAX MAY BE UNDERWITHHELD AND YOU MAY OWE MONEY AT THE END OF THE YEAR.***

**PURPOSE:** This certificate, DE 4, is for **California Personal Income Tax (PIT) withholding** purposes only. The DE 4 is used to compute the amount of taxes to be withheld from your wages, by your employer, to accurately reflect your state tax withholding obligation.

You should complete this form if either:

(1) You claim a different marital status, number of regular allowances, or different additional dollar amount to be withheld for California PIT withholding than you claim for federal income tax withholding or,

(2) You claim additional allowances for estimated deductions.

THIS FORM WILL NOT CHANGE YOUR FEDERAL WITHHOLDING ALLOWANCES.

The federal Form W-4 is applicable for California withholding purposes if you wish to claim the same marital status, number of regular allowances, and/or the same additional dollar amount to be withheld for state and federal purposes. However, federal tax brackets and withholding methods do not reflect state PIT withholding tables. **If you rely on the number of withholding allowances you claim on your Form W-4 withholding allowance certificate for your state income tax withholding, you may be significantly underwithheld.** This is particularly true if your household income is derived from more than one source.

**CHECK YOUR WITHHOLDING:** After your Form W-4 and/or DE 4 takes effect, compare the state income tax withheld with your estimated total annual tax. For state withholding, use the worksheets on this form.

**EXEMPTION FROM WITHHOLDING:** If you wish to claim exempt, complete the federal Form W-4. You may claim exempt from withholding California income tax if you did not owe any federal income tax last year and you do not expect to owe any federal income tax this year. The exemption is good for one year. If you continue to qualify for the exempt filing status, a new Form W-4 designating EXEMPT must be submitted by February 15 each year to continue your exemption. If you are not having federal income tax withheld this year but expect to have a tax liability next year, you are required to give your employer a new Form W-4 by December 1.



**EXEMPTION FROM WITHHOLDING** (continued): Under the Service Member Civil Relief Act, as amended by the Military Spouses Residency Relief Act, you may be exempt from California income tax on your wages if (i) your spouse is a member of the armed forces present in California in compliance with military orders; (ii) you are present in California solely to be with your spouse; and (iii) you maintain your domicile in another state. If you claim exemption under this act, check the box on Line 3. You may be required to provide proof of exemption upon request.

**IF YOU NEED MORE DETAILED INFORMATION, SEE THE INSTRUCTIONS THAT CAME WITH YOUR LAST CALIFORNIA INCOME TAX RETURN OR CALL THE FRANCHISE TAX BOARD (FTB).**

| | |
|---|---|
| IF YOU ARE CALLING FROM WITHIN THE UNITED STATES | 800-852-5711 (voice)<br>800-822-6268 (TTY) |
| IF YOU ARE CALLING FROM OUTSIDE THE UNITED STATES (Not Toll Free) | 916-845-6500 |

The *California Employer's Guide* (DE 44) provides the income tax withholding tables. This publication may be found on the Employment Development Department (EDD) website at **www.edd.ca.gov/Payroll_Taxes/Forms_and_Publications.htm**. To assist you in calculating your tax liability, please visit the FTB website at **www.ftb.ca.gov/individuals/index.shtml**.

**NOTIFICATION:** If the IRS instructs your employer to withhold federal income tax based on a certain withholding status, your employer is required to use the same withholding status for state income tax withholding.

The burden of proof rests with the employee to show the correct California Income Tax Withholding. Pursuant to Section 4340-1(e) of the California Code of Regulations, the FTB or the EDD may, by special direction in writing, require an employer to submit a Form W-4 or DE 4 when such forms are necessary for the administration of the withholding tax programs.

**PENALTY:** You may be fined $500 if you file, with no reasonable basis, a DE 4 that results in less tax being withheld than is properly allowable. In addition, criminal penalties apply for willfully supplying false or fraudulent information or failing to supply information requiring an increase in withholding. This is provided by Section 13101 of the California Unemployment Insurance Code and Section 19176 of the Revenue and Taxation Code.

**INSTRUCTIONS — 1 — ALLOWANCES***

When determining your withholding allowances, you must consider your personal situation:
— Do you claim allowances for dependents or blindness?
— Will you itemize your deductions?
— Do you have more than one income coming into the household?

**TWO-EARNER/TWO-JOBS:** When earnings are derived from more than one source, underwithholding may occur. If you have a working spouse or more than one job, it is best to check the box "SINGLE or MARRIED (with two or more incomes)." Figure the total number of allowances you are entitled to claim on all jobs using only one DE 4 form. Claim allowances with one employer. Do not claim the same allowances with more than one employer. Your withholding will usually be most accurate when all allowances are claimed on the DE 4 or Form W-4 filed for the highest paying job and zero allowances are claimed for the others.

**MARRIED BUT NOT LIVING WITH YOUR SPOUSE:** You may check the "Head of Household" marital status box if you meet all of the following tests:
(1) Your spouse will not live with you at any time during the year;
(2) You will furnish over half of the cost of maintaining a home for the entire year for yourself and your child or stepchild who qualifies as your dependent; and
(3) You will file a separate return for the year.

**HEAD OF HOUSEHOLD:** To qualify, you must be unmarried or legally separated from your spouse and pay more than 50% of the costs of maintaining a home for the entire year for yourself and your dependent(s) or other qualifying individuals. Cost of maintaining the home includes such items as rent, property insurance, property taxes, mortgage interest, repairs, utilities, and cost of food. It does not include the individual's personal expenses or any amount which represents value of services performed by a member of the household of the taxpayer.

**WORKSHEET A** — **REGULAR WITHHOLDING ALLOWANCES**

| | | | |
|---|---|---|---|
| (A) | Allowance for yourself — enter 1 | (A) | 1 |
| (B) | Allowance for your spouse (if not separately claimed by your spouse) — enter 1 | (B) | 1 |
| (C) | Allowance for blindness — yourself — enter 1 | (C) | |
| (D) | Allowance for blindness — your spouse (if not separately claimed by your spouse) — enter 1 | (D) | |
| (E) | Allowance(s) for dependent(s) — do not include yourself or your spouse | (E) | |
| (F) | Total — add lines (A) through (E) above | (F) | 2 |

**INSTRUCTIONS — 2 — ADDITIONAL WITHHOLDING ALLOWANCES**

If you expect to itemize deductions on your California income tax return, you can claim additional withholding allowances. Use Worksheet B to determine whether your expected estimated deductions may entitle you to claim one or more additional withholding allowances. Use last year's FTB Form 540 as a model to calculate this year's withholding amounts.

Do not include deferred compensation, qualified pension payments, or flexible benefits, etc., that are deducted from your gross pay but are not taxed on this worksheet.

You may reduce the amount of tax withheld from your wages by claiming one additional withholding allowance for each $1,000, or fraction of $1,000, by which you expect your estimated deductions for the year to exceed your allowable standard deduction.

**WORKSHEET B** — **ESTIMATED DEDUCTIONS**

| | | | | |
|---|---|---|---|---|
| 1. | Enter an estimate of your itemized deductions for California taxes for this tax year as listed in the schedules in the FTB Form 540 | | 1. | |
| 2. | Enter $8,088 if married filing joint with two or more allowances, unmarried head of household, or qualifying widow(er) with dependent(s) or $4,044 if single or married filing separately, dual income married, or married with multiple employers | − | 2. | |
| 3. | Subtract line 2 from line 1, enter difference | = | 3. | |
| 4. | Enter an estimate of your adjustments to income (alimony payments, IRA deposits) | + | 4. | |
| 5. | Add line 4 to line 3, enter sum | = | 5. | |
| 6. | Enter an estimate of your nonwage income (dividends, interest income, alimony receipts) | − | 6. | |
| 7. | If line 5 is greater than line 6 (if less, see below); Subtract line 6 from line 5, enter difference | = | 7. | |
| 8. | Divide the amount on line 7 by $1,000, round any fraction to the nearest whole number Enter this number on line 1 of the DE 4. Complete Worksheet C, if needed. | | 8. | |
| 9. | If line 6 is greater than line 5; Enter amount from line 6 (nonwage income) | | 9. | |
| 10. | Enter amount from line 5 (deductions) | | 10. | |
| 11. | Subtract line 10 from line 9, enter difference Complete Worksheet C | | 11. | |

*Wages paid to registered domestic partners will be treated the same for state income tax purposes as wages paid to spouses for California Personal Income Tax (PIT) withholding and PIT wages. This law does not impact federal income tax law. A registered domestic partner means an individual partner in a domestic partner relationship within the meaning of Section 297 of the Family Code. For more information, please call our Taxpayer Assistance Center at 888-745-3886.

**WORKSHEET C** **TAX WITHHOLDING AND ESTIMATED TAX**

1. Enter estimate of total wages for tax year 2016 . . . . . 1. ______
2. Enter estimate of nonwage income (line 6 of Worksheet B) . . . . . 2. ______
3. Add line 1 and line 2. Enter sum . . . . . 3. ______
4. Enter itemized deductions or standard deduction (line 1 or 2 of Worksheet B, whichever is largest) . . . . . 4. ______
5. Enter adjustments to income (line 4 of Worksheet B) . . . . . 5. ______
6. Add line 4 and line 5. Enter sum . . . . . 6. ______
7. Subtract line 6 from line 3. Enter difference . . . . . 7. ______
8. Figure your tax liability for the amount on line 7 by using the 2016 tax rate schedules below . . . . . 8. ______
9. Enter personal exemptions (line F of Worksheet A x $119.90) . . . . . 9. ______
10. Subtract line 9 from line 8. Enter difference . . . . . 10. ______
11. Enter any tax credits. (See FTB Form 540) . . . . . 11. ______
12. Subtract line 11 from line 10. Enter difference. This is your total tax liability . . . . . 12. ______
13. Calculate the tax withheld and estimated to be withheld during 2016. Contact your employer to request the amount that will be withheld on your wages based on the marital status and number of withholding allowances you will claim for 2016. Multiply the estimated amount to be withheld by the number of pay periods left in the year. Add the total to the amount already withheld for 2016 . . . . . 13. ______
14. Subtract line 13 from line 12. Enter difference. If this is less than zero, you do not need to have additional taxes withheld . . . . . 14. ______
15. Divide line 14 by the number of pay periods remaining in the year. Enter this figure on line 2 of the DE 4 . . . 15. ______

**NOTE:** Your employer is not required to withhold the additional amount requested on line 2 of your DE 4. If your employer does not agree to withhold the additional amount, you may increase your withholdings as much as possible by using the "single" status with "zero" allowances. If the amount withheld still results in an underpayment of state income taxes, you may need to file quarterly estimates on Form 540-ES with the FTB to avoid a penalty.

*THESE TABLES ARE FOR CALCULATING WORKSHEET C AND FOR 2016 ONLY*

**SINGLE OR MARRIED WITH DUAL EMPLOYERS**

| IF THE TAXABLE INCOME IS | | COMPUTED TAX IS | | |
|---|---|---|---|---|
| OVER | BUT NOT OVER | | OF AMOUNT OVER . . . | PLUS* |
| $0 | $7,850 ... | 1.100% | $0 | $0.00 |
| $7,850 | $18,610 ... | 2.200% | $7,850 | $86.35 |
| $18,610 | $29,372 ... | 4.400% | $18,610 | $323.07 |
| $29,372 | $40,773 ... | 6.600% | $29,372 | $796.60 |
| $40,773 | $51,530 ... | 8.800% | $40,773 | $1,549.07 |
| $51,530 | $263,222 ... | 10.230% | $51,530 | $2,495.69 |
| $263,222 | $315,866 ... | 11.330% | $263,222 | $24,151.78 |
| $315,866 | $526,443 ... | 12.430% | $315,866 | $30,116.35 |
| $526,443 | $1,000,000 ... | 13.530% | $526,443 | $56,291.07 |
| $1,000,000 | and over | 14.630% | $1,000,000 | $120,363.33 |

**MARRIED FILING JOINT OR QUALIFYING WIDOW(ER) TAXPAYERS**

| IF THE TAXABLE INCOME IS | | COMPUTED TAX IS | | |
|---|---|---|---|---|
| OVER | BUT NOT OVER | | OF AMOUNT OVER . . . | PLUS* |
| $0 | $15,700 ... | 1.100% | $0 | $0.00 |
| $15,700 | $37,220 ... | 2.200% | $15,700 | $172.70 |
| $37,220 | $58,744 ... | 4.400% | $37,220 | $646.14 |
| $58,744 | $81,546 ... | 6.600% | $58,744 | $1,593.20 |
| $81,546 | $103,060 ... | 8.800% | $81,546 | $3,098.13 |
| $103,060 | $526,444 ... | 10.230% | $103,060 | $4,991.36 |
| $526,444 | $631,732 ... | 11.330% | $526,444 | $48,303.54 |
| $631,732 | $1,000,000 ... | 12.430% | $631,732 | $60,232.67 |
| $1,000,000 | $1,052,886 ... | 13.530% | $1,000,000 | $106,008.38 |
| $1,052,886 | and over | 14.630% | $1,052,886 | $113,163.86 |

**UNMARRIED HEAD OF HOUSEHOLD TAXPAYERS**

| IF THE TAXABLE INCOME IS | | COMPUTED TAX IS | | |
|---|---|---|---|---|
| OVER | BUT NOT OVER | | OF AMOUNT OVER . . . | PLUS* |
| $0 | $15,710 ... | 1.100% | $0 | $0.00 |
| $15,710 | $37,221 ... | 2.200% | $15,710 | $172.81 |
| $37,221 | $47,982 ... | 4.400% | $37,221 | $646.05 |
| $47,982 | $59,383 ... | 6.600% | $47,982 | $1,119.53 |
| $59,383 | $70,142 ... | 8.800% | $59,383 | $1,872.00 |
| $70,142 | $357,981 ... | 10.230% | $70,142 | $2,818.79 |
| $357,981 | $429,578 ... | 11.330% | $357,981 | $32,264.72 |
| $429,578 | $715,962 ... | 12.430% | $429,578 | $40,376.66 |
| $715,962 | $1,000,000 ... | 13.530% | $715,962 | $75,974.19 |
| $1,000,000 | and over | 14.630% | $1,000,000 | $114,404.53 |

*marginal tax

IF YOU NEED MORE DETAILED INFORMATION, SEE THE INSTRUCTIONS THAT CAME WITH YOUR LAST CALIFORNIA INCOME TAX RETURN OR CALL THE FTB:

IF YOU ARE CALLING FROM WITHIN THE UNITED STATES 800-852-5711 (voice) 800-822-6268 (TTY)

IF YOU ARE CALLING FROM OUTSIDE THE UNITED STATES (Not Toll Free) 916-845-6500

The DE 4 information is collected for purposes of administering the PIT law and under the authority of Title 22, California Code of Regulations, and the Revenue and Taxation Code, including Section 18624. The Information Practices Act of 1977 requires that individuals be notified of how information they provide may be used. Further information is contained in the instructions that came with your last California income tax return.

 # Direct Deposit Authorization Agreement

☑ **Begin Direct Deposit** ☐ **Change Information** ☐ **Cancel Direct Deposit**

**Employee Name (Last, First, Middle Initial):** SANCHEZ-CELI, AZAEL H.

**Social Security Number:** [redacted]

**Financial Institution Name:** US BANK

**Amount to be direct deposited (check one):**
☐ $ ______.00
■ Entire net pay

**Type of Account:** ■ Checking ☐ Savings

**Transit Routing Number (must be 9 numbers):** [redacted]

**Account Number:** [redacted]

**Financial Institution Name:**

**Amount to be direct deposited (check one):**
☐ $ ______.00
☐ Remaining net pay

**Type of Account:** ☐ Checking ☐ Savings

**Transit Routing Number (must be 9 numbers):**

**Account Number:**

I authorize Southwest Key Programs, Inc. ("SWK") to direct deposit funds to my account(s) in the financial institution(s) indicated above. If funds to which I am not entitled are deposited in my account, I authorize SWK to initiate a correcting (debit) entry. If any of the information I provided herein changes, I will promptly complete a new authorization agreement. If my direct deposit is not stopped before the closing of an account specified herein, funds payable to me will be returned to SWK, which may delay the receipt of my check.

I am aware that the initial set-up for direct deposit goes through a "pre-note" process before it takes effect which is a "test run" to ensure the bank routing number and account number I have designated are accurate. For this reason, I understand that direct deposit will not begin until after the pre-note process has been successful. Further, I understand that the authorization may be rejected or discontinued by SWK or my financial institution at any time.

This authorization will remain in full force and effect until SWK has received written notice from me to change or cancel this authorization. I understand that if my employment with SWK is terminated, whether voluntarily or involuntarily, my final paycheck may not be direct deposited.

| Date: | Employee Signature: | Daytime Phone Number: |
|---|---|---|
| 03/12/2018 | Azael H Sanchez-Celi | (619)-794-3800 |

| Home Address: Street | City | State | Zip |
|---|---|---|---|
| 8582 ECHO DRIVE | LA MESA | CA | 91941 |

**If you select to have your payment sent to a:**

- **Checking account:** attach a voided check.
- **Savings account:** contact your financial institution and obtain written verification of your account and routing numbers. Attach that verification to this form.

**DO NOT ATTACH A DEPOSIT SLIP—DEPOSIT SLIPS SOMETIMES DO NOT CONTAIN ACCURATE ROUTING NUMBERS.**

Note. The routing and account numbers may be in different places on your check.



AZAEL H SANCHEZ
DIANA SANCHEZ
8582 ECHO DR.
LA MESA, CA 91941-6668

90-3582/1222

851

Date

PAY TO THE ORDER OF

$

Dollars

usbank

Memo

VOIDED

SWK000112



| **Job Title:** | Youth Care Worker | **Employment Status:** | Seasonal |
|---|---|---|---|
| **Program Model and Program Number:** | Unaccompanied Minor's Shelter 951 | **Reports to:** | Shift Supervisor or designee |

**Job Summary:**

The Youth Care Worker (YCW) is responsible for providing direct care supervision for youth residing in Southwest Key Programs (SWK) care fostering an environment that facilitates learning and behavioral management in a supportive manner. The Youth Care Worker will maintain a flexible, organized, and efficient work schedule.

**Essential Functions:**

- Conduct intake services to include but not limited to: completing necessary paperwork, providing youth with an overview of the program services and for initial placements of youth in to the shelter.
- Provide basic needs to youth upon arrival to the program (to include but not limited to: meal, clothing, hygiene products, shower and bedroom assignment).
- Must provide Direct Care Services to youth to ensure that ratios and appropriate supervision levels are continuously met as per state and federal requirements.
- Develop positive rapport with youth while serving as a role model to create a safe and caring environment.
- Must ensure all forms and progress notes (efforts) are properly completed in SWK's web-based program (ETO) to ensure compliance with state and federal requirements.
- Assist with the planning and coordination of special educational events (to include but not limited to: spelling bee, science fair), acculturation activities (Cesar Chavez Day, Thanksgiving, Chinese New Year, Holi-Festival of Colors, 16th of September), educational (to include but not limited to: visits to museums) and recreational outings (to include but not limited to: movies, park, amusement parks), assist in the coordination of student council activities and other meaningful experiences for SWK youth which promotes volunteerism and learning.
- Provide vocational courses and curriculum in a subject area approved by the program director or designees which introduces youth to career choices.
- Assist with the coordination of Physical Education instruction and other large muscle activities in coordination with the Program Director or designee as required by state and federal requirements.
- Must assist in the evacuation of youth as needed due to inclement weather conditions, natural disasters, or other unforeseen occurrences.

**Other Functions:**

- Attend all organizational required trainings.
- Attend trainings that will enhance professional growth in the area of Education, Vocational curriculum and instruction, other topics as deemed appropriate by the program director or designee.
- Attend all departmental and program meetings to ensure that up-to-date information is received and/or information of policy changes or practice are adhered to.
- In the absence of a shift leader may be asked to serve as the interim shift leader and be responsible for overseeing program operations within their shift with pre-approval by the program director.
- Be able to assist in the distribution of medications to youth as prescribed by Medical Provider.
- Serve as a Substitute Teacher in the absence of the Teacher in a classroom setting.
- Must assist in the evacuation of youth as needed due to inclement weather conditions, natural disasters, or other unforeseen occurrences.
- Travel as needed for trainings, conferences or to transport youth to destinations located within the U.S.
- Attend Treatment Team Meetings to convey youth's progress to all disciplines present.
- Maintain a safe, clean and hazard-free facility. Tasks include regular maintenance and general cleaning of common areas including restrooms and kitchen, rotation of laundry (linen, towels and clothes) duty, and general maintenance of outdoor areas (to include but not limited to: backyard, playground, and parking lot).
- Able to react to change productively and handle other essential tasks as assigned.

**Qualifications and Requirements:**

- High School Diploma or GED with experience working with youth either through paid or unpaid positions preferred.
- Must be computer literate.
- Must be able to maintain a flexible work schedule.

Rev Feb 2017



- Cleared Tuberculosis test results.
- Cleared background check from appropriate entity.
- Cleared drug test results (this one is for Texas programs only).
- Must be at least 21 years of age at the time of hire.

**Preferred**

- Bilingual (Spanish/English)

**Physical Demands:**

Must be able to obtain Crisis Prevention Institute (CPI) certification and First Aid Certification (CPR). Must be able to supervise clients indoors and outdoors throughout the entire duration of their shift period, which lasts 8 hours or more on a typical shift. Must be able to stand, bend, or stoop for the entire duration of the shift, as necessary. Must be prepared and physically able to respond with appropriate protocol in a variety of dynamic supervision situations with clients of 0-17 years in age. In a sudden or emergency event, staff must be at all times physically able to run, jump, lunge, twist, push, pull, apply SWK-approved restraint techniques and otherwise manage or coerce the full weight of an adolescent. While it is uncommon, all staff must be physically and mentally able to manage youth who become uncooperative, sick, violent, or display any other form of harmful or threatening behavior. Must be prepared to administer emergency First Aid, CPR or CPI techniques to clients, regardless of the time of day or hour of the staff's shift, the size of the client, or the staff's level of personal fatigue. Staff must be able to maintain clarity of thought throughout the entirety of a shift and be able to respond quickly to duress or circumstances requiring immediate action.

**Work Environment:**

This is a twenty four hour residential facility at which minors receive multiple services. There are three shifts per twenty four hour period. Hours and duties of work shifts are subject to change. The noise levels varies from mild to moderate. Employees and clients may be exposed to prevalent weather conditions. Position is required to eat client meals during shift with the clients.

**Compliance Agreement:** I have read the above, and understand that it is intended to describe the general content of and requirements for performing this job. It is not an exhaustive statement of duties, responsibilities or requirements. I understand that reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. I also understand that my job description is subject to change and that this description does not preclude my supervisor's authority to add or change duties or responsibilities.

Employee Name: Anna H Smolec-Col Employee Signature: AHSC Date: 2/28/17

Rev Feb 2017

 



# CORRECTIVE ACTION FORM

**Employee Name and Job Title:** Azael Sanchez, Youth Care Worker

| **Date of Incident:** 7/20/2018 | **Date of Meeting with Employee:** 8/3/2018 |
|---|---|

**Reason for Corrective Action:**
**Falsification of SWK records**

**Name the specific policy violated:** Bed Log Check Policy (prefilling)

**Describe the details of the incident for which this action is being taken. Include location of incident, relevant dates, times, occurrences, etc:**

Youth Care Worker Azael Sanchez prefilled bed log check with times and initials on Friday, July 20, 2018. That night there was a power outage, where directives were given to Youth Care Worker's to complete bed checks at shorter intervals and document accordingly, which Azael failed to adhere directives.

**What is the employee's response to the incident described above?**
On July 28th, 2018 Shift Supervisor Bryanna Buenrostro and Shift Leader Jessica Martinez met with Azael. Azael was asked if the presented bed log was his and he stated yes. When asked why it was prefilled, he admitted to having prefilled the bed log. Please see Azael's attached statement.

**What are the expectations and deadlines for future improvement?** Effective immediately, it is expected that Azael completes bed log checks and documents at the time check was done.

**Other corrective activities (if applicable):**

☐**Employee will be placed on a Performance Improvement Plan, effective:** Click here to enter a date.

☐**Employee will be provided the following training (include date/time, if available):**

**List and date prior, corrective actions, including verbal counseling:**
If none check here ☒

| **If this action is a suspension, indicate number of days here:**<br><br>**Indicate return to work date here:**<br><br>Click here to enter a date.<br><br>☐**Pending Results of Investigation.** *Employee is prohibited from contacting any Southwest Key employees, or speaking with anyone outside of HR or program management about this investigation. Employee must also remain available for the investigative process, either in person, by phone, or personal email.* | **If this corrective action is a demotion:**<br><br>**Effective Date:** Click here to enter a date.<br><br>**Demotion from:** **to:** |
|---|---|

**Employee Acknowledgement:**

*I affirm that the contents and effect of this document were explained to me and that I understand it completely. I understand that I have a right to provide written comments to my supervisor if I disagree with the contents of this document. I further understand that any future acts of misconduct, failure to perform my job duties, or failure to meet the expectations and deadlines outlined herein, may result in further corrective action, up to and including termination of employment.*

x [signature] 08/03/18

*Employee Signature* *Date*

**Name and Title of Manager/Supervisor Completing this Form:**

x [signature] 08.03.18

*Manager/Supervisor Signature* [signature] *Date* 8/3/18



southwest key
programs

# Verbal Counseling Form

| To be completed BEFORE the verbal counseling meeting | |
|---|---|
| **Employee's Name:** Azael Sanchez | **Employee's Job Title:** Youth Care Worker |
| **Supervisor's Name:** Yessenia Vazquez | **Supervisor's Job Title:** Shift Leader |
| **Description of the issue that led to the counseling:** Excessive tardiness | |
| **Date(s)/timeframe of noted problem(s):** 08/12/2018 03:17pm, 08/13/2018 04:53pm, 08/14/2018 04:56pm, 08/17/2018 04:52pm | |
| **What Southwest Key policies or procedures did the Employee violate?** Punctuality and attendance | |

| What are your expectations/deadlines for the employee's improvement? | Expectation | Deadline |
|---|---|---|
| | It is expected that Azael Sanchez arrives to his shift on time and prepared. | Effective Immediately |
| | | |
| | | |

**What additional steps will be provided to the employee to help correct the problem (check any that apply)?**

- ☒ **Provide the employee with a copy of the policy or rule that has been violated.**
- ☐ **Provide the employee with additional, relevant training.**
- ☐ **Ask the employee to review and re-sign his or her job description.**
- ☐ **Other; describe:**

**Remember to do the following DURING the counseling meeting**

- ☒ **Tell the employee why you are speaking with him/her (i.e. how his/her performance or behavior is not meeting expectation).**
- ☒ **Allow the employee to tell his/her side of the story.**
- ☒ **Solicit feedback from the employee to improve his/her performance or behavior.**
- ☒ **Make sure to share your expectations for improvement with the employee.**
- ☒ **As appropriate, give the employee a copy of the policy or rule that has been violated, provide the employee with additional training or take other additional steps you think might be helpful.**
- ☒ **Set a reasonable timeframe for correction of the problem; and**
- ☒ **Let the employee know that if he or she repeats his unacceptable behavior or performance, he/she will be subject to further discipline, up to and including termination of employment.**

**To be completed AFTER the verbal counseling meeting**

**Date of counseling session:** 08/23/2017

**Employee's response to the counseling or explanation for the problem that led to the counseling:** Azael Sanchez states that his son had an emergency, there was no way he can leave him unattended until his wife got home. Therefore he sent an email to inform the supervisor of the situation.

**Employee's suggested solutions:** Azael Sanchez states this was only caused by the medical emergency his family had.

**Supervisor's Name (Please Print):** Yessenia Vazquez **Date: 08/24/2018**

**Supervisor's Signature:** [signature] **Date: 08/24/2018**

# NOTICE TO EMPLOYEE AS TO CHANGE IN RELATIONSHIP

*Issued pursuant to provisions of Section 1089 of the California Unemployment Insurance Code*

southwest key
programs

Today's Date:

09/07/2018

Employee Last name: Sachez Celi

Employee First Name: Azael

Social Security Number: XXX-XX-7819

Date of Birth: 1/18/1968

This notice is to inform you that effective: 9/07/18

Your employment relationship with Southwest Key Programs will change or has changed as follows:

You will be discharged

This change is due to: Other

If other, see below: Voluntary Resignation

Southwest Key Location: San Diego, Program 941/951

Address of Southwest Key Location: 1160 Broadway El Cajon CA, 92021

*By signing below, you are acknowledging receipt of this notice, and the attached pamphlet entitled California's Programs for the Unemployed.*

Your signature: [signature]

Date: 09/07/2018



National Headquarters
6002 Jain Lane • Austin, Texas 78721

512.462.2181 • fax: 512.462.2028 • email: info@swkey.org • www.swkey.org

September 7, 2018
**Employee Name: Azael Sanchez Celi**

**Employee Program Number/Location: UM San Diego Program 951**

This letter is to provide you with information concerning your benefits with Southwest Key Programs Inc. Your final paycheck will be calculated up until **September 7, 2018** and will be issued to you in accordance with Southwest Key policy and the laws of the state in which you live.

**Health Benefits**

***If you were enrolled in Health Benefits (Medical, Dental and Vision plans) with Southwest Key, your benefits termination date is September 7, 2018.*** A few weeks after your benefits end, Conexis, our COBRA provider, will send you a letter to your residence to fully explain your right to continue your health benefits. The right to continue coverage was created by a federal law, the Consolidated Omnibus Budget Reconciliation Act (COBRA) of 1985. The COBRA program allows you and your dependents to continue your existing health benefits after your employment with Southwest Key ends (when you would otherwise lose your group health coverage). This program is a temporary continuation of coverage and the duration may last up to 18 months (*continuation of coverage may be extended in special circumstances, qualified by the federal government). COBRA will apply to your medical, dental and vision insurance.

If you elect to continue your health benefits, you must contact Conexis, within 60 days of receipt of your COBRA letter and make a payment. If you elect COBRA coverage for any of the benefit plans, the continuation of benefits will take effect the first day after your employment termination date. There will be no lapse in coverage.

If you have questions concerning your COBRA benefit elections, please contact Conexis at 877-452-6272. For more information on your rights under COBRA, you may contact the nearest District Office of the U.S. Department of Labor's Employee Benefits Security Administration or visit the website at www.dol.gov/ebsa.

If you have questions concerning your COBRA benefit elections, please contact Conexis at 877-452-6272. For more information on your rights under COBRA, you may contact the nearest District Office of the U.S. Department of Labor's Employee Benefits Security Administration or visit the website at www.dol.gov/ebsa.

**Flexible Spending Accounts**

Your participation in this plan will end on the last day of employment. You can submit receipts for claims incurred up to your last day of employment for a period of 90 days following your termination date. You will be given the opportunity to continue to participate in Health Care FSA under COBRA provided your contributions are made on an after-tax basis and you have a positive Health FSA balance.

Submit Receipts to: SBS Administrators, PO Box 3102, Universal City, TX 78148, or call: 1-888-659-8151

**Life Insurance Benefits**



***Your life insurance benefits will terminate on June 30, 2017.*** You have 30 days from this date to convert your coverage to an individual policy. If you would like to convert your employer-sponsored life insurance policy into an individual policy, please contact UNUM at 1-800-421-0344 (Ext# 50026).

**401(k) Retirement Plans**

If you are enrolled in Southwest Key's 401(k) plan and would like information on your plan options please call **Vanguard**. Employment information is updated weekly from Southwest Key Programs to Vanguard, please allow up to 14 days for your request to process.

Phone number: 1-800-523-1188 / Group # 097617
Operation Hours: 8:30 AM to 9PM (EST).

**Voluntary Benefits**

If you selected voluntary benefits, such as accident or critical illness policies, and would like to extend your policy, UNUM will contact you directly via mail. Your premium amount will not change; you will be billed directly to your home address.

**Wellness Benefits**

If you have any outstanding incentives/reimbursements to claim from the Southwest Key's Wellness Program, please do so within 48 hours upon receipt of this benefits termination notice. Any monies that are not claimed within the allotted time period will be forfeited. To file your request please contact:

Heather Escobedo hescobedo@swkey.org 512 583-2536

**Benefits Reinstatement in Case of Recall**

If you have been laid off and are recalled to a regular, full-time position at Southwest Key within six months of the date of your layoff, your benefits will be reinstated the first day of the month after your recall. Within 30 days after recall, you must go on to *www.Greenshadesonline.com* to sign up for benefits. Any Personal Leave and/or Sick Leave that was forfeited due to your layoff will be returned to your accrued balance record.

Sincerely,
Luz Curiel

**Human Resources**
**Southwest Key Programs**
**Phone:** *(512) 567-3293*
**Email:** *luz.curiel@swkey.orgl*

Received

SWK000120



southwest key
programs

**Employee Guidebook and Supplement Acknowledgement**

**CALIFORNIA**

This is to acknowledge that I have received a copy of the *Employee Guidebook and the Employee Guidebook Summer 2014 Supplement* (hereafter collectively referred to as the *Guidebook*) for employees working in the state of California for Southwest Key Programs. I understand that the *Guidebook* describes terms and conditions of my employment with Southwest Key Programs. I understand and agree that it is my responsibility to read and familiarize myself with the contents of the *Guidebook* and to abide by the rules, policies, procedures and standards outlined therein.

I acknowledge that the policies in the *Guidebook* may be changed or deleted at any time without prior notice to other employees and myself. I also understand that Southwest Key Programs reserves the right to apply the procedures and the terms contained within the Guidebook at its own discretion. I understand that the *Guidebook* is intended only to provide guidelines for employee policies and procedures and that it is neither a contract nor a promise.

I agree that as an employee of Southwest Key Programs, any violation of the policies herein may subject me to disciplinary action, up to and including termination of my employment with Southwest Key Programs.

Ana H Sandez-Csn

Employee Name (Please Print)

[signature] 03/12/2018

Employee Signature Date



| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-108 | Disclosure Statement of Employees and Volunteers | 1.0 | 06/6/2016 | 1 of 1 |

## Disclosure Statement of Employees and Volunteers

Answer the following questions. If you need any assistance in completing this form, please contact the legal department.

| | | |
|---|---|---|
| 1. | Are you or is any member of your family associated with a business that supplies property, goods or services to Southwest Key? | ☐ Yes ☒ No |
| 2. | Are you or is any member of your family associated with a business that is in competition with Southwest Key? | ☐ Yes ☒ No |
| 3. | In the past 12 months, have you received a gift, loan, compensation, benefit or unusual hospitality, with a value greater than $30, from any Southwest Key vendor or potential vendor? | ☐ Yes ☒ No |
| 4. | Do you currently work for, volunteer for, or serve on the board of directors of any Southwest Key funder, competitor or vendor or have you in the past two years? | ☐ Yes ☒ No |
| 5. | Are you related to anyone that works for Southwest Key, serves on the board of directors for Southwest Key or volunteers for Southwest Key? | ☐ Yes ☒ No |
| 6. | Do you have another job, operate a business or provide consulting services outside of your duties on behalf of Southwest Key? | ☐ Yes ☒ No |
| 7. | Are you currently in a romantic or sexual relationship with anyone in your direct line of supervision? | ☐ Yes ☒ No |
| 8. | Do you have any other business or personal relationships, not covered in your previous answers that could appear to be a conflict of interest with the duties you perform on behalf of Southwest Key as an employee or volunteer? | ☐ Yes ☒ No |
| Please provide details, if you have answered yes to any question(s): | | |

Through my signature below, I agree that I have received and read a copy of Southwest Key's conflicts of interest policy. Additionally, I understand the policy and will comply with it. I understand that Southwest Key is a charitable organization and must engage primarily in activities which accomplish one or more of its tax-exempt purposes in order to maintain its federal tax exemption.

I affirm that this conflicts of interest disclosure statement has been examined by me and to the best of my knowledge and belief is a true, correct and complete statement of all of my economic interests and other matters required by the conflict of interest policy. I understand that I have an ongoing duty to notify Southwest Key of any potential conflict of interest, and I will complete a new conflicts of interest disclosure statement whenever I have a potential conflict of interest.

Azar H Sander-CSI (handwritten) — Name

[signature] — Signature

03/12/2018 — Date

**To be completed by supervisor of employee or volunteer who filled out disclosure**

Employee ☐ is ☐ is not related to someone in his or her direct line of supervision

☐ All responses are no (no potential conflict of interest disclosed)

☐ One or more responses is yes; copy of disclosure has been forwarded to legal department



| Document #: RD-100100-110 | Document Title: Confidentiality Agreement for All Employees | Rev: 1.0 | Date: 06/06/2016 | Page: 1 of 1 |
| --- | --- | --- | --- | --- |

# Confidentiality Agreement for All Employees

The files of Southwest Key Programs contain confidential information that each employee has a continuing obligation to protect. As a condition of employment with Southwest Key, I understand and agree to the following:

1. I understand that in the course of my employment with Southwest Key, I may have authorized access to confidential information. I agree to hold this confidential information in the strictest confidence and not to disclose or otherwise utilize this confidential information except as necessary for me to perform my customary and regular job duties. This means, among other things, that:
   a. I will only access confidential information for which I have a legitimate need to know;
   b. I will not in any way disclose, divulge, copy, release, sell, loan, review, alter or destroy any of the confidential information except as properly authorized within the scope of my employment with Southwest Key; and
   c. I will not otherwise misuse this confidential information.

2. I will treat electronic confidential information, such as information received via email and/or stored in Southwest Key's ETO database the same as hard copies of confidential information. I agree to maintain the security of these records through proper measures including, but not limited to taking the following steps:
   a. I agree to log out of any program or file that contains confidential information when I am not using it.
   b. I will not share my login or password to any program or file that contains confidential information, unless I am specifically authorized to do so by Southwest Key.
   c. I will ensure passwords to programs or files that contain confidential information are changed as needed to maintain the integrity of the information.

3. If a third party requests to view or copy any part of a client's file, I will forward the request to my Program Director for consideration.

4. I will only access email messages containing personnel or client information through Southwest Key's secure server; I may not access any work-related email containing personnel or client information through a personal email account.

5. I must receive permission from my supervisor prior to accessing any confidential information outside of work.

6. I will treat electronic confidential information, such as information received via email and/or otherwise transmitted or stored electronically the same as hard copies of confidential information.

7. Examples of confidential information include, but are not limited to, social security numbers, health records, employment records, passwords, dates of birth, ethnicity and citizenship. Confidential information can be learned through written documentation as well as through word of mouth and generally relates to the private lives of staff, clients, or other individuals.

8. I agree not to remove any client record (including copies), or any other type of confidential information, from the office where it is kept, except in the performance of my regular and customary job duties, and with the prior consent of my supervisor.

9. I acknowledge that my failure to comply with the obligations contained in this Agreement may result in disciplinary action, up to and including termination of my employment. Additionally, if I violate this Agreement, Southwest Key may seek to enforce any legal rights it has against me to the fullest extent permitted by law.

10. I agree that the obligations contained in this Confidentiality Agreement will continue after termination of my employment with Southwest Key, whether I am terminated voluntarily or involuntarily.

Employee Name: Azar H Sancho-Cele Employee Signature: [signature] Date: 03/12/2018



| Document #: RD-100100-112 | Document Title: Equipment Responsibility Agreement | Rev: 1.0 | Date: 06/06/2016 | Page: 1 of 1 |
|---|---|---|---|---|

# Equipment Responsibility Agreement

I have received from Southwest Key Programs, Inc. ("Southwest Key") the following equipment and agree to inform my supervisor immediately if I lose or damage any of the equipment that has been issued to me. By accepting the equipment indicated on this agreement, I am agreeing that should any of the items be stolen, lost, or damaged while in my possession and/or under my responsibility, I may be required to reimburse Southwest Key for any replacement costs.

☐ **Smart Phone/Cell Phone**

Manufacturer/Model No: ____________ Service Carrier: ____________

Cellular Number: ____________ Contract Date: ____________

Plan Cost: ____________ Plan Description: ____________

☐ I will use the smart phone or cell phone for business and personal use, and I will reimburse Southwest Key, through a payroll deduction, 5% of the plan cost if the plan is ≤ $100.00, or 10% of the plan cost if the plan is > $100.

Total amount of each payroll deduction: ____________

☐ I will use the smart phone or cell phone for business use only. I understand that I may be subject to disciplinary action, up to and including termination, for any personal use of the smart phone or cell phone. Additionally I understand and agree that I will reimburse Southwest Key for any costs associated with my personal usage of the smart phone or cell phone.

**Overage responsibility.** By accepting and using a Southwest Key smart phone or cell phone, I am agreeing that I will be responsible for all charges over the contractual limit of my individual plan if I have made any personal calls or utilized any other services on the smart phone or cellular phone for personal use during the billing period. Within two days of being notified of an overage, I will advise my Program Director, Regional Executive Director, and Southwest Key's accounting department whether I utilized the smart phone or cell phone for personal usage during the billing period. When an overage is deemed personal, I will make arrangements to repay Southwest Key the amount due for the overage within one week of being notified of the overage. If I have not made any arrangements for repayment within one week of being advised of a personal overage, my signature below authorizes Southwest Key to deduct the overage at Southwest Key's discretion, which may be through payroll deduction or expense reimbursement deduction. I agree that it will be up to Southwest Key's discretion to determine the amount of any deductions made, until the amount is paid in full. Should my employment with Southwest Key terminate for any reason, and there is a balance regarding overage charges upon my date of termination, my signature below indicates my understanding and authorization that the total balance due will be deducted from any outstanding payroll and/or expense reimbursement check.

☐ **Keys**
Number/description of keys: ____________

☐ **Access Card**
Description of access card: ____________

☐ **Broadband Card**
Manufacturer/Model Number: ____________
Serial Number: ____________

☒ **Other**
Description: Head Set 17C

My signature below indicates my understanding and authorization that, should my employment with Southwest Key terminate for any reason, and there is any equipment indicated on this agreement that has not been returned to Southwest Key upon my date of termination, the total cost of replacing such equipment may be deducted from my final payroll and/or expense reimbursement check.

Name: [handwritten name] Signature: [signature] Date: 05/14/18

| southwest key programs | Document #: RD-100100-112 | Document Title: Equipment Responsibility Agreement | Rev: 1.0 | Date: 06/06/2016 | Page: 1 of 1 |
|---|---|---|---|---|---|

## Equipment Responsibility Agreement

I have received from Southwest Key Programs, Inc. ("Southwest Key") the following equipment and agree to inform my supervisor immediately if I lose or damage any of the equipment that has been issued to me. By accepting the equipment indicated on this agreement, I am agreeing that should any of the items be stolen, lost, or damaged while in my possession and/or under my responsibility, I may be required to reimburse Southwest Key for any replacement costs.

☐ **Smart Phone/Cell Phone**

Manufacturer/Model No: ____________ Service Carrier: ____________

Cellular Number: ____________ Contract Date: ____________

Plan Cost: ____________ Plan Description: ____________

☐ I will use the smart phone or cell phone for business and personal use, and I will reimburse Southwest Key, through a payroll deduction, 5% of the plan cost if the plan is ≤ $100.00, or 10% of the plan cost if the plan is > $100.

Total amount of each payroll deduction: ____________

☐ I will use the smart phone or cell phone for business use only. I understand that I may be subject to disciplinary action, up to and including termination, for any personal use of the smart phone or cell phone. Additionally I understand and agree that I will reimburse Southwest Key for any costs associated with my personal usage of the smart phone or cell phone.

**Overage responsibility.** By accepting and using a Southwest Key smart phone or cell phone, I am agreeing that I will be responsible for all charges over the contractual limit of my individual plan if I have made any personal calls or utilized any other services on the cellular phone or blackberry for personal use during the billing period. Within two days of being notified of an overage, I will advise my Program Director, Regional Executive Director, and Southwest Key's accounting department whether I utilized the smart phone or cell phone for personal usage during the billing period. When an overage is deemed personal, I will make arrangements to repay Southwest Key the amount due for the overage within one week of being notified of the overage. If I have not made any arrangements for repayment within one week of being advised of a personal overage, my signature below authorizes Southwest Key to deduct the overage at Southwest Key's discretion, which may be through payroll deduction or expense reimbursement deduction. I agree that it will be up to Southwest Key's discretion to determine the amount of any deductions made, until the amount is paid in full. Should my employment with Southwest Key terminate for any reason, and there is a balance regarding overage charges upon my date of termination, my signature below indicates my understanding and authorization that the total balance due will be deducted from any outstanding payroll and/or expense reimbursement check.

☐ **Keys**

Number/description of keys: ____________

☒ **Access Card**

Description of access card: SD-2F: 42460 El Cajon - 3435367 36263

☐ **Broadband Card**

Manufacturer/Model Number: ____________

Serial Number: ____________

☐ **Other**

Description: ____________

My signature below indicates my understanding and authorization that, should my employment with Southwest Key terminate for any reason, and there is any equipment indicated on this agreement that has not been returned to Southwest Key upon my date of termination, the total cost of replacing such equipment may be deducted from my final payroll and/or expense reimbursement check.

Name: Azael H. Sanchez Signature: [signature] Date: 3/22/2018



| Document #: RD-100100-102 | Document Title: Tuberculosis Test Requirement & Renewal | Rev: 1.0 | Date: 06/09/2016 | Page: 1 of 1 |
|---|---|---|---|---|

**Residential Shelter**
**Tuberculosis Test Requirement & Renewal**

Southwest Key's licensing entity requires that all employees working in an unaccompanied minors' shelter have a tuberculosis ("TB") test administered before employment begins as well as every two years throughout their employment with Southwest Key. To ensure that this requirement is met, you must provide proof of your negative TB test results before beginning your employment. Employees who cannot meet these requirements for medical reason must provide written documentation from the medical provider that indicates the specific diagnosis/reason with a signature, date and contact information for approval by their Program Director stating the reason(s) why an exemption is required.

For information regarding TB testing locations, costs, and other specifics, please contact your Program Director. Please note that the cost of your initial TB test is your responsibility and will **not** be reimbursed by Southwest Key. However, future TB tests will be paid or reimbursed by Southwest Key Programs, up to $25.00.

Failure to comply with the TB testing requirement may lead to disciplinary action up to, and including, termination of your employment.

My signature below acknowledges that I have received and understand the contents of this document.

Azar H Saad- Coli
Name (Print legibly)

[signature]
Signature

03/12/2018
Date



| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-114 | Residential Shelter Client Confidentiality Agreement | 1.0 | 06/14/2016 | 1 of 1 |

**Residential Shelter**
**Client Confidentiality Agreement**

I understand and will abide by the following:

- I will abide by all federal laws and Southwest Key policies pertaining to the confidentiality of records of a youth admitted to Southwest Key Program.

- I will consider information regarding Southwest Key youth that is voiced to me or discussed in my presence to be subject to all policies regarding confidentiality and will not disclose the information to any unauthorized person either inside or outside of the facility.

Signature: [signature] Date: 03/12/2018

Printed Name: Azar H Sandee-CSR



| Document #: RD-100100-132 | Document Title: Residential Shelter Client Handbook Acknowledgement | Rev: 1.0 | Date: 06/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

**Residential Shelter**
**Client Handbook Acknowledgment**

I certify that I have read and understand the contents of the Client Handbook given to me by Southwest Key Programs, Inc.

Signature: [signature] Date: 03/12/2018

Printed Name: [handwritten name]



| Document #: RD-100100-115 | Document Title: Unaccompanied Minors Residential Shelter Direct Care Staff Dress Code Policy | Rev: 1.0 | Date: 08/14/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Unaccompanied Minors Residential Shelter Direct Care Staff Dress Code Policy

The Unaccompanied Minor Shelters strive to maintain a workplace environment that is well functioning and free from unnecessary distractions and annoyances. All Unaccompanied Minor Shelters staff members are expected to present a professional, businesslike image to clients, visitors, customers and the public.

To that end, the Shelters require employees to maintain a neat and clean appearance that is appropriate for the workplace setting and for the work being performed. The following is a set of guidelines regarding clothing and appearance at Southwest Key Programs, per classification of employees. All employees shall adhere to the following dress code:

| Classification | Job Title | Dress Code |
|---|---|---|
| Direct Care Staff | Youth Care Workers<br>Shift Leaders<br>Shift Supervisors<br>Teachers Teacher<br>Aides Case Aids | 1. No leggings or skinny jeans. No torn, frayed, or dirty clothing allowed. No shorts above knee-length allowed.<br>2. No tight, sheer, mesh, see through or sleeveless shirts/blouses.<br>3. Closed toed shoes or tennis shoes that are flat are allowed.<br>4. Hats, caps, or sunglasses will only be allowed during outdoors activities. These items are not allowed indoors.<br>5. Jewelry and accessories must be small and reserved.<br>6. Nails must be kept at a short length, if acrylic must be active length.<br>7. Heavy make-up or colognes should be avoided. |
| Administrative Staff | Program Directors<br>Assistant Program Directors Lead<br>Clinician<br>Clinicians<br>Lead Case Manager<br>Case Managers<br>Executive Assistants<br>Administrative Assistants<br>Trainers | 1. **ALL ABOVE RULES APPLY, IN ADDITION TO:**<br>2. Dresses and skirts must be at knee length and no more than one inch above the knee while seating.<br>3. Shoes must not impede with client service delivery. Shoes must be no higher than two (2) inches. |
| Maintenance, Medical and Kitchen Staff | Maintenance Staff<br>Medical Staff Kitchen<br>Staff | Either a uniform or specific dress code as their departments or programs require. |

Supervisors will redirect employees who fail to follow the Dress Code and may take appropriate disciplinary action. Exceptions to the Dress Code can be made when employees are publicly representing the Program, but remember, it is every employee's responsibility to present a professional appearance at all times.

*My signature below indicates I have received this policy and will abide by its contents.*

Print Name: Ana H Sanchez-Cob Program Location: El Cajon

Signature: [signature] Date: 03/12/2018



| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-103 | Fingerprint Clearance or Equivalent Requirement & Renewal | 2.0 | 08/25/2016 | 1 of 1 |

**Residential Shelter**

**Fingerprint Clearance or Equivalent Requirement & Renewal**

Southwest Key's licensing entity requires that all employees working in an Unaccompanied Minors' shelter have a current fingerprint clearance or equivalent issued by the appropriate government entity.

It is the responsibility of the employee to maintain the fingerprint clearance process before the expiration date if required. Documentation of renewal must be supplied to the Program Director before the expiration date.

Failure to comply with the Fingerprint Clearance or equivalent requirements may lead to disciplinary action up to, and including, termination of your employment.

My signature below acknowledges that I have received and understand the contents of this document.

[signature]
Employee Name

[signature]
Employee Signature

03/12/2018
Date



| Document #: RD-100100-118 | Document Title: Residential Shelter Office of Refugee Resettlement and Department of Unaccompanied Children | Rev: 1.0 | Date: 06/14/2016 | Page: 1 of 1 |
|---|---|---|---|---|

**Residential Shelter**

Office of Refugee Resettlement/Department of Unaccompanied Children Services
Policies and Procedures

This acknowledges that I have received training on the Office of Refugee Resettlement (ORR) and Department of Unaccompanied Children Services (DUCS) policies and procedures. I am aware that my program has a written copy of the ORR and DUCS policies and procedures, to which I have access. I recognize that it is my responsibility to understand and comply with the ORR and DUCS policies and procedures.

Azar H Sanchez Coto
Employee Printed Name

Azar H Sanchez-Coto
Employee Signature

03/12/2018
Date



| Document #: RD-100100-172 | Document Title: 5.7 ORR Policies to Protect Sponsors from Fraud | Rev: 1.0 | Date: 10/26/2017 | Page: 1 of 2 |
|---|---|---|---|---|

# 5.7 ORR Policies to Protect Sponsors from Fraud

ORR does not charge any fee to prospective or approved sponsors as a condition of release of an unaccompanied alien child. Any demand for payment of fees is not authorized by ORR and should not be paid.

Prospective sponsors should immediately report any suspicious calls or requests for payment to the care provider facility, ORR directly, or the ORR National Call Center Help Line at 1 (800) 203-7001.

## 5.7.1 ORR Efforts to Help Prevent Fraud

Care providers notify all potential sponsors that ORR, its care providers, volunteer agencies, and grantees/contractors do not collect or require fees for any services related to the release of unaccompanied alien children from HHS custody.[5]

In order to detect potential fraud schemes, ORR also asks all approved sponsors at the time of a child's release if they have been approached by anyone asking for money at any point in the release process.

The FBI recommends that all members of the public should exercise caution and adhere to the following guidelines before making a payment or donation of any kind:

- Be skeptical of individuals representing themselves as officials and asking for payments or donations door-to-door, via phone, mail, e-mail, or social networking sites.
- Be skeptical of individuals requesting payment or contributions by courier or wire, or those who request your bank account or credit card number.
- Verify the legitimacy of the government agency or non-profit organization by utilizing various Internet-based resources which may confirm the correct phone number, e-mail, and/or the group's existence and its non-profit status rather than following a link to an e-mailed site.
- Call the official telephone number of the government agency seeking money to ensure the request for payment is legitimate.
- Do not respond to any unsolicited (spam) incoming e-mails. Do not click links contained within those messages.
- Be cautious of e-mails that claim to show pictures of intended recipients in attached files which may contain viruses. Only open attachments from known senders.
- Make contributions directly to known organizations rather than having others make the donation on your behalf to ensure contributions are received and used for intended purposes.
- Do not give your personal or financial information to anyone who seeks payment or solicits contributions. Providing such information may compromise your identity and make you vulnerable to identity theft.



southwest key
programs

See **www.fbi.gov/sanantonio/press-releases/2014/new-fraud-schemes-targetin...Visit disclaimer page** for the Spanish translation of this warning.

**ORR also requests that sponsors:**

- Report any suspicious calls or contact to the care provider facility and ORR directly.
- Call the ORR National Call Center Help Line at 1 (800) 203-7001. Sponsors may call the help line to inform ORR if a person defrauds or attempts to defraud them of money.

### 5.7.2 Responding to Fraud Attempts

If a care provider determines that a sponsor or prospective sponsor has been the target of a fraud attempt, the care provider must report the incident to ORR through a Significant Incident Report (SIR) and to local law enforcement.

ORR reviews the information in the SIR and reports all fraud schemes, whether attempted or successfully perpetrated, to HHS/Office of the Inspector General (OIG). ORR and the care provider cooperate fully with the HHS/OIG investigation.

If the fraud scheme involves care provider staff, ORR instructs the care provider to contact local law enforcement and to follow their local licensing guidelines regarding reports of inappropriate employee behavior and to inform their local licensing agency that the case was referred to HHS/OIG and local law enforcement. A care provider facility must take disciplinary action including termination of any staff for criminal behavior, including fraud. ORR issues corrective action findings and requires the care provider to take appropriate action. See **Section 5.5.2 Follow Up and Corrective Actions**

I confirm that I have completely read and understood the ORR Fraud Scheme Policy.

[signature]

Print Name

[signature]

Sign Name:



southwest key programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-121 | Vehicle Policy For All Employees | 1.0 | 06/15/2016 | 1 of 1 |

## Vehicle Policy for All Employees

Southwest Key has adopted this policy, because the safety of our employees, clients, and community members are of utmost importance in the operation of our business.

1. All employees must be pre-approved before operating any company vehicles, or operating any vehicles on behalf of Southwest Key.
2. All potential drivers are requested to submit a copy of their driver's license to allow Southwest Key to complete a Motor Vehicle Report.
3. All authorized drivers are expected to review Southwest Key's Vehicle Safety and Fleet Management Guidebook and adhere to its guidelines. It is each employee's responsibility to request access to this guidebook if he or she is unaware of how to view it or would like a hard copy.
4. All employees are expected to adhere to all motor vehicle laws of the jurisdiction in which they are operating or riding in a vehicle. Additionally, while driving on behalf of the organization, Southwest Key employees: (a) must use a hands-free system if they use a portable device; and (b) are prohibited from texting, emailing, and/or instant messaging.
5. Any employee involved in an accident while driving a Southwest Key vehicle may be liable to the organization for any damage, up to $250, if he or she is determined to be at-fault for the accident.

By my signature below, I affirm that I have read Southwest Key's Vehicle Policy, received access to Southwest Key's Vehicle Safety and Fleet Management Guidebook, and agree to adhere to the provisions in both.

Employee's Name: [illegible] Signature: [illegible] Date: 03/12/2018



southwest key
programs

| Document #: RD-100100-119 | Document Title: Vehicle Safety & Fleet Management Guidebook Acknowledgement | Rev: 2.0 | Date: 09/07/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Vehicle Safety & Fleet Management Guidebook Acknowledgement

Southwest Key's Vehicle Safety & Fleet Management Guidebook ("Guidebook") describes the terms and conditions of driving on behalf of Southwest Key. The Guidebook may be found in hard copy form in your program's Safety Binder as well as electronically on SharePoint. Southwest Key reserves the right to apply the procedures contained in the Guidebook and the terms of the Guidebook at its own discretion. Additionally, because basic trends, regulations, and economic conditions are always changing, the Guidebook may be changed or deleted at any time without prior notice.

Please read the following statement and sign below to indicate your acknowledgement of the electronic version of the Guidebook.

- I understand that the policies and rules described in the Guidebook are subject to change at the sole discretion of Southwest Key.
- I understand that it is my responsibility to read and familiarize myself with the contents of the Guidebook and to abide by the rules, policies, procedures and standards outlined in it.
- I understand that as an authorized driver of Southwest Key any violation of the policies herein shall be subject to disciplinary action, up to and including termination of employment.
- I understand that I should consult my supervisor or the Risk Department if I have any questions regarding the Guidebook.
- I understand that my signature below indicates that I have read and understand the above statements and have received directions to access a copy of Southwest Key's Vehicle Safety & Fleet Management Guidebook.

Employee's Name: [illegible] Signature: [illegible] Date: 03/12/2018

**Completion of this form is a requirement for all employees authorized to drive on behalf of Southwest Key. Please give your signed and dated form to your supervisor for inclusion in your personnel file.**



| Document #: RD-100100-104 | Document Title: Consent for Drug Testing | Rev: 1.0 | Date: 06/03/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Consent for Drug and Alcohol Testing

To help Southwest Key maintain safety, productivity, quality, and security, I understand that I may be required to undergo a blood test, urinalysis, breath-analyzer test, or other diagnostic test for drugs and/or alcohol under any of the following circumstances to the extent allowed by law:

- Prior to beginning employment;
- Upon transfer to a different program;
- When there is reason to believe, in the opinion of Southwest Key management, that I am under the influence of and/or impaired by drugs or alcohol;
- Before returning to work following a leave of absence;
- After the occurrence of a work-related accident (including any auto accident) if there is a reasonable possibility that alcohol or drug use contributed to the accident;
- Upon request or requirement by a funding source, licensing department, or governmental agency;
- As part of a random sample testing of employees or programs; and/or
- When deemed by Southwest Key management to be in the best interest of Southwest Key.

I understand and agree that any positive test results and/or my refusal to submit to a blood test, urinalysis, breath-analyzer test, or other diagnostic test as directed may result in disciplinary action against me, up to and including termination.

Name: Ana H Sanchez-Cerri Last 4 digits of SSN: XXX-XX- 7819

Signature: [signature] Date: 03/12/2018



southwest key
programs

***Unaccompanied Minors Program***
***No Call No Show and Tardiness Policy Revision***
***Effective June 15, 2015***

***No Call, No Show***

It is critical that your immediate supervisor be notified if you are going to be absent from your scheduled work shift so that coverage for your shift may be arranged. Therefore, you will be considered to have abandoned and voluntarily terminated employment with the organization if you fail to report to work without proper notification.

***Tardiness***

Promptness is expected of all employees to ensure the operations of the organization are efficient. You must notify your immediate supervisor as far in advance as possible if you know that you will be late. If your tardiness is unplanned, you must verbally advise your immediate supervisor at least one hour prior to the beginning of your shift or work schedule, unless there are extenuating and unavoidable circumstances with documentation. Additionally you must follow the rules of your program or department for notification of being tardy.

**Tardiness Defined**

For purposes of ensuring that Southwest Key operations are appropriately staffed and clients are adequately served, if you arrive to your shift or work schedule at any time after your scheduled time, you are tardy.

**Tardiness with Notification**

If you notify your supervisor in accordance with the procedure above, the following will occur:

- First occurrence: You will receive a written reprimand.
- Second occurrence: You will receive a one-day unpaid suspension.
- Third occurrence: You will be recommended for termination.

**Tardiness without Notification**

If you fail to notify your supervisor in accordance with the procedure above, the following will occur:

- First occurrence: You will receive a one-day unpaid suspension.
- Second occurrence: You will be recommended for termination.

*By signing below, I acknowledge receipt and understanding of this policy.*

**Print Employee Name:** Aura H Sanchez-Cala

**Program Number/Location:** 951

**Employee Signature:** Aura H Sanchez-Cala

**Date:** 03/12/2018



southwest key
programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-120 | Training Expectations and Guidelines | 1.0 | 06/14/2016 | 1 of 1 |

## Training Expectations and Guidelines

Ongoing training, continuing education and professional development are critical to an individual's ability to provide the highest quality services to others. In order to ensure a successful learning experience as well as maintain a safe and productive environment, you will be advised of specific expectations and must adhere to those as well as the following classroom guidelines when you attend Southwest Key trainings/workshops:

1. Arrive on time and dressed appropriately for the content of the training.
2. Come prepared. This means you should read any information provided beforehand, come ready to take notes, bring all required materials and complete all required assignments and homework.
3. Treat all participants and instructors professionally and with respect. Honor the ideas and opinions of others and eliminate negative criticism.
4. Take responsibility for your own learning.
5. Come with the right mindset and maintain a positive attitude.
6. Actively participate in all workshop and/or classroom activities.
7. Attend the scheduled training day(s) that you are assigned.
8. Remain in attendance for the entirety of the training.
9. Turn all cell phones/pagers off during class instruction.
10. Continue to review and become familiar with all curriculum material and work toward skill mastery after leaving the class.
11. Ask for help and offer help when appropriate.
12. Provide feedback and comments to help Southwest Key continually improve the training to better meet your needs and the needs of our staff.
13. Ensure that your own training hours are completed on an annual basis to maintain compliance with Southwest Key, state and federal standards.

By my signature below, I affirm that I have read Southwest Key's Training Expectations and Guidelines, and that I understand and agree that my failure to meet these expectations and guidelines may result in disciplinary action against me, up to and including termination.

Name: [handwritten name] Signature: [signature] Date: 03/12/2018



southwest key
programs

| Document #: RD-100100-122 | Document Title: Residential Shelter Electronic Communication Devices, and Other Recording Devices | Rev: 1.0 | Date: 06/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Residential Shelter
## Electronic Communication Devices, and Other Recording Devices

All personal electronic communication devices, such as cell phones, smart watches, tablets, and any personal device that allows a user to text, make calls, chat, or perform some type of one or two-way communication, are not allowed into the minor's shelters. The shelter includes but is not limited to: classrooms, offices, recreational areas, backyard/ patio, and dormitories. Recording devices are also not allowed into the minor's shelters. This includes, but is not limited to, cell phones, tablets, cameras, video or photography equipment and tape recorders of any size.

Employees must either leave these devices in their cars or in the lockers provided by the shelter. Even if the employee has a designated work space such as a desk, employees will still not be allowed to keep their electronic devices with them while working their assigned schedule or shift. Designated personnel are allowed to carry on the premises cell phones or electronic devices that are issued by or paid for by Southwest Key, or approved by SWK management. These designated personnel include, but are not limited to:

- Program Director, Assistant Program Director
- Executive Assistant
- Shift Supervisor, Shift Leader
- Lead Case Manager, Assistant Lead Case Manager
- Lead Medical Coordinator, Assistant Lead Medical Coordinator
- Lead Clinician, Assistant Lead Clinician

Devices used by the above personnel shall be used only for programmatic necessities. In addition, staff assigned to travel outside of the shelter in transporting clients to the primary care physicians office, court, consulate or other appointments will be allowed to use a shelter cell phone so that communication can be maintained with the shelter and for this purpose only.

In the event of an emergency, family members can contact the shelter to reach an employee.

The unapproved use of these devices named above is a violation of Southwest Key policies and is grounds for disciplinary action up to and including termination of employment.

My signature below acknowledges that I have received and understand the contents of this document.

[signature]
Employee Name (Print)

Program Location

[signature]
Employee Signature

03/12/2018
Date



southwest key
programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-123 | Wellness Program Information And Waiver | 1.0 | 06/15/2016 | 1 of 1 |

## Wellness Program Information and Waiver

Southwest Key is pleased to offer competitive and cutting edge benefits, including a wellness program to help you and your family maintain and enhance your health and quality of life. Although it is voluntary, it is also fun, and we encourage you to participate and get the most out of your Southwest Key benefits! Please note that you must complete this waiver before you will be able to participate in the wellness program.

**Remember, before starting any new exercise program or diet it is always recommended to discuss it first with your health care professional.** If you think you might be unable to meet a standard for a reward under the wellness program, you might qualify for an opportunity to earn the same reward by different means. Contact us at wellness@swkey.org and we will work with you (and if you wish, with your health care professional) to find an alternative with the same reward that is right for you.

## Waiver

I understand that this waiver binds me, as well as my heirs, executors, administrators, legal representatives and assigns, for the benefit of Southwest Key its officers, directors, employees, representatives, funding sources, affiliates, contractors, and/or other agents ("Southwest Key"). In exchange for my participation in the Southwest Key Wellness Program ("Wellness Program"), including but not limited to Wellness Program events, activities, health fairs, and exercise participation, I agree to the following:

- I understand that my participation in the Wellness Program is voluntary and not required by Southwest Key. I acknowledge that the Wellness Program does not constitute part of my work-related duties.
- I fully recognize that there are dangers and risks inherent in participation in the Wellness Program. In the event that I am physically injured or otherwise require emergency care, I give permission to Southwest Key or any of its agents to secure from any licensed hospital, physician, or medical personnel any treatment considered necessary for my immediate care. I agree to be responsible for payment of any and all medical services rendered.
- I understand and agree that Southwest Key makes no warranties, express or implied, as to the Wellness Program, the property on which the Wellness Program will take place, any persons in attendance at Wellness Program activities, or any other warranty, condition, guaranty, or representation, whether oral, written, or in electronic form, relating to the Wellness Program.
- I release Southwest Key from all liabilities for all damages, expenses (including attorney fees), claims, judgments, actions or causes of action as a result of any loss or injury to the person or property which I may sustain or suffer during or arising out of participation in the Wellness Program, whether or not caused by the acts or omissions of Southwest Key. I agree to indemnify and defend Southwest Key from and against any liability, loss, damages, expenses (including attorney fees), claims, judgments, actions or causes of action arising out of or related to my participation in the Wellness Program and to reimburse Southwest Key for any such expenses incurred.

**I agree that I have signed this Waiver in exchange for my participation in the Southwest Key Wellness Program. Additionally, my signature affirms that I have read this document and understand it.**

| [handwritten name] | [signature] | 03/12/2018 |
|---|---|---|
| Printed Name | Signature | Date |



southwest key
programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-124 | Acknowledgement Of Mutual Jury Trial Waiver and Class And Collective Action Waiver | 2.0 | 08/15/2016 | 1 of 2 |

## Acknowledgement of Mutual Jury Trial Waiver

Southwest Key Programs, Inc., its officers, directors, employees, representatives, funding sources, affiliates, contractors, and/or other agents ("Southwest Key") hope that your experience working with us is rewarding and fun. We believe that employees who work in a positive environment provide better services to our clients and their families, project greater enthusiasm for our mission, and help build a more successful organization. Southwest Key also believes that our internal grievance resolution procedures are able to address problems that may arise between you and Southwest Key. However, we recognize that despite everyone's best efforts, sometimes a matter cannot be resolved internally. In those rare circumstances, judges considering individualized claims are often in the best position to fairly resolve these disputes.

By signing below, you are agreeing to a binding jury trial waiver that may be enforced by you or Southwest Key. This agreement does not take away your right to sue or prevent you from filing a charge with a federal, state, or local administrative agency. Rather, you are waiving your right to request or demand a jury trial and agreeing that any claim you have against Southwest Key that cannot be resolved internally will be resolved by a judge.

Please be advised that a claim includes any dispute, controversy, lawsuit, or cause of action you may have against Southwest Key related to your employment or separation of employment. Please also be advised that by entering into this agreement, Southwest Key is also waiving its right to request or demand a jury trial with respect to any claim between you and Southwest Key.

Please note that this agreement does not alter the at-will employment relationship and shall not be construed as a definite term of employment or a contract for employment. Further, if any provision(s) of this agreement is/are found to be invalid, void, or unenforceable, then the remaining provisions shall continue to be valid. This document shall be governed by and construed under the substantive and procedural laws of the State of Texas without regard to principles of conflict of laws. Any lawsuit arising out of or relating to this agreement shall be held in Travis County, Texas.

**By signing this document you agree and understand that: (1) you have read this document, have been offered or may request a copy of this document, have been given an opportunity to ask questions about this document or consult any person(s) of your choosing about this document; (2) by continuing to work for Southwest Key and accepting this offer, you understand that any lawsuit between you and Southwest Key will be decided by a judge rather than a jury; and (3) you have signed this document knowingly, intelligently, voluntarily, free from duress or coercion, and after being given time to give it due consideration.**

[signature] Employee Signature    [handwritten name] Employee Name    03/12/2018 Date



southwest key
programs

| Document #: RD-100100-124 | Document Title: Acknowledgement Of Mutual Jury Trial Waiver and Class And Collective Action Waiver | Rev: 2.0 | Date: 08/15/2016 | Page: 2 of 2 |
|---|---|---|---|---|

## Acknowledgement of Mutual Class and Collective Action Waiver

Southwest Key Programs, Inc. its officers, directors, employees, representatives, funding sources, affiliates, contractors, and/or other agents ("Southwest Key") hope that your experience working with us is rewarding and fun. We believe that employees who work in a positive environment provide better services to our clients and their families, project greater enthusiasm for our mission, and help build a more successful organization. Southwest Key also believes that our internal grievance resolution procedures are able to address problems that may arise between you and Southwest Key. However, we recognize that despite everyone's best efforts, sometimes a matter cannot be resolved internally. In those rare circumstances, considering claims on an individualized basis is often the best manner to fairly resolve these disputes.

By signing below, you are agreeing to a class and collective action waiver that may be enforced by you or Southwest Key. This agreement does not take away your right to sue or prevent you from filing a charge with a federal, state, or local administrative agency. Rather, you are agreeing that any proceedings to resolve or litigate any claim will be conducted solely on an individual basis, and not as a class action or otherwise pursuant to class, collective action, or comparable procedures.

Please be advised that a claim includes any dispute, controversy, lawsuit, or cause of action you may have against Southwest Key related to your employment or separation of employment. Please also be advised that by entering into this agreement, Southwest Key is also waiving its right to a class or collective action with respect to any claim between you and Southwest Key.

Please note that this agreement does not alter the at-will employment relationship and shall not be construed as a definite term of employment or a contract for employment. Further, if any provision(s) of this agreement is/are found to be invalid, void, or unenforceable, then the remaining provisions shall continue to be valid. This document shall be governed by and construed under the substantive and procedural laws of the State of Texas without regard to principles of conflict of laws. Any lawsuit arising out of or relating to this agreement shall be held in Travis County, Texas.

**By signing this document you agree and understand that: (1) you have read this document, have been offered or may request a copy of this document, have been given an opportunity to ask questions about this document or consult with an attorney about this document; (2) by continuing to work for Southwest Key and accepting this offer, you understand that any lawsuit between you and Southwest Key will will be decided on an individual basis and not as part of a class or collective action; and (3) you have signed this document knowingly, intelligently, voluntarily, free from duress or coercion, and after being given time to give it due consideration.**

[signature] Employee Signature — Azor H Sandar-Col. Employee Name — 03/12/2018 Date



| Document #: RD-100100-125 | Document Title: Residential Shelter Preventable Disease Vaccination Policy | Rev: 1.0 | Date: 05/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Residential Shelter Preventable Disease Vaccination Policy

Southwest Key Programs, Inc. (SWK) requires that all employees working in an unaccompanied minor shelter be vaccinated against the following diseases within 100 days from the first date worked:

1. Tetanus, diphtheria, pertussis (Td/Tdap)
2. Varicella
3. Measles, mumps, rubella (MMR)
4. Hepatitis A and Hepatitis B[1] (all employees must receive the Hepatitis B vaccine within 100 days of employment even if previously declined)
5. Zoster (only for employees over the age of 60)
6. Influenza "F"

You must provide proof of your immunization record to your Program's Lead Medical Coordinator or Medical Coordinator.

Please note that SWK will reimburse all vaccine costs for employees who were not previously vaccinated and get the vaccines between the 70-100 days of employment to the extent the employee's medical insurance did not cover the cost of the vaccination.

In order to be eligible for the reimbursement, you must have worked for SWK for at least 90 days. In addition, to receive the reimbursement you must submit to your Program Director a legible copy of the receipt/invoice that shows the your name, the name of the vaccines received, your out of pocket costs for the vaccines, and the date(s) of service(s). SWK will pay for the cost of the hepatitis B vaccination without any waiting period for employees who have occupational exposure.

SWK reserves the right to amend and modify this policy and these recommendations based on the Center for Disease Control's recommended adult vaccination schedule, which can be found at http://www.cdc.gov/vaccines/schedules/syndicate.html.

For information regarding vaccination locations and other specifics, please contact your Program Director or visit the website http://www.vaccines.gov/getting/where/ . If you have any questions or concerns regarding SWK's vaccination policy, please contact your Program Director.

My signature below acknowledges that I have received and understand the contents of this document.

[signature] 03/12/2018
Employee Name Date

[signature]
Employee Signature Date

[1] SWK makes the hepatitis B vaccination available to employees who have reasonably anticipated contact with blood or other potentially infectious materials during the performance of their jobs. The vaccination is offered after the employee has completed the bloodborne pathogen training and within 10 days of the employee's initial assignment to their job where there is occupational exposure. The vaccination will be provided with no associated cost to the employee.



| Document #: RD-100100-126 | Document Title: Citizenship Agreement | Rev: 1.0 | Date: 06/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Citizenship Agreement

I understand that in order to reinforce a positive work environment I must behave in a way that contributes to a positive environment and avoid the behaviors that will impact the work environment negatively.

I commit to do the following:

- Be respectful and polite in every interaction I have.
- Approach others in a friendly manner.
- Have a positive attitude and be cheerful.
- Do not talk negative about anyone when they are not present.
- Do not engage in gossip or rumors.
- Respect individual's privacy.
- Do not discuss my own or anyone else's performance problems with anyone other than a supervisor.
- Praise my coworkers when I see that they have performed well or made a positive contribution.
- If I have a problem with a person, I will go directly to that person and discuss the issue. If I feel unable to go to the person directly I will get assistance from a supervisor or follow the company grievance procedure.
- Do my best to avoid making assumptions.
- When I present a concern or problem I will make a commitment to bring possible solutions.
- When reporting issues, incidents, & problems I will be committed to only reporting the facts. I will exclude hearsay.
- Behave in a professional and ethical manner at all times.
- Openly admit my mistakes.
- Be a team player.
- Be a model citizen.

My signature below indicates my commitment in practicing the behaviors outlined in this document. As well as, assist and support my coworkers in behaving in a way that creates a positive impact.

I understand that by behaving in a negative way or not following the citizen agreement my behavior hurts the overall program. I may also receive disciplinary actions up to and including suspension or termination of my employment from SW Key Programs if I do not follow this agreement.

Note: A Spanish speaking interpreter was offered to me to interpret this document. If I requested that an interpreter be present this was provided and I fully understand the above agreement.

Name (print): Ana H Sandoval Signature: Ana H Sandoval

Date: 03/12/2018



| Document #: RD-100100-117 | Document Title: Residential Shelter Foreign Diploma Evaluation/Equivalency | Rev: 2.0 | Date: 09/08/2016 | Page: 1 of 1 |
|---|---|---|---|---|

**Residential Shelter**
**Foreign Diploma Evaluation/Equivalency**

All Southwest Key Programs employees working at residential shelters must have a diploma issued in the United States or the equivalent. The type of diploma required is outlined in the specific job description and will be for the highest level completed as required by the job description (i.e. a high school diploma or GED, a Bachelor's degree or a Master's degree). If you hold a foreign diploma, you must have it evaluated to determine whether it is the equivalent of a United States-issued diploma within thirty days of the date your employment begins with Southwest Key.

For information regarding foreign diploma evaluation locations, costs and other specifics, please contact your Program Director. Please note that the cost of the foreign diploma evaluation is your responsibility and will not be reimbursed by Southwest Key Programs.

☐ I have a diploma or GED, as required by my position, issued in the United States

☒ I have the equivalent of a diploma (e.g. a high school diploma or GED, a Bachelor's degree or a Master's degree) issued in a country other than the United States, and will provide a copy of my foreign diploma evaluation within 30 days of the date my employment began with Southwest Key. I understand that failure to provide my foreign diploma equivalency within 30 days of the date my of hire with Southwest Key may result in disciplinary action up to and including termination of employment

My signature below acknowledges that I have received and understand the contents of this document.

Signature: [signature] Date: 03/12/201(

Printed Name: [handwritten name]



| Document #: RD-100100-127E | Document Title: Safety Precautions Related to Voluntary Use of Respirators (including Dust Masks) - English | Rev: 1.0 | Date: 06/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Safety Precautions Related to Voluntary Use of Respirators (including Dust Masks)

Por favor, póngase en contacto con el Director del Programa si usted prefiere recibir este documento en Español.

Respirators, including dust masks, are an effective method of protection against designated hazards when properly selected and worn. Respirator use is encouraged, even when exposures are below the exposure limit, to provide an additional level of comfort and protection for workers. However, if a respirator is used improperly or not kept clean, the respirator itself can become a hazard to the worker.

Sometimes, workers may wear respirators to avoid exposures to hazards, even if the amount of hazardous substance does not exceed the limits set by OSHA standards. If Southwest Key provides respirators for voluntary use, or if you provide your own respirator, you need to take the following precautions to be sure that the respirator itself does not present a hazard.

1. Read and heed all instructions provided by the manufacturer on use, maintenance, cleaning and care, and warnings regarding the respirators limitations.
2. Choose respirators certified for use to protect against the contaminant of concern. NIOSH, the National Institute of Occupational Safety and Health of the U.S. Department of Health and Human Services, certifies respirators. A label or statement of certification should appear on the respirator or respirator packaging. It will tell you what the respirator is designed for and how much it will protect you.
3. Do not wear your respirator into atmospheres containing contaminants for which your respirator is not designed to protect against. For example, a respirator designed to filter dust particles will not protect against gases, vapors, or very small solid particles of fumes or smoke.
4. Keep track of your respirator so that you do not mistakenly use someone else's respirator.

By signing below, I acknowledge that:

1. Southwest Key has provided me with information concerning precautions to take when voluntarily using respirators, including a dust mask.
2. I understand that I am not required to wear a dusk mask while employed at Southwest Key, but dust masks are available and accessible to all employees who choose to use them.

Ana H Sanchez Coh
Printed Employee Name

[signature]
Signature

03/12/2018
Date



| Document #: | Document Title: | Rev: | Date: | Page: |
| --- | --- | --- | --- | --- |
| RD-100100-138 | Tobacco Free Workplace Policy | 1.0 | 09/14/2016 | 1 of 2 |

# TOBACCO-FREE WORKPLACE

It has long been Southwest Key's goal to provide healthful environments for its employees. We strive to provide a broad array of benefits to encourage healthy lifestyles and remain aware of the impressions we make on the youth we serve and of the necessity to model positive behaviors for the kids in our care. Southwest Key Programs has therefore adopted a tobacco-free policy in order to provide a clean, healthy, productive and safe environment for all.

Smoking and tobacco use of any kind is prohibited at all Southwest Key locations, in all vehicles owned or leased by Southwest Key, and at all Southwest Key-sponsored events, regardless of location. Tobacco products include, but are not limited to, cigarettes, cigars, pipe tobacco, chewing tobacco, e-cigarettes, vaporizers, and snuff.

Employees who choose to use tobacco products must do so on their regularly scheduled breaks or meal periods and off company property. Additionally, Southwest Key employees shall not permit clients, consultants, vendors, contractors, partners, or others to use tobacco products while at a Southwest Key locations, in a vehicle owned or leased by Southwest Key, or at a Southwest Key-sponsored event, regardless of location, and must immediately report any such occurrence to their supervisor or Program Director.

As part of our responsiveness in supporting a healthy environment, Southwest Key offers a Tobacco Cessation Program to provide employees, or anyone in their household, the option of being tobacco free. Please contact human resources for more information.



| Document #: RD-100100-139 | Document Title: Client Medical Information Privacy Manual Acknowledgement | Rev: 1.0 | Date: 09/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Client Medical Information Privacy Manual Acknowledgement

Southwest Key's Client Medical Information Privacy Manual ("Manual") describes Southwest Key's policies and procedures related to client medical information. This is to acknowledge that I have received access to Southwest Key's Client Medical Information Privacy Manual. I have been advised that the Manual may be found in hard copy form at my program as well as electronically on SharePoint. I understand and agree that it is my responsibility to read and familiarize myself with the contents of the manual and to abide by the rules, policies, procedures, and standards outlined in it.

I agree that as an employee of Southwest Key Programs any violation of the policies within the Manual shall subject me to disciplinary action, up to and including termination of my employment with Southwest Key Programs.

Employee Name: [handwritten] Employee Signature: [signature] Date: 03/12/201[illegible]



southwest key
programs

| Document #: RD-100100-134 | Document Title: Acknowledgement of the Discrimination, Harassment, and Retaliation Prevention Policy | Rev: 1.0 | Date: 03/15/2016 | Page: 1 of 1 |
|---|---|---|---|---|

**Acknowledgement of the Discrimination, Harassment, and Retaliation Prevention Policy**

By my signature below, I affirm that I have received a copy of Southwest Key's Discrimination, Harassment, and Retaliation Policy, understand its contents, and agree to adhere to the requirements of the policy.

Employee's/Volunteer's Name: [handwritten signature]

Program Number/Location: /El Cajon

Signature: [signature] Date: 03/12/2018



| Document #: | Document Title: | Rev: | Date: | Page: |
| --- | --- | --- | --- | --- |
| RD-100100-143 | Hepatitis B Vaccination Acceptance/Declination Form | 1.0 | 04/15/2016 | 1 of 1 |

## Hepatitis B Vaccination Acceptance/Declination Form

I understand that due to my occupational exposure to blood or other potentially infectious bodily fluids, I may be at risk of acquiring Hepatitis B virus infection. I have been given the opportunity to be vaccinated with Hepatitis B vaccine, at no charge to myself. I understand that vaccination is encouraged unless I have already been vaccinated, I am immune, or medical evaluation shows that vaccination is contraindicated.

I understand that I must indicate below that I accept the opportunity to be vaccinated with the Hepatitis B vaccine, at no charge to myself, and contact my supervisor for more information about where to get vaccinated. If I do not clearly indicate acceptance below or if I do not contact my supervisor about where to get vaccinated, I may not receive the Hepatitis B vaccination, which would otherwise be provided to me at no cost. I understand that if I do not receive this vaccine, I continue to be at risk of acquiring Hepatitis B, a serious disease. I further understand that if, in the future, I continue to have occupational exposure to blood or other potentially infectious materials and I want to be vaccinated with Hepatitis B vaccine, I can receive the vaccination series at no charge to me, upon request.[1]

| | |
| --- | --- |
| ☒ | I hereby accept the opportunity to be vaccinated with the Hepatitis B vaccine, at no charge to myself. I will contact my supervisor to get more information on where to get vaccinated. |
| ☐ | I hereby decline the Hepatitis B vaccination, which would otherwise be provided to me at no cost. I understand that if I decline this vaccine, I continue to be at risk of acquiring Hepatitis B, a serious disease. I further understand that if, in the future, I continue to have occupational exposure to blood or other potentially infectious materials and I want to be vaccinated with Hepatitis B vaccine, I can receive the vaccination series at no charge to me, upon request. |

[handwritten name]
Employee's Printed Name

Program Number

[signature]
Employee Signature

03/12/2018
Date

[1] Please note that your program may require you to receive the Hepatitis B vaccination. If you are required to receive the Hepatitis B vaccination by your program, it will be provided to you at no cost.

# NOTICE TO EMPLOYEE

***Labor Code section 2810.5***

## EMPLOYEE

Employee Name: Ana H Sanchez-Ochi

Start Date: 03/13/2018

## EMPLOYER

Legal Name of Hiring Employer: Southwest Key Programs

Is hiring employer a staffing agency/business (e.g., Temporary Services Agency; Employee Leasing Company; or Professional Employer Organization [PEO])? ☐ Yes ☒ No

Other Names Hiring Employer is "doing business as" (if applicable):

not applicable

Physical Address of Hiring Employer's Main Office:

6002 Jain Lane, Austin, TX 78721

Hiring Employer's Mailing Address (if different than above):

6002 Jain Lane, Austin, TX 78721

Hiring Employer's Telephone Number: (512) 462-2181

If the hiring employer is a staffing agency/business (above box checked "Yes"), the following is the other entity for whom this employee will perform work:

Name: not applicable

Physical Address of Main Office: not applicable

Mailing Address: not applicable

## WAGE INFORMATION

Rate(s) of Pay: $17.99 Overtime Rate(s) of Pay: 1&1/2 x reg rate of pay or twice rate of pay

Rate by (check box): ☒ Hour ☐ Shift ☐ Day ☐ Week ☐ Salary ☐ Piece rate ☐ Commission

☐ Other (provide specifics):

Does a written agreement exist providing the rate(s) of pay? (check box) ☐ Yes ☒ No

If yes, are all rate(s) of pay and bases thereof contained in that written agreement? ☐ Yes ☐ No

Allowances, if any, claimed as part of minimum wage (including meal or lodging allowances):

not applicable

(If the employee has signed the acknowledgment of receipt below, it does not constitute a "voluntary written agreement" as required under the law between the employer and employee in order to credit any meals or lodging against the minimum wage. Any such voluntary written agreement must be evidenced by a separate document.)

Regular Payday: 1st and 16th - monthly

DLSE-NTE (rev 11/2014)

**WORKER'S COMPENSATION**

Insurance Carrier's Name: Safety National Insurance

Address: PO Box 6966, Portland, OR 97228

Telephone Number: 1-800-239-1391

Policy No.: LDC4057495

☐ Self-Insured (Labor Code 3700) and Certificate Number for Consent to Self-Insure: not applicable

**PAID SICK LEAVE**

Unless exempt, the employee identified on this notice is entitled to minimum requirements for paid sick leave under state law which provides that an employee:

a. May accrue paid sick leave and may request and use up to 3 days or 24 hours of accrued paid sick leave per year;
b. May not be terminated or retaliated against for using or requesting the use of accrued paid sick leave; and
c. Has the right to file a complaint against an employer who retaliates or discriminates against an employee for
   1. Requesting or using accrued sick days;
   2. Attempting to exercise the right to use accrued paid sick days;
   3. Filing a complaint or alleging a violation of Article 1.5 section 245 et seq. of the California Labor Code;
   4. Cooperating in an investigation or prosecution of an alleged violation of this Article or opposing any policy or practice or act that is prohibited by Article 1.5 section 245 et seq. of the California Labor Code.

The following applies to the employee identified on this notice: (Check one box)

☐ 1. Accrues paid sick leave only pursuant to the minimum requirements stated in Labor Code §245 et seq. with no other employer policy providing additional or different terms for accrual and use of paid sick leave.

☐ 2. Accrues paid sick leave pursuant to the employer's policy which satisfies or exceeds the accrual, carryover, and use requirements of Labor Code §246.

☐ 3. Employer provides no less than 24 hours (or 3 days) of paid sick leave at the beginning of each 12-month period.

☐ 4. The employee is exempt from paid sick leave protection by Labor Code §245.5. (State exemption and specific subsection for exemption):

**ACKNOWLEDGEMENT OF RECEIPT**
(Optional)

Linda Mendez, PD
(PRINT NAME of Employer representative)

[signature]
(SIGNATURE of Employer Representative)

3/26/2018
(Date)

Azar H Sanchez-Coh
(PRINT NAME of Employee)

[signature]
(SIGNATURE of Employee)

03/12/2018
(Date)

The employee's signature on this notice merely constitutes acknowledgement of receipt.

Labor Code section 2810.5(b) requires that the employer notify you in writing of any changes to the information set forth in this Notice within seven calendar days after the time of the changes, unless one of the following applies: (a) All changes are reflected on a timely wage statement furnished in accordance with Labor Code section 226; (b) Notice of all changes is provided in another writing required by law within seven days of the changes.

DLSE-NTE (rev 11/2014)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
COMMUNITY CARE LICENSING DIVISION

# CRIMINAL BACKGROUND CLEARANCE TRANSFER REQUEST

Active criminal record clearances may be transferred from one state licensed facility/organization to another by a license applicant or licensee. **The transfer request must be submitted to the Department before the individual who is the subject of the transfer has client contact or the facility/organization will be in violation of the law and subject to a 0 civil penalty.**

The license applicant or licensee who is seeking the transfer must provide a LIC 508, and verify the individual's identity and include a copy of the person's driver's license, permanent resident card or a valid photo identification issued by the California Department of Motor Vehicles or by another state or the United States government if the person is not a California resident. Additionally, a Child Abuse Central Index (CACI) check must be submitted if the transfer is to a facility serving children and the individual has not previously submitted a CACI check or the date of the previous CACI inquiry was made prior to January 1, 1999. The CACI must be mailed directly to the Department of Justice with the applicable fee. *Note: This transfer request is for clearances only. Contact your licensing office for information about exemption transfers.*

This form may only be used to request a clearance transfer between state licensed facilities/organizations. To request a transfer between county and state licensed facilities, the requesting Licensing Agency must contact their county liaison.

**PLEASE TYPE OR PRINT LEGIBLY** — DATE: 03/29/2018

**PLEASE TRANSFER THE CRIMINAL RECORD CLEARANCE FOR THE FOLLOWING INDIVIDUAL:**

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| SANCHEZ CELI | AZAEL | H |

CA DRIVER'S LICENSE OR ID #/PERMANENT RESIDENT ID# (I-551): [redacted]

DOB: 01/18/1968

LICENSING INFORMATION SYSTEM ID#:

SSN: (OPTIONAL)

**FROM THE FOLLOWING FACILITY/ORGANIZATIONS:**

NAME OF FACILITY/ORGANIZATION: SOUTHWEST KEY PROGRAM

FACILITY/ORGANIZATION NUMBER: 374-603-915

STREET ADDRESS: 1253 BROADWAY PMB-408

| CITY | STATE | ZIP CODE: |
|---|---|---|
| EL CAJON | CA | 92021 |

**TO THE FOLLOWING FACILITY/ORGANIZATION:** ☑ **PLEASE ALSO KEEP THIS INDIVIDUAL ASSOCIATED WITH ABOVE FACILITY/ORGANIZATION.**

NAME OF FACILITY/ORGANIZATION: SOUTHWEST KEY PROGRAM

FACILITY/ORGANIZATION NUMBER: 374-601-427

DATE OF EMPLOYMENT: 03/13/2018

STREET ADDRESS: 2205 EL PRADO AVE

| CITY | STATE | ZIP CODE: |
|---|---|---|
| LEMON GROVE | CA | 91945 |

**Transferee Association Type**

- ☐ Facility Administrator
- ☐ Corporation Board Member
- ☑ Employee
- ☐ Certified Home
- ☐ Licensee/Applicant
- ☐ Non-client Adult Resident
- ☐ Partnership Member
- ☐ Spouse of Licensee
- ☐ Affiliated Home Care Aide

***I certify I have verified the above individual's identity and have enclosed a copy of the individual's photo I.D and LIC/508.***

Signature [signature]

Title *(licensee, administrator, director)*: PROGRAM DIRECTOR

**FOR DISTRICT OFFICE USE ONLY**

DATE OF TRANSFER ENTRY:

INITIAL OF PERSON ENTERING TRANSFER:

LIC 9182 (11/15)

**FILE IN NEWLY ASSOCIATED FACILITY/ORGANIZATION FILE**

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
COMMUNITY CARE LICENSING DIVISION

# CRIMINAL BACKGROUND CLEARANCE TRANSFER REQUEST

Active criminal record clearances may be transferred from one state licensed facility/organization to another by a license applicant or licensee. **The transfer request must be submitted to the Department before the individual who is the subject of the transfer has client contact or the facility/organization will be in violation of the law and subject to a [illegible]0 civil penalty.**

The license applicant or licensee who is seeking the transfer must provide a LIC 508, and verify the individual's identity and include a copy of the person's driver's license, permanent resident card or a valid photo identification issued by the California Department of Motor Vehicles or by another state or the United States government if the person is not a California resident. Additionally, a Child Abuse Central Index (CACI) check must be submitted **if** the transfer is to a facility serving children and the individual has not previously submitted a CACI check or the date of the previous CACI inquiry was made prior to January 1, 1999. The CACI must be mailed directly to the Department of Justice with the applicable fee. *Note: This transfer request is for clearances only. Contact your licensing office for information about exemption transfers.*

This form may only be used to request a clearance transfer between state licensed facilities/organizations. To request a transfer between county and state licensed facilities, the requesting Licensing Agency must contact their county liaison.

**PLEASE TYPE OR PRINT LEGIBLY** — DATE: 03/29/2018

**PLEASE TRANSFER THE CRIMINAL RECORD CLEARANCE FOR THE FOLLOWING INDIVIDUAL:**

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| SANCHEZ CELI | AZAEL | H |

| CA DRIVER'S LICENSE OR ID #/PERMANENT RESIDENT ID# (I-551): | DOB: |
|---|---|
| [redacted] | 01/18/1968 |
| LICENSING INFORMATION SYSTEM ID#: | SSN: (OPTIONAL) |
| | |

**FROM THE FOLLOWING FACILITY/ORGANIZATIONS:**

| NAME OF FACILITY/ORGANIZATION: | FACILITY/ORGANIZATION NUMBER: |
|---|---|
| SOUTHWEST KEY PROGRAM | 374-603-915 |

STREET ADDRESS: 1253 BROADWAY PMB-408

| CITY | STATE | ZIP CODE: |
|---|---|---|
| EL CAJON | CA | 92021 |

**TO THE FOLLOWING FACILITY/ORGANIZATION:** ☑ **PLEASE ALSO KEEP THIS INDIVIDUAL ASSOCIATED WITH ABOVE FACILITY/ORGANIZATION.**

NAME OF FACILITY/ORGANIZATION: SOUTHWEST KEY PROGRAM

| FACILITY/ORGANIZATION NUMBER: | DATE OF EMPLOYMENT: |
|---|---|
| 374-600-598 | 03/13/2018 |

STREET ADDRESS: 9780 DUNBAR LANE

| CITY | STATE | ZIP CODE: |
|---|---|---|
| EL CAJON | CA | 92021 |

**Transferee Association Type**

- ☐ Facility Administrator
- ☐ Corporation Board Member
- ☑ Employee
- ☐ Certified Home
- ☐ Licensee/Applicant
- ☐ Non-client Adult Resident
- ☐ Partnership Member
- ☐ Spouse of Licensee
- ☐ Affiliated Home Care Aide

***I certify I have verified the above individual's identity and have enclosed a copy of the individual's photo I.D and LIC 508.***

Signature [signature]

Title *(licensee, administrator, director)*: PROGRAM DIRECTOR

**FOR DISTRICT OFFICE USE ONLY**

| DATE OF TRANSFER ENTRY: | INITIAL OF PERSON ENTERING TRANSFER: |
|---|---|
| | |

LIC 9182 (11/15)

**FILE IN NEWLY ASSOCIATED FACILITY/ORGANIZATION FILE**

STATE OF CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# NOTICE

## EMPLOYEE RIGHTS

### Instructions:

This form is intended to meet the requirements of Health and Safety Code Sections 1596.881 and 1596.882 which require that employees be informed of their rights, at the time of employment, to filing complaints against their employer for violating any licensing law or regulation. The child care facility licensee is required to give the employee this form, to have the employee complete and detach the bottom of the form, and to maintain the signed acknowledgement of receipt of the form in the employee's file.

No employer shall discharge, demote, suspend or threaten to discharge, demote or suspend, or in any manner discriminate against any employee for taking any of the following actions:

1. Making an oral or written complaint against the employer to the California Department of Social Services or other agency having statutory responsibility for enforcement of the law or to the employer or representative of the employer for the violation of any licensing law or other laws (including but not limited to laws relating to child abuse, staff-child ratios, etc.).
2. Instituting or causing to be instituted any proceeding against the employer regarding the violation of any licensing law or other laws.
3. Is, or will be, a witness or testifier in a proceeding regarding the violation of any licensing law or other law.
4. Refusing to perform work that is in violation of a licensing law or regulation after notifying the employer of the violation.

Pursuant to Health and Safety Code Section 1596.882, an employee alleging the violation by the employer of any action described above shall do the following:

1. Present the employer with a claim alleging violation of the employee's rights within 45 days after the discharge, demotion, suspension or threat thereof or for discriminating against the employee for taking such action.
2. File a claim with the Division of Labor Standards Enforcement no later than 90 days after the employer takes any of the above described actions against the employee.

Upon receipt of the employee's complaint, the Division of Labor Standards Enforcement shall do whatever investigation it deems appropriate to resolve the complaint. If it is determined that the employer has violated the employee's rights, the Division of Labor Standards Enforcement shall take action against the employer in any appropriate court. The court shall have jurisdiction of any action taken as well as to issue restraining orders and any other appropriate relief, including rehiring and reinstatements of the employee to his or her former position with backpay and benefits.

Within 30 days of receipt of a complaint from an employee as outlined above, the Division of Labor Standards Enforcement shall review the facts of the complaint and set either a hearing date or notify the employee and the employer of its decision. Where necessary, the Division of Labor Standards Enforcement shall begin the appropriate court action to enforce the decision.

Except for any grievance procedure or arbitration or hearing that is available to the employee pursuant to a collective bargaining agreement, Section 1596.882 is the exclusive means for presenting claims.

To file a claim with the Division of Labor Standards Enforcement, check the white pages of the local telephone directory under State Government Offices, California State of, Industrial relations Department, Labor Standards Enforcement-Working Conditions, for the local telephone number and address of the nearest office, or contact the headquarters office at P.O. Box 603, San Francisco, CA 94101, telephone (415) 703-4810.

(Detach Here)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(This form is to be retained in the employee's file)

**EMPLOYEE RIGHTS**

This is to acknowledge that I [signature] have received a copy of
(PLEASE PRINT NAME OF EMPLOYEE)

"EMPLOYEE RIGHTS" from my employer Southwest Key Programs, who is the
(PLEASE PRINT NAME OF EMPLOYER)

licensee or authorized representative of UM San Diego Program 951
(PLEASE PRINT NAME OF FACILITY)

[signature] 03/12/2018
(SIGNATURE OF EMPLOYEE) (DATE)

LIC 9052 (3/03)



| Document #: RD-100100-169 | Document Title: California Unaccompanied Minor Shelter Mandatory On-Duty Meal Period Acknowledgment For Youth Care Workers and Teachers | Rev: 1.0 | Date: 03/01/2017 | Page: 1 of 1 |
|---|---|---|---|---|

# CALIFORNIA UNACCOMPANIED MINOR SHELTER MANDATORY ON-DUTY MEAL PERIOD ACKNOWLEDGMENT FOR YOUTH CARE WORKERS AND TEACHERS

I understand and acknowledge the following:

1. If I work five hours or more, I am entitled to an unpaid, duty-free meal period of at least 30 minutes.
2. I am a Teacher or Youth Care Worker.
3. As a Teacher or Youth Care Worker, I am directly responsible for the care of children under 18 years of age who receive 24-hour residential care. Consequently I may be required to work on-duty meal periods to meet regulatory or approved program standards.
4. My on-duty meal period is considered work time for which I will be paid at my applicable wage rate.
5. During my on-duty meal period, I may eat with the clients during their meals, and I will be provided the same meal at no cost.
6. Unless I am working the night shift, I may exercise my right to an unpaid, off-duty meal period upon 30 days' advance written notice to my supervisor for each instance an off-duty meal period is desired. I understand that I may not take an off-duty meal period more than once every two weeks.

**I have read, understand, and agree to this acknowledgement.**

Employee's Name: Alan H Grand-Cole [handwritten] Last 4 SSN: xxx-xx- 7819

Signature: [signature] Date: 03/12/2018



| Document #: RD-100100-140 | Document Title: Residential Shelter- CA programs only Meal Break Waiver Form | Rev: 1.0 | Date: 09/16/2016 | Page: 1 of 1 |
|---|---|---|---|---|

## Residential Shelter- CA programs only
## Meal Break Waiver Form

I agree to waive my right to a 30 minute meal period, during which time I would have the right to be relieved of all duties. I choose to work my complete shift understanding that I will be paid for all hours worked, including the meal period during which time I am still on duty. I understand that this waiver is fully voluntary and that my employment is in no way contingent upon my agreement to this waiver. I also understand that I may revoke this waiver upon the condition that I give Southwest Key Programs one day's notice. Any such revocation must be in writing and delivered to the Program Director to be effective.

---

Yo estoy de acuerdo en renunciar mi derecho a un período de 30 minutos para consumir alimentos, durante el cual yo tendría el derecho de ser liberado(a) de mis responsabilidades. Yo elijo trabajar mi turno completo con el entendimiento de que se me pagará por todas las horas trabajadas, incluyendo este período en el cual estuviera trabajando. Yo entiendo que este renuncio es completamente voluntario y que mi empleo no es de ninguna manera dependiente de este acuerdo. También entiendo que puedo revocar este renuncio con la condición de que provea un día de aviso previo a Southwest Key Programas. Al revocar, la notificación debe ser por escrito y entregado al Director del programa para que pueda ser efectivo.

---

[signature]
Employee signature

[handwritten name]
Name (please print)

03/12/2018
Date

[signature]
Program Director Signature

Linda Mendez
Name (please print)

3/26/2018
Date



| Document #: RD-100100-168 | Document Title: Release and Disclosure Authorization | Rev: 1.0 | Date: 07/18/2017 | Page: 1 of 1 |
|---|---|---|---|---|

## RELEASE AND DISCLOSURE AUTHORIZATION

In connection with my application for employment and/or my employment with Southwest Key Programs, Inc. ("Southwest Key"), I understand that Southwest Key must make its best efforts to contact all of my prior employers that are covered care provider facilities to obtain information relating to any substantiated allegations of sexual abuse or sexual assault or any resignation during a pending investigation of alleged sexual abuse or sexual assault ("Relevant Information"). To the extent permitted by law, I authorize Southwest Key and its representatives to contact my prior applicable employers for the purpose of obtaining Relevant Information, and I authorize those prior employers to provide any Relevant Information requested to Southwest Key.

In addition, if hired, I authorize Southwest Key to provide Relevant Information that occurs while I was employed with Southwest Key to any requesting prospective employers or covered care provider facility or institutional employer, and I release Southwest Key from any liability, damages, causes of action, complaints, or charges for providing such Relevant Information. I understand that my authorization and release will remain valid and enforceable even after the end of my employment with Southwest Key.

Further, while my application for employment is under consideration and during my employment, if hired, I understand and agree to a continuing, affirmative duty, to disclose to Southwest Key, in writing, whenever an allegation is made that I have committed any of the following acts, whether on or off duty ("Misconduct"):

- Sexual abuse in a prison, jail, holding facility, community confinement facility, juvenile facility other institution (as defined by federal law), or care provider facility; or
- Any convictions or any civil or administrative adjudication for engaging or attempting to engage in sexual activity facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse.

If I am hired by Southwest Key, nothing in this document changes the at-will nature of the employment relationship. Either Southwest Key or I can terminate the employment relationship at any time, for any reason.

**By my signature below, I agree and authorize Southwest Key to provide, request, and/or receive any Relevant Information to or from any covered care provider facility as described above. Additionally, I understand that if hired by Southwest Key, I have a continuing, affirmative duty to disclose any Misconduct that occurs or is alleged to occur during my employment, and that I have read this document and agree to it.**

| [signature] | [signature] | 03/12/2018 |
|---|---|---|
| **Printed Name** | **Signature** | **Date** |



| Document #: RD-100100-109 | Document Title: Insurance Information and Application Process Acknowledgement | Rev: 1.0 | Date: 06/01/2017 | Page: 1 of 1 |
|---|---|---|---|---|

# Insurance Information and Application Process Acknowledgement

**Eligibility requirements.** Southwest Key Programs, Inc. ("SWK") provides insurance benefits for all regular full-time employees (working 30 or more hours per week). Employees whose usual work schedule is less than forty (40) hours per week on a consecutive weekly basis are considered part-time employees, and are not eligible for SWK employee benefits.

Upon the first of the month following completion of sixty (60) consecutive days of employment, all regular full-time employees (working 30 or more hours per week) are eligible to participate in SWK's Medical, Dental, Flex Spending Accounts, Short-Term Disability, Long-Term Disability, and Life Insurance programs. Employee's dependents may be eligible to elect medical, dental, and vision insurance. Please confirm that you have received information concerning these plans by marking the appropriate boxes below:

☐ Southwest Key's Benefit Booklet that includes:

| Medical Insurance information | Short-Term Disability Insurance information |
|---|---|
| Dental Insurance information | Long-Term Disability Insurance information |
| Flex Spending Account information | Life Insurance Information |
| Vision Insurance information | Voluntary Products |

**Enrollment Process.** Please review the information provided regarding each of these benefits. To ensure that you are enrolled in the plan upon your effective date, or to waive coverage, unless otherwise noted, you are required to enroll through Green Shades, our online enrollment system. This must be completed by the designated deadline. The enrollment schedule is as follows:

**Enrollment calendar and deadlines**

| Full-Time Hire Dates | Enrollment Deadline Dates | Effective Date for Coverage |
|---|---|---|
| 6/1/2017 to 6/30/2017 | 8/15/2017 | 9/1/2017 |
| 7/1/2017 to 7/31/2017 | 9/15/2017 | 10/1/2017 |
| 8/1/2017 to 8/31/2017 | 10/15/2017 | 11/1/2017 |
| 9/1/2017 to 9/30/2017 | 11/15/2017 | 12/1/2017 |
| 10/1/2017 to 10/31/2017 | 12/15/2017 | 1/1/2018 |
| 11/1/2017 to 11/30/2017 | 1/15/2018 | 2/1/2018 |
| 12/1/2017 to 12/31/2017 | 2/15/2018 | 3/1/2018 |
| 1/1/2018 to 1/31/2018 | 3/15/2018 | 4/1/2018 |
| 2/1/2018 to 2/28/2018 | 4/15/2018 | 5/1/2018 |
| 3/1/2018 to 3/31/2018 | 5/15/2018 | 6/1/2018 |
| 4/1/2018 to 4/30/2018 | 6/15/2018 | 7/1/2018 |
| 5/1/2018 to 5/31/2018 | 7/15/2018 | 8/1/2018 |

If you have questions concerning your benefits, or you are unable to access online enrollment system during your designated period, you must contact SWK's Human Resources Department at (512) 462-2181 If an employee does not enroll or waive the medical plan via the online enrollment system before their deadline and is non responsive to attempts to reach them, they are automatically **waiving** all of their benefits including the medical plan. The employee will not be able to obtain any employer sponsored medical coverage until open enrollment. Southwest Key has an open enrollment period every July, which provides an effective date of September 1st for benefits.

By your signature below, you agree that you have read through this document, have received the documents stated herein, and understand that you have a duty to apply for certain SWK benefits, or waive as provided above.

Employee Name: An H Smoh Cor Employee Signature: AHSC Date: 03/12/2018



| Document # | Document Title: | Rev: | Date: | Page: |
| --- | --- | --- | --- | --- |
| RD-100100-158 | Falsification of Client Documents | 1.0 | 06/15/2016 | 1 of 1 |

## Falsification of Client Documents

Through its agreement with the funding source, Southwest Key Programs, Inc. ("SWK") is required to maintain accurate documentation for all clients we serve.

As an employee of SWK, I recognize and acknowledge that I am responsible for truthfully and accurately documenting the services I provide on behalf of SWK's clients.

I understand and agree that if I falsify any documents related to the work I perform while employed with SWK, I will be subject to disciplinary action up to and including termination of employment.

Examples of falsifying documents include, but are not limited to, the following:

- Requesting that a client, parent, guardian or school administrator sign for tracks or other visits that have not been completed or did not occur.
- Altering track contact logs to communicate information that is untrue regarding times, locations or other matters.
- Submitting tracking time or any other time worked that is false.
- Allowing or asking a youth to sign the log sheet more than once per visit.
- Misrepresenting youth in a narrative.
- Forgery of client signatures on accountability logs.
- Documenting services which have not been provided.

My signature below acknowledges that I have received and understand the contents of this document.

[signature]
Employee Name

[signature]
Employee Signature

03/12/2018
Date

STATE OF CALIFORNIA—HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# STATEMENT ACKNOWLEDGING REQUIREMENT TO REPORT CHILD ABUSE

*NOTE: RETAIN IN EMPLOYEE/LICENSEE FILE*

| NAME | |
|---|---|
| Azra H Sanchez-Cash | |
| POSITION | FACILITY NUMBER |
| Youth Care Worker | 374-603-915 |

California law REQUIRES certain persons to report known or suspected child abuse. As a licensee or an employee at a licensed facility or a child care institution, YOU are one of those persons - a "mandated reporter."

## PERSONS WHO ARE REQUIRED TO REPORT ABUSE

**Mandated reporters** include a licensee, an administrator, or an employee of a licensed community care or child day care facility. [Penal Code ("PC") § 11165.7(a)(10)] Mandated reporters also include an employee of a child care institution, including, but not limited to, foster parents, group home personnel, and personnel of residential care facilities. [PC § 11165.7(a)(14)] No supervisor or administrator may impede or inhibit an individual's reporting duties or subject the mandated reporter to any sanction for making the report. [PC § 11166(h)]

## WHEN REPORTING ABUSE IS REQUIRED

A mandated reporter, who in his or her professional capacity, or within the scope of his or her employment, has knowledge of or observes a person under the age of 18 years whom he or she knows or reasonably suspects has been the victim of child abuse or neglect must report the suspected incident. The reporter must contact a designated agency immediately or as soon as practically possible by telephone, and shall prepare and send a written report within 36 hours of receiving the information concerning the incident. [PC § 11166(a)]

## ABUSE THAT MUST BE REPORTED

**Physical injury** inflicted by other than accidental means on a child. [PC § 11165.6]

**Sexual abuse** meaning sexual assault or sexual exploitation of a child. [PC § 11165.1]

**Neglect** meaning the negligent treatment, lack of treatment, or the maltreatment of a child by a person responsible for the child's welfare under circumstances indicating harm or threatened harm to the child's health or welfare. [PC § 11165.2]

**Willful harming or injuring or endangering a child** meaning a situation in which any person inflicts, or willfully causes or permits a child to suffer, unjustifiable physical pain or mental suffering, or causes or permits a child be placed in a situation in which the child or child's health is endangered. [PC § 11165.3]

**Unlawful corporal punishment or injury** willfully inflicted upon a child and resulting in a traumatic condition. [PC § 11165.4]

## WHERE TO CALL IN AND SEND THE WRITTEN ABUSE REPORT

Reports of suspected child abuse or neglect must be made to any police department or sheriff's department (not including a school district police or security department), county probation department, if designated by the county to receive mandated reports, or the county welfare department. [PC § 11165.9] The written report must include the information described in Penal Code section 11167(a) and may be submitted on form SS 8572.

## IMMUNITY AND CONFIDENTIALITY OF REPORTER AND OF ABUSE REPORTS

Persons legally mandated to report suspected child abuse have immunity from criminal or civil liability for reporting as required or authorized by law. [PC § 11172(a)] The identity of a mandated reporter is confidential and disclosed only among agencies receiving or investigating reports, and other designated agencies. [PC § 11167(d)(1)] Reports are confidential and may be disclosed only to specified persons and agencies. Any violation of confidentiality is a misdemeanor punishable by imprisonment, fine, or both. [PC § 11167.5(a)-(b)]

## PENALTY FOR FAILURE TO REPORT ABUSE

A mandated reporter who fails to make a required report is guilty of a **misdemeanor** punishable by up to six months in jail, a fine of $1000, or both. [PC § 11166(b)]

## COPY OF THE LAW

Prior to my employment in a licensed community care or child day care facility, or child care institution, my employer provided me with a copy of Penal Code sections 11165.7, 11166, and 11167. [PC § 11166.5(a)]

## ACKNOWLEDGMENT OF RESPONSIBLITY

I, Azar H Sanchez-Cesh, have knowledge of my responsibility to report known or suspected child abuse in compliance with Penal Code section 11166. [PC § 11166.5(a)]

| SIGNATURE | DATE |
|---|---|
| [signature] | 03/12/2018 |



| Document #: RD-100100-141 | Document Title: California Reporting Policy on Child Abuse and Neglect | Rev: 1.0 | Date: 09/16/2016 | Page: 1 of 1 |
|---|---|---|---|---|

# CALIFORNIA

## Reporting Policy on Child Abuse and Neglect

Southwest Key Programs does not condone or tolerate physical or emotional abuse or neglect of clients.

Further, and in accordance with the Southwest Key Programs' guidelines and state law, employees have a responsibility to report any incident of suspected or actual child abuse or neglect to Southwest Key Programs as well as an appropriate state agency or local law enforcement agency. In the event that you witness or have any reason to suspect that a child in our care is a victim of abuse or neglect, please immediately forward a written incident report directly to your Program Director. Please note that state law also requires that you immediately make a report to any: (1) police department or sheriff's department, not including a school district police or security department; (2) county probation department, if designated by the county to receive mandated reports, or the county welfare department; and/or (3) to another entity as specified by California law.

Any employee found to have violated this policy will be subject to disciplinary action, up to and including termination.

---

I have received a copy of the following documents, and I understand my responsibilities as outlined therein:

1. Recognizing Child Abuse and Neglect: Signs and Symptoms;
2. California Child Abuse & Neglect Reporting Law, Condensed Version; and
3. A copy of Sections 11165.7, 11166, and 11167 of the California Penal Code.

[signature] Employee signature

[signature] Name (please print)

03/12/2018 Date



MEMO

To: 951 Staff
From: Ana Babudar, 951 Assistant Program Director
Date: 8/2/2017
Re: **Recreational Outing Procedure**

---

Staff please be aware of the need to follow the following guidelines in regards to recreational outing procedure at San Diego Facility:

- **Please adhere to Loading and Unloading procedure. All recreational outing will continue to be submitted and approved by APD, LCM, and LC. Shift Leader/Shift Supervisor must attend all recreational outings.**
- **Throughout the transition of the recreational outing all staff and clients must stay together.**
- **Clients must be given the opportunity prior to the start of the recreational outing to use the restroom.**
- **Shift Leader will designate assigned postings to build a perimeter to maximize supervision.**
- **Prior to leaving to return to facility, provide a bathroom break to clients. Please remember group must stay together for the duration of the outing.**

**Maximize your area of supervision at all times.**

It is mandatory for all staff coming on to shift to sign that they have read and understood the contents of the memos.

Please sign after you have read this memo.
Print [signature] Signature [signature]

If you have any questions, please contact Daniela Rios or Ana Babudar.

Ana Babudar

Assistant Program Director



# MEMO

To: 951 Staff
From: Ana Babudar, 951 Assistant Program Director
Date: 8/2/2017
Re: **Outdoor Activity**

---

Staff please be aware of the need to follow the following guidelines in regards to outdoor activity at San Diego Facility:

- **Prior to the minors being escorted outdoors for large muscle activity, at least 3 staff must be identified for outdoor activity to occur (not including Shift Leader). Shift Leader will be outside of the premises to ensure the area is secured.**
- **Shift Leader must ensure all recreational equipment is readily available.**
- **Once all above items are in place: Shift Leader must announce *Area Safe to Proceed* prior to clients walking outside. Shift Leader will assign posting to the staff members at minimum posting 1-3 will be covered.**

It is mandatory for all staff coming on to shift to sign that they have read and understood the contents of the memos.

Please sign after you have read this memo.
Print ____________ Signature ____________

If you have any questions, please contact Daniela Rios or Ana Babudar.

Ana Babudar

Assistant Program Director



# MEMO

To: 951 Staff
From: Ana Babudar, 951 Assistant Program Director
Date: 8/2/2017
Re: **Loading and Unloading Policy**

---

Staff please be aware of the need to follow the following guidelines in regards to loading and unloading clients at San Diego Facility:

- **Company vehicles will be parked in the parking spaces directly in front of SD facility main entrance. Employees are not allowed to park their personal vehicles in the parking spaces facing the main building. 5 designated and marked parking spaces will be utilized for loading and unloading for clients.**
- **The designated area for loading and unloading is the main entrance to the facility. No client is allowed to be transported through exterior doors in Section B. Employees are not to utilize the exterior doors in Section B while clients are present in the area.**
- **Designated Posting-there are two assigned postings 1. Near the main entrance gate 2. Near the 1160 sign of SD facility. Posting are marked for visual identification.**
- **Prior to exiting the vehicles with the client, Shift Leader and 2 staff members must be outside clear the area for safety. Shift Leader must clear all movements prior to exit of vehicles, this cannot occur unless the items above are in compliance. *(Area Safe to Proceed).***
- **Only one vehicle is loading and unloading. Shift Leader is designated to open vehicle door for client to exit. Vehicle door that will be opened, must be closest to the entrance.**
- **Prior to loading vehicles give clients the opportunity to use the bathroom, and encourage them to take their water bottle.**

**Maximize your area of supervision at all times.**

It is mandatory for all staff coming on to shift to sign that they have read and understood the contents of the memos.

Please sign after you have read this memo.

Print Ana H Sanchez Signature [signature]

If you have any questions, please contact Daniela Rios or Ana Babudar.

Ana Babudar

Assistant Program Director



southwest key
programs

## CALIFORNIA SECOND MEAL PERIOD WAIVER

I understand and agree to the following:

- I am entitled to a second meal period of at least 30 minutes if I work a shift that is more than ten hours.
- I understand that I may not waive my second meal period on days that I do not take my first meal period and/or on days that I work more than 12 hours.
- Southwest Key and I agree to waive my right to the second meal period whenever: (1) I have taken my first meal period; and (2) my shift is less than 12 hours.
- This waiver is voluntary, and my employment is not contingent upon my agreement to this waiver.
- This waiver is effective upon execution and shall continue until revoked by Southwest Key or me.
- I may revoke this waiver upon written notice to my Program Director.

I have read, understand, and agree to this acknowledgement.

Employee's Name:________________ Employee ID: __________

Signature:________________ Date:__________

Refused to sign.
Azza H Sandar Coh

Rev. March 2017



southwest key
programs

# APPLICATION FOR EMPLOYMENT

Please provide complete and legible information. Attach additional pages, if necessary, and write "N/A" or "none" where appropriate. An incomplete application may affect your consideration for employment.

Southwest Key Programs, Inc. ("Southwest Key") is committed to a policy of Equal Employment Opportunity and will not discriminate against an applicant or employee on the basis of age, sex, sexual orientation, gender identity, race, color, creed, religion, ethnicity, national origin, citizenship, medical condition, disability, marital status, military service, pregnancy, childbirth or related medical conditions, genetic information, or any other basis that is legally-protected under federal, state, or local laws, regulations, or ordinances.

Applicants with disabilities may be entitled to reasonable accommodation under the terms of the Americans with Disabilities Act and certain state or local laws. A reasonable accommodation is a change in the way things are normally done that will ensure an equal employment opportunity without imposing an undue hardship on Southwest Key. Please inform Southwest Key's Human Resources Department if you need assistance completing any application forms or to otherwise participate in the application process.

**THIS APPLICATION IS NOT A CONTRACT, EITHER EXPRESS OR IMPLIED**

**PERSONAL INFORMATION**

Today's Date:
2/20/2018

| Last Name | First Name | Middle Name |
|---|---|---|
| SANCHEZ-CELI | AZAEL | |

Address:
8582 Echo Drive

| City | State | Zip |
|---|---|---|
| La Mesa | CA | 91941 |

Phone Number
619-794-3800

Are you 18 years of age or older?
☑ Yes ☐ No

Are you legally authorized to work in the United States?
☑ Yes ☐ No
(If hired, verification will be required consistent with federal law)

Do you speak/write any foreign languages (if required for this position)?
☑ Yes ☐ No
If yes, which language(s) and what is your level of fluency (basic, conversational, fluent)
Languages

Spanish
Levels
fluent

Have you ever worked for Southwest Key or one of its affiliates?

☑ Yes ☐ No

If yes, where?
El Cajon
When?
1999

How did you hear about Southwest Key?
LinkedIn

Do you have any relatives working for Southwest Key or any of its affiliates?

☑ Yes ☐ No

If Yes, list name, relationship and location.
Patricio Larco - Friend

---

**Employment Desired**

☑ Full Time ☐ Part Time ☐ Temporary ☐ Relief ☐ Seasonal

Are you applying for position located in state of California? ☑ Yes ☐ No

Position Desired
Youth Care Worker

Desired Salary
USD $18.00/Hr.

Date You Can Start
2/27/2018

Total Hours per week you can work
40

Desired City/Region
El Cajon, CA

**EDUCATION**

High School

Name
CN MARIANO MELGAR

City
LIMA - PERU

State

No. of years Attended
10

Did you graduate?
YES

Subjects Studied
WELDING

---

College

Name
UNIVERSITY OF PHOENIX

City
SAN DIEGO

State
CA

No. of years Attended
3

Did you graduate?
YES

Major
BSM

Degree
SUPPLY MANAGEMENT

---

Other (Additional College, Graduate, Trade, etc.)

Name
UC SAN DIEGO

City
LA JOLLA

State
CA

No. of years Attended
1

Did you graduate?
YES

Subjects Studied
CERTIFICATION IN SUPPLY MANAGEMENT

---

Other (Additional College, Graduate, Trade, etc.)

Name
NATIONAL UNIVERSITY

City
LA JOLLA

State
CA

No. of years Attended
2

Did you graduate?
YES

Subjects Studied
MASTER IN GLOBAL MANAGEMENT

**Licenses & Certifications**

| Type of License | Date Expires | Issued By/Location (State or Authority) | License Number |
|---|---|---|---|
| Type of License | Date Expires | Issued By/Location (State or Authority) | License Number |

**East Austin College Prep Positions ONLY**

| Certification Type | Date Expires | Cert Description (Subject/Specialization) | Grade Level(s) |
|---|---|---|---|

| Certification Type | Date Expires | Cert Description (Subject/Specialization) | Grade Level(s) |
|---|---|---|---|
| Certification Type | Date Expires | Cert Description (Subject/Specialization) | Grade Level(s) |

**EMPLOYMENT HISTORY**

Include all work history, military service and self-employment, beginning with your present or most recent employer. Employment history must cover at a minimum the last ten years. Attach additional sheets if necessary. **Resumes may not be substituted in lieu of completing the following employment information.**

1. Employer
BAHIA HOTEL

Dates (MM/YY)
From: 7/2013
To: 4/2017

Kind of Business
HOSPITALITY

Address
909 E MISSION BAY DRIVE

City: SAN DIEGO
State: CA
Zip: 92109

Telephone
858-539-7752

Supervisory Responsibilities?
☑ Yes ☐ ɔ

If supervisory, number of employees supervised
12

Starting Position: PURCHASING MANAGER
Ending Position: PURCHASING MANAGER

Supervisor's Name/Title
CHRIS WARD / CONTROLLER

Reason for Leaving
Laid off

Duties
In charge of the following duties:
- Purchase of Food and beverages
- End of the month Food and Beverage inventory
- Prepare and Review contracts.
- Assist F&B department with the preparation of annual budget
- Sort and deliver incoming packages.
- Assist the company with annual budget per property
- Assist the COO with the incorporation of new items for the company

Currently Employed?

☐ Yes ☑ No

If Yes, may we inquire of your present employer?

☑ Yes ☐ No

2. Employer
LA VALENCIA HOTEL

Dates (MM/YY)

From
12/2011

To
7/2013

Kind of Business
HOSPITALITY

Address
1132 PROSPECT AVENUE

City
LA JOLLA

State
CA

Zip
92037

Telephone
858-945-1487

Supervisory Responsibilities?

☑ Yes ☐ No

If supervisory, number of employees supervised
2

Starting Position
PURCHASING MANAGER

Ending Position
PURCHASING MANAGER

Supervisor's Name/Title
JIM NORCROSS / CONTROLLER

Reason for Leaving
Opportunity at Bahia Hotel

Duties
In charge of the following duties:
- Purchase of Food and beverages
- End of the month Food and Beverage inventory
- Assist F&B department with the preparation of annual budget
- Sort and deliver incoming packages.

3. Employer
SAN DIEGO MARRIOTT MISSION VALLEY

Dates (MM/YY)
From 1/2009
To 5/2011

Kind of Business
HOSPITALITY

Address
8757 RIO SAN DIEGO DRIVE

City
SAN DIEGO

State
CA

Zip
92108

Telephone
619-692-3800

Supervisory Responsibilities?
☑ Yes ☐ ɔ

If supervisory, number of employees supervised
2

Starting Position
PURCHASING AGENT

Ending Position
PURCHASING AGENT

Supervisor's Name/Title
RICK EBSTER / EXECUTIVE CHEF

Reason for Leaving
Took care of my wife, she had cancer(leuchemia)

Duties
In charge of the following duties:
- Purchase of Food and beverages
- End of the month Food and Beverage inventory
- Sort and deliver incoming packages.
- Calculated the monthly food and beverage food cost.

---

Provide dates and reasons for any periods of unemployment
FROM 05/11 TO 12/11 - TOOK CARE OF MY WIFE ; FROM 04/17 TO NOW -LAID OFF

Have you ever been discharged, suspended, or asked to resign from any employment?
☐ Yes ☑ ɔ

If Yes, provide details

**REFERENCES**

List individuals who are qualified to evaluate your capabilities and who have known you for at least 1 year. Do not include relatives.

1. Name (Professional)
Brian Beebe

Company
Challenge Dairy

Phone Number
(619)-297-3541

Years Known
17

How do you know this Person?
SUPPLIER

2. Name (Professional)
Caryn L. Fink

Company
Grande Colonial Hotel

Phone Number
(858)-263-7966

Years Known
4

How do you know this Person?
CO-WORKER

3. Name (Professional)
Peter Derham

Company
SYSCO

Phone Number
858-254-5040

Years Known
17

How do you know this Person?
SUPPLIER

4. Name (Professional or Personal)
PATRICIO LARCO

Company
SW KEY

Phone Number

Years Known
18

How do you know this Person?
FRIEND

**DRIVING AND CRIMINAL BACKGROUND**

Do you have a valid driver's license (if required for this position)?

☑ Yes ☐ ɔ

Number of traffic violations in the last five (5) years (if driving is required for this position)? 0

Number of at-fault accidents in the last five (5) years (if driving is required for this position)? 0

**PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY BEFORE SIGNING THIS APPLICATION**

I certify that the information contained on this application as well as the information provided on my resume is true and correct. I authorize Southwest Key to investigate the accuracy of information I have supplied from any person(s) or organization(s), at any time while I am being considered for employment or at any time during my employment with Southwest Key, and I authorize employers, schools, and other persons named on this application to provide any information or transcripts requested. I release Southwest Key and all persons and organizations from all claims or liabilities of any nature arising from such investigation or the supplying of information for such investigation.

I have disclosed all information that is relevant and should be considered applicable to my candidacy for employment, and I certify, under penalty of perjury, that the information I have supplied is true and complete, and I understand that any falsification or omission of information may result in denial of employment or, if hired, may result in termination regardless of the time lapse before discovery.

I understand employment with Southwest Key is contingent on my providing sufficient documentation necessary to establish my identity and eligibility to work in the United States. I further understand an offer of employment is conditioned upon complying with all of Southwest Key's requirements including, but not limited to, signing any requested consent for Southwest Key to conduct an investigation or obtain a report about my background.

I understand and agree that a criminal background check may be conducted before and/or after I am hired. I understand and agree that while a conviction will not necessarily disqualify me from employment, the failure to provide complete information concerning my criminal background may result in the rejection of my application or, if hired, in the separation of my employment with Southwest Key.

I understand, where permissible under applicable state and local law, I may be subject to a drug test after receiving a conditional offer of employment, and must receive a negative result before being permitted to commence work with Southwest Key.

I understand and agree that nothing contained in Southwest Key's employment application or in the granting or conducting of an interview or anything set forth in any oral or written statement, communication, or policy now or in the future constitutes or creates or is intended to constitute or to create an implied or expressed contract or promise between Southwest Key and me for employment, hours of work, or for the providing of benefits. I expressly understand and agree that, if employed, my employment, having no specified term, is based upon mutual consent and may be terminated at will, with or without cause, by either party (Southwest Key or me) without prior notice to the other, unless otherwise prohibited by law.

I further understand no representative or agent of Southwest Key has the authority to enter into an agreement for employment for any specified period of time other than through a document signed by the Chief Executive Officer. Moreover, I acknowledge that Southwest Key may modify, revoke, suspend, terminate or change any or all of its plans, policies, or procedures at any time, without prior notice.

Through my signature below, I certify that I have read, understand, and accept all of the terms of this application.

**APPLICANT'S SIGNATURE**

☑

AZAEL SANCHEZ-CELI2/20/2018 1:00 PM

(checking the box above is equivalent to a handwritten signature)

southwest key programs

# Youth Care Worker Interview Guide

☐ Green ☐ Red
Job offered: ☐ YES ☐ NO
PROGRAM: ____________

| Candidate Name | Interviewer Name | Date |
|---|---|---|
| Azael Sanchez | Linda Mendez | 2/23/18. |

**Required knowledge, skills, abilities, experience:**
High School Diploma or GED with experience working with youth either through paid or unpaid positions. Must be bi-lingual and fluent in Spanish and English. Must be available to work flexible shifts, including nights, weekends, holidays.

**Competency/Skills:**
**Working with others:** Listens effectively, communicates effectively, collaborates
**Providing services:** Prevents and intervenes in a crisis; maintains boundaries; support problem solving and conflict resolution; maintains safety; provides emotional support
**Documenting:** Completes all daily documentation; documents any incidents

**Conducting the Interview:**
Describe the job. Review candidate's previous experience on the resume or application; review position, title, relevant responsibilities.

| Interview Question | Notes: |
|---|---|
| **1. Tell me your understanding of the Youth Care Worker duties and responsibilities?** | ***Examples of relevant experience:*** Supervising youth; assisting with teaching; Providing guidance<br>Supervise minors ratio. SHIFT $Rotations, listen to their concerns. *safety checks. monitoring showers. * Headcount checks. |
| **2. How will your current or previous job responsibilities assist you in this new position?** | ***Candidate should provide specific examples and how they apply to this position.***<br>Attention to detail Safety, compliance, Rules, experienced, |
| **3. WORKING WITH OTHERS: Tell me about a difficult or uncooperative person you had to work with lately. What did you do or say to resolve the situation? What was the outcome? What (if anything) would you do differently next time?** | ***Effective Behaviors:*** Active listener, effective communication<br>Leave frustration out of work Be discrete when showing /redirecting Provide opportunities to co workers. support. |
| **4. PROVIDING SERVICES: How would you handle a youth who is highly emotional and does not listen to you?** | ***Effective Behaviors:*** Active listener; maintains boundaries<br>- dont loose temper<br>- look for who the minor has a good rapport with minor |

applicant open to work any SHIFT, and Days.

| 5. **DOCUMENTING: Please describe your experience documenting activities and/or incidents in previous work, volunteer or other situations.** | **Effective Behaviors:** Attention to detail; timely submissions<br>I have experience writing reports. complete minor report with details. |
|---|---|

**Post-Interview**

Immediately following the interview, complete the Candidate Summary & Ratings section on this page. If there is more than one interviewer of the same candidate, all panelists should have a discussion and come to consensus on the collective summary ratings and final rating.

| RED | GREEN |
|---|---|
| Does not currently meet needs of the job and/or does not demonstrate basic ability/aptitude. Recommend not to hire | Evidence of meeting or exceeding expected level of competence. Recommend to hire. |

| Candidate Summary Ratings | | |
|---|---|---|
| **Required knowledge, skills, abilities, experience, availability** | ☐ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Communication Skills and Professionalism** | ☐ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Working with Others** | ☐ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Providing Services** | ☐ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Documenting** | ☐ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **OVERALL RATING** | Red ☐ | Green ☐ |

**ALL INTERVIEWERS MUST SIGN AND DATE THIS DOCUMENT**

**Interviewer Signature:** [signature] **Date:** 2/23/2018



southwest key programs

# Youth Care Worker Interview Guide

☑ Green ☐ Red
Job offered: ☐ YES ☐ NO

PROGRAM: ____________

| Candidate Name | Interviewer Name | Date |
|---|---|---|
| Azael Sanchez | Luis Vega | 2/23/18 |

**Required knowledge, skills, abilities, experience:**
High School Diploma or GED with experience working with youth either through paid or unpaid positions. Must be bi-lingual and fluent in Spanish and English. Must be available to work flexible shifts, including nights, weekends, holidays.

**Competency/Skills:**
**Working with others:** Listens effectively, communicates effectively, collaborates
**Providing services:** Prevents and intervenes in a crisis; maintains boundaries; support problem solving and conflict resolution; maintains safety; provides emotional support
**Documenting:** Completes all daily documentation; documents any incidents

**Conducting the Interview:**
Describe the job. Review candidate's previous experience on the resume or application; review position, title, relevant responsibilities.

| Interview Question | Notes: |
|---|---|
| **1. Tell me your understanding of the Youth Care Worker duties and responsibilities?** | *Examples of relevant experience:* Supervising youth; assisting with teaching; Providing guidance<br>1999- worked with swk El Cajon<br>- Supervision of Ratio # Aware of swk Artice<br>- Reports / Activities.<br>- Monitoring / Shift Transitions. |
| **2. How will your current or previous job responsibilities assist you in this new position?** | *Candidate should provide specific examples and how they apply to this position.*<br>- Detail Oriented<br>- safety / Compliance |
| **3. WORKING WITH OTHERS: Tell me about a difficult or uncooperative person you had to work with lately. What did you do or say to resolve the situation? What was the outcome? What (if anything) would you do differently next time?** | *Effective Behaviors:* Active listener, effective communication<br>- Frustation out of work.<br>- Requesting Assistance from HR. |
| **4. PROVIDING SERVICES: How would you handle a youth who is highly emotional and does not listen to you?** | *Effective Behaviors:* Active listener; maintains boundaries<br>- Dont loose the temper<br>- Communicate to your Supervisor<br>- |

| 5. **DOCUMENTING: Please describe your experience documenting activities and/or incidents in previous work, volunteer or other situations.** | **Effective Behaviors:** Attention to detail; timely submissions<br>- Employee with back injuries.<br>- Submitting Reports & follow ups.<br>- Performing safety plans. |
|---|---|

willing to work any shifts

**Post-Interview**
Immediately following the interview, complete the Candidate Summary & Ratings section on this page. If there is more than one interviewer of the same candidate, all panelists should have a discussion and come to consensus on the collective summary ratings and final rating.

| RED | GREEN |
|---|---|
| Does not currently meet needs of the job and/or does not demonstrate basic ability/aptitude. Recommend not to hire | Evidence of meeting or exceeding expected level of competence. Recommend to hire. |

| Candidate Summary Ratings | | |
|---|---|---|
| **Required knowledge, skills, abilities, experience, availability** | ☑ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Communication Skills and Professionalism** | ☑ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Working with Others** | ☑ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Providing Services** | ☑ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **Documenting** | ☑ Acceptable<br>☐ Not acceptable<br>Other Notes: | |
| **OVERALL RATING** | Red ☐ | Green ☐ |

**ALL INTERVIEWERS MUST SIGN AND DATE THIS DOCUMENT**

**Interviewer Signature:** ______________________ **Date:** __________


southwest key programs

# Emergency Contact Information Form

**Name:** SANCHEZ DIANA
Last First Middle

**Address:** 8582 Echo Drive La Mesa CA 91941
Street City State ZIP

Cell Phone: (X) 619-362-1061 Home Phone: ( )

Work Phone: (X) (858)- 886-1169 Email: dia-ses@sbcglobal.net

**Emergency Contact Name:** SANCHEZ - CEW CARLOS
Last First

Cell Phone: (X) (619)-804-6300 Home Phone: ( )

Work Phone: (X) (858) -483-5000

If unavailable **(2nd) Contact**

**Name:**
Last First

Cell Phone: ( ) Home Phone: ( )

Work Phone: ( )

**AZAEL H. SANCHEZ-CELI**
azasanchez@aol.com / (619)-794-3800

---

An Executive with proven track record in delivering financial solutions, optimal supply chain results, strategic planning, contract negotiation, and enhancing business operation. Strong history of coaching, leading and developing sales and operational teams. Trusted to manage a complex variety of risks with different techniques in diverse industries on a global basis.

**EMPLOYMENT:**

**EVANS HOTELS**
**SAN DIEGO – CALIFORNIA**
**Purchasing Manager – (2013 to 2017)**

• Direct and indirect management of all supply chain functions from procurement to warehousing.
•Reduced material costs by 6% in the first 12 months through improved supplier selection, and strategic negotiations.
•Developed comparative bid summaries considering quantitative and quality factors. Drove $300K in savings.
• Identified and used $147,000 of slow food inventory and generated cost recovery more than 40%.
• Successfully control costs to within set budgets. Reduced food cost from > 32% to < 24% in four months.
• Implemented a sustainability program within Supply Chain to reduce packaging consumption at restaurant level, reduced raw material usage by > 30%.
• Implemented of Waste Reduction and Recycling Program for all properties. The City of San Diego awarded the Bahia Hotel as the Recycler of the Year 2017.
• Purchased and received all FF&E items for several properties. Saved $200K on Capital Budget.
• Other duties as assigned by Corporate Controller.

**LA VALENCIA HOTEL**
**LA JOLLA, CALIFORNIA**
**Purchasing Manager – (2011 to 2013)**

• Reduced inventory days on hand by 69.6% within the first quarter averaging 34.2 days on hand.
• Created a contract management system was generating $84k in annualized savings.
• Reduced food cost from > 30% to < 26% within four months without compromise to ingredient quality or supplier relationships.
• Supported a $5M hotel renovation.
• Assisted in the transition of BirchStreet Procurement Order System.

**SAN DIEGO MARRIOTT MISSION VALLEY SAN DIEGO**
**SAN DIEGO, CALIFORNIA**
**Purchasing Agent – (2009 to 2011)**
• Improved the Hotel Order Guide from 86% to 99.5% (in 90 days) on Avendra program.
• Implemented the use of Marriott P-Card. Saved $20K per in monthly rebates.
• Successfully control costs to within set budgets. Reduced food cost from > 34% to < 25% within six months.
• Managed Food and Beverage functions for 3000+ people.
• Improved the number of deliveries per week. Drove $10K in monthly savings.

**EDUCATION**
BSM - University of Phoenix - San Diego, CA
MBA – National University – San Diego, CA
UC San Diego - Certification in Supply Chain Management (CPM)

**SKILLS**
- Ability to read, analyze, and interpret general business periodicals.
- Ability to define problems, collect data, establish facts, and create valid conclusions.
- Ability in Leading Cross-Functional Teams.
- Ability to read, write, and speak in Spanish.
- Knowledge of JIT, Six Sigma, and Project Management.
- Knowledge of Forecasting, ERP, and MRP.
- Proficiency in Word, Excel, and PowerPoint.
- Strong math skills.


**AREAS OF EXPERTISE**

-Company Contracts and Renewal
- Cost and Inventory Control
- F&B Optimization
- FF&E Procurement
- KPI Standardization
- Operational Leadership
- P&L Management
- Shipping & Receiving
- Strategic Partnership
- Supplier Evaluation
- Team Leadership
- Vendor relations
- Warehouse and Logistic Management

February 20, 2018

Human Resources Manager
SouthWest Key Program – El Cajon

Dear Hiring Manager:

I was very excited when I reviewed the professional requirements for the Youth Care Worker position posted on Indeed. I believe I would be an excellent fit with my education and qualifications. I feel confident in my ability to generate superior results for your organization.

Most of my skills and personal values are as follow:

**Skills**
1. I can prioritize and manage multiple projects.
2. I can communicate at all levels in the company (verbal & written.)
3. I can adapt to any work environment.
4. I can work with Microsoft, Microsoft Project, and Excel.

**Personal Values**
1. I am loyal and honest person.
2. I am flexible.
3. I am dedicated and hard worker person.
4. I follow work ethics.
5. I am good in attention to details.
6. I am good team player.
7. I am self-confident.
8. I am willing to learn

My resume, which is enclosed, contains additional information on my experience and skills. I would appreciate the opportunity to discuss the position. Please feel free to contact me via phone at (619)-794-3800 and/or email at azasanchez@aol.com Thank you in advance for your time and consideration. I look forward to speaking with you about this exciting new opportunity.

Sincerely,

Azael H Sanchez-Celi



March 12, 2018

Azael H. Sanchez Celi
8582 Echo Dr.
La Mesa, CA 91941

Dear Azael:

On behalf of Southwest Key Programs, I am pleased to offer you the position of full-time **Seasonal** Youth Care Worker beginning on or about March 12, 2018. As we discussed, in this position your starting compensation will be $17.99 per hour. This position is considered a non-exempt position for purposes of federal wage-hour law, which means that you will be eligible for overtime time pay for hours actually worked in excess of 40 in a given workweek. In this seasonal position, you will be assigned to assist Southwest Key in operating during our "high season" when we have a drastic increase in client numbers and service delivery. The duration of this seasonal assignment will be dependent on the operational needs of the organization, and can end at any time.

Your primary work location will be: UM *San Diego* at *1160 Broadway El Cajon, CA 92021*. Please also understand that any change in work location, requested or approved by you, may affect the rate of pay for this position.

As part of our new hire process, you will be asked to complete a Form I-9 in compliance with the Immigration Reform and Control Act. As part of this compliance, you must present us with documents which identify you and indicate you are eligible to work in the United States. This must be done within three days of hire.

This offer of employment, if not previously accepted by you, will expire three (3) from the date of this letter. If you need additional time for consideration of the offer, please contact me within the three day timeframe to make arrangements. If you wish to accept the offer, please sign in the place provided below and return it to me within the prescribed time.

We greatly look forward to having you join our Organization and become a member of our team. As a newly hired or recalled employee of Southwest Key Programs, you will be required to successfully complete a 90-day Introductory Period of Employment. During this period, you will be expected to acclimate to your assigned role and learn Southwest Key policies, procedures, and work rules. During this period, Southwest Key will have an opportunity to evaluate your overall work performance.

We recognize that you retain the option, as does the Organization, of ending your employment with the Organization at any time, with or without notice and with or without cause. As such, your employment with the Organization is at-will and neither this letter nor any other oral or written representations may be considered a contract for any specific period of time. Additionally, by signing below, you acknowledge that you understand this particular project is temporary and your employment may end at any time.
The offer described above is contingent upon the result of your reference/background checks. In addition you may be required to complete a successful drug screening test. Your signature also affirms that you have received and reviewed your job description and that you are aware and can perform the duties and responsibilities required for this position. It is agreed and understood, as a condition of employment, that all required program training will be successfully completed.

Should you have any questions about starting with Southwest Key, please do not hesitate to contact me. If additional questions arise, or further clarification is needed on Southwest Key policies, please contact our Human Resources Department at 512-462-2181.

Sincerely,

Linda Mendez
Program Director



*Please sign below and return both pages to the Hiring Manager above.*

I agree to the terms of the employment set forth above.

Printed Name

Signature

03/12/2018
Date

6002 JAIN LANE ▪ AUSTIN, TEXAS 78721 ▪ 512.462.2181 ▪ 512.462.2028 FAX
www.swkey.org



southwest key
programs

**UM REFERENCE CHECK GUIDELINES CONDUCTED BY PHONE**

Prior to hiring a prospective candidate for employment, 2 professional background checks from prior employers must be conducted. These checks may not be from personal friends or family members, but rather because SWK is trying to obtain information on prior job performance, the reference must be about prior work experience. A minimum of two attempted contacts must be provided to each reference 24 hours apart and properly documented below.

Remember to always start by telling the reference:

- Your name
- The name of the organization, the name of the applicant, and the job title of the position the applicant applied for
- Inform the reference that the applicant has authorized you to inquire about his/her previous employment and to call former supervisors, including this reference
- Ask if they have time to answer a few questions. If not, ask when a better time would be.
- State that the information will be kept confidential and not shared with the applicant

Applicant Name: Azael Sanchez Position Seeking: YCW

Reference Name: Bahia Hotel (858) 539-7752 Date Reference completed: 2/28/18

**GENERAL QUESTIONS**

What position does/did Purchasing manager hold? What were the responsibilities or that position?

Employed from July 2013 to April 2017

Describe a time when ____________went above and beyond the call of duty.

Describe how ____________ works under pressure.

They could only provide employment verification per Company policy.

Was ____________a team player?

Was ____________a motivated self-starter?

What were some of ____________'s strengths?

What were some of ____________'s areas for development?

Do you recommend ____________ for the position of ______________?

---

**To be completed by Supervisor requesting the Reference**

| | |
|---|---|
| **Reference Check Completed by & Title:** | Francisca Casas, AA |
| **Contact #1 Date & Time:** | 2/28/18 @ 9:21 |
| **Contact #2 Date & Time:** | |
| **Comments:** | |

UM REFERENCE CHECK (NON PREA)
Page 2 of 2

SWK000188



southwest key
programs

**UM REFERENCE CHECK GUIDELINES CONDUCTED BY PHONE**

Prior to hiring a prospective candidate for employment, 2 professional background checks from prior employers must be conducted. These checks may not be from personal friends or family members, but rather because SWK is trying to obtain information on prior job performance, the reference must be about prior work experience. A minimum of two attempted contacts must be provided to each reference 24 hours apart and properly documented below.

Remember to always start by telling the reference:

- Your name
- The name of the organization, the name of the applicant, and the job title of the position the applicant applied for
- Inform the reference that the applicant has authorized you to inquire about his/her previous employment and to call former supervisors, including this reference
- Ask if they have time to answer a few questions. If not, ask when a better time would be.
- State that the information will be kept confidential and not shared with the applicant

Applicant Name: Azael Sanchez Position Seeking: YCW

Reference Name: Caryn L. Fink Date Reference completed: 2/26/18

(858) 263-7466

**GENERAL QUESTIONS**

What position does/did ____________hold? What were the responsibilities or that position?

Describe a time when ____________went above and beyond the call of duty.

Describe how ___________ works under pressure.

Was ____________a team player?

Was ____________a motivated self-starter?

What were some of ____________'s strengths?

What were some of ___________'s areas for development?

Do you recommend ___________ for the position of ______________?

---

**To be completed by Supervisor requesting the Reference**

| | |
|---|---|
| **Reference Check Completed by & Title:** | Francisca Casas, AA |
| **Contact #1 Date & Time:** | 2/26/18 @ 8:58am, left message |
| **Contact #2 Date & Time:** | |
| **Comments:** | |



southwest key
programs

**UM REFERENCE CHECK GUIDELINES CONDUCTED BY PHONE**

Prior to hiring a prospective candidate for employment, 2 professional background checks from prior employers must be conducted. These checks may not be from personal friends or family members, but rather because SWK is trying to obtain information on prior job performance, the reference must be about prior work experience. A minimum of two attempted contacts must be provided to each reference 24 hours apart and properly documented below.

Remember to always start by telling the reference:

- Your name
- The name of the organization, the name of the applicant, and the job title of the position the applicant applied for
- Inform the reference that the applicant has authorized you to inquire about his/her previous employment and to call former supervisors, including this reference
- Ask if they have time to answer a few questions. If not, ask when a better time would be.
- State that the information will be kept confidential and not shared with the applicant

Applicant Name: Azael Sanchez Position Seeking: YCW

Reference Name: Brian Beebe (619)297-3541 Date Reference completed: 2/26/18

**GENERAL QUESTIONS**

What position does/did ___________hold? What were the responsibilities or that position?

Describe a time when ___________went above and beyond the call of duty.

Describe how ___________ works under pressure.

Was ___________a team player?

Was ___________a motivated self-starter?

What were some of ___________'s strengths?

What were some of ___________'s areas for development?

Do you recommend ___________ for the position of _____________?

---

**To be completed by Supervisor requesting the Reference**

| | |
|---|---|
| **Reference Check Completed by & Title:** | Francasca Casas, AA |
| **Contact #1 Date & Time:** | Brian Beebe is no longer with the company, he is retired. 2/26/18 @ 8:55am |
| **Contact #2 Date & Time:** | |
| **Comments:** | |

southwest key programs

| Document #: | Document Title: | Rev: | Date: | Page: |
|---|---|---|---|---|
| RD-100100-105 | POST-OFFER/PRE-HIRE QUESTIONNAIRE | 1.0 | 10/03/2017 | 1 of 1 |

Prison Rape Elimination Act (PREA)

**POST-OFFER/PRE-HIRE QUESTIONNAIRE**

Applicant Name: Azael H Sanchez-Ceh

Date of Interview: 02/23/2018 Date of Offer: ____________

Position Offered: ____________

Have you ever worked in a care provider facility or institution? ☒Yes ☐No

If yes, where? SW Key in El Cajon in 1999

*Pursuant to 45 C.F.R. §411.16, Southwest Key is required to make the following inquiries to all applicants who have accepted offers of employment in positions that may have direct contact with unaccompanied children.*

1. Have you ever engaged in or had any administrative, civil, or criminal convictions or other adjudications for sexual abuse in a prison, jail, holding facility, community confinement facility, juvenile facility, other institution,[1] or care provider facility? ☐Yes ☒No

2. Have you ever engaged in or had any administrative, civil, or criminal convictions or other adjudications for engaging in or attempting to engage in sexual activity facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse? ☐Yes ☒No

*By signing this form, I understand that material omissions or the provision of materially false information by me will be grounds for employment termination. I further understand that I have a continuing affirmative obligation to advise my Program Director if any of the information provided through this form changes, regardless of whether the relevant conduct occurs on or off duty.*

Signature of Applicant: [signature] Date: 02/28/2018

[1] Including any facility or institution which is owned, operated, or managed by, or provides services on behalf of any State or political subdivision of a State; and which is: (1) for persons who are mentally ill, disabled, or retarded, or chronically ill or handicapped; (2) a jail, prison, or other correctional facility; (3) a pretrial detention facility; (4) for juveniles: held awaiting trial; residing in such facility or institution for purposes of receiving care or treatment; or residing for any State purpose in such facility or institution (other than a residential facility providing only elementary or secondary education that is not an institution in which reside juveniles who are adjudicated delinquent, in need of supervision, neglected, placed in State custody, mentally ill or disabled, mentally retarded, or chronically ill or handicapped); or (5) providing skilled nursing, intermediate or long-term care, or custodial or residential care.



## Background Inquiry Agreement

I understand that this agreement is an authorization to any of my present or former employers or any education institution, governmental agency, or personal reference to release any information regarding my character, ability, reputation, past conduct, or job qualifications. This investigation may include, but is not limited to, the following areas: (1) Education; (2) Military History; (3) Employment History; (4) Driver's History; and/or (5) Court, Criminal, Police or FBI records.

I hereby agree that, as a condition of consideration for employment with Southwest Key I am hereby authorizing, without reservation, Southwest Key, its representatives, employees or agents, to conduct an investigation of all statements contained in my application, any resume, or any other document or information that I have submitted. I hereby waive any and all rights and claims I may have against: (1) Southwest Key, its representatives, employees or agents, for seeking, gathering, and using such information; and (2) all other persons, corporations or other entities for furnishing such information about me. I authorize all results from the background inquiry to be forwarded to any funding source of Southwest Key Programs, Inc.

**I understand that any false statement or misrepresentation on this document may be cause for refusal to hire, or for immediate dismissal upon discovery regardless of when such falsification or misrepresentation is discovered.**

[signature] Signature    02/28/2018 Date

**PLEASE PRINT CLEARLY**

Full Legal Name: Azar Sanchez-Calv Other Names Used/Maiden Name: ________ DOB: 01/18/1968

SSN: [redacted] Driver's License Number: [redacted] State of Issue/Exp. Date: CA 01/18/2021

Please provide the following information regarding all locations in which you have resided for the past seven years beginning with your present address. All periods of time must be accounted for and all residences must be listed. If you do not recall all of your addresses for the past seven years, please check this box ☐ and list each address that you can recall as well as each city and state you have lived in during the past seven years. Please attach another sheet if necessary.

| From-To (mo.and yr.) | Street Address and City | County | Zip |
|---|---|---|---|
| 08/16 – Present | 8582 Echo Drive | La Mesa CA | 91941 |
| 12/01 – 08/16 | 4381 Oregon St #6 | San Diego - CA | 92104 |
| | | | |
| | | | |
| | | | |

Have you ever been convicted or pled guilty, no contest or nolo contendere, or received deferred adjudication, or probation for: (1) any felony, at any time; (2) any crime involving violence or bodily injury, at any time; and/or (3) any misdemeanor in the past ten (10) years? (Please do not include traffic violations.) Yes ☐ No ☒ If "yes", explain in detail below—**failure to provide information regarding your conviction or deferred adjudication on this document may be cause for refusal to hire, or for immediate dismissal upon discovery regardless of when such falsification or misrepresentation is discovered.** Please attach another sheet if necessary.

**For Southwest Key Personnel Use Only (to be completed before returning to Human Resources)**

☐ Conduct Background Check.

☐ An MVR request is being requested, Applicant will be authorized to drive.    Program #________

☐ An MVR request is **not** being requested, Applicant will **not** be authorized to drive.    ☐ Copy of driver's license attached

Name and Phone Number of Southwest Key Personnel Requesting Background/MVR Check: ________________



southwest key
programs

# Employee Information Sheet--CA

**For POST OFFER Background Check/Fingerprints**

*(Please complete all entries)*

**Full Legal Name (as listed on your government ID):** AZAEL H SANCHEZ-CELI

**Other names used:** ______

**Address:** 8582 Echo DR **City:** La MESA **State:** CA **Zip:** 91941

**Mailing Address** (if different from physical address): ______

**Phone #:** (619)-794-3800 **Alternate Phone Number:** ______

**Email:** azasanchez@aol.com

**Other Cities of Residence in California in the last 5 years:** None

**Have you lived outside of California in the last 5 years:** ☒ No ☐ Yes: if yes please fill out next line

**Previous address outside of California, include County:** ______

***Info Required for Fingerprints:***

**Date of Birth:** 01/18/1968 **Gender:** ☒ Male ☐ Female **Social Security Number:** 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

**Ethnic Origin:** HISPANIC **Race:** LATINO **Weight:** 205 **Height:** 5 **Ft.** 8 **In.**

**Eye Color:** Brown **Hair Color:** BLK **Marital Status:** MARRIED **Place of Birth:** LIMA-PERU

**Citizen Country:** USA **Driver License #:** B5625504 **and State of Issue:** CA

***Emergency Contact Information:***

**Name:** DIANA SANCHEZ **Relationship:** WIFE

**Address if different from above:** ______

**Phone #:** (619)-362-1061 **Email:** dia-s@sbcglobal.net



Be it known that the Board of Trustees upon recommendation of the faculty and by virtue of the authority vested in it by law has conferred upon

## Azael Sanchez-Celi

the degree of

## Master of Global Management

with all rights, responsibilities, and privileges thereto appertaining.

Given at San Diego, California, this twentieth day of March, 2016.

President of National University

Chancellor of National University System

Chair of the Board of Trustees

San Diego, September 7, 2018

Ana Babudar
Director of SWK Program - San Diego.

Dear Ana,

Effective immediately, please accept this letter as my formal notice of resignation from SouthWest Key Program as Youth Care worker. I really enjoyed my time working with all my supervisors, co-workers, SWK staff, and unaccompanied minors.

Thank you very much for the opportunity to work here.

Sincerely,

Azael H. Sanchez-Celi

 

**AUTHORIZATION**

I have carefully read and understand the separate background check disclosure document and the below authorization form. I have received a copy of the "Summary of Your Rights Under the Fair Credit Reporting Act" and any applicable state or local notices of rights provided with these documents. I have had the opportunity to review my rights. By my signature below, I consent to the preparation of background reports by TalentWise, and to the release of such reports to the Company and its designated representatives for the purpose of assisting the Company in making a determination as to my eligibility for employment, promotion, retention, contract assignment or for other lawful purposes.

I understand that, to the extent allowed by law, information contained in my job application or otherwise disclosed to the Company by me before or during my employment or contract assignment, if any, may be utilized for the purpose of obtaining such consumer reports and/or investigative consumer reports about me. I understand that nothing herein shall be construed as an offer of employment or contract for services.

I hereby authorize law enforcement agencies, learning institutions (including public and private schools and universities), information service bureaus, credit bureaus, record/data repositories, courts (federal/state/local), motor vehicle record agencies, my past or present employers, the military, and other individuals or sources to furnish any and all information on me that is requested by the consumer reporting agency.

By my signature (including electronic) below, I certify the information provided on and in connection with this form is true, accurate, and complete. I agree that this form in original, faxed, photocopied or electronic form will be valid for any background reports that may be requested by or on behalf of the Company.

**First Name:** AZAEL

**Full Middle Name:** HOMERO

**Last Name:** SANCHEZ-CELI

**Social Security Number:** [redacted]

**Date of Birth** 01/18/1968

**Signature:** [signature] **Date:** 02/28/2018

☒ **CALIFORNIA, MASSACHUSETTS, MINNESOTA, NEW JERSEY, and OKLAHOMA** applicants or residents: You have a right to request a free copy of your report. Please check here if you would like Southwest Key Programs to provide you with a copy of your report.

Rev. 2.17.2015

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
COMMUNITY CARE LICENSING DIVISION

# CRIMINAL RECORD STATEMENT

*State law requires that persons associated with licensed facilities or Home Care Aide Registry applicants be fingerprinted and disclose any conviction. A conviction is any plea of guilty or nolo contendere (no contest) or a verdict of guilty. The fingerprints will be used to obtain a copy of any criminal history you may have.*

**Have you ever been convicted of a crime in California ?** .................. ☐ YES ☒ NO

*You need not disclose any marijuana-related offenses covered by the marijuana reform legislation codified at Health and Safety Code sections 11361.5 and 11361.7.*

**Have you ever been convicted of a crime from another state, federal court, military or jurisdiction outside of U.S.?** .................................. ☐ YES ☒ NO

Criminal convictions from another State or Federal court are considered the same as criminal convictions in California.

If you answer YES, give details on the back of this page indicating the nature and circumstances of each crime and the date and the location in which each crime occurred.

You must disclose convictions, including reckless and drunk driving convictions even if:

1. It happened a long time ago;
2. It was only a misdemeanor;
3. You didn't have to go to court (your attorney went for you);
4. You had no jail time or the sentence was only a fine or probation;
5. You received a certificate of rehabilitation;
6. The conviction was later dismissed, set aside or the sentence was suspended.

**NOTE:** IF THE CRIMINAL BACKGROUND CHECK REVEALS ANY CONVICTION(S) THAT YOU DID NOT DISCLOSE ON THIS FORM, YOUR FAILURE TO DISCLOSE THE CONVICTION(S) WILL RESULT IN AN EXEMPTION DENIAL, LICENSE APPLICATION DENIAL, LICENSE REVOCATION, OR EXCLUSION FROM A LICENSED FACILITY/ORGANIZATION.

**I declare under penalty of perjury under the laws of the State of California that I have read and understand the information contained in this affidavit and that my responses and any accompanying attachments are true and correct.**

| FACILITY/ORGANIZATION NAME | | FACILITY/ORGANIZATION NUMBER | |
|---|---|---|---|
| SOUTHWEST KEY PROGRAMS | | 374-603-915 | |
| YOUR NAME *(PRINT CLEARLY)* | YOUR ADDRESS | CITY | ZIP |
| Azar A Sanchez-Cota | ~~4328~~ 8582 Echo Dr. | La Mesa | 91941 |
| SOCIAL SECURITY NUMBER *(SEE PRIVACY STATEMENT ON REVERSE SIDE)* | DATE OF BIRTH | DMV LICENSE NUMBER | |
| [redacted] | 01/18/1968 | [redacted] | |
| SIGNATURE | | DATE | |
| [signature] | | 03/12/2018 | |

LIC 508 (7/15) REQUIRED FORM - NO CHANGE PERMITTED

**I. Instructions to Respondents:**

If you have been convicted of a crime in California, another state or in federal court, provide the following information:

*(You need not disclose any marijuana-related offenses covered by the marijuana reform legislation codified at Health and Safety Code sections 11361.5 and 11361.7.)*

What was the offense? N/A

In which state and city did you commit the offense? N/A

When did this occur? N/A

Tell us what happened. (Use additional sheets of paper if needed)

N/A

I certify under penalty of perjury that the above information is true and correct to the best of my knowledge.

***Signature*** [signature] ***Date*** 07/12/2018

**II. Instructions to Licensees:**

If the person discloses a criminal conviction, review the person's statement and discuss it with your Licensing Program Analyst (LPA). Maintain this form in your facility/organization personnel file and send a copy to your LPA.

## PRIVACY STATEMENT

Pursuant to the Federal Privacy Act (P.L. 93-579) and the Information Practices Act of 1977 (Civil Code section 1798 et seq.), notice is given for the request of the Social Security Number (SSN) on this form. The California Department of Justice uses a person's SSN as an identifying number. The requested SSN is voluntary. Failure to provide the SSN may delay the processing of this form and the criminal record check.

In order to be licensed, work at, or be present at, a licensed facility/organization, the law requires that you complete a criminal background check. (Health and Safety Code sections 1522, 1568.09, 1569.17, 1596.871, and 1796.19). The Department will create a file concerning your criminal background check that will contain certain documents, including information that you provide. You have the right to access certain records containing your personal information maintained by the Department (Civil Code section 1798 et seq.). Under the California Public Records Act, the Department may have to provide copies of some of the records in the file to members of the public who ask for them, including newspaper and television reporters.

NOTE: IMPORTANT INFORMATION
The Department is required to tell people who ask, including the press, if someone in a licensed facility/organization has a criminal record exemption. The Department must also tell people who ask, the name of a licensed facility/organization that has a licensee, employee, resident, or other person with a criminal record exemption.

If you have any questions about this form, please contact your local licensing regional office.



southwest key
programs

6002 Jain Lane. Austin, TX 78721
512.462.2181. fax: 512.912.7690

## REQUEST FOR USE OF LEAVE/ABSENCE FORM (LESS THAN 2 WEEKS)[1]

Employee Name: Azael Sanchez-Celi Program: 951

Total number of hours or days requested: 8 Date(s) of absence: 08/04/2018

**CHECK REASON:**

- ☒ Personal Leave
- ☐ Compassionate Leave
- ☐ Substitute Holiday (specify holiday worked: ______)
- ☐ Sick Leave Donation: (specify recipient and number of hours: ______)
- ☐ Merit Leave: (specify who recommended Merit Leave: ______; specify who approved Merit Leave: ______)
- ☒ Other Leave (specify leave: My son won a trip for 4 people to )
- ☐ Personal Leave Cash Out
- ☐ Leave Without Pay (less than 2 weeks)
- ☐ Sick Leave
- ☐ Military Leave
- ☐ Jury or Witness Duty

**Remarks:** Catalina Island in L.A. that is an award for his good grades at SD Museum school. We plan to leave early on 8/4 and returning late same day

**Employee Signature:** Azael H Sanchez-Celi **Date:** 07/21/2018

**Supervisor's Signature:** [signature] **Date:** 07.30.18

☐ **Approved** ☒ **Not Approved**

Denied due to program needs (ratio.)

[1] If you work at a JJAEP or if you are requesting leave for more than 2 weeks, please do not complete this form. Please ask your program director for a copy of the correct Request for Use of Leave/Absence Form.



southwest key
programs

6002 Jain Lane. Austin, TX 78721
512.462.2181. fax: 512.912.7690

## REQUEST FOR USE OF LEAVE/ABSENCE FORM (LESS THAN 2 WEEKS)[1]

Employee **Name:** Azael Sandor- Celi **Program:** 951

Total **number** of **hours or days** requested: 8 **Date(s)** of **absence**: 06/16/18

**CHECK REASON:**

- ☑ Personal Leave
- ☐ Compassionate Leave
- ☐ Substitute Holiday (specify holiday worked: ____________)
- ☐ Sick Leave Donation: (specify recipient and number of hours: ____________)
- ☐ Merit Leave: (specify who recommended Merit Leave: ____________; specify who approved Merit Leave: ____________)
- ☐ Other Leave (specify leave: I can work one of my days off)
- ☐ Personal Leave Cash Out
- ☐ Leave Without Pay (less than 2 weeks)
- ☐ Sick Leave
- ☐ Military Leave
- ☐ Jury or Witness Duty

**Remarks:** ~~from~~ previous to my requested date of absence.

**Employee Signature:** [signature] **Date:** 05/25/18

**Supervisor's Signature:** [signature] **Date:** 5/27/18

☒ **Approved** ☐ **Not Approved**

Only 3.33 hrs available

[1] If you work at a JJAEP or if you are requesting leave for more than 2 weeks, please do not complete this form. Please ask your program director for a copy of the correct Request for Use of Leave/Absence Form.



southwest key
programs

6002 Jain Lane. Austin, TX 78721
512.462.2181. fax: 512.912.7690

## REQUEST FOR USE OF LEAVE/ABSENCE FORM (LESS THAN 2 WEEKS)[1]

Employee **Name:** Azael H Sanchez-Celi **Program:** 951

Total **number** of **hours or days** requested: 1 day **Date(s)** of **absence:** 1 (May 10th, 2018)

**CHECK REASON:**

- ☐ Personal Leave
- ☐ Compassionate Leave
- ☑ ~~Substitute~~ Holiday (specify holiday worked: Cinco de Mayo )
- ☐ Personal Leave Cash Out
- ☐ Leave Without Pay (less than 2 weeks)
- ☐ Sick Leave
- ☐ Military Leave
- ☐ Jury or Witness Duty
- ☐ Sick Leave Donation: (specify recipient and number of hours: ____)
- ☐ Merit Leave: (specify who recommended Merit Leave: ____; specify who approved Merit Leave: ____)
- ☐ Other Leave (specify leave: ____)

**Remarks:** ____

**Employee Signature:** [signature] **Date:** 4/26/18

**Supervisor's Signature:** [signature] **Date:** 4/26/18

☑ **Approved** ☐ **Not Approved**

Approved as ~~day~~ leave w/out pay. Does not qualify for holiday pay.

[1] If you work at a JJAEP or if you are requesting leave for more than 2 weeks, please do not complete this form. Please ask your program director for a copy of the correct Request for Use of Leave/Absence Form.



# Time Detail

Time Period: Previous Pay Period
Q[illegible] Previously Selected Employee(s)

Executed on: 4/23/2018 11:54AM GMT-07:00
Printed for: Ivega

**Employee:** Sanchez Celi, Azael H **ID:** 106144 **Time Zone:** Pacific
**Status:** Active **Status Date:** Active
**Pay Rule:** Calf Hourly
./FED/CALIFORNIA/CASA LEMON

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|
| *Xfr/Move: Account* | | *Comment* | | | | | | |
| /8/2018 | | 10:50:00 PM | | 7:13:00 AM | | | 8.38 | 8.38 |

| Job Summary | | Pay Code | | Hours |
|---|---|---|---|---|
| /CWR | ./FED/CALIFORNIA/CASA LEMON GROVE/DIRECT CARE | | | |
| | | Regular | | 8.38 |
| Totals: | | Pay Code | | 8.38 |
| Labor Account Summary | | Pay Code | | Hours |
| | | Regular | | 8.38 |
| Pay Code Summary | | Pay Code | | Hours |
| | | Regular | | 8.38 |
| Totals: | | | $0.00 | 8.38 |

I, Sanchez Celi, Azael H , certify by signing below that I worked the total days and total hours as reported on this report.

Employee Signature [signature] Date 5/15/18

Supervisor Signature [signature] Date 4-24-18

SWK000204

 southwest key
program, inc.

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | Previous Pay Period | Executed on: | 4/23/2018 11:54AM GMT-07:00 |
| Query: | Previously Selected Employee(s) | Printed for: | lvega |

| Pay Code Summary | Money | Hours |
|---|---|---|
| Regular | | 8.38 |
| Totals: | $0.00 | 8.38 |

Total Number of Employees: 1



# Employment Eligibility Verification
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS Form I-9**
OMB No. 1615-0047
Expires 08/31/2019

**▶START HERE: Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.**

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Attestation *(Employees must complete and sign Section 1 of Form I-9 no later than the **first day of employment**, but not before accepting a job offer.)*

| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Other Last Names Used *(if any)* |
|---|---|---|---|
| Sanchez-Celi | Azael | H | N/A |

| Address *(Street Number and Name)* | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|
| 8582 Echo Dr | N/A | La Mesa | CA | 91941 |

| Date of Birth *(mm/dd/yyyy)* | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| 01/18/1968 | [redacted] | azasanchez@aol.com | N/A |

**I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.**

**I attest, under penalty of perjury, that I am (check one of the following boxes):**

- [x] 1. A citizen of the United States
- [ ] 2. A noncitizen national of the United States *(See instructions)*
- [ ] 3. A lawful permanent resident (Alien Registration Number/USCIS Number): N/A
- [ ] 4. An alien authorized to work until (expiration date, if applicable, mm/dd/yyyy): N/A
  Some aliens may write "N/A" in the expiration date field. *(See instructions)*

*Aliens authorized to work must provide only one of the following document numbers to complete Form I-9: An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.*

1. Alien Registration Number/USCIS Number: N/A
**OR**
2. Form I-94 Admission Number: N/A
**OR**
3. Foreign Passport Number: N/A
Country of Issuance: N/A

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee | Today's Date *(mm/dd/yyyy)* |
|---|---|
| Azael Sanchez-Celi | 03/26/2018 |

Azael Sanchez-Celi

## Preparer and/or Translator Certification (check one):

- [x] I did not use a preparer or translator.
- [ ] A preparer(s) and/or translator(s) assisted the employee in completing Section 1.

*(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)*

**I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.**

| Signature of Preparer or Translator | Today's Date *(mm/dd/yyyy)* |
|---|---|
| | |

| Last Name *(Family Name)* | First Name *(Given Name)* |
|---|---|
| | |

| Address *(Street Number and Name)* | City or Town | State | ZIP Code |
|---|---|---|---|
| | | | |

STOP *Employer Completes Next Page* STOP




# Eployment Eligibility Verification
Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form I-9
OMB No. 1615-0047
Expires 08/31/2019

## Section 2. Employer or Authorized Representative Review and Verification

*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")*

| Employee Info from Section 1 | Last Name *(Family Name)* | First Name *(Given Name)* | M.I. | Citizenship/Immigration Status |
|---|---|---|---|---|
| | Sanchez-Celi | Azael | H | 1 |

| List A Identity and Employment Authorization | OR | List B Identity | AND | List C Employment Authorization |
|---|---|---|---|---|
| Document Title: N/A | | Document Title: Driver's license issued by state/territory | | Document Title: Social Security Card (Unrestricted) |
| Issuing Authority: N/A | | Issuing Authority: California | | Issuing Authority: Social Security Administration |
| Document Number: N/A | | Document Number: [redacted] | | Document Number: [redacted] |
| Expiration Date *(if any)(mm/dd/yyyy)*: N/A | | Expiration Date *(if any)(mm/dd/yyyy)*: 01/18/2021 | | Expiration Date *(if any)(mm/dd/yyyy)*: N/A |
| Document Title: N/A | | | | |
| Issuing Authority: N/A | | | | |
| Document Number: N/A | | | | |
| Expiration Date *(if any)(mm/dd/yyyy)*: N/A | | | | |
| Document Title: N/A | | | | |
| Issuing Authority: N/A | | | | |
| Document Number: N/A | | | | |
| Expiration Date *(if any)(mm/dd/yyyy)*: N/A | | | | |

Additional Information

QR Code - Sections 2 & 3
Do Not Write In This Space

**Certification: I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.**

**The employee's first day of employment *(mm/dd/yyyy)*:** 03/13/2018 ***(See instructions for exemptions)***

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Title of Employer or Authorized Representative |
|---|---|---|
| Francisca Casas | 03/26/2018 | Francisca Casas |

| Last Name of Employer or Authorized Representative | First Name of Employer or Authorized Representative | Employer's Business or Organization Name |
|---|---|---|
| Casas | Francisca | Southwest Key Program |

| Employer's Business or Organization Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|
| 1160 Broadway | El Cajon | CA | 92021 |

## Section 3. Reverification and Rehires *(To be completed and signed by employer or authorized representative.)*

| A. New Name *(if applicable)* | | | B. Date of Rehire *(if applicable)* |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Date *(mm/dd/yyyy)* |
| | | | |

C. If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date *(if any) (mm/dd/yyyy)* |
|---|---|---|
| | | |

**I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.**

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Name of Employer or Authorized Representative |
|---|---|---|
| | | |

California
DRIVER LICENSE
CLASS C
EXP 01/18/2021
END NONE
LN SANCHEZ-CELI
FN AZAEL HOMERO
8582 ECHO DR
LA MESA, CA 91941
DOB 01/18/1968
RSTR NONE
01181968
SEX M
HAIR BLK
EYES BRN
HGT 5'-08"
WGT 208 lb
ISS 01/25/2018

SOCIAL SECURITY
THIS NUMBER HAS BEEN ESTABLISHED FOR
AZAEL HOMERO
SANCHEZ CELI
SIGNATURE
07/13/2010

We the People
Of the United States,
in Order to form a more perfect Union,
establish Justice, insure domestic Tranquility,
provide for the common defence,
promote the general Welfare, and secure
the Blessings of Liberty to ourselves and
our Posterity, do ordain and establish this
Constitution for the United States of America.
SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR
PASSPORT
PASSEPORT
PASAPORTE
USA
UNITED STATES OF AMERICA
Type / Type / Tipo
P
USA
Surname / Nom / Apellidos
SANCHEZ-CELI
Given Names / Prénoms / Nombres
AZAEL HOMERO
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
18 Jan 1968
Place of birth / Lieu de naissance / Lugar de nacimiento
PERU
Sex / Sexe / Sexo
M
Date of issue / Date de délivrance / Fecha de expedición
06 Jul 2010
Authority / Autorité / Autoridad
United States
Department of State
Date of expiration / Date d'expiration / Fecha de caducidad
05 Jul 2020
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27
USA

**Sterling Talent Solutions Customer Support**
4511 Rockside Road, 4th Floor | Independence, OH 44131
1.877.982.9888 | customersupport@talentwise.com

**California Applicants/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.**

**Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.**

Report: **Azael H Sanchez Celi**

| | | | |
|---|---|---|---|
| **Requested by** | Francisca Casas<br>Southwest Key Programs<br>(512) 462-4181 | **Report Status** | **Complete** |
| | | **Request Submitted** | Feb 28, 2018 1:45 PM |
| **Package Title** | Package 1 | **Report Completed** | Mar 6, 2018 5:34 PM |
| | | **Completion Time** | 4 business days, 4 hours |

| | | | |
|---|---|---|---|
| **Report ID** | 124716351 | **Address** | 8582 Echo Dr<br>La Mesa, CA 91941 |
| **Name** | Azael H Sanchez Celi | | |
| **Social Security Number** | xxx-xx-7819 | **Location of Employment** | El Cajon, CA |
| **Date of Birth** | 1/18/xxxx | **Reference Code** | 905100 - UM Shelter Program |

| | Report Contents | Complete | Status |
|---|---|---|---|
| 1 | SSN Trace | ✔ | **Complete** |
| 2 | Criminal County Search (10-Year Address History) | ✔ | **Clear** |

Jurisdiction: **San Diego County, California**

| | | | |
|---|---|---|---|
| 3 | FACIS® Level 1 Search | ✔ | **Clear** |
| 4 | Nationwide Sex Offender Registry Check | ✔ | **Clear** |
| 5 | DMV Driving Records<br>State: **California** | ✔ | **Clear** |

**Notice:** The criminal record section of this report, if any, includes information from court records in the relevant jurisdiction. The DMV section of the report, if any, includes information from the relevant state's department of motor vehicles. In some instances, the court records and DMV records will relate to the same underlying incident. Please carefully review the report and be aware that records from two different public agency sources (e.g., the county court and the state DMV records) may relate to a single underlying event.

## 1 SSN Trace

The SSN Trace compares the provided Social Security Number to credit header and public records data. This trace may locate possible alternative names or addresses associated with the SSN for the purpose of performing additional searches. The SSN trace is not conducted through the Social Security Administration and should not be used as the basis for any employment decision or confirmation of identity.

**SSN** xxx-xx-7819

**Primary Name Searched** AZAEL SANCHEZ CELI

✔ **Complete:** Full name matches SSN.

**Possible Alternative Names** The following possible alternative names were found for this candidate. Possible alternative names may include maiden names, aliases, family and household members associated with the candidate, or misspellings in records.

| | |
|---|---|
| AZAEL CELI SANCHEZ | *Not Searched* |
| SANCHEZ AZAEL | *Not Searched* |

## 2 Criminal County Search (10-Year Address History)

Jurisdiction: **San Diego County, California**

**Search Type** FELONY AND MISDEMEANOR

**Jurisdiction Searched** SAN DIEGO COUNTY, CA

**Search Description** The "Jurisdiction Searched" field indicates the name of the county or state where the search is conducted. The specific courts and criminal records searched may be limited due to the manner in which records are maintained in certain states.

**Result** **Clear**

## 3 FACIS® Level 1 Search

**FACIS® Search Summary** A Level 1 FACIS® Search was performed on sanction information from the OIG, the SAM, and other federal agencies.

**Status** Complete 2018-02-28

**Results** **Clear**

No information was found.

## 4 Nationwide Sex Offender Registry Check

**Search Description** Nationwide searches against sex offender registries from 49 states, the District of Columbia and U.S. territories. This search excludes Nevada where use of the registry for employment purposes is prohibited by state law. Any reportable findings, as verified from sex offender registries, will be found in this report under the appropriate jurisdiction.

**Result** **Clear**

## 5 DMV Driving Records

State: **California**

**Result** **Clear**

**Driver Identification**

| | |
|---|---|
| **Name** | Azael Homero Sanchezceli |
| **Date of Birth** | xxxx-01-18 |

**License Details 1 of 2**

| | | | |
|---|---|---|---|
| **State** | CA | **License Type** | PERSONAL |
| **License Number** | XXXX5504 | **Status** | valid |
| **License Class** | C | | |
| **Issue Date** | 2016-01-06 | | |
| **Expiration Date** | 2021-01-18 | | |
| **Original Issue Date** | 1993 | | |

**ADDITIONAL LICENSE INFORMATION**

**LicenseClassDescription** NON-COMMERCIAL

**License Details 2 of 2**

| | | | |
|---|---|---|---|
| **State** | CA | **License Type** | IDENTIFICATION |
| **License Number** | XXXX5504 | **Status** | expired |
| **Issue Date** | 1995-05-08 | | |
| **Expiration Date** | 2001-01-18 | | |

**— END OF REPORT —**

## Report Notes

There are no notes for this report.

© 2003 - 2018 Sterling Talent Solutions

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
Bureau of Criminal Information and Analysis
P.O. Box 903417
Sacramento, CA 94203-4170

DATE: 03/09/2018

SOUTHWEST KEY PROGRAM
1253 BROADWAY 408
EL CAJON CA 92021

RE: DOJ APPLICANT FINGERPRINT RESPONSE

APP ORI: A0448
APP NAME: AZAEL HOMERO SANCHEZ-CELI
APP TYPE: GROUP HOME MORE/6 CHILD
APP TITLE: EMPLOYEE
APP SERVICE REQUESTED: CA/FBI/CHILD/
OCA: [redacted]
SID: [redacted]
DOB: [redacted]
SSN: [redacted]
CDL: [redacted]
ATI: M067SAA020
OATI:
DATE SUBMITTED: 03/08/2018
SCN #: W65L0680014

APP ADDRESS: 8582 ECHO DR LA MESA CA 91941

****
Based upon a fingerprint search of records contained in the Bureau of Criminal Information and Analysis files, there is no information meeting dissemination criteria pursuant to California law on the above-named individual.

Our records indicate you have requested, or are statutorily mandated to receive, subsequent arrest notification service from the Department of Justice. Therefore, you will be advised of subsequent arrests for this individual. Pursuant to Section 11105.2 of the California Penal Code, your agency is required to notify the Department of Justice when it no longer has a legitimate interest in this subject, (i.e., the applicant is no longer, or was never employed; his/her license or certification is denied or revoked; or he/she is no longer eligible to renew or re-instate the license or certificate).

Copy also sent to:
CASDSOCIAL SERV CCL-CRCB
744 P STREET
SACRAMENTO CA 95814

Electronic Response Code:

# East County Urgent Care

## TUBERCULIN (PPD) SCREENING

Name (Nombre): Azael H Sanchez Celi Date (Fecha): 03/08/2018

Have you had any of the following symptoms for more than two weeks in the past year, Not associated with a specific illness?

(¿Ha Ud. presentado alguno de estas síntomas en el último año por más de dos semanas, no asociadas a una enfermedad especifica?)

- ☐ Unexplained low grade fever — ☐ Fiebre leve y/o inexplicable
- ☐ Night sweats — ☐ Sudores nocturnes
- ☐ Unexplained weight loss of more than 5 lbs. — ☐ Pérdida inexplicable de más de 2 kg de peso
- ☐ Persistent cough — ☐ Tos persistente
- ☐ Coughing up phlegm or blood — ☐ Tos con flema o sangre
- ☐ Loss of appetite — ☐ Pérdida del apetito
- ☐ Unusual fatigue — ☐ Fatiga o cansancio inusual

Have you ever had a positive TB skin test? (¿Alguna vez ha tenido una prueba positiva para la tuberculosis?) ☐ Yes / Si ☑ No

Have you ever recieved a BCG vaccination? (¿Ha recibido Ud un vacunado de BCG?) ☐ Yes / Si ☑ No

Have you ever been diagnosed or treated for TB? (¿Ha sido diagnosticado o tratado antes por tuberculosis?) ☐ Yes / Si ☑ No

When (¿Cúando? ) ____________ Medication (Medicamento ) ____________

Doctor's name (Nombre del doctor ) ____________

When was your last chest x-ray? (¿Cuando le tomaron su última radiografía del pecho?) ____________

**I hereby certify that to the best of my knowledge, I have never had a severe reaction to a PPD skin test and have never had tuberculosis in the past. I authorize East County Urgent Care to administer a PPD skin test today. I understand that the test must be read within 48 - 72 hours and that if I do not return in 48 - 72 hours the test will need to be repeated at my own expense.**

**Certifico que según mis conocimientos, nunca he padecido una reacción severa a la prueba de la tuberculosis (PPD) y tampoco he padecido de tuberculosis. Doy mi autorización para que East County Urgent Care me administre la prueba (PPD) hoy. Es de mi conocimiento que los resultados de la prueba deberán leerse entre 48 y 72 horas después. Si no regreso entre 48 y 72 horas después de la prueba, la prueba tendrá que repetirse y su costo correrá por mi cuenta.**

Patient Signature (Firma del Paciente): [signature] Date (Fecha) 03/08/2018

---

Single injection Manufacturer: SLP Lot# C5470AA Expiration: 07.30.2020

Forearm: ☐ Left ☐ Right Administered by: Greg Puisis Date: 03/08/2018 Time: 1500 am / pm

Induration: 0 mm Result Negative / Positive Read by: Greg Puisis MA Date: 03.11.2018 Time: 11:38 am / pm

Two-step injection Manufacturer: ____________ Lot# ____________ Expiration: ____________

Forearm: ☐ Left ☐ Right Administered by: ____________ Date: ____________ Time: ____________ am / pm

Induration: ____ mm Result: Negative / Positive Read by: ____________ Date: ____________ Time: ____________ am / pm

RN / NP / MD Signature [signature] RN / NP / MD Name [signature] Date 03/08/2018

■ No further evaluation ☐ Further evaluation and or treatment ☐ Chest x-ray done X-ray ☐ Negative ☐ Positive for active TB

☐ Jack Wolfe MD ☐ Edward Reder MD ☐ Calvin Wong MD ☐ Andrew Saleh MD ■ Daniel Huhn MD

1625 E. Main St. # 100 El Cajon, CA. 92021
Phone: (619) 442 - 9896 Fax: (619) 442 - 2245
www.eastcountyurgentcare.com
Follow us on Facebook @ www.facebook.com/eastcountyurgentcare

# East County Urgent Care

## TUBERCULIN (PPD) SCREENING

Name (Nombre): Azael H Sanchez Celi    Date (Fecha): 03/08/2018

Have you had any of the following symptoms for more than two weeks in the past year, Not associated with a specific illness?

(¿Ha Ud. presentado alguno de estas síntomas en el último año por más de dos semanas, no asociadas a una enfermedad específica?)

| | |
|---|---|
| ☐ Unexplained low grade fever | ☐ Fiebre leve y/o inexplicable |
| ☐ Night sweats | ☐ Sudores nocturnes |
| ☐ Unexplained weight loss of more than 5 lbs. | ☐ Pérdida inexplicable de más de 2 kg de peso |
| ☐ Persistent cough | ☐ Tos persistente |
| ☐ Coughing up phlegm or blood | ☐ Tos con flema o sangre |
| ☐ Loss of appetite | ☐ Pérdida del apetito |
| ☐ Unusual fatigue | ☐ Fatiga o cansancio inusual |

Have you ever had a positive TB skin test? (¿Alguna vez ha tenido una prueba positiva para la tuberculosis?) ☐ Yes / Si ☑ No

Have you ever recieved a BCG vaccination? (¿Ha recibido Ud un vacunado de BCG?) ☐ Yes / Si ☑ No

Have you ever been diagnosed or treated for TB? (¿Ha sido diagnosticado o tratado antes por tuberculosis?) ☐ Yes / Si ☑ No

When (¿Cúando? ) ____________ Medication (Medicamento ) ____________

Doctor's name (Nombre del doctor ) ____________

When was your last chest x-ray? (¿Cuando le tomaron su última radiografía del pecho?) ____________

**I hereby certify that to the best of my knowledge, I have never had a severe reaction to a PPD skin test and have never had tuberculosis in the past. I authorize East County Urgent Care to administer a PPD skin test today. I understand that the test must be read within 48 - 72 hours and that if I do not return in 48 - 72 hours the test will need to be repeated at my own expense.**

**Certifico que según mis conocimientos, nunca he padecido una reacción severa a la prueba de la tuberculosis (PPD) y tampoco he padecido de tuberculosis. Doy mi autorización para que East County Urgent Care me administre la prueba (PPD) hoy. Es de mi conocimiento que los resultados de la prueba deberán leerse entre 48 y 72 horas después. Si no regreso entre 48 y 72 horas después de la prueba, la prueba tendrá que repetirse y su costo correrá por mi cuenta.**

Patient Signature (Firma del Paciente): [signature] Date (Fecha) 03/08/2018

---

Single injection: Manufacturer SLP Lot# C5470AA Expiration 07.30.2020

Forearm ☒ Left ☐ Right Administered by: Greg Puisis Date: 03/08/2018 Time 1500 am / pm

Induration 0 mm Result (Negative) / Positive Read by: GPuisis Date 3/11/18 Time 11:38 (am) / pm

Two-step injection: Manufacturer: ________ Lot# ________ Expiration ________

Forearm ☐ Left ☐ Right Administered by: ________ Date: ________ Time ________ am / pm

Induration ____ mm Result: Negative Positive Read by: ________ Date: ________ Time: ________ am / pm

RN / NP / MD Signature [signature] A-PAC RN / NP / MD Name A. Aanbekora PA-C Date 03/08/2018

☒ **No further evaluation** ☐ **Further evaluation and or treatment** ☐ **Chest x-ray done** **X-ray** ☐ **Negative** ☐ **Positive for active TB**

☐ Jack Wolfe MD ☐ Edward Reder MD ☐ Calvin Wong MD ☐ Andrew Saleh MD ☐ Daniel Huhn MD

1625 E. Main St. # 100 El Cajon, CA. 92021
Phone: (619) 442 - 9896 Fax: (619) 442 - 2245
www.eastcountyurgentcare.com
Follow us on Facebook @ www.facebook.com/eastcountyurgentcare



**BENEFICIARY DESIGNATION FORM**
**GROUP LIFE AND GROUP ACCIDENTAL DEATH & DISMEMBERMENT INSURANCE**
Unum Life Insurance Company of America
Provident Life and Accident Insurance Company
The Paul Revere Life Insurance Company

**Instructions:** Please complete, sign and date this form to designate your beneficiary(ies) or to change your existing beneficiary(ies). This form cancels all prior designations. If more than one beneficiary is named and no percentages are indicated, payment will be made to them in equal shares. If there are more than three (3) primary and/or contingent beneficiaries, please attach a separate sheet of paper. **Return the completed form to your employer.**

**SECTION 1: Employee Information**

Name (Last Name, Suffix, First Name, MI)

Social Security Number

Employer Name

Check the coverages listed below to which this beneficiary designation applies:
☑ Basic Life ☐ Supplemental Life ☐ AD&D ☐ All

**SECTION 2: Primary Beneficiary (ies)**

I choose the person(s) named below to be the primary beneficiary(ies) of the Life Insurance benefits that may be payable at the time of my death. If any primary beneficiary(ies) is disqualified or dies before me, his/her percentage of this benefit will be paid to the remaining primary beneficiary(ies).

| Name & Address | Relationship | Social Security Number | Date of Birth | Percentage |
|---|---|---|---|---|
| DIANA SANCHEZ 8582 Echo DRIVE La MESA-CA, 91941 | WIFE | [redacted] | 01/17/1975 | 100% |
| | | | | |
| | | | | |
| | | | | Total Must Equal 100% |

**SECTION 3: Contingent Beneficiary (ies)**

If **all** primary beneficiaries are disqualified or die before me, I choose the person(s) named below to be my contingent beneficiary(ies).

| Name & Address | Relationship | Social Security Number | Date of Birth | Percentage |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | Total Must Equal 100% |

**SECTION 4: Signature**

X [signature]
**Employee Signature**

03/12/2018
**Date**

Unum is a registered trademark and marketing brand of Unum Group and its insuring subsidiaries.
CS-1110 (12/09)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
COMMUNITY CARE LICENSING DIVISION

# HEALTH SCREENING REPORT - FACILITY PERSONNEL

*All personnel, including applicant, licensee or employed staff of Residential Care Facilities for the Elderly, Community Care or Child Care Facilities must demonstrate that their health condition allows them to perform the type of work required. This health appraisal is to be completed by or under the direction of a physician.*

***A health screening, by or under the direction of a physician must have been performed not more than one year prior to employment or within seven (7) days after employment.***

FACILITY NAME: SOUTHWEST KEY PROGRAM

FACILITY ADDRESS: 1253 BROADWAY

| PERSON'S NAME | | AGE | |
|---|---|---|---|
| Azael H Sanchez Celi | | 1/18/1968 | |
| **POSITION TITLE** | **TYPE OF FACILITY** | **WORK DAYS PER WEEK** | **WORK HOURS PER DAY** |
| Child Care Worker | Group Home | Varies | Varies |

DUTY STATEMENT: Assisting with daily activities and monitoring sleep

TYPES OF PERSONS SERVED *(Check appropriate items)*

- ☐ Infants
- ☐ Adults
- ☐ Developmentally Disabled
- ☐ Physically Handicapped
- ☑ Children
- ☐ Elderly
- ☐ Mentally Disordered
- ☐ Drug/Alcohol Addiction
- ☐ Other *(specify)*

**AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION**

I HEREBY AUTHORIZE THE RELEASE OF MEDICAL INFORMATION CONTAINED IN THIS REPORT.

| SIGNATURE OF APPLICANT/LICENSEE OR EMPLOYEE | ADDRESS | DATE |
|---|---|---|
| ▶ [signature] | 8582 ECHO DRIVE | 03/08/2018 |

**NOTE TO PHYSICIAN:** *Personnel in Residential Care Facilities for the Elderly, Community Care or Child Care Facilities shall be free from communicable disease, and capable of performing assigned tasks. Please complete the following information on the above named person.*

EVALUATION OF GENERAL HEALTH

2:40 PM...BP: 146/100 mmHg; PULSE: 87 bpm; RESP: 16 breaths/min.

Normal Exam

EVALUATION OF ABILITY TO PERFORM WORK DESCRIBED IN THE ABOVE DUTY STATEMENT

Able to perform above duties

NOTE ANY HEALTH CONDITION THAT WOULD CREATE A HAZARD TO THE PERSON, CLIENTS, CHILDREN OR OTHER PERSONNEL

None

| DATE OF T.B. TEST | | ACTION TAKEN (IF POSITIVE) | |
|---|---|---|---|
| 03/08/2018 | ☐ POSITIVE ☑ NEGATIVE | See Attached | |
| **DATE OF HEALTH SCREENING** | **NAME OF PHYSICIAN (PHYSICIAN'S STAMP)** | | **DATE** |
| 03/08/2018 | Daniel Huhn MD | | 03/08/2018 |
| **HEALTH SCREENING BY: (ORIGINAL SIGNATURE)** | | **TELEPHONE #** | **DATE** |
| ▶ [signature] | | (619) 442-9896 | 03/08/2018 |

LIC 503 (3/99) (PERSONAL)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
COMMUNITY CARE LICENSING DIVISION

# HEALTH SCREENING REPORT - FACILITY PERSONNEL

*All personnel, including applicant, licensee or employed staff of Residential Care Facilities for the Elderly, Community Care or Child Care Facilities must demonstrate that their health condition allows them to perform the type of work required. This health appraisal is to be completed by or under the direction of a physician.*

***A health screening, by or under the direction of a physician must have been performed not more than one year prior to employment or within seven (7) days after employment.***

FACILITY NAME: SOUTHWEST KEY PROGRAM

FACILITY ADDRESS: 1253 BROADWAY

PERSON'S NAME: Azael H Sanchez Celi

AGE: 1/18/1968

POSITION TITLE: Child Care Worker

TYPE OF FACILITY: Group Home

WORK DAYS PER WEEK: Varies

WORK HOURS PER DAY: Varies

DUTY STATEMENT: Assisting with daily activities and monitoring sleep

TYPES OF PERSONS SERVED *(Check appropriate items)*

- ☐ Infants
- ☐ Adults
- ☐ Developmentally Disabled
- ☐ Physically Handicapped
- ☑ Children
- ☐ Elderly
- ☐ Mentally Disordered
- ☐ Drug/Alcohol Addiction
- ☐ Other *(specify)*

**AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION**

I HEREBY AUTHORIZE THE RELEASE OF MEDICAL INFORMATION CONTAINED IN THIS REPORT.

SIGNATURE OF APPLICANT, LICENSEE OR EMPLOYEE: ▶ [signature]

ADDRESS: 8582 ECHO DRIVE

DATE: 03/08/2018

**NOTE TO PHYSICIAN:** *Personnel in Residential Care Facilities for the Elderly, Community Care or Child Care Facilities shall be free from communicable disease, and capable of performing assigned tasks. Please complete the following information on the above named person.*

EVALUATION OF GENERAL HEALTH

2:40 PM...BP: 146/100 mmHg; PULSE: 87 bpm; RESP: 16 breaths/min.

Normal Exam

EVALUATION OF ABILITY TO PERFORM WORK DESCRIBED IN THE ABOVE DUTY STATEMENT

Able to perform above duties

NOTE ANY HEALTH CONDITION THAT WOULD CREATE A HAZARD TO THE PERSON, CLIENTS, CHILDREN OR OTHER PERSONNEL

None

DATE OF T B TEST: 03/08/2018

☐ POSITIVE ☒ NEGATIVE

ACTION TAKEN (IF POSITIVE): See attached

DATE OF HEALTH SCREENING: 03/08/2018

NAME OF PHYSICIAN (PHYSICIAN'S STAMP): ERIN VIERRA FNP

DATE: 03/08/2018

HEALTH SCREENING BY: (ORIGINAL SIGNATURE) ▶ [signature]

TELEPHONE #: (619) 442-9896

DATE: 03/08/2018

LIC 503 (3/99) (PERSONAL)

# IMMUNIZATION RECORD

*Comprobante de Inmunización*

**East County Urgent Care**
1625 East Main Street,Suite 100
El Cajon, CA, 92021
6194429896

PRINTED 06/11/2018
PAGE 1 OF 1

**Name** *nombre* AZAEL SANCHEZ

**Birthdate** *fecha de nacimiento* 01/18/1968 **Sex** *sexo* M

**Allergies** *alergias*

**Vaccine Reactions** *reacciones a la vacuna*

RETAIN THIS DOCUMENT — CONSERVE ESTE DOCUMENTO

| VACCINE *vacuna* | DATE GIVEN *fecha de vacunación* | DOCTOR OFFICE OR CLINIC *médico o clínica* | NEXT DOSE DUE *próxima vacuna* |
|---|---|---|---|
| POLIO | | | |
| | | | |
| | | | |
| | | | |
| DTP Td 1 | 08/13/03 | South Region PHC | |
| Tdap 2 | 10/27/17 | Sharp Rees-Stealy | |
| Tdap 3 | 05/31/18 | Lewis Street Clinic | |
| | | | |
| | | | |
| MMR MMR 1 | 08/13/03 | South Region PHC | |
| | | | |
| HIB | | | |
| | | | |
| | | | |

Parents: Your child must meet California's immunization requirements to be enrolled in school and child care. Keep this Record as proof of immunization.
Padres: Su niño debe cumplir con los requisitos de vacunas para asistir a la escuela y a la guardería. Mantenga este Comprobante: lo necesitará.

**DT/Td** = Diphtheria, tetanus *(difteria, tétano)*
**DTaP/Tdap** = Diphtheria, tetanus, and pertussis (whooping cough) *(difteria, tétano, y tos ferina)*
**DTP** = Diphtheria, tetanus, pertussis (whooping cough) *(difteria, tétano, y tos ferina)*
**HEP A** = Hepatitis A
**HEP B** = Hepatitis B
**HIB** = Hib meningitis (*Haemophilus influenzae* type b) *(meningitis Hib)*
**HPV** = Human papillomavirus *(virus del papiloma humano)*
**INFV** = Influenza *(la gripe)*
**MCV** = Meningococcal conjugate vaccine *(vacuna meningocócica conjugada)*
**MMR** = Measles, mumps, rubella *(sarampión, paperas y rubéola (sarampión alemán))*
**MPV** = Meningococcal polysaccharide vaccine *(vacuna meningocócica polisacárida)*
**PNEUMO** = Pneumococcal vaccine *(neumocócica)*
**POLIO** = Poliomyelitis *(poliomielitis)*
**RV** = Rotavirus *(rotavirus)*
**VZV** = Varicella (chickenpox) *(varicela)*

Name: AZAEL SANCHEZ Birthdate: 01/18/1968

| VACCINE *vacuna* | DATE GIVEN *fecha de vacunación* | DOCTOR OFFICE OR CLINIC *médico o clínica* | NEXT DOSE DUE *próxima vacuna* |
|---|---|---|---|
| | | | |
| HEP B | | | |
| | | | |
| | | | |
| VARIC | | | |
| | | | |
| HEP A | | | |
| | | | |
| Influenza Influenza, (IIV3-inj) PF 1 | 10/27/15 | Lewis Street Clinic | |
| PNEUMO | | | |
| PneumoPPV | | | |
| PneumoPCV | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TB SKIN TESTS* Pruebas de la Tuberculosis

| Type** | Date given | Given by | Date read | Read by | mm/indur | Impression |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

* A chest x-ray may be indicated if skin test is positive.
** If required for school entry, must be Mantoux unless exception granted by local health department.

CHEST X-RAY (Radiografía) (Necessary if skin test positive.) Film date: ___/___/___ Interpretation: ☐ normal ☐ abnormal
Person is free of communicable tuberculosis ☐ yes ☐ no

Signature/Agency: ____________________

PM 298 F2 (1/07) IMM-75LK



southwest key
programs

| Document #: RD-100100-138 | Document Title: Tobacco Free Workplace Policy | Rev: 1.0 | Date: 09/14/2016 | Page: 2 of 2 |
|---|---|---|---|---|

# ELECTING A MEDICAL PLAN

If an employee does not enroll or waive the medical plan via the online enrollment system before their deadline and is non responsive to attempts to reach them, they are automatically **waiving** all of their benefits including the medical plan. The employee will not be able to obtain any employer sponsored medical coverage until open enrollment. Southwest Key has an open enrollment period every July, which provides an effective date of September 1st for benefits.

All employees will be eligible to receive a healthy lifestyle reward of $25.00 that will go towards their semi-monthly premium by participating in a Biometric Screening and Health Risk Assessment.

**CURRENT PROCEDURE TO CONTACT ELIGIBLE EMPLOYEES**

Our benefits team in the Human Resources Department will make all possible efforts to contact employees who are eligible for benefits during their eligibility period. If after these attempts the employee is non-responsive then they will voluntarily waive their benefits. The following details the steps that are taken:

**Contact #1:** Greenshades, our current benefits software will send an automatic benefits email alert to all full time employees within a month and a half of employment.

**Contact #2:** An individual email is sent to eligible employees during their 60-days of employment. The email contains enrollment instructions, deadline and a benefits booklet.

**Contact #3:** An email is also sent to the Executive Assistants and Program Directors for each program with a list of employees in their program who are eligible for benefits, and enrollment instructions.

**Contact #4:** All employees who have not enrolled or waived benefits will be contacted via phone. If a personal phone number is not available or correct, the employee will be emailed, as will program administration, with a deadline reminder.

**Contact #5:** **FINAL ATTEMPT** - An email will be sent to the Executive Assistants and Program Directors with a list of employees in their program who have not taken any action and request that the employee contact the benefits team for assistance if needed. If the employee does not take action they will voluntarily waive their benefits and may not be eligible for benefits until the next open enrollment period or in the event of a life changing event that meets the criteria as per our insurance provider.

** Please note if the employee does not have a Southwest Key email account all contact attempts will be made by phone. Additionally information in emails are provided in English and Spanish.*

# EXHIBIT 4



**DISCLOSURE FOR BACKGROUND CHECK**

Southwest Key Programs (the "Company") will procure a consumer report and/or investigative consumer report on you in connection with your application for employment, volunteer service, or a contracted position, including promotion or retention as an employee, volunteer or independent contractor, as applicable.

TalentWise Inc., a consumer reporting agency, will obtain the report for the Company. Further information regarding TalentWise, including its privacy policy, may be found online at www.TalentWise.com. TalentWise is located at 19910 North Creek Parkway, Suite 200, Bothell, WA 98011, and can be reached at (877) 982-9888.

The report may contain information bearing on your character, general reputation, personal characteristics, mode of living and/or credit standing. The information that may be included in your report include: *social security number trace, authorization to work checks, criminal records checks, civil record checks, financial information and credit checks (Experian U.S. Credit), federal record checks, public court records checks, driving records checks, drug tests, physical tests, educational records checks, employment history verification, references checks, sanction, licensing and certification checks*. The information contained in the report will be obtained from private and/or public record sources, including sources identified by you in your job application or through interviews or correspondence with your past or present coworkers, neighbors, friends, associates, current or former employers, educational institutions or other acquaintances. You have the right, upon written request made within a reasonable time after receipt of this notice, to request disclosure of the nature and scope of any investigative consumer report from the Company.



## AUTHORIZATION

I have carefully read and understand the separate background check disclosure document and the below authorization form. I have received a copy of the "Summary of Your Rights Under the Fair Credit Reporting Act" and any applicable state or local notices of rights provided with these documents. I have had the opportunity to review my rights. By my signature below, I consent to the preparation of background reports by TalentWise, and to the release of such reports to the Company and its designated representatives for the purpose of assisting the Company in making a determination as to my eligibility for employment, promotion, retention, contract assignment or for other lawful purposes.

I understand that, to the extent allowed by law, information contained in my job application or otherwise disclosed to the Company by me before or during my employment or contract assignment, if any, may be utilized for the purpose of obtaining such consumer reports and/or investigative consumer reports about me. I understand that nothing herein shall be construed as an offer of employment or contract for services.

I hereby authorize law enforcement agencies, learning institutions (including public and private schools and universities), information service bureaus, credit bureaus, record/data repositories, courts (federal/state/local), motor vehicle record agencies, my past or present employers, the military, and other individuals or sources to furnish any and all information on me that is requested by the consumer reporting agency.

By my signature (including electronic) below, I certify the information provided on and in connection with this form is true, accurate, and complete. I agree that this form in original, faxed, photocopied or electronic form will be valid for any background reports that may be requested by or on behalf of the Company.

**First Name:** ____________________

**Full Middle Name:** ____________________

**Last Name:** ____________________

**Social Security Number:** __________

**Date of Birth** __________

**Signature:** ____________________ **Date:** ____________________

☐ **CALIFORNIA, MASSACHUSETTS, MINNESOTA, NEW JERSEY, and OKLAHOMA** applicants or residents: You have a right to request a free copy of your report. Please check here if you would like Southwest Key Programs to provide you with a copy of your report.



**A SUMMARY OF YOUR RIGHTS
UNDER THE FAIR CREDIT REPORTING ACT**

***Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.***

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

• **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

• **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

• **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

• **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

• **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

• **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

• **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

• **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer.



| Document #: RD-100100-101TW | Document Title: **DISCLOSURE FOR BACKGROUND CHECK** | Rev: 1.0 | Date: 06/09/2016 | Page: 4 of 17 |
|---|---|---|---|---|

Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

• **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

• **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

• **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws.**
**In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above: | |
| a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation |



| | |
|---|---|
| | 395 E Street S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F St NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |



**ADDITIONAL STATE LAW NOTICES**

**CALIFORNIA**, **MASSACHUSETTS, MINNESOTA, NEW JERSEY, AND OKLAHOMA** applicants or residents: You have a right to request a free copy of your report. [NO CHANGES ALLOWED]

**CALIFORNIA:** Pursuant to section 1786.22 of the California Civil Code, you may contact TalentWise during normal business hours (9am to 5pm PST, Monday through Friday) to obtain and review all information in your file. You may obtain such information by appearing in person at TalentWise's offices, during normal business hours and upon reasonable notice, and upon submitting proper identification and paying the costs duplication services. You may be accompanied by one other person, provided that person furnishes proper identification. You may also obtain a copy of your file by certified mail, if you have previously provided identification in a written request that your file be sent to you or a third party identified by you. You may also obtain a summary of your file by telephone, upon providing proper identification. TalentWise has trained personnel available to explain your file to you, including any coded information.

**CALIFORNIA (En Español):** De acuerdo con el artículo 1786.22 del Código Civil, Usted puede llamar a TalentWise durante los horarios normales de trabajo (9 de la mañana a 5 de la tarde, tiempo del pacífico, lunes a viernes) para obtener y examinar su archivo privado en detalle. Para conseguir una copia de su archivo privado, puede hacer una visita en persona a la oficina de TalentWise durante los horarios normales de trabajo, dando aviso razonable, presentando identificación apropiada, y pagando los costos de duplicación. Otra persona puede acompañarle con tal que también traiga identificación apropiada. Usted puede pedirnos que le mandemos por correo certificado una copia de su archivo privado con tal que hayamos recibido una solicitud escrita indicando que le mandemos una copia de su archivo privado a Usted o a un tercero que esté identificado por Usted. También puede pedir por teléfono un resumen de su archivo privado, al presentarnos identificación apropiada. TalentWise emplea trajabadores cualificados, quienes están disponibles para explicarle el contenido de su archivo privado, incluyendo cualquier dato cifrado.

**CALIFORNIA [SAN FRANCISO/ENGLISH]:**

***Post where readily accessible to job applicants and employees.***
**CITY AND COUNTY OF SAN FRANCISCO**
**EDWIN M. LEE, MAYOR**
**NOTICE TO JOB APPLICANTS AND EMPLOYEES**
**San Francisco Fair Chance Ordinance**
**Police Code, Article 49**

**Starting August 13, 2014, the Fair Chance Ordinance (San Francisco Police Code, Article 49) requires employers to follow strict rules regarding the use of arrest and conviction records in hiring and employment decisions.** The ordinance covers job applicants and employees who would be or are performing work in whole, or in substantial part, in San Francisco and applies to employers who have 20 or more employees (regardless of the employees' locations).

**Certain matters are off-limits.** An employer may *never* ask about, require disclosure of, or consider: an arrest not leading to a conviction (other than an unresolved arrest that is still undergoing criminal investigation or trial); participation in a diversion or deferral of judgment program; a conviction that has been expunged or made inoperative; any determination in the juvenile justice system; a conviction more than 7 years old; and a criminal offense other than a felony/misdemeanor. Matters that are off-limits cannot be used by the employer for any reason at any stage of the hiring process.

**An employer cannot ask about an individual's conviction history or unresolved arrests at the start of the hiring process.** This includes through a job application form, informal conversation, or otherwise.

**A mandatory interactive process for matters not off-limits.** Only after a live interview has been conducted, or a conditional offer of employment made, is the employer allowed to ask about an individual's conviction history (except as to matters that are off-limits) and unresolved arrests. Only those convictions and unresolved arrests that *directly relate* to the individual's ability to do the job may be considered in making an employment decision.



Before the employer may take an adverse action such as failing/refusing to hire, discharging, or not promoting an individual based on a conviction history or unresolved arrest, the employer must give the individual an opportunity to present evidence that the information is inaccurate, the individual has been rehabilitated, or other mitigating factors. The individual has seven days to respond, at which point the employer must delay any adverse action for a reasonable time and reconsider the adverse action. The employer must notify the individual of any final adverse action.

*Evidence of rehabilitation* include satisfying parole/probation; receiving education/training; participating in alcohol/drug treatment programs; letters of recommendation; and age at which the individual was convicted. *Mitigating factors* include coercion, physical or emotional abuse, and untreated substance abuse/mental illness, that contributed to the conviction.

**No Retaliation.** An employer may not take an adverse action against an applicant or employee for exercising their rights under the ordinance or cooperating with the Office of Labor Standards Enforcement OLSE.

If you need more information, or wish to report an employer that you believe has violated this ordinance, please contact the OLSE at 415-554-5192 or email FCE@sfgov.org.

**OFFICE OF LABOR STANDARDS ENFORCEMENT**
**City Hall, Room 430 1 Dr. Carlton B. Goodlett Place San Francisco CA 94102-4685**
**Tel. (415) 554-6235 Fax (415) 554-4791**

## CALIFORNIA [SAN FRANCISO/SPANISH]:

***Publicar donde esté accesible para quienes solicitan el empleo y los empleados.***
**CIUDAD Y CONDADO DE SAN FRANCISCO**
**EDWIN M. LEE, ALCALDE**
**AVISO PARA LOS SOLICITANTES DE EMPLEO Y EMPLEADOS**
**Ordenanza de Oportunidades Equitativas de San Francisco**
**Código de Policía, Artículo 49**

**A partir del 13 de agosto de 2014, la Ordenanza de Oportunidades Equitativas (Código Policiaco de San Francisco, Artículo 49) requiere que los empleadores sigan reglas estrictas referentes al uso de los expedientes de arrestos y condenas al tomar decisiones de contratación y empleo.** La ordenanza cubre a los solicitantes de empleos y empleados que estarían o están realizando su trabajo, o una parte sustancial del mismo, en San Francisco y se aplica a los empleadores que tengan 20 o más empleados (sin importar la ubicación de los empleados).

**Está prohibido tocar ciertos asuntos.** Un empleador nunca puede preguntar, requerir la divulgación de, o considerar: un arresto que no haya resultado en una condena (que no sea un arresto no resuelto que actualmente esté bajo investigación penal o juicio); participación en un programa de justicia alternativa o de fallo diferido; una condena que haya sido cancelada o declarada inoperante; cualquier determinación en el sistema de justicia juvenil; una condena de más de 7 años de antigüedad; y una infracción penal que no sea un delito mayor o delito menor. El empleador no puede utilizar los asuntos que están prohibidos para ningún propósito, en ninguna etapa del proceso de contratación.

**Un empleador no puede preguntar sobre el historial de condenas o de arrestos no resueltos de una persona al inicio del proceso de contratación.** Esto incluye preguntar mediante un formulario de solicitud de empleo, una conversación informal o de otra forma.

**Un proceso interactivo obligatorio para asuntos que no estén prohibidos.** Sólo después de que se haya hecho una entrevista en persona, o se haya hecho una oferta condicional de empleo, el empleador tiene permitido hacer preguntas sobre el historial de condenas de una persona (excepto sobre asuntos que estén prohibidos) y arrestos no resueltos. Sólo se pueden tomar en cuenta las condenas y los arrestos no resueltos que directamente se relacionen con la capacidad de la persona para hacer el trabajo al tomar la decisión del empleo.



Antes de que el empleador pueda tomar una acción adversa como no contratar, negarse a contratar, despedir, o no dar un ascenso a una persona con base en su historial de condenas o arrestos no resueltos, debe darle a la persona una oportunidad para presentar evidencia de que la información no es precisa, que la persona está rehabilitada, y otros factores atenuantes. La persona tiene 7 días para responder, en cuyo momento, el empleador debe posponer cualquier acción adversa durante un tiempo razonable y reconsiderar la acción adversa. El empleador debe avisar al individuo sobre cualquier acción adversa final.

La evidencia de rehabilitación incluye una libertad probatoria/bajo palabra satisfactoria; recibir educación/capacitación; participación en programas de tratamiento contra alcohol/drogas; cartas de recomendación; y la edad a la que la persona recibió la condena. Los factores atenuantes incluyen el chantaje, el maltrato físico o emocional, y la enfermedad no tratada mental o de consumo de sustancias que hayan contribuido con la condena.

**Sin represalias.** Un empleador no puede tomar una acción adversa contra un solicitante o empleado por ejercer sus derechos conforme a la ordenanza o por cooperar con la Oficina de Cumplimiento de los Estándares Laborales (Office of Labor Standards Enforcement, OLSE).

Si usted necesita más información, o si desea reportar a un empleador que usted crea que ha infringido esta ordenanza, por favor comuníquese con la OLSE al 415-554-5192 o por correo electrónico a FCE@sfgov.org.

**OFFICE OF LABOR STANDARDS ENFORCEMENT**
**City Hall, Room 430 1 Dr. Carlton B. Goodlett Place San Francisco CA 94102-4685**
**Tel. (415) 554-6235 Fax (415) 554-4791**

## CALIFORNIA [SAN FRANCISO/TAGALOG]:

***Ipaskil kung saan madaling mabasa ng mga aplikante ng trabaho at mga kawani.***
**LUNGSOD AT COUNTY NG SAN FRANCISCO**
**EDWIN M. LEE, MAYOR**
**PASABI SA MGA APLIKANTE NG TRABAHO AT MGA KAWANI**
**Ordinansa ng Makatarungang Pagkakataon ng San Francisco**
**(San Francisco Fair Chance Ordinance)**
**Police Code, Article 49**

**Simula ng Agosto 13, 2014, ang Ordinansa ng Makatarungang Pagkakataon (Fair Chance Ordinance) (San Francisco Police Code, Article 49) ay nag-uutos sa mga may-ari ng negosyo na mahigpit na sundin ang mga alituntunin tungkol sa paggamit ng mga talaan sa pagdakip at paghatol ng pagkakasala sa mga desisyon sa pagtanggap ng kawani at pagtatrabaho**. Ang ordinansa ay sumasakop sa mga aplikante ng trabaho at mga kawani na magtatrabaho o nagtatrabaho sa kabuuan, o sa mahalagang bahagi, sa San Francisco at umiiral sa mga may-ari ng negosyo na may 20 o higit pang kawani (sa kabila ng mga lugar na kinaroroonan ng mga kawani).

**Ang ilang mga bagay ay pinagbabawal.** Ang **may-ari ng negosyo** ay *hindi kailanman* maaaring magtanong, mangailangan ng pagbubunyag, o isaalang-alang ang tungkol sa: pagdakip na hindi nagresulta sa paghatol ng pagkakasala (maliban sa hindi pa nalulutas na pagdakip na sumasailalim pa ng kriminal na imbestigasyon o paglilitis); paglahok sa programa ng isang paglihis o pagliban ng paghatol; paghatol ng pagkakasala na binura o hindi ipinatupad; anumang pagpapasiya sa sistema ng katarungang pangkabataan; paghatol ng pagkakasala na mahigit sa 7 taon; at kriminal na pagkakasala maliban sa krimen/maliit na kasalanan. Ang mga bagay na pinagbabawal ay hindi maaaring gamitin ng employer para sa anumang dahilan at anumang bahagi ng proseso ng pagtanggap ng kawani.

**Ang may-ari ng negosyo ay hindi maaaring magtanong sa indibiduwal tungkol sa kasaysayan ng paghatol ng pagkakasala o hindi pa nalulutas na mga pagdakip sa simula ng proseso ng pagtanggap ng kawani.** Kabilang dito ang paggamit sa pormularyo ng aplikasyon sa trabaho, hindi pormal na pakikipag-usap, o ng iba pang paraan.



**Ang inuutos na interaktibong proseso para sa mga bagay na hindi pinagbabawal.** Pagkatapos lamang na magsagawa ng personal na panayam, o magbigay ng may-kondisyong alok ng pagtatrabaho, ang employer ay pinapahintulutang magtanong sa indibiduwal tungkol sa kasaysayan ng paghatol ng pagkakasala (maliban sa mga bagay na pinagbabawal) at hindi pa nalulutas na mga pagdakip. Iyon lamang mga paghatol ng pagkakasala at hindi pa nalulutas na mga pagdakip na *tuwirang may-kaugnayan* sa kakayahan ng indibiduwal na gawin ang trabaho ang maaaring isaalang-alang sa paggawa ng desisyon sa pagtatrabaho.

Bago maaaring gumawa ng kasalungat na aksiyon ang employer gaya ng pagbagsak/pagtangging tanggapin sa trabaho, pagpapaalis, o hindi pagtataas ng tungkulin ng indibiduwal batay sa kasaysayan ng paghatol ng pagkakasala o hindi pa nalulutas na pagdakip, ang employer ay dapat bigyan ng pagkakataon ang indibiduwal na magharap ng ebidensiya na ang impormasyon ay hindi wasto, na ang indibiduwal ay dumaan na sa rehabilitasyon, o iba pang nakakababang mga dahilan. Ang indibiduwal ay may pitong araw upang tumugon, na kung saan ang employer ay dapat ipagpaliban ang anumang kasalungat na aksiyon sa loob ng makatwirang panahon at muling isaalang-alang ang kasalungat na aksiyon. Ang employer ay dapat ipabatid sa indibiduwal ang anumang panghuling kasalungat na aksiyon.

Kabilang sa *ebidensiya ng rehabilitasyon* ay ang kasiya-siyang parol/pansamantalang pagpapalaya (probation); pagtanggap ng edukasyon/pagsasanay; paglahok sa mga programa ng paggamot ng alkohol/druga; mga sulat ng rekomendasyon; at edad nang nahatulan ang indibiduwal. Kabilang sa *nakakababang mga dahilan* ay pananakot, pisikal o emosyonal na pag-abuso, at hindi pa nagagamot na pag-abuso sa substansiya/sakit pangkaisipan, na naging dahilan sa paghatol ng pagkakasala.

**Walang Pagganti.** Ang **may-ari ng negosyo** ay hindi maaaring gumawa ng kasalungat na aksiyon laban sa aplikante o kawani dahil sa pagganap ng kanilang mga karapatan sa ilalim ng ordinansa o pakikipag-tulungan sa Office of Labor Standards Enforcement (OLSE).

Kung kailangan pa ninyo ng higit na impormasyon, o nais mag-ulat ng employer na sa palagay ninyo ay lumabag sa ordinansang ito, mangyaring kontakin ang OLSE sa 415-554-5192 o email FCE@sfgov.org.

**OFFICE OF LABOR STANDARDS ENFORCEMENT**
**City Hall, Room 430 1 Dr. Carlton B. Goodlett Place San Francisco CA 94102-4685**
**Tel. (415) 554-6235 Fax (415) 554-4791**

## CALIFORNIA [SAN FRANCISO/CHINESE]:

*張貼於求職者和雇員容易看到的地方。*
三藩市縣
市長李孟賢
求職者和雇員通告
三藩市公平機會條例
《警察法規》第49條

**2014年8月13日起，《公平機會條例》（《三藩市員警法規》第49條》）要求雇主做出招聘和雇用決定時嚴格遵守使用被捕和犯罪記錄相關的規定。**。本條例適用於將來或目前大部分時間在三藩市工作的求職者和雇員並適用於有20名或以上雇員的雇主（不考慮雇員的所在地）。

**某些事項受到禁止。**雇主任何時候不得問及、要求披露或者考慮求職者或雇員相關的以下事項：（1）未導致定罪的逮捕（仍在進行刑事調查或審理的除外）；（2）參與判決程序轉移或延期；（3）被刪除或宣告無效的有罪判決；（4）青少年司法系統的決定；（5）7年前的有罪判決；以及（6）重罪/輕罪以外的犯罪行為。

**雇主在招聘過程開始時，不得問及個人的犯罪史或未定罪的逮捕。**這包括透過職位申請表、非正式談話或其他方式的詢問。

**不受禁止事項在聘用過程中必須遵守的規定。**。僅可在進行現場面試或者提供有條件雇用之後，才准許雇主問及個人的定罪史（受到禁止的事項除外）和未定罪的逮捕。做出雇用決定時僅可考慮與個人從事該工作的能力直接相關的有罪判決和未定罪的逮捕。



| Document #: RD-100100-101TW | Document Title: **DISCLOSURE FOR BACKGROUND CHECK** | Rev: 1.0 | Date: 06/09/2016 | Page: 10 of 17 |
|---|---|---|---|---|

雇主根據定罪史或未定罪的逮捕採取不/拒絕聘用、解雇或不晉升個人之前，雇主必須給予此人機會提交證據表明該資訊不準確、此人已改過自新或者其他減輕因素。此人有七天時間做出回應，在此期間雇主必須合理延遲時間並重新考慮該不聘佣決定。雇主必須通知此人任何最終的決定。

改過自新的證據包括令人滿意的假釋/緩刑；接受教育/培訓；參加酒精/毒品治療項目；推薦信；以及個人被判有罪的年齡。減輕因素包括促成有罪判決的脅迫、身體或精神虐待以及未得到治療的藥物濫用/精神疾病。

**禁止報復。**
雇主不得因求職者或雇員行使條例規定的權利或者配合勞工標準執行辦公室（OLSE），而對求職者或雇員採取報復行動。

如果您需要更多資訊或者想要舉報您認為違反本條例的雇主，請撥打415-554-5192或者發送電子郵件到FCE@sfgov.org聯繫OLSE。

**□□□□□□□□□□**
**City Hall, Room 430 1 Dr. Carlton B. Goodlett Place San Francisco CA 94102-4685**
**□□ (415) 554-6235 □□ (415) 554-4791**

**MASSACHUSETTS:** You have the right to obtain a free copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding eight dollars. There is no fee, however, if you have been turned down for credit, employment, insurance, or rental dwelling because of information in your credit report within the preceding sixty days. The consumer credit reporting agency must provide someone to help you interpret the information in your credit file. Each calendar year you are entitled to receive, upon request, one free consumer credit report.

You have a right to dispute inaccurate information by contacting the consumer credit reporting agency directly. However, neither you nor any credit repair company or credit service organization has the right to have accurate, current, and verifiable information removed from your credit report. In most cases, under state and federal law, the consumer credit reporting agency must remove accurate, negative information from your report only if it is over seven years old, and must remove bankruptcy information only if it is over ten years old.

If you have notified a consumer credit reporting agency in writing that you dispute the accuracy of information in your file, the consumer credit reporting agency must then, within thirty business days, reinvestigate and modify or remove inaccurate information. The consumer credit reporting agency may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning a dispute should be given to the consumer credit reporting agency.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a statement to the consumer credit reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about the disputed information in a report it issues about you.

You have a right to receive a record of all inquiries relating to a credit transaction initiated in the six months preceding your request, or two years in the case of a credit report used for employment purposes. This record shall include the recipients of any consumer credit report.

You have the right to opt out of any pre-screening lists compiled by or with the assistance of a consumer credit reporting agency by calling the agency's toll-free telephone number or contacting the agency in writing. You may be entitled to collect compensation, in certain circumstances, if you are damaged by a person's negligent or intentional failure to comply with the provisions of the credit report act.

**INFORMATION CONCERNING THE PROCESS IN CORRECTING A CRIMINAL RECORD IN MASSACHUSETTS**



1. If you have undergone a background check by an agency that has received a criminal record from the DCJIS, you may ask the agency to provide you with a copy of the criminal record. You may also request a copy of your adult criminal record from the Department of Criminal Justice Information Services, 200 Arlington Street, Suite 2200, Chelsea, MA 02150 or by calling (617)660-4640 or go to http://www.mass.gov/Eeops/docs/cjis/cori_request_personal.pdf

2. The DCJIS charges $25.00 fee to provide an individual with a copy of his/her criminal record. You may complete an affidavit of indigency and request that the DCJIS waive the fee.

3. Upon receipt, review the record. If you need assistance in interpreting the entries or dispositions, please review the disposition code and "how to read a criminal record" on the DCJIS website www.mass.gov/cjis/cori/cori_bop.html

4. The DCJIS does not offer "walk-in" service but you may call our Legal Division at (617)660-4760 for assistance or the CARI Unit of the Office of the Commissioner of Probation at (617)727-5300.

5. If you believe that a case is opened on your record that should be marked closed, you may contact the Office of the Commissioner of Probation Department at the court where the charges were brought and request that the case(s) be updated.

6. If you believe that a disposition is incorrect, contact the Chief Probation Officer at the court where the charges were brought or the CARI Unit at the Office of the Commissioner of Probation and report that the court incorrectly entered a disposition on your criminal record.

7. If you believe that someone has stolen or improperly used your identity and were arraigned on criminal charges under your name, you may contact the Office of the Commissioner of Probation CARI Unit or the Chief Probation Officer in the court where the charges were brought. For a listing of courthouses and telephone numbers please see www.mass.gov/cjis/cori/cori_codes_court.html

8. In some situations of identity theft, you may need to contact the DCJIS to arrange to have fingerprints analysis conducted.

9. If there is a warrant currently outstanding against you, you need to appear at the court and ask that the warrant be recalled. You cannot do this over the telephone.

10. If you believe that an employer, volunteer agency, housing agency or municipality has been provided with a criminal record that does not pertain to you, the agency should contact the CORI Unit for assistance at (617)660-4640.

## MASSACHUSETTS CRIMINAL BACKGROUND CHECK COMPANY POLICY

This policy is applicable to the criminal history screening of prospective and current employees, subcontractors, volunteers and interns, professional licensing applicants, and applicants for the rental or leasing of housing.
Where Criminal Offender Record Information (CORI) and other criminal history checks may be part of a general background check for employment, volunteer work, licensing purposes, or the rental or leasing of housing, the following practices and procedures will be followed.

### I. INQUIRING ABOUT CRIMINAL HISTORY

In connection with any decision regarding employment, volunteer opportunities, housing, or professional licensing, the subject shall be provided with a copy of the criminal history record, whether obtained from the



DCJIS or from any other source, prior to questioning the subject about his or her criminal history. The source(s) of the criminal history record is also to be disclosed to the subject.

**II. DETERMINING SUITABILITY**

If the subject does not dispute the record's accuracy, then the determination of suitability for the position or license will be made. Unless otherwise provided by law, a criminal record will not automatically disqualify an applicant. Rather, the determination will be made based on factors including, but not limited to, the following:

a. Relevance of the record to the position sought;
b. The nature of the work to be performed;
c. Time since the conviction;
d. Age of the candidate at the time of the offense;
e. Seriousness and specific circumstances of the offense;
f. The number of offenses;
g. Whether the applicant has pending charges;
h. Any relevant evidence of rehabilitation or lack thereof; and
i. Any other relevant information, including information submitted by the candidate or requested by the organization.

The applicant is to be notified of the decision and the basis for it in a timely manner.

**III. ADVERSE DECISIONS BASED ON CRIMINAL BACKGROUND INFORMATION**

If an authorized official is inclined to make an adverse decision based on the results of a criminal history background check, the applicant will be notified immediately. The subject shall be provided with a copy of the organization's Criminal Background Check policy and a copy of the criminal history. The source(s) of the criminal history will also be revealed. The subject will then be provided with an opportunity to dispute the accuracy of the record. Subjects shall also be provided a copy of DCJIS' **Information Concerning the Process for Correcting a Criminal Record.**

**Currently, the company does not conduct Criminal Offender Record Information ("CORI") checks through the Massachusetts Department of Criminal Justice Information Services ("DCJIS") iCORI database. If the company chooses to conduct such checks through the iCORI database in the future, the following procedures will apply.**

**IV. CONDUCTING CORI SCREENING**

CORI checks**, conducted through the state's iCORI database,** will only be conducted as authorized by the DCJIS and MGL c. 6, § 172, and only after a CORI Acknowledgement Form has been completed.

With the exception of screening for the rental or leasing of housing, if a new CORI check is to be made on a subject within a year of his/her signing of the CORI Acknowledgement Form, the subject shall be given seventy two (72) hours notice that a new CORI check will be conducted.

If a requestor is screening for the rental or leasing of housing, a CORI Acknowledgement Form shall be completed for each and every subsequent CORI check.

**V. ACCESS TO CORI**

All CORI obtained from the DCJIS is confidential, and access to the information must be limited to those individuals who have a "need to know". This may include, but not be limited to, hiring managers, staff submitting the CORI requests, and staff charged with processing job applications. [The Company] must maintain and keep a current list of each individual authorized to have access to, or view, CORI. This list must be updated every six (6) months and is subject to inspection upon request by the DCJIS at any time.

**VI. CORI TRAINING**



An informed review of a criminal record requires training. Accordingly, all personnel authorized to review or access CORI at the Company will review, and will be thoroughly familiar with, the educational and relevant training materials regarding CORI laws and regulations made available by the DCJIS.
Additionally, if the Company is an agency required by MGL c. 6, §171A, to maintain a CORI Policy, all personnel authorized to conduct criminal history background checks and/or to review CORI information will review, and will be thoroughly familiar with, the educational and relevant training materials regarding CORI laws and regulations made available by the DCJIS.

**VII. USE OF CRIMINAL HISTORY IN BACKGROUND SCREENING**
CORI used for employment purposes shall only be accessed for applicants who are otherwise qualified for the position for which they have applied.

**VIII. VERIFYING A SUBJECT'S IDENTITY**
If a criminal record is received from the DCJIS, the information is to be closely compared with the information on the CORI Acknowledgement Form and any other identifying information provided by the applicant to ensure the record belongs to the applicant.
If the information in the CORI record provided does not exactly match the identification information provided by the applicant, a determination is to be made by an individual authorized to make such determinations based on a comparison of the CORI record and documents provided by the applicant.

**IX. SECONDARY DISSEMINATION LOGS**
All CORI obtained from the DCJIS is confidential and can only be disseminated as authorized by law and regulation. A central secondary dissemination log shall be used to record any dissemination of CORI outside this organization, including dissemination at the request of the subject.

**NEW JERSEY:**
**You have the right to a free copy of your credit information:** As a New Jersey resident, you are entitled to a free copy of your credit report once a year from each of the major credit agencies (Equifax, Experian and TransUnion). Your credit report contains detailed information about your credit history. It is a good idea to review your credit report to make sure it is accurate. For information on how to request your free report, visit www.annualcreditreport.com or call Equifax (1-800-685-1111), Experian (1-888-397-3742) or TransUnion (1-800-888-4213).

- **Or by completing an Annual Credit Report Request form and mail to:**
  **Annual Credit Report Request Service**
  **PO Box 105281**
  **Atlanta, GA 30348-5281**
  **Forms can be printed from www.ftc.gov/credit**
- **New Jersey residents are entitled to one free copy of each credit reporting agency's credit report once a year.**

Many companies use your credit score when you are seeking credit, a loan, utility hook-ups, and even a job. Your credit score is a number that is calculated based on your credit history that measures your credit worthiness at a particular point in time. You can receive your credit score for a reasonable fee from the credit agencies.

**You have the right to receive notice from a potential employer if an adverse action may be or is taken against you based on your credit history:** You have the right to receive a notice from a potential employer where an adverse action may be or is taken against you based on your credit history. You also have the right to receive a clear explanation regarding the adverse action.

**You have the right to know what is in your file:** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). This disclosure will be made during normal business hours and upon reasonable notice. You may appear in person to make a request for information in your file or you may make a request by telephone after you have made a written request, with proper identification and pay for any toll charges. If you appear in



person, you may be accompanied by one other person of your choosing, who shall furnish reasonable identification. You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

**You have the right to correct inaccuracies on your credit reports:** If you find inaccuracies on your credit reports, you have the right to contact the credit agencies to correct the information. To contact the credit agencies, visit www.annualcreditreport.com or call Equifax (1-800-685-1111), Experian (1-888-397-3742) or TransUnion (1-800-888-4213).

If you notify the credit agencies that you dispute the accuracy or completeness of any item of information contained in your credit reports, the credit agencies have 30 days from the date you provided notice to investigate. The 30-day period may be extended for an additional 15 days if the agency receives information from you during the 30-day period that is relevant to the investigation.

If a credit agency determines a disputed item of information is inaccurate or incomplete or cannot be verified, the credit agency shall promptly delete that item of information from your file or modify that item. If a credit agency determines your dispute is frivolous or invalid, it shall notify you no later than five business days after making that determination. The notice of such a determination shall include the reasons for making the determination, and the identification of any information required to investigate the disputed information.

If a credit agency reinserts any information which has been deleted from your file based on your dispute, the credit agency must notify you in writing no later than five business days after the reinsertion. This notice must include a statement that the disputed information has been reinserted, the business name and address of any furnisher of information, the telephone number of the furnisher, if reasonably available, and a statement that you have the right to add a statement to your file disputing the accuracy or completeness of the disputed information.

If an investigation does not resolve the dispute, you may file a brief statement setting forth the nature of the dispute. The credit agency may limit this statement to not more than 100 words if it provides you with assistance in writing a clear summary of the dispute.

Whenever you file a statement of dispute, unless there are reasonable grounds to believe that the dispute is frivolous or irrelevant, the credit agency must note in any subsequent report containing the disputed information that the information is disputed by you and provide your statement or a summary of your statement.

Upon receipt of a notice from a credit agency that its investigation of a dispute is complete, you have the right to request a description of the procedure used by the credit agency to determine the accuracy and completeness of the information. You have the right to be sent a response to this request within 15 days after the credit agency has received your request.

Upon your request, the credit agency must furnish notice of any deleted information or, for disputed items, your statement of dispute to any person you designate who has received report containing the deleted or disputed information for employment purposes within the preceding two years.

**You have the right to freeze access to the credit file held by a credit reporting agency about you:** A security freeze is a way to "freeze" access to your credit file held by a credit reporting agency. As of January 1, 2006, you will be able to give access to selected users of the credit file through a password or temporary exemption to the freeze. This tool is available to New Jersey residents as a way to control use of their personal credit information to prevent or limit the damage



from someone stealing someone's identity and using it for their personal profit. For information on freezing your credit report, www.annualcreditreport.com or call Equifax (1-800-685-1111), Experian (1-888-397-3742) or TransUnion (1-800-888-4213).

**NEW YORK:** You may request a copy of any investigative consumer report by contacting TalentWise. If further checks are requested on you, you will be provided the name and address of the applicable consumer reporting agency. Do not sign your consent unless you have received a copy of Article 23-A of New York Correction Law.

**NEW YORK CORRECTION LAW**
**ARTICLE 23-A**

**§750. Definitions**. For the purposes of this article, the following terms shall have the following meanings:

(1) "Public agency" means the state or any local subdivision thereof, or any state or local department, agency, board or commission.

(2) "Private employer" means any person, company, corporation, labor organization or association which employs ten or more persons.

(3) "Direct relationship" means that the nature of criminal conduct for which the person was convicted has a direct bearing on his fitness or ability to perform one or more of the duties or responsibilities necessarily related to the license, opportunity, or job in question.

(4) "License" means any certificate, license, permit or grant of permission required by the laws of this state, its political subdivisions or instrumentalities as a condition for the lawful practice of any occupation, employment, trade, vocation, business, or profession. Provided, however, that "license" shall not, for the purposes of this article, include any license or permit to own, possess, carry, or fire any explosive, pistol, handgun, rifle, shotgun, or other firearm.

(5) "Employment" means any occupation, vocation or employment, or any form of vocational or educational training. Provided, however, that 'employment" shall not, for the purposes of this article, include membership in any law enforcement agency.

**§751. Applicability**. The provisions of this article shall apply to any application by any person for a license or employment at any public or private employer, who has previously been convicted of one or more criminal offenses in this state or in any other jurisdiction, and to any license or employment held by any person whose conviction of one or more criminal offenses in this state or in any other jurisdiction preceded such employment or granting of a license, except where a mandatory forfeiture, disability or bar to employment is imposed by law, and has not been removed by an executive pardon, certificate of relief from disabilities or certificate of good conduct. Nothing in this article shall be construed to affect any right an employer may have with respect to an intentional misrepresentation in connection with an application for employment made by a prospective employee or previously made by a current employee.

**§752. Unfair discrimination against persons previously convicted of one or more criminal offenses prohibited**. No application for any license or employment, and no employment or license held by an individual, to which the provisions of this article are applicable, shall be denied or acted upon adversely by reason of the individuals having been previously convicted of one or more criminal offenses, or by reason of a finding of lack of 'good moral character' when such finding is based upon the fact that the individual has previously been convicted of one or more criminal offenses, unless:

(1) There is a direct relationship between one or more of the previous criminal offenses and the specific license or employment sought or held by the individual; or

(2) the issuance or continuation of the license or the granting or continuation of the employment would involve an unreasonable risk to property or to the safety or welfare of specific individuals or the general public.

**§753. Factors to be considered concerning a previous criminal conviction; presumption.**

(1) In making a determination pursuant to section seven hundred fifty—two of this chapter, the public agency or private employer shall consider the following factors:

  (a) The public policy of this state, as expressed in this act, to encourage the licensure and employment of persons previously convicted of one or more criminal offenses.

  (b) The specific duties and responsibilities necessarily related to the license or employment sought or held by the person.

(c) The bearing, if any, the criminal offense or offenses for which the person was previously convicted will have on his fitness or ability to perform one or more such duties or responsibilities.
(d) The time which has elapsed since the occurrence of the criminal offense or offenses.
(e) The age of the person at the time of occurrence of the criminal offense or offenses.
(f) The seriousness of the offense or offenses.
(g) Any information produced by the person, or produced on his behalf, in regard to his rehabilitation and good conduct.
(h) The legitimate interest of the public agency or private employer in protecting property, and the safety and welfare of specific individuals or the general public.

(2) In making a determination pursuant to section seven hundred fifty—two of this chapter, the public agency or private employer shall also give consideration to a certificate of relief from disabilities or a certificate of good conduct issued to the applicant, which certificate shall create a presumption of rehabilitation in regard to the offense or offenses specified therein.

**§754. Written statement upon denial of license or employment.** At the request of any person previously convicted of one or more criminal offenses who has been denied a license or employment, a public agency or private employer shall provide, within thirty days of a request, a written statement setting forth the reasons for such denial.

**§755. Enforcement.**

(1) In relation to actions by public agencies, the provisions of this article shall be enforceable by a proceeding brought pursuant to article seventy—eight of the civil practice law and rules.
(2) In relation to actions by private employers, the provisions of this article shall be enforceable by the division of human rights pursuant to the powers and procedures set forth in article fifteen of the executive law, and, concurrently, by the New York city commission on human rights.

**WASHINGTON:** The Washington Fair Credit Reporting Act, located at Chapter 19.182 RCW, substantially parallels the federal Fair Credit Reporting Act and the rights and remedies set forth in the Consumer Financial Protection Bureau's Summary of Rights. However, effective July 22, 2007, the Washington State law imposes greater limitations on the reasons for which an employer may obtain a consumer report. Beginning July 22, 2007, under Washington State law, an employer may not obtain a consumer report for employment purposes where any information contained in the report bears on the consumer's "credit worthiness, credit standing, or credit capacity," unless either (1) the information is substantially job related and the employer's reasons for using the information are disclosed to the consumer in writing, or (2) the information is "required by law." If the Company requests an investigative consumer report, you have the right, upon written request made within a reasonable period of time after your receipt of this disclosure, to receive from the Company a complete and accurate disclosure of the nature and scope of the investigation requested by the Company.

Any complaints by consumers under Washington state law may be directed to the Attorney General's Office in Washington's Consumer Protection Division. For information call the Consumer Resource Center statewide toll-free number: 800-551-4636, toll-free TDD: 800-833-6384. Complaints may be made via U.S. mail or email (Complaints: http://www.atg.wa.gov/FileAComplaint.aspx#.UQMVoGc0-So, Website & Forms: http://www.atg.wa.gov).

OTHER CONSUMER RESOURCE CENTERS THAT YOU MAY CONTACT:
**Bellingham (Island, San Juan, Skagit and Whatcom Counties):** Attorney General's Office – Consumer Resource Center, 103 E. Holly, Suite 308, Bellingham, WA 98225, Phone: (360) 738-6185, Fax: (360) 738-6190.

**Kennewick (Southeast Washington)**: Attorney General's Office – Consumer Resource Center, 500 N. Morain Street, Suite 1250, Kennewick, WA 99336-2607, Phone: (509) 734-7140, Fax: (509) 734-7290.

**Seattle (North King, Snohomish, Clallam and Jefferson Counties and Bainbridge Island)**: Attorney General's Office – Consumer Resource Center, 900 Fourth Avenue, Suite 2000, Seattle, WA 98164-1012, Phone: (206) 464-6684, Fax: (206) 464-645.



southwest key
programs

| Document #: RD-100100-101TW | Document Title: **DISCLOSURE FOR BACKGROUND CHECK** | Rev: 1.0 | Date: 06/09/2016 | Page: 17 of 17 |
|---|---|---|---|---|

**Spokane (Northeast Washington):** Attorney General's Office – Consumer Resource Center, 1116 West Riverside, Spokane, WA 99201-1194, Phone: (509) 456-3123, Fax: (509) 458-3548.

**Tacoma (Pierce, Mason, Grays Harbor, Kitsap and South King Counties):** Attorney General's Office – Consumer Resource Center**,** P.O. Box 2317**,** Tacoma, WA 98401-2317**,** Phone: (253) 593-2904**,** Fax: (253) 593-2449.

**Vancouver (Clark, Cowlitz, Pacific, Skamania, Wahkiakum, Lewis and Thurston Counties**): Attorney General's Office – Consumer Resource Center, 1220 Main Street, Suite 549, Vancouver, WA 98660-2964, Phone: (360) 759-2150, Fax: (360) 759-2159.

SOUTHWEST KEY PROGRAMS, INC.

SWK000362

# EXHIBIT
# 5

## Background Inquiry Agreement

I understand that this agreement is an authorization to any of my present or former employers or any education institution, governmental agency, or personal reference to release any information regarding my character, ability, reputation, past conduct, or job qualifications. This investigation may include, but is not limited to, the following areas: (1) Education; (2) Military History; (3) Employment History; (4) Driver's History; and/or (5) Court, Criminal, Police or FBI records.

I hereby agree that, as a condition of consideration for employment with Southwest Key I am hereby authorizing, without reservation, Southwest Key, its representatives, employees or agents, to conduct an investigation of all statements contained in my application, any resume, or any other document or information that I have submitted. I hereby waive any and all rights and claims I may have against: (1) Southwest Key, its representatives, employees or agents, for seeking, gathering, and using such information; and (2) all other persons, corporations or other entities for furnishing such information about me. I authorize all results from the background inquiry to be forwarded to any funding source of Southwest Key Programs, Inc.

**I understand that any false statement or misrepresentation on this document may be cause for refusal to hire, or for immediate dismissal upon discovery regardless of when such falsification or misrepresentation is discovered.**

Ma D[signature] Signature

03-06-18 Date

PLEASE PRINT CLEARLY

Full Legal Name: MA Dolores Hernandez Other Names Used/Maiden Name: ______ DOB: 10-24-60

SSN: [redacted] Driver's License Number: [redacted] State of Issue/Exp. Date: CA ~~08/22~~ 10/24/22 20,

Please provide the following information regarding all locations in which you have resided for the past seven years beginning with your present address. All periods of time must be accounted for and all residences must be listed. If you do not recall all of your addresses for the past seven years, please check this box ☐ and list each address that you can recall as well as each city and state you have lived in during the seven years. Please attach another sheet if necessary.

| From-To (mo.and yr.) | Street Address and City | County | Zip |
|---|---|---|---|
| 13549 Elsworth St | Morenovalley | CA | 92553 since 199 |
| | | | |
| | | | |
| | | | |

Have you ever been convicted or pled guilty, no contest or nolo contendere, or received deferred adjudication, or probation for: (1) any felony, at any time; (2) any crime involving violence or bodily injury, at any time; and/or (3) any misdemeanor in the past ten (10) years? (Please do not include traffic violations.) Yes ☐ No ☒ If "yes", explain in detail below—**failure to provide information regarding your conviction or deferred adjudication on this document may be cause for refusal to hire, or for immediate dismissal upon discovery regardless of when such falsification or misrepresentation is discovered.** Please attach another sheet if necessary.

______

______

**For Southwest Key Personnel Use Only (to be completed before returning to Human Resources)**

☐ Conduct Background Check.

☐ An MVR request is being requested, Applicant will be authorized to drive.

☐ An MVR request is **not** being requested, Applicant will **not** be authorized to drive.

Program #______

☐ Copy of driver's license attached

Name and Phone Number of Southwest Key Personnel Requesting Background/MVR Check: ______

# EXHIBIT 6



southwest key
programs

## Background Inquiry Agreement

[Un]derstand that this agreement is an authorization to any of my present or former employers or any education institution, governmental agency, or personal reference to release any information regarding my character, ability, reputation, past conduct, or job qualifications. This investigation may include, but is not limited to, the following areas: (1) Education; (2) Military History; (3) Employment History; (4) Driver's History; and/or (5) Court, Criminal, Police or FBI records.

I hereby agree that, as a condition of consideration for employment with Southwest Key I am hereby authorizing, without reservation, Southwest Key, its representatives, employees or agents, to conduct an investigation of all statements contained in my application, any resume, or any other document or information that I have submitted. I hereby waive any and all rights and claims I may have against: (1) Southwest Key, its representatives, employees or agents, for seeking, gathering, and using such information; and (2) all other persons, corporations or other entities for furnishing such information about me. I authorize all results from the background inquiry to be forwarded to any funding source of Southwest Key Programs, Inc.

**I understand that any false statement or misrepresentation on this document may be cause for refusal to hire, or for immediate dismissal upon discovery regardless of when such falsification or misrepresentation is discovered.**

[signature] 3-19-18

Signature Date

PLEASE PRINT CLEARLY

Full Legal Name: Roberto Daniel Nava Diaz Other Names Used/Maiden Name: ________ DOB: 12-21-1994

SSN: [redacted] Driver's License Number: [redacted] State of Issue/Exp. Date: ________

Please provide the following information regarding all locations in which you have resided for the past seven years beginning with your present address. All periods of time must be accounted for and all residences must be listed. If you do not recall all of your addresses for the past seven years, please check this box ☐ and list each address that you can recall as well as each city and state you have lived in during the past seven years. Please attach another sheet if necessary.

| [From]-To (mo.and yr.) | Street Address and City | County | Zip |
|---|---|---|---|
| 01/2009 | 352 Broadway Spc-J9 Chula Vista | CA | 91910 |
| | | | |
| | | | |
| | | | |
| | | | |

Have you ever been convicted or pled guilty, no contest or nolo contendere, or received deferred adjudication, or probation for: (1) any felony, at any time; (2) any crime involving violence or bodily injury, at any time; and/or (3) any misdemeanor in the past ten (10) years? (Please do not include traffic violations.) Yes ☐ No ☒ If "yes", explain in detail below—**failure to provide information regarding your conviction or deferred adjudication on this document may be cause for refusal to hire, or for immediate dismissal upon discovery regardless of when such falsification or misrepresentation is discovered.** Please attach another sheet if necessary.

**For Southwest Key Personnel Use Only (to be completed before returning to Human Resources)**

☐ Conduct Background Check.

☐ An MVR request is being requested. Applicant will be authorized to drive.

☐ [A]n MVR request is **not** being requested, Applicant will **not** be authorized to drive.

Program #________

☐ Copy of driver's license attached

Name and Phone Number of Southwest Key Personnel Requesting Background/MVR Check: ________

# EXHIBIT 7



southwest key
programs

## Background Inquiry Agreement

I understand that this agreement is an authorization to any of my present or former employers or any education institution, governmental agency, or personal reference to release any information regarding my character, ability, reputation, past conduct, or job qualifications. This investigation may include, but is not limited to, the following areas: (1) Education; (2) Military History; (3) Employment History; (4) Driver's History; and/or (5) Court, Criminal, Police or FBI records.

I hereby agree that, as a condition of consideration for employment with Southwest Key I am hereby authorizing, without reservation, Southwest Key, its representatives, employees or agents, to conduct an investigation of all statements contained in my application, any resume, or any other document or information that I have submitted. I hereby waive any and all rights and claims I may have against: (1) Southwest Key, its representatives, employees or agents, for seeking, gathering, and using such information; and (2) all other persons, corporations or other entities for furnishing such information about me. I authorize all results from the background inquiry to be forwarded to any funding source of Southwest Key Programs, Inc.

**I understand that any false statement or misrepresentation on this document may be cause for refusal to hire, or for immediate dismissal upon discovery regardless of when such falsification or misrepresentation is discovered.**

[signature] Signature

02/28/2018 Date

**PLEASE PRINT CLEARLY**

Full Legal Name: AZAR Sanchez-Calv Other Names Used/Maiden Name: ______ DOB: 01/18/1968

SSN: [redacted] Driver's License Number: [redacted] State of Issue/Exp. Date: CA 01/18/2021

Please provide the following information regarding all locations in which you have resided for the past seven years beginning with your present address. All periods of time must be accounted for and all residences must be listed. If you do not recall all of your addresses for the past seven years, please check this box ☐ and list each address that you can recall as well as each city and state you have lived in during the past seven years. Please attach another sheet if necessary.

| From-To (mo.and yr.) | Street Address and City | County | Zip |
|---|---|---|---|
| 08/16 – Present | 8582 Echo Drive | La Mesa CA | 91941 |
| 12/01 – 08/16 | 4381 Oregon St #6 | SAN DIEGO - CA | 92104 |
| | | | |
| | | | |
| | | | |

Have you ever been convicted or pled guilty, no contest or nolo contendere, or received deferred adjudication, or probation for: (1) any felony, at any time; (2) any crime involving violence or bodily injury, at any time; and/or (3) any misdemeanor in the past ten (10) years? (Please do not include traffic violations.) Yes ☐ No ☒ If "yes", explain in detail below—**failure to provide information regarding your conviction or deferred adjudication on this document may be cause for refusal to hire, or for immediate dismissal upon discovery regardless of when such falsification or misrepresentation is discovered.** Please attach another sheet if necessary.

**For Southwest Key Personnel Use Only (to be completed before returning to Human Resources)**

☐ Conduct Background Check.

☐ An MVR request is being requested, Applicant will be authorized to drive. Program #______

☐ An MVR request is **not** being requested, Applicant will **not** be authorized to drive. ☐ Copy of driver's license attached

Name and Phone Number of Southwest Key Personnel Requesting Background/MVR Check: ______