**CROSNER LEGAL, P.C.**
Zachary Crosner (SBN 272295)
zach@crosnerlegal.com
Michael Crosner (SBN 219705)
mike@crosnerlegal.com
Rex Phillips (SBN 237747)
rex@crosnerlegal.com
433 N. Camden Drive, Suite 40
Beverly Hills, California 90210
Telephone: (310) 496-5818
Facsimile: (310) 510-6429

**LAW OFFICE OF BRENT MARLIS**
Brent Marlis (SBN 284654)
10940 Wilshire Blvd., Suite 1600
Los Angeles, California 90024
Telephone: (310) 431-9355
Facsimile: (310) 473-1175

Attorneys for Plaintiffs MARIA
HERNANDEZ, AZAEL SANCHEZ,
and ROBERTO NAVA

**OGLETREE, DEAKINS,
NASH, SMOAK &
STEWART, P.C.**
Lyne A. Richardson
(SBN 272295)
lyne.richardson@ogletree.com
Glendy C. Lau (SBN 280174)
Glendy.lau@ogletree.com
4370 La Jolla Village Dr. Ste 990
San Diego, California 92122
Telephone: (310) 217-8191
Facsimile: (310) 271-8184

Attorneys for Defendant
SOUTHWEST KEY
PROGRAMS, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MARIA HERNANDEZ, as an
individual, AZAEL SANCHEZ, as an
individual; and ROBERTO NAVA, as
an individual, and on behalf of all others
similarly situated,

        Plaintiffs,

    v.

SOUTHWEST KEY PROGRAMS,
INC.; a Texas corporation;
TALENTWISE, INC., a Delaware
Corporation; and DOES 1-50

        Defendants.

Case No. 3:19-cv-01636-AJB-AHG

Judge Anthony Battaglia
Dept.: Courtroom 4A

**NOTICE OF SETTLEMENT
AND JOINT MOTION TO
VACATE MOTION FOR
SUMMARY JUDGMENT
HEARING, VACATE
DEADLINES, AND STAY THE
CASE; DECLARATION OF REX
PHILLIPS**

[*Proposed Order filed concurrently
herewith*]

Plaintiffs Maria Hernandez, Azael Sanchez, and Roberto Nava (collectively, "Plaintiff") and Southwest Key Programs, Inc. ("Defendant")(collectively, the "Parties"), hereby jointly notice the Court of settlement of this action and move, and respectfully request that the Court vacate the Motion for Summary Judgment Hearing set to take place on July 16, 2020, at 2:00 p.m., vacate all current deadlines, and stay the case, pending finalization of settlement between the Parties.

Good cause exists for this notice of settlement and joint motion to vacate the Motion for Summary Judgment Hearing, vacate all current deadlines, and stay the case, as set forth below:

1.      The Parties have reached settlement in the above-captioned matter and are in the process of preparing and finalizing a settlement agreement, the terms and provisions of which cannot immediately be executed.

2.      The settlement provides that Plaintiff will dismiss the matter with prejudice upon execution of the settlement agreement, which the Parties anticipate will be completed within 90 days of the filing of this notice and joint motion.

3.      Given that the Parties have reached an agreement to settle this matter in its entirety and given the additional 90 days the Parties are requesting to finalize and execute a formal settlement agreement, the Parties respectfully request that the Court vacate the Motion for Summary Judgment Hearing currently scheduled to take place on July 16, 2020 before the Court.  The Parties further request that the Court vacate any future deadlines and stay the case for at least 90 days to allow the Parties to effectuate execution of a formal settlement agreement and to dismiss this action with prejudice.

2.      This notice of settlement and motion is being filed jointly by the Parties and is submitted to the Court unopposed.

//

//

1

5.    A Declaration of Plaintiff's Counsel, Rex Phillips, is submitted herewith which describes the steps taken by the Parties to reach settlement of this case.

**SO STIPULATED**.

Dated:  July 9, 2020                    **CROSNER LEGAL, P.C.**


By: _____
            MICHAEL CROSNER
            ZACH CROSNER
            REX PHILLIPS
            Attorneys for Plaintiff
            MARIA HERNANDEZ, AZAEL
            SANCHEZ, and ROBERTO NAVA


Dated:  July 9, 2020                    **LAW OFFICE OF BRENT MARLIS**


By: __/ / S / / Brent Marlis_____
            BRENT MARLIS
            Attorney for Plaintiff
            MARIA HERNANDEZ, AZAEL
            SANCHEZ, and ROBERTO NAVA


Dated:  July 9, 2020                    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**


By: __/ / S / / Lyne Richardson_____
            LYNE A RICHARDSON
            GLENDY C. LAU
            Attorney for DEFENDANT
            SOUTHWEST KEY PROGRAMS, INC.

NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE MOTION FOR SUMMARY JUDGMENT HEARING, VACATE DEADLINES AND STAY THE CASE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF REX PHILLIPS

I, Rex Phillips, declare as follows:

1.      I am an attorney duly admitted to practice law before this Court and Counsel of Crosner Legal, PC, counsel of record for Plaintiffs Maria Hernandez, Azael Sanchez, and Roberto Nava (collectively, "Plaintiff") in the above-captioned action. I have personal knowledge of the matters stated below and, if called as a witness, I could competently testify thereto.

2.      On or about April 29, 2020, Defendant Southwest Key Programs, Inc. ("Defendant") filed a Motion for Summary Judgment or in the Alternative, Partial Summary Judgment ("MSJ") in this matter.

3.      On or about May 13, 2020, Plaintiff filed an Opposition to Defendant's MSJ.

4.      On or about May 20, 2020, Defendant filed its Reply to Plaintiff's Opposition to MSJ.

5.      Throughout the Parties respective filings with respect to the MSJ, I continually met and conferred with counsel for Defendant, Glendy Lau regarding negotiations to attempt to settle this matter to attempt to avoid continued, protracted litigation in this matter.

6.      After continued good faith meet and confer communications, the Parties were finally able to reach settlement of this matter as of the date of the filing of this notice of settlement, joint motion, and declaration.

7.      The Parties are now in the process of preparing and finalizing a settlement agreement, the terms and provisions of which cannot immediately be executed.

8.      The settlement provides that Plaintiff will dismiss this matter with prejudice upon execution of the settlement agreement, which the Parties anticipate will be

NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE MOTION FOR SUMMARY JUDGMENT HEARING, VACATE DEADLINES AND STAY THE CASE

completed within 90 Days of the filing of this notice of settlement, joint motion, and declaration.

9.    The Parties have met and conferred and have reached agreement to settle this matter in its entirety and jointly and respectfully request that the Court allow an additional 90 Days to finalize and execute a formal settlement agreement and to vacate the MSJ Hearing currently scheduled to take place on July 16, 2020 before the Court. The Parties have met and conferred and further request that the Court vacate any future deadlines and stay the case for at least 90 Days to allow the Parties to effectuate execution of a formal settlement agreement and to dismiss this action with prejudice

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 9th day of July, 2020, at Hacienda Heights, California.

REX PHILLIPS

NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE MOTION FOR SUMMARY JUDGMENT HEARING, VACATE DEADLINES AND STAY THE CASE

PROOF OF SERVICE
*MARIA HERNANDEZ vs. SOUTHWEST KEY PROGRAMS, INC.*
*U.S. District Court-Southern District Case No. 3:19-cv-01636-AJB-AHG*

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 433 N. Camden Dr., Ste. 400, Beverly Hills, CA 90210.

On July 9, 2020, I served true copies of the following document(s) described as

**NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE MOTION FOR SUMMARY JUDGMENT HEARING, VACATE DEADLINES, AND STAY THE CASE; DECLARATION OF REX PHILLIPS**

**[PROPOSED] ORDER ON NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE MOTION FOR SUMMARY JUDGMENT HEARING, VACATE DEADLINES, AND STAY THE CASE**

on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

☒      By CM/ECF: I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 9, 2020, at Los Angeles, California.

_____
Maria Monterrey

1    SERVICE LIST
     *MARIA HERNANDEZ vs. SOUTHWEST KEY PROGRAMS, INC.*
2    *U.S. District Court-Southern District Case No. 3:19-cv-01636-AJB-AHG*

3

4        Lyne A. Richardson                         Attorneys for Defendant
         Glendy C. Lau                              SOUTHWEST KEY PROGRAMS, INC
5        **OGLETREE, DEAKINS, NASH,**
         **SMOAK & STEWART, P.C.**
6        4370 La Jolla Village Dr. Ste 990
         San Diego, California 92122
7        Telephone: (310) 217-8191
         Facsimile: (310) 271-8184
8        lyne.richardson@ogletree.com
         Glendy.lau@ogletree.com
9

10

11       .

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              **PROOF OF SERVICE**