# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, as an individual; AZAEL SANCHEZ, as an individual; and ROBERTO NAVA, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC., A TEXAS CORPORATION; TALENTWISE, INC., A DELAWARE CORPORATION, AND DOES 1-50,<br><br>Defendants. | Case No. 3:19-cv-01636-AJB-AHG<br><br>**ORDER ON NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE MOTION FOR SUMMARY JUDGMENT HEARING, VACATE DEADLINES, AND STAY THE CASE** |

The Court, having reviewed the Notice of Settlement and Joint Motion to Vacate Motion for Summary Judgment Hearing, Vacate Deadlines, and Stay the Case, and the Declaration of Rex Phillips submitted therewith, and good cause appearing, orders the following:

1. The Motion for Summary Judgment Hearing, currently scheduled to take place on July 16, 2020, is vacated, all current deadlines in this

ORDER ON NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE MOTION FOR SUMMARY JUDGMENT HEARING, VACATE DEADLINES, AND STAY THE CASE

1

matter are vacated, and the case is stayed for 90 days pending finalization of settlement of this matter and dismissal of the entire action with prejudice.

2. The parties are to contact Judge Goddard's chambers to schedule a Settlement Disposition Conference;

IT IS SO ORDERED.

Dated: July 16, 2020

Hon. Anthony J. Battaglia
United States District Judge

ORDER ON NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE MOTION FOR SUMMARY JUDGMENT HEARING, VACATE DEADLINES, AND STAY THE CASE

2