Zachary Crosner (SBN 272295)
zach@crosnerlegal.com
Michael Crosner (SBN 41294)
mike@crosnerlegal.com
Rex Phillips (SBN237747)
rex@crosnerlegal.com
CROSNER LEGAL, P.C.
9440 Santa Monica Blvd., Ste. 301
Beverly Hills, CA 90210
Telephone:   (310) 496-5818
Facsimile:   (310) 510-6429

LAW OFFICE OF BRENT MARLIS
Brent Marlis (SBN 284654)
brent@marlislaw.com
10940 Wilshire Blvd., Suite 1600
Los Angeles, California 90024
Telephone: (310) 431-9355
Facsimile: (310) 473-1175

Attorneys for Plaintiffs
MARIA HERNANDEZ, AZAEL SANCHEZ,
and ROBERTO NAVA

Lyne A. Richardson CA Bar No. 143566
lyne.richardson@ogletree.com
Glendy Lau, CA Bar No. 280174
glendy.lau@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:   310-217-8191
Facsimile:   310-217-8184

Attorneys for Defendant
SOUTHWEST KEY PROGRAMS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, as an individual; AZAEL SANCHEZ, as an individual; and ROBERTO NAVA, as an individual, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>SOUTHWEST KEY PROGRAMS, | Case No. 3:19-cv-01636-AJB-AHG<br><br>CLASS ACTION<br><br>**JOINT STATUS REPORT** |

| | |
|---|---|
| INC., a Texas corporation; TALENTWISE, INC., a Delaware corporation, and DOES 1-50,<br><br>          Defendants. | Complaint Filed: July 12, 2019<br>Trial Date:          None |

**TO THE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that the parties have executed a settlement agreement and anticipate filing a dismissal with prejudice within 10 days.

DATED:  January 21, 2021        CROSNER LEGAL, P.C.


By:/s/ *Rex Phillips*
   Zachary Crosner
   Michael Crosner
   Rex Phillips
   Attorneys for Plaintiffs
   MARIA HERNANDEZ, AZAEL SANCHEZ, and ROBERTO NAVA

DATED:  January 21, 2021        LAW OFFICE OF BRENT MARLIS


By:/s/ *Brent Marlis*
   Brent Marlis
   Attorney for Plaintiffs
   MARIA HERNANDEZ, AZAEL SANCHEZ, and ROBERTO NAVA

DATED: January 21, 2021        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ *Lyne A. Richardson*
   Lyne A. Richardson
   Glendy Lau
   Attorneys for Defendant
   SOUTHWEST KEY PROGRAMS, INC.

# CERTIFICATE OF SERVICE
*Hernandez, et al. v. Southwest Key Programs, Inc.*
Case No. 3:19-cv-01636-AJB-AHG

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made.  At all times herein mentioned I have been employed in the County of Los Angeles in the office of a member of the bar of this court at whose direction the service was made.  My business address is 19191 S. Vermont Avenue, Suite 950, Torrance, CA  90502.

On **January 21, 2021**, I served the following document(s):

**JOINT STATUS REPORT**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:**  I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:**  With the Clerk of the United States District Court of California, using the CM/ECF System.  The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)**     I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **January 21, 2021**, at Torrance, California.

_____
Carolina Martis

# SERVICE LIST

| | |
|---|---|
| Zachary Crosner, Esq.<br>Michael Crosner, Esq.<br>CROSNER LEGAL, P.C.<br>9440 Santa Monica Blvd., Ste. 301<br>Beverly Hills, CA  90210<br>Tel:       (310) 496-5818<br>Fax:      (310) 510-6429 | Attorneys for Plaintiffs<br>MARIA HERNANDEZ, AZAEL SANCHEZ and ROBERTO NAVA |
| Brent P. Marlis, Esq.<br>Young K. Park, Esq.<br>MARLIS LAW, P.C.<br>10940 Wilshire Blvd., Suite 600<br>Los Angeles, CA  90024<br>Tel:       (310) 431-9355<br>Fax:      (424) 293-0516<br>Email:   brent@marlislaw.com<br>             young@marlislaw.com | Attorneys for Plaintiffs<br>MARIA HERNANDEZ, AZAEL SANCHEZ and ROBERTO NAVA |

45717024.1