UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC., *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No.:  3:19-cv-1636-AJB-AHG<br><br>**ORDER SETTING SETTLEMENT DISPOSITION CONFERENCE** |

On January 22, 2021, the parties filed a Joint Status Report indicating that they have executed a settlement agreement and anticipate filing a dismissal with prejudice within 10 days. ECF No. 46. In order to ensure that this occurs as planned, the Court **SETS** a telephonic SDC for **February 9, 2021** at **9:00 a.m.** Counsel shall call the chambers teleconference line at **1-877-873-8018** and use **8367902** as the access code to attend the SDC. If the parties timely file a joint motion for dismissal, the SDC will be vacated without further court order.

　　**IT IS SO ORDERED**.

Dated: January 22, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Allison H. Goddard
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge