UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC., *et al.*,<br><br>Defendants. | Case No.: 3:19-cv-1636-AJB-AHG<br><br>**ORDER SETTING SETTLEMENT DISPOSITION CONFERENCE** |

The Court held a third Settlement Disposition Conference ("SDC") on February 9, 2021. ECF No. 48. The parties report that the settlement agreement is complete, but they request approximately three more weeks to file a joint motion to dismiss, pending the certified legal translation of the agreement into Spanish.

In order to ensure that the agreement is timely finalized and the case dismissed, the Court **SETS** another telephonic SDC for <u>**March 8, 2021**</u> at <u>**1:30 p.m.**</u> Because settlement in this action has now been pending for approximately seven months, the Court **requires client attendance** at the next SDC. All named parties, party representatives, including claims adjusters for insured defendants, as well as principal attorney(s) responsible for the litigation must call the chambers teleconference line at **1-877-873-8018** and use **8367902** as the access code to attend the SDC.

If the parties timely file a joint motion for dismissal, the SDC will be vacated without further court order.

**IT IS SO ORDERED**.

Dated: February 9, 2021

					_____
					Honorable Allison H. Goddard
					United States Magistrate Judge