**CROSNER LEGAL, P.C.**
Zachary Crosner (SBN 272295)
zach@crosnerlegal.com
Michael Crosner (SBN 219705)
mike@crosnerlegal.com
Rex Phillips (SBN 237747)
rex@crosnerlegal.com
9440 Santa Monica Blvd., Suite 301
Beverly Hills, California 90210
Telephone: (310) 496-5818
Facsimile: (310) 510-6429

**LAW OFFICE OF BRENT MARLIS**
Brent Marlis (SBN 284654)
10940 Wilshire Blvd., Suite 1600
Los Angeles, California 90024
Telephone: (310) 431-9355
Facsimile: (310) 473-1175

Attorneys for Plaintiffs MARIA HERNANDEZ, AZAEL SANCHEZ, and ROBERTO NAVA

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Julianne Pinter (SBN 280174)
julianne.pinter@ogletree.com
400 S. Hope St., Ste 1200
Los Angeles, California 90071
Telephone: (415) 359-4800
Facsimile: (213) 239-9045

Attorneys for Defendant
SOUTHWEST KEY PROGRAMS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, as an individual, AZAEL SANCHEZ, as an individual; and ROBERTO NAVA, as an individual, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>SOUTHWEST KEY PROGRAMS, INC.; a Texas corporation; TALENTWISE, INC., a Delaware Corporation; and DOES 1-50<br>　　　　　　Defendants. | Case No. 3:19-cv-01636-AJB-AHG<br><br>Judge Anthony Battaglia<br>Dept.: Courtroom 4A<br><br>**JOINT STIPULATION TO VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)91)**<br><br>[*Proposed Order filed concurrently herewith*] |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Maria Hernandez, Azael Sanchez, and Roberto Nava ("Plaintiffs") and Defendant Southwest Key Programs, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate to the voluntary dismissal of this action. Accordingly, the action is hereby dismissed, in its entirety, with prejudice to Plaintiffs' claims, and without prejudice to the claims of putative class members.

Because this stipulation is being signed by all parties who have appeared, and because the putative class has not been certified, this matter may be dismissed with prejudice as to the named Plaintiffs' individual claims, and without prejudice as to the claims of putative class members. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

**SO STIPULATED**.

Dated: March 8, 2021            **CROSNER LEGAL, P.C.**

                                                By:  */s/ Rex Phillips*
                                                      MICHAEL CROSNER
                                                      ZACH CROSNER
                                                       REX PHILLIPS
                                                       Attorneys for Plaintiff
                                                       MARIA HERNANDEZ, AZAEL
                                                       SANCHEZ, and ROBERTO NAVA

Dated: March 8, 2021            **LAW OFFICE OF BRENT MARLIS**

                                                By:  */s/ Brent Marlis*
                                                       BRENT MARLIS
                                                       Attorney for Plaintiff
                                                       MARIA HERNANDEZ, AZAEL
                                                       SANCHEZ, and ROBERTO NAVA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  March 8, 2021        **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By:  */s/ Julianne Pinter*
JULIANNE PINTER
LYNE A RICHARDSON
Attorney for DEFENDANT
SOUTHWEST KEY PROGRAMS, INC.

PROOF OF SERVICE
*MARIA HERNANDEZ vs. SOUTHWEST KEY PROGRAMS, INC.*
U.S. District Court-Southern District Case No. 3:19-cv-01636-AJB-AHG

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 9440 Santa Monica Blvd., Ste. 301, Beverly Hills, CA 90210.

On March 8, 2021, I served true copies of the following document(s) described as

**JOINT STIPULATION TO VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)91)**

**[PROPOSED] ORDER RE GRANTING JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)**

on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

☒ By CM/ECF: I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 8, 2021, at Los Angeles, California.

Maria Monterrey

**PROOF OF SERVICE**

1

SERVICE LIST
*MARIA HERNANDEZ vs. SOUTHWEST KEY PROGRAMS, INC.*
*U.S. District Court-Southern District Case No. 3:19-cv-01636-AJB-AHG*

| | |
|---|---|
| Lyne A. Richardson<br>Glendy C. Lau<br>**OGLETREE, DEAKINS, NASH,**<br>**SMOAK & STEWART, P.C.**<br>4370 La Jolla Village Dr. Ste 990<br>San Diego, California 92122<br>Telephone: (310) 217-8191<br>Facsimile: (310) 271-8184<br>lyne.richardson@ogletree.com<br>Glendy.lau@ogletree.com | Attorneys for Defendant<br>SOUTHWEST KEY PROGRAMS, INC |

.

**PROOF OF SERVICE**

2