

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Maria Hernandez, as an individual; et al

                    **Plaintiff,**

                    V.

Southwest Key Programs, Inc., a Texas corporation; et al

                    **Defendant.**

FILED

3/8/2021

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:       J. Mueller , Deputy

Civil No. 19-cv-01636-AJB-AHG

### STRICKEN DOCUMENT:

MOTION for Order Re Granting Joint Stipulation to Voluntary Dismissal of Action Prusuant to FED. R. CIV. P. 41(a)91)

### Per Order #     53

52