| | |
|---|---|
| 1 | |
| 2 | |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, as an individual, AZAEL SANCHEZ, as an individual; and ROBERTO NAVA, as an individual, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>   v.<br>SOUTHWEST KEY PROGRAMS, INC.; a Texas corporation; TALENTWISE, INC., a Delaware Corporation; and DOES 1-50<br><br>            Defendants. | Case No. 3:19-cv-01636-AJB-AHG<br><br>ORDER RE GRANTING JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1) |

  Having reviewed the Parties' Joint Stipulation for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A), and good cause appearing,

  The **COURT ORDERS:**

  Because this stipulation is being signed by all parties who have appeared, and because the putative class has not been certified, this matter is dismissed with prejudice as to the named Plaintiffs' individual claims, and without prejudice as to the claims of putative class members. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own fees and costs.

  **IT IS SO ORDERED.**

Dated: March 9, 2021

                Hon. Anthony J. Battaglia
                United States District Judge